## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAPTEC FINANCIAL GROUP, INC.,  :
24 Frank Lloyd Wright Dr.  :
Lobby 1, 4th Floor  :
Ann Arbor, Michigan  48106,  :
 :
               Plaintiff,  :   Civil Action No. 02-CV-2711
 :
    vs.  :
 :
BAGGA ENTERPRISES, INC.,  :
121 Dickerson Road, Unit 6  :
North Wales, Pennsylvania  19454,  :
 :
JAMUNA REAL ESTATE, LLC,  :
121 Dickerson Road, Unit 6  :
North Wales, Pennsylvania  19454,  :
 :
UNITED MANAGEMENT SERVICES, INC.,  :
121 Dickerson Road, Unit 6  :
North Wales, Pennsylvania  19454,  :
 :
      -and-  :
 :
WELCOME GROUP, INC.  :
121 Dickerson Road, Unit 6  :
North Wales, Pennsylvania  19454,  :
 :
          Defendants.  :
 :

## ENTRY OF APPEARANCE

TO THE CLERK:

      Please enter my appearance as counsel for all plaintiffs in the above-captioned

matter.

Respectfully submitted,

David F. McCann
Pa. Attorney I.D. No. 87609
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103
215-981-4000

Dated: August 19, 2002

-2-