IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | |
| BAGGA ENTERPRISES, INC., ET AL | : | NOS. 02-2079; 02-2080; 02-2082; 02-2083; 02-2084; 02-2085; 02-2086; 02-2088; 02-2089; 02-2090; 02-2684; 02-2709; 02-2710; 02-2711 |

**O R D E R**

**AND NOW,** this 24th day of September, 2002, upon consideration of the motions for entry of default pursuant to Federal Rule of Civil Procedure 55(a) filed in the above civil action cases, it is hereby **ORDERED** that the Clerk of Court treat the motions as requests for entry of default and enter default if the requirements have been satisfied.

LOWELL A. REED, JR., S.J.