IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | NOS. 02-2080 |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC., et al. | : | 02-2711 |

**O R D E R**

AND NOW, this 19th day of December, 2002, and upon Pepper Hamilton LLP's motion for leave to withdraw as counsel, without the need for substitute counsel (Document No. 9), and having found that the application of Local Rule of Civil Procedure 5.1(c) by this Court has been grounded in the need to insure the orderly undisrupted administration of justice, and having concluded as well that Rule of Professional Conduct of Pennsylvania 1.16(c) being applicable to proceedings in this Court (Local Rule of Civil Procedure 83.6 Rule IV B) allows counsel for plaintiff to continue its representation as ordered by the Court until another attorney's appearance is entered, and considering the obligations of plaintiff's counsel under Pennsylvania Rule of Professional Conduct No. 1.16(d) during a time in this case when the named plaintiff's rights are in active adjudication, it is hereby **ORDERED** that said motion is **DENIED** without prejudice.

_____
LOWELL A. REED, JR., S.J.