IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Bagga Enterprises, Inc. | : | |
| Jamuna Real Estate, LLC | : | |
| United Management Services, Inc. | : | |
| Welcome Group, Inc. | : | NO. 02-2711 |

**DEFAULT JUDGMENT**

AND NOW, this 20th day of December, 2002, upon consideration of the motion of plaintiff for default judgment (Document No. 7), there being no response thereto, and having found that the defendants, having been served with the summons and complaint, as well as a copy of the within motion, and said defendants having failed to appear, answer or otherwise defend this action, this Court concludes that plaintiff is entitled to a default judgment pursuant to Federal Rule of Civil Procedure 55(b), accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Captec Financial Group, Inc. and against Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services, Inc. and Welcome Group, Inc. jointly and severally in the amount of $1,521,536.96 as of September 27, 2002, plus interest at the rate of $455.08 per diem from that day forward.

2. Defendants, their agents, attorneys and employees and each of them are permanently enjoined from conveying, assigning, or otherwise dissipating the collateral covered by the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement (Loan Nos. 9561 and 9557) and said defendants shall cooperate fully with plaintiff to

recover such mortgage collateral, and to pay and reimburse plaintiff for all reasonable attorneys' fees and expenses, and court costs.

       3.      Defendants shall, **no later than January 15, 2003** file with this Court a full inventory and accounting of all property listed on the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement, including the location of the assets, the names and addresses of the purchasers of any assets, the items purchased by each, the amount received, and the disposition of the proceeds of any such sales.

_____
LOWELL A. REED, JR., S.J.