UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL RECEIVABLE TRUST 2002-A<br>　　　　Plaintiff,<br><br>vs.<br><br>BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC., UNITED MANAGEMENT SERVICES, INC., and WELCOME GROUP, INC.,<br>　　　　Defendants. | Civil Action<br>Nos.　02-CV-2710<br>　　　　02-CV-2711<br>　　　　02-CV-2780<br>　　　　02-CV-2786 |

### ORDER

AND NOW this _____ day of _____, 2003, upon consideration of Non-Party Witness Khushvinder K. Bagga's Motion for Emergency Hearing and/or Expedited Consideration of Non-party Kusvindar K. Bagga's Motion for Protective Order and any opposition thereto, it is ORDERED that the Motion is **GRANTED** and that the deposition is stayed pending further order of this Court.

By the Court:

_____
LOWELL A. REED U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL RECEIVABLE TRUST 2002-A<br>Plaintiff, | Civil Action Nos.<br>02-CV-2710<br>02-CV-2711<br>02-CV-2780<br>02-CV-2786 |
| vs. | |
| BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC., UNITED MANAGEMENT SERVICES, INC., and WELCOME GROUP, INC.,<br>Defendants. | |

**MOTION FOR EMERGENCY HEARING AND/OR EXPEDITED CONSIDERATION OF NON-PARTY KUSVINDAR K. BAGGA'S MOTION FOR PROTECTIVE ORDER**

Non-party Kushvnidar K. Bagga ("Mrs. Bagga") hereby moves this Court for an Emergency Hearing and/or expedited consideration of her Motion for Protective Order pursuant to Fed. R. Civ. P. 69 and Pa. R. Civ. P. 4011 and 4012 limiting the scope of the deposition to be taken in aid of execution. Presently, the deposition is scheduled to take place on May 15, 2003. Alternatively Non-Party Bagga requests that the Court stay the deposition until the Motion for Protective Order can be fully briefed, argued and resolved.

*/s/ Monica S. Mathews*
Leslie B. Baskin
Suzanne Ilene Schiller
Monica S. Mathews
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888
(215) 241-8844 (facsimile)

Attorneys for Non-Party Witness
Khushvinder K. Bagga

Dated:   May 7, 2003

## Certificate of Service

I, Monica S. Mathews, hereby certify that a true and correct copy of the foregoing motion for emergency hearing and/or expedited consideration was served by hand delivery on May 7, 2003 upon the following:

Jonathan W. Hugg, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center – 19th Floor
1617 JFK Blvd.
Philadelphia, PA 19103-1895

Victor Lipsky, Esquire
Lipsky & Brandt
1101 Market St., Suite 2820
Philadelphia, PA 19103

Steven D. Usdin, Esquire
Adelman Lavine Gold & Levin, PC
Two Penn Center Plaza, Suite 1900
Philadelphia, PA 19102-1799

_____
Monica S. Mathews