IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A | : | CIVIL ACTION |
| | : | NOS. 02-2710 |
| v. | : | 02-2711 |
| | : | 02-2780 |
| BAGGA ENTERPRISES, INC., JAMUNA | : | 02-2786 |
| REAL ESTATE, LLC., UNITED | : | |
| MANAGEMENT SERVICES, INC., and | : | |
| WELCOME GROUP, INC. | : | |

## **O R D E R**

AND NOW, this 8th day of May, 2003, upon consideration of Non-Party Witness Khushvinder K. Bagga's Motion for Emergency Hearing and/or Expedited Consideration of Non-party Kusvindar K. Bagga's Motion for Protective Order, it is **ORDERED** that the deposition is stayed pending further order of this Court without prejudice.

_____
LOWELL A. REED, JR., S.J.