IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A | : | CIVIL ACTION |
| | : | NOS. 02-2080 |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC., JAMUNA | : | 02-2711 |
| REAL ESTATE, LLC., UNITED | : | |
| MANAGEMENT SERVICES, INC., and | : | |
| WELCOME GROUP, INC. | : | |

**O R D E R**

AND NOW, this 20th day of May, 2003, upon consideration of the motion on non-party Khushvinder K. Bagga for protective order (Document No. 19 in Civil Action No. 02-2080) and the response of plaintiff FL Receivable Trust 2002-A ("FL Receivable") in opposition, and having found that movant Ms. Bagga possesses relevant discoverable information in aid of execution, that the discovery is not sought in bad faith and that Ms. Bagga is not faced with any violation of Fed. R. Civ. P. 69, Pa. R. Civ. P. 4011 or 3117 by plaintiff, it is hereby **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that a date selected by counsel for both parties, within fourteen (14) days of the date of this Order, Khushvinder Bagga shall appear at the offices of counsel for plaintiff and give her deposition, or she will face sanctions upon application to this Court, including but not limited to attorneys' fees and costs which FL Receivable may incur to enforce this Order.

_____
LOWELL A. REED, JR., S.J.