IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A, | : | |
|           Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NOS: 02-CV-2710 |
| | : | 02-CV-2711 |
| BAGGA ENTERPRISES, INC., et al. | : | 02-CV-2080 |
| | : | 02-CV-2086 |
|           Defendants | : | |

**ORDER**

AND NOW, this _____ day of June, 2003, upon consideration of Plaintiff, FL Receivable Trust 2002-A's Motion to Enforce Subpoena and any reply thereto, it is hereby ORDERED and DECREED:

1. that Plaintiff's Motion is GRANTED;

2. that Commerce Bank shall provide all documents described in Exhibit "A" to the subpoena at the office of Plaintiff's counsel, Hecker Brown Sherry and Johnson, 1700 Two Logan Square, Philadelphia, PA, within five days from the date of this Order, or

3. Commerce Bank shall be subject to sanctions for its failure to comply with this Order.

BY THE COURT:

_____
Honorable Lowell Reed,
United States District Judge, Eastern District of PA

116053-1