IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A | : | CIVIL ACTION |
| | : | NOS. 02-2080 |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC., et al. | : | 02-2711 |

**O R D E R**

AND NOW, this 16th day of July, 2003, upon consideration of the motion of plaintiff, FL Receivable Trust 2002-A ("FL Receivable Trust") to enforce subpoena and for contempt (Document No. 14), and the response of Captec Financial Group, Inc. ("Captec") thereto (Document No. 15), and having found that the subpoena calls for the production of relevant materials under Fed. R. C. P. 26(b) at no undue expense to Captec beyond expected business maintenance expenses, and is not violative of the attorney client privilege but that having presented a facially justifiable excuse for failing to comply with the subpoena, Captec is not subject to a contempt citation at this stage of the proceedings and that because of the arguable defenses of Captec to the subpoena in question, no counsel fees are payable by Captec at this time, it is hereby **ORDERED** that:

Captec **shall comply fully** with the subpoena served upon it by FL Receivable Trust, which is attached to FL Receivable Trust's motion as Exhibit "A". Within ten (10) calendar days of the date of this Order, Captec **shall produce** to FL Receivable Trust all documents in Captec's possession and/or control responsive to FL Receivable Trust's subpoena.

_____
LOWELL A. REED, JR., S.J.