IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A | : | CIVIL ACTION |
|  | : | NOS. 02-2080 |
| v. | : | 02-2086 |
|  | : | 02-2710 |
| BAGGA ENTERPRISES, INC., et al. | : | 02-2711 |

## **O R D E R**

AND NOW, this 16th day of July, 2003, upon consideration of the motion of plaintiff, FL Receivable Trust 2002-A to Enforce Subpoena to Compel Commerce Bank to Produce Documents (Document No. 23) and Commerce Bank of Pennsylvania, N.A.'s ("Commerce Bank") Response thereto (Document No. 24) and having been informed that the parties have reached an agreement on the outstanding issues, it is hereby **ORDERED** that the motion is **DISMISSED WITHOUT PREJUDICE** as moot.

_____
LOWELL A. REED, JR., S.J.