UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL RECEIVABLE TRUST 2002-A<br>　　　　Plaintiff,<br><br>vs.<br><br>BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC., UNITED MANAGEMENT SERVICES, INC., and WELCOME GROUP, INC.,<br>　　　　Defendants. | Civil Action Nos.<br>　02-CV-2710<br>　02-CV-2711<br>　02-CV-2780<br>　02-CV-2786 |

### NOTICE OF WITHDRAWAL OF NON-PARTY KHUSHVINDER K. BAGGA'S MOTION TO QUASH PLAINTIFF'S THIRD-PARTY BANK SUBPOENAE IN THE ABOVE CAPTIONED ACTIONS

Non-party Khushvnidar K. Bagga ("Mrs. Bagga") hereby withdraws the above referenced motion docketed at no. 30 in case no. 02-CV-2710, at docket no. 30 in case no. 02-CV-2711, at docket no. 56 in case 02-cv-2780, docket no. 20 in case no. 02-cv-2786. By separate filing today Mrs. Bagga will refile the above motion bearing the correct case numbers.

　　　　　　　　　　　　　　　　　　　　　　/s/ Monica S. Mathews
　　　　　　　　　　　　　　　　　　　　　　Suzanne Ilene Schiller
　　　　　　　　　　　　　　　　　　　　　　Monica S. Mathews
　　　　　　　　　　　　　　　　　　　　　　SPECTOR GADON & ROSEN, P.C.
　　　　　　　　　　　　　　　　　　　　　　1635 Market Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　(215) 241-8888
　　　　　　　　　　　　　　　　　　　　　　(215) 241-8844 (facsimile)

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Non-Party Witness
Dated:　August 26, 2003　　　　　　　　　　Khushvinder K. Bagga

**Certificate of Service**

I, Monica S. Mathews, hereby certify that a true and correct copy of the foregoing Withdrawal of Motion To Quash Plaintiff's Third-Party Bank Subpoenae was served August 26, 2003 upon the following persons in the manner indicated below:

Lawrence Tabas, Esquire (via hand delivery)
Dorothy M. Claeys, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center – 19th Floor
1617 JFK Blvd.
Philadelphia, PA 19103-1895

Louis Lipsky, Esquire (via hand delivery)
Lipsky & Brandt
1101 Market St., Suite 2820
Philadelphia, PA 19103

Steven D. Usdin, Esquire (via hand delivery)
Adelman Lavine Gold & Levin, PC
Two Penn Center Plaza, Suite 1900
Philadelphia, PA 19102-1799

Robert Hermann, Esquire (via email and first class mail)
Thatcher Proffitt & Wood
50 Main St., 5th Floor
White Plains, NY 10606

Monica S. Mathews