## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FL RECEIVABLE TRUST 2002-A,

                Plaintiff,

     v.

BAGGA ENTERPRISES, INC.; JAMUNA
REAL ESTATE, LLC; UNITED
MANAGEMENT SERVICES, INC.; and
WELCOME GROUP, INC.,

                Defendants

Assigned Judge:
The Honorable Lowell A. Reed, Jr., S.J.

Civil Action Nos.  02-CV-2710
02-CV-2711
02-CV-2080
02-CV-2086

## AFFIDAVIT OF ROBERT HERMANN

**ROBERT HERMANN,** pursuant to 28 U.S.C. §1746, declares the following to be true under penalty of perjury:

    1.     I am counsel to the firm of Thacher, Proffitt & Wood, 50 Main Street, 5th Floor, White Plains, NY, 10606, and a member in good standing of the bar of the State of New York. Unless otherwise indicated, I make this affidavit on personal knowledge based upon my own involvement in this case, my review of the file in this matter and conversations with knowledgeable parties.

    2.     By order of this Court, in accordance with Local Civil Rule 83.5.2(b), I have been admitted to the bar of this Court *pro hac vice*, in order to represent the plaintiff in this action.

    3.     The four judgment debtor defendants defaulted on millions of dollars of loans that the Trust's predecessor in interest, Captec Financial Services, made to them in connection with a

group of Arby's fast-food restaurants owned and operated by Pratpal (a/k/a "Paul") Bagga in Pennsylvania and Texas. The Trust seeks to execute on default judgments obtained against each of the defendants with respect to those loans.

4.      Movant Khushvinder Bagga ("Bagga") is the wife of Paul Bagga. Together, they own and control dozens of companies, principally in Pennsylvania, in fast food, clothing and other businesses. They are related to, and involved in business ventures with, Paul Bagga's cousin Ravinder Chawla ("Chawla"), a prominent real estate developer in Philadelphia who is also in the clothing business with the Baggas. Chawla is being sued in this Court for selling counterfeit goods in an action entitled Nike v. Brandmania, 00 Civ. 05148.

5.      On or about May 20, 2003, this Court granted, over Bagga's opposition, a motion by the Trust for an order compelling Bagga to appear for a deposition. Although the Court ordered the deposition to occur by June 4, 2003, upon information and belief Bagga left the country to travel to India. Bagga was not made available for deposition until June 17, 2003.

6.      The deposition of Bagga commenced on June 17, 2003. However, throughout the deposition, Bagga's counsel blocked all inquiry concerning Bagga's personal assets. After the parties submitted letter briefs on the propriety of that conduct, on or about July 17, 2003 this Court issued an order requiring that Bagga resume her deposition and answer "all questions propounded at the deposition of June 17, 2003 as to which she was instructed not to answer on the grounds of 'personal assets or matters' or other grounds of relevancy and answer reasonable follow-up questions." Annexed hereto as **Exhibit 1** is a true and correct copy of this Order.

7.    On August 7, 2003, I resumed taking Bagga's deposition on behalf of the Trust. Although Bagga's counsel criticized the questioning at the resumed deposition, counsel made no effort to terminate the examination or to preclude any of the questioning.

8.    Annexed hereto as **Exhibit 2** is a true and correct copy of the June 17, 2003 deposition of Khushvinder Bagga ("June Deposition").

9.    Annexed hereto as **Exhibit 3** is a true and correct copy of the draft August 7, 2003 deposition of Khushvinder Bagga ("August Deposition").

10.    At the August Deposition, Bagga was shown two exhibits that are annexed hereto: (i) an account of transactions in 2000 by American Merchandise Co., Inc., of which Bagga was an officer, reflecting checks and wires from American Merchandise to the Chawla-owned "Ten Tigers" trading company in the amount of $8 million (rounded) with deposits of $1.3 million (rounded), annexed hereto as **Exhibit 4**; and (b), Bagga's personal bank account summary dated August 6, 2003, reflecting activity in the second quarter of 2003 only, annexed hereto as **Exhibit 5**.

11.    On August 12, 2003, the Trust served Bagga with a subpoena *duces tecum*. Annexed hereto as **Exhibit 6** is a true and correct copy of the subpoena *duces tecum* served on Bagga that is the subject of Bagga's motion to quash.

_____
Robert Hermann

Sworn to before me this
4th day of September, 2003

_____
Notary Public

PATRICIA E. LEAVY
Notary Public, State of New York
No. 01LE4813341
Qualified in Westchester County
Commission Expires August 31, 1996 2006

3

1

1      IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF PENNSYLVANIA

2

3   FL RECEIVABLE TRUST          CIVIL ACTION
    2002-A,                      ORIGINAL
4        Plaintiff

5                   vs.

6   BAGGA ENTERPRISES, INC;      NO. 02-2710
    JAMUNA REAL ESTATE, LLC;     NO. 02-2711
7   UNITED MANAGEMENT            NO. 02-2080
    SERVICES,INC.; and           NO. 02-2086
8   WELCOME GROUP,INC.
         Defendants

9                    - - - - - -
                 June 17, 2003
10                   - - - - - -

11                   Partial Videotape Oral
    Deposition of KHUSHVINDER KAUR BAGGA,
12  held in the law offices of Obermayer,
    Rebman, Maxwell & Hipple, 1617 John F.
13  Kennedy Boulevard, 19th Floor,
    Philadelphia,Pennsylvania 19103,
14  beginning at 9:38 a.m., before Ann V.
    Kaufmann, a Registered Professional
15  Reporter, Certified Realtime Reporter,
    Approved Reporter of the U.S. District
16  Court, and a Notary Public of the
    Commonwealth of Pennsylvania.

17

18                   - - - - - -

19

20

21

22        ESQUIRE DEPOSITION SERVICES
       1800 John F. Kennedy Boulevard
23               15th Floor
       Philadelphia, Pennsylvania  19103
24             (215) 988-9191

25

       ESQUIRE DEPOSITION SERVICES

2

```
 1  APPEARANCES:
 2      THACHER, PROFFIT & WOOD
        ROBERT HERMANN, ESQUIRE
 3      JEAN BURKE, ESQUIRE
        LEE SMITH, ESQUIRE
 4      50 Main Street, 5th Floor
        White Plains, NY 10606
 5      (914) 421-4100
              and
 6      OBERMAYER, REBMANN, MAXWELL &
        HIPPEL,LLP
 7      STEVEN A. HABER, ESQUIRE
        LAWRENCE J. TABAS, ESQUIRE
 8      One Penn Center, 19th Floor
        Philadelphia, Pennsylvania  19103
 9      (215) 665-3000
        Counsel for Plaintiff
10
        SPECTOR, GADON & ROSEN, PC
11      LESLIE BETH BASKIN, ESQUIRE
        lbaskin@lawsgr.com
12      Seven Penn Center
        1635 Market Street, 7th Floor
13      Philadelphia, Pennsylvania  19103
        (215) 241-8888
14      Counsel for Defendants
15      PRESENT:
16      JASON HOFFMAN, Videotape Specialist
        Esquire Deposition Services
17
18
19
20
21
22
23
24
        ESQUIRE  DEPOSITION  SERVICES
```

3

1                    EXAMINATION   INDEX

2

KHUSHVINDER   KAUR   BAGGA

3

    BY   MR.   HERMANN                          8

4

5                      EXHIBIT   INDEX

6                                              MAR

K.   Bagga

7

 1        Deposit   slips                      233

8

 2        Three   pages   of   checks          238

9

 3        Five   checks                        240

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

    ESQUIRE   DEPOSITION   SERVICES

```
 1              DEPOSITION SUPPORT INDEX
 2         DIRECTION TO WITNESS NOT TO ANSWER
 3         BY MS. BASKIN                  20
           BY MS. BASKIN                  21
 4         BY MS. BASKIN                  24
           BY MS. BASKIN                  27
 5         BY MS. BASKIN                  39
           BY MS. BASKIN                  40
 6         BY MS. BASKIN                  40
           BY MS. BASKIN                  40
 7         BY MS. BASKIN                  42
           BY MS. BASKIN                  43
 8         BY MS. BASKIN                  44
           BY MS. BASKIN                  45
 9         BY MS. BASKIN                  45
           BY MS. BASKIN                  46
10         BY MS. BASKIN                  47
           BY MS. BASKIN                  46
11         BY MS. BASKIN                  47
           BY MS. BASKIN                  47
12         BY MS. BASKIN                  47
           BY MS. BASKIN                  48
13         BY MS. BASKIN                  48
           BY MS. BASKIN                  48
14         BY MS. BASKIN                  48
           BY MS. BASKIN                  49
15         BY MS. BASKIN                  49
           BY MS. BASKIN                  49
16         BY MS. BASKIN                  50
           BY MS. BASKIN                  50
17         BY MS. BASKIN                  51
           BY MS. BASKIN                  51
18         BY MS. BASKIN                  51
           BY MS. BASKIN                  52
19         BY MS. BASKIN                  56
           BY MS. BASKIN                  57
20         BY MS. BASKIN                  59
           BY MS. BASKIN                  59
21         BY MS. BASKIN                  59
           BY MS. BASKIN                  60
22         BY MS. BASKIN                  61
           BY MS. BASKIN                  61
23         BY MS. BASKIN                  61
           BY MS. BASKIN                  61
24         BY MS. BASKIN                  62
```

DIRECTION TO WITNESS NOT TO ANSWER

| | | |
|---|---|---|
| 1 | BY MS. BASKIN | 63 |
| 2 | BY MS. BASKIN | 64 |
| | BY MS. BASKIN | 65 |
| 3 | BY MS. BASKIN | 65 |
| | BY MS. BASKIN | 65 |
| 4 | BY MS. BASKIN | 66 |
| | BY MS. BASKIN | 66 |
| 5 | BY MS. BASKIN | 67 |
| | BY MS. BASKIN | 75 |
| 6 | BY MS. BASKIN | 75 |
| | BY MS. BASKIN | 75 |
| 7 | BY MS. BASKIN | 75 |
| | BY MS. BASKIN | 76 |
| 8 | BY MS. BASKIN | 76 |
| | BY MS. BASKIN | 76 |
| 9 | BY MS. BASKIN | 77 |
| | BY MS. BASKIN | 77 |
| 10 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 110 |
| 11 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 110 |
| 12 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 110 |
| 13 | BY MS. BASKIN | 110 |
| | BY MS. BASKIN | 112 |
| 14 | BY MS. BASKIN | 112 |
| | BY MS. BASKIN | 112 |
| 15 | BY MS. BASKIN | 112 |
| | BY MS. BASKIN | 113 |
| 16 | BY MS. BASKIN | 113 |
| | BY MS. BASKIN | 114 |
| 17 | BY MS. BASKIN | 115 |
| | BY MS. BASKIN | 115 |
| 18 | BY MS. BASKIN | 116 |
| | BY MS. BASKIN | 119 |
| 19 | BY MS. BASKIN | 120 |
| | BY MS. BASKIN | 120 |
| 20 | BY MS. BASKIN | 121 |
| | BY MS. BASKIN | 121 |
| 21 | BY MS. BASKIN | 122 |
| | BY MS. BASKIN | 122 |
| 22 | BY MS. BASKIN | 122 |
| | BY MS. BASKIN | 149 |
| 23 | BY MS. BASKIN | 151 |
| | BY MS. BASKIN | 152 |
| 24 | BY MS. BASKIN | |

6

| | | |
|---|---|---|
| 1 | DIRECTION TO WITNESS NOT TO ANSWER | |
| 2 | BY MS. BASKIN | 152 |
| | BY MS. BASKIN | 153 |
| 3 | BY MS. BASKIN | 153 |
| | BY MS. BASKIN | 156 |
| 4 | BY MS. BASKIN | 177 |
| | BY MS. BASKIN | 187 |
| 5 | BY MS. BASKIN | 187 |
| | BY MS. BASKIN | 190 |
| 6 | BY MS. BASKIN | 192 |
| | BY MS. BASKIN | 193 |
| 7 | BY MS. BASKIN | 194 |
| | BY MS. BASKIN | 195 |
| 8 | BY MS. BASKIN | 196 |
| | BY MS. BASKIN | 197 |
| 9 | BY MS. BASKIN | 198 |
| | BY MS. BASKIN | 198 |
| 10 | BY MS. BASKIN | 200 |
| | BY MS. BASKIN | 200 |
| 11 | BY MS. BASKIN | 201 |
| | BY MS. BASKIN | 202 |
| 12 | BY MS. BASKIN | 203 |
| | BY MS. BASKIN | 205 |
| 13 | BY MS. BASKIN | 205 |
| | BY MS. BASKIN | 204 |
| 14 | BY MS. BASKIN | 205 |
| | BY MS. BASKIN | 205 |
| 15 | BY MS. BASKIN | 206 |
| | BY MS. BASKIN | 206 |
| 16 | BY MS. BASKIN | 208 |
| | BY MS. BASKIN | 211 |
| 17 | BY MS. BASKIN | 211 |
| | BY MS. BASKIN | 213 |
| 18 | BY MS. BASKIN | 214 |
| | BY MS. BASKIN | 215 |
| 19 | BY MS. BASKIN | 215 |
| | BY MS. BASKIN | 216 |
| 20 | BY MS. BASKIN | 216 |
| | BY MS. BASKIN | 217 |
| 21 | BY MS. BASKIN | 218 |
| | BY MS. BASKIN | 218 |
| 22 | BY MS. BASKIN | 220 |
| | BY MS. BASKIN | 223 |
| 23 | BY MS. BASKIN | 224 |
| | BY MS. BASKIN | 257 |
| 24 | | |

1              REQUEST FOR PRODUCTION OF

2                INFORMATION/DOCUMENTS

3                 Page 102 Line 20

4                    STIPULATIONS

5                 Page   8   Line   1

6

                  QUESTIONS MARKED

7

                      (None)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

          ESQUIRE DEPOSITION SERVICES

8

1          MR. HERMANN: Whatever the

2  customary stipulations are is fine with

3  me.

4          MS. BASKIN: Reading and

5  signing.

6                - - - - - -

7          KHUSHVINDER KAUR BAGGA, 611

8  Creek Lane, Flourtown, PA  19031 having

9  been duly sworn, was examined and

10 testified as follows:

11             EXAMINATION

12 BY MR. HERMANN:

13     Q.     Mrs. Bagga, my name is

14 Robert Hermann from the law firm of

15 Thacher, Proffitt & Wood and I represent

16 FL Receivable Trust in this matter in

17 which you are going to be giving

18 testimony.

19          I'm going to ask you a

20 series of questions. If at any time you

21 don't understand the question or the

22 question seems ambiguous to you, let me

23 know and I will try to make it clearer.

24          If you do answer the

1  question, I'm going to assume and I may

2  ask the Court to assume that you did

3  understand the question.  If at any time

4  you want to take a break after the

5  question has been answered and you want

6  to consult with your counsel, let me

7  know that and we will be happy to do

8  that.

9            Are you represented by

10  counsel here today?

11            MS. BASKIN:  Yes, she is.

12  For the record, Leslie Beth Baskin.  I

13  want to make a little statement for the

14  record.  As you are aware, we had filed

15  a motion for protective order in

16  response to the subpoena for the

17  deposition, which was denied, obviously,

18  that's why we're here.  I just want to

19  put on the record that we had a cert,

20  and I have a continuing objection

21  vis-a-vis the spousal privilege.  And if

22  in fact a question comes up, I will

23  raise, as appropriate, the spousal

24  privilege objection, but I just want to

1  note for the record that I do have a

2  continuing objection.

3  BY MR. HERMANN:

4       Q.     When did you retain

5  Ms. Baskin?

6       A.     I don't remember the exact

7  time.  A few months ago.

8       Q.     Had you been represented by

9  any counsel before Ms. Baskin in

10  connection with business matters?

11          MS. BASKIN:  Ms. Bagga

12  personally?

13          MR. HERMANN:  Yes.

14          THE WITNESS:  For what?

15  BY MR. HERMANN:

16       Q.     In connection with business

17  matters.  I'm not asking about marital

18  or domestic or estates or trusts or

19  things.  In connection with business

20  matters had you ever been represented by

21  counsel previously?

22       A.     I don't remember.

23       Q.     Has Victor Lipski ever been

24  your lawyer in connection with business

1  matters?

2         A.    You mean for me or

3  business?

4         Q.    Yes.  Well, for you either

5  personally or in connection with

6  businesses that you were doing.

7         A.    I know he is the attorney

8  for the businesses, yes.

9         Q.    How about for you

10  personally?

11        A.    I don't remember any

12  personal work.

13        Q.    What is your home address?

14        A.    611 Creek Lane, Flourtown,

15  PA.

16        Q.    Do you live there with your

17  husband?

18        A.    Yes.

19        Q.    And his name is Paul Bagga?

20        A.    Yes.

21        Q.    Do you own the home?

22        A.    Yes.

23        Q.    Do you personally have an

24  ownership interest in the home?

12

1    A.    What do you mean personal

2  interest?

3    Q.    Do you own any interest,

4  5%, 75%, any interest, in the home?

5    A.    I don't know the percent.

6  How do you -- I don't understand the

7  percent.  What do you mean?

8    Q.    Has anyone ever asked you

9  whether you own your home?

10    A.    Yes.   I know I own my home,

11  yes.

12    Q.    Is it owned entirely by

13  your husband?

14    MS. BASKIN:   Objection.  She

15  just said she owns her home.

16  BY MR. HERMANN:

17    Q.    Do I take it from your

18  counsel's answer that you own the home

19  entirely yourself?

20    A.    I don't know if it's me or

21  with my husband.  I know I own the

22  home.  I don't --

23    Q.    You don't know what

24  percentage, if any, of the home you own

13

1    yourself?

2         A.    No.   How do I --

3              MS. BASKIN:   You only have

4    to answer the question.

5              It is unusual for a husband

6    and wife to own percentages in the home,

7    and I think that's what's leading to her

8    confusion.

9              Only if there is a question

10   before you do you have to answer it.

11   BY MR. HERMANN:

12        Q.    When did you acquire this

13   house?

14        A.    A few years.

15        Q.    Can you be more specific

16   than a few years?

17        A.    Three years, two and a

18   half.  I don't know.  Maybe close.

19   Around three years, I think.  I don't

20   know the exact time when we moved in.

21        Q.    Did you acquire the house

22   for cash or did you take a mortgage?

23        A.    We have a mortgage.

24        Q.    Did you have a mortgage

14

1  initially when you bought the house?

2          A.    Yes.    You have to have a

3  mortgage, yes.

4          Q.    Did you sign any papers in

5  connection with acquiring the mortgage?

6          A.    Yes, I signed papers.

7          Q.    Do you remember what papers

8  you signed?

9          A.    No.

10          Q.    Do you remember reading any

11  papers that described what percentage,

12  if any, or what type of ownership you

13  had?

14          A.    No.

15          Q.    Before you bought this

16  home, did you sell another home?

17          A.    No.

18          Q.    Had you been living in a

19  rental property?

20          A.    No.

21          Q.    Where were you living

22  before this?

23          A.    In a house on Schlosser

24  Road, Harleysville.

15

1        Q.      You didn't own that house?

2        A.      Yes, we owned that house.

3        Q.      Do you still own that

4 house?

5        A.      No.

6        Q.      So when did you settle?

7        A.      It was after we moved into

8 this house.

9        Q.      Apart from your house, do

10 you know whether you own any interests

11 in any other real estate?

12        A.      I don't understand.

13 What --

14        Q.      Do you have any ownership

15 interest in any real estate?

16        A.      You mean a house?

17        Q.      Apart from a house.  Apart

18 from the house you just described.

19        A.      Uh-huh, yes.  I have a real

20 estate company that -- yes, real estate.

21        Q.      When you say you have a

22 real estate company, what company is

23 that?

24        MS. BASKIN:  The question is

1  do you, Mrs. Bagga, personally own any

2  real estate.

3              MR. HERMANN:  I will get

4  back to that, counsel.

5              MS. BASKIN:  No.  I'm

6  clarifying the question, because she

7  obviously didn't understand the question

8  that were you asking her.

9              I'm also going to state an

10 objection because she is not one of the

11 four defendants here, so I think it is

12 irrelevant as to what real estate

13 property she personally owns.  But I

14 will let her answer.

15             MR. HERMANN:  I'm going to

16 object and will take steps to keep it

17 from happening again if you make any

18 speaking objections at these

19 depositions.  You can make an objection

20 on the grounds of form and register that

21 objection, but I won't have speaking

22 objections or instruction with the

23 witness.

24             MS. BASKIN:  Okay.  Go on.

1  Go on.

2              MR. HERMANN:  Can you read

3  back the Q and A, please?

4              (The court reporter read the

5  record as follows:

6              "QUESTION:  When you say you

7  have a real estate company, what company

8  is that?")

9              THE WITNESS:  K&P Real

10 Estate.

11 BY MR. HERMANN:

12      Q.     Now, does K&P Real Estate

13 own real estate?

14      A.     Yes.

15      Q.     What real estate does it

16 own?

17             MS. BASKIN:  I'm going to

18 have a continuing objection to this line

19 as to relevance.

20             MR. HERMANN:  I will give

21 you a continuing objection on the

22 grounds of relevance to every question I

23 ask this afternoon if you will assure me

24 that you won't keep making that

1  objection.

2             MS. BASKIN:  I am allowed to

3  make that objection.

4             MR. HERMANN:  If it is a

5  continuing objection, you don't need to

6  keep making it.

7             MS. BASKIN:  On this topic

8  it is.

9             You can answer.

10            THE WITNESS:  Can you repeat

11 the question?

12            (The court reporter read the

13 record as follows:

14            "QUESTION:  What real estate

15 does it own?")

16            THE WITNESS:  I don't

17 remember the addresses.  There's one in

18 Reading.  There's one in Kutztown.  I

19 don't remember the addresses, but

20 that's....

21 BY MR. HERMANN:

22     Q.     So as far as you can

23 recall, the only two properties that K&P

24 Real Estate owns is one in Reading,

19

1    Pennsylvania, and one in Kutztown,

2    Pennsylvania?

3            A.    No.    There are other

4    properties, but I don't remember the

5    names where.

6            Q.    What kind of property is

7    the one in Reading?

8            A.    Is Arby's Restaurant.

9            Q.    What does K&P Real Estate

10   own?  Does it own the land on which that

11   Arby's is situated?

12           A.    Yes.

13           Q.    Is the same true of

14   Kutztown?

15           A.    Yes.

16           Q.    And is it your testimony

17   that K&P Real Estate owns other land on

18   which Arby's Restaurants are located?

19           A.    Yes.

20           Q.    Does K&P Real Estate own

21   any other kind of real estate apart from

22   real estate in connection with Arby's

23   Restaurants?

24           A.    No.

1      Q.    Now, what is your ownership

2 interest in K&P Real Estate?

3      A.    I own the real estate.

4      Q.    You are 100% owner of the

5 company; is that correct?

6      A.    Yes, I think so, yes.

7      Q.    You are not sure?

8      A.    No, I'm the only owner.

9      Q.    Is that a corporation or a

10 partnership of any sort?

11      A.    I don't know if it's a

12 corporation or a partnership.

13      Q.    Apart from the interest

14 that you have in K&P Real Estate, do you

15 own any other real estate that you

16 haven't told me about so far either in

17 whole or in part anywhere in the world?

18      A.    I have some real estate in

19 India.

20      Q.    Tell me about the real

21 estate that you own in India.

22      MS. BASKIN:  I'm going to

23 object and instruct her not to answer.

24 It is totally irrelevant to what this

21

1  litigation is about.  She is not a named

2  defendant.  I'm going to instruct her

3  not to answer.

4           MR. HERMANN:  Can we go off

5  the record for a second?

6           (Discussion off the record.)

7           (The witness and Ms. Baskin

8  left the deposition room.)

9           (The court reporter read the

10 record as follows:

11           "QUESTION:  Tell me about

12 the real estate that you own in India.")

13           MS. BASKIN:  I lodge an

14 objection and I stand by the objection

15 and I stand by instructing her not to

16 answer.  And I could restate that, once

17 again, it is a deposition vis-a-vis a

18 litigation for --

19           MR. HERMANN:  You don't have

20 to restate it.

21           MS. BASKIN:  I'm instructing

22 her not to answer.

23           MR. HERMANN:  I will tell

24 you that we will seek a ruling on this,

1  and if she is directed to answer, then

2  we will have to bring her back to answer

3  those questions.

4              MS. BASKIN:  That's fine.

5              MR. HERMANN:  Can I just ask

6  you to mark those parts of the

7  transcript where the witness has been

8  instructed not to answer?

9  BY MR. HERMANN:

10         Q.    Ms. Bagga, you recently

11  traveled to India, didn't you?

12         A.    Yes.

13         Q.    When did you leave to go to

14  India?

15         A.    Oh, about 15, 20 days ago.

16         Q.    You are not sure what day

17  you left?

18         A.    It was on a Saturday.

19  Today is what date?

20              MS. BASKIN:  The 17th.

21              THE WITNESS:  The 17th.  So

22  last -- I need to see a calendar.

23  BY MR. HERMANN:

24         Q.    When did you return from

23

1  India?

2          A.      Last Saturday.

3          Q.      The 14th of June?

4          A.      Today is --

5                  MS. BASKIN:  The 17th.

6                  THE WITNESS:  No.  Saturday

7  before that.

8  BY MR. HERMANN:

9          Q.      Do you want to take a look

10  at this calendar and tell me what day

11  you left and what day you returned?

12                  MS. BASKIN:  I will just

13  lodge an objection; relevance.

14                  You can answer.

15                  THE WITNESS:  Today is the

16  17th.  I came back on the 7th, so I left

17  about a week before that.  I left on

18  Friday before that, yes.  It is not on

19  here, the previous --

20  BY MR. HERMANN:

21          Q.      Would that be Friday, the

22  30th of May?

23          A.      Yes, I think so.  I think

24  that's right, yes.

24

1       Q.    Did you go to India alone?

2       A.    Yes.

3       Q.    While you were in India,

4   did you acquire any property?

5       A.    No.

6       Q.    Did you make any

7   investments in India while you were

8   there?

9       A.    No.

10      Q.    Did you open any bank

11  accounts?

12      A.    No.

13      Q.    Did you make any bank

14  deposits?

15      A.    No.

16      Q.    Did you acquire any

17  securities?

18          MS. BASKIN:  I'm going to

19  object and instruct her not to answer.

20  Anything in terms of any questions that

21  she did personally I'm going to instruct

22  her not to answer.

23  BY MR. HERMANN:

24      Q.    Do you have any ownership

25

1   interest in an office building in the

2   Philadelphia area?

3           A.      Yes.

4           Q.      Where is it?

5           A.      It's on Bethlehem Pike.

6           Q.      Bethlehem Pike?

7           A.      Yes.

8           Q.      Is that where the offices

9   of some of the Bagga family businesses

10  are?

11          A.      Yes.

12          Q.      And what is the nature of

13  your ownership interest in that

14  property?  Let me try to make it

15  clearer.

16                  Do you know how that

17  property is owned; that is to say

18  whether it is just owned jointly by you

19  and your husband or a company owns it

20  and you own some shares in it or it is a

21  partnership?  Do you have any idea?

22          A.      No, I don't.

23          Q.      How did you come to have an

24  interest in that property?

26

1          A.        We needed an office.

2                    THE COURT REPORTER:  I'm

3    sorry?

4                    MR. HERMANN:  She said we

5    needed an office.

6                    THE WITNESS:  Yes.

7    BY MR. HERMANN:

8          Q.        And when was that?

9          A.        I don't remember the time.

10         Q.        Did you and your husband

11   buy the building together?

12         A.        I don't know.

13         Q.        Did you ever sign any

14   papers in connection with the purchase

15   of the office, such as mortgage papers?

16         A.        Yes.

17         Q.        What kinds of papers did

18   you sign?

19         A.        I don't know.  What the

20   banks gave or some loan documents.

21         Q.        Did you ever notice on any

22   of those papers whether it described any

23   ownership interest that you had in the

24   property?

27

1          A.    No.

2          Q.    As you sit here today, do

3    you know the percentage of any of the

4    property that you own?

5          A.    I don't understand.

6          Q.    Do you own half the

7    property?

8          A.    I don't know.

9          Q.    In connection with the

10   purchase of that office building did you

11   have to put down cash as well as the

12   mortgage?

13             MS. BASKIN:  I'm going to

14   object and instruct her not to answer.

15             MR. HERMANN:  What's the

16   basis for the instruction?

17             MS. BASKIN:  Anything that

18   Ms. Bagga did personally is irrelevant

19   to what this deposition's purpose is or

20   what your litigation is; B, I'm going to

21   object to every question from now on

22   that is similar to that.

23             MR. HERMANN:  You are going

24   to instruct her not to answer?

28

1              MS. BASKIN:  Correct.

2  BY MR. HERMANN:

3        Q.    Do you know what the

4  assessment is of the office property on

5  Bethlehem Pike, what the tax assessment

6  is?

7        A.    No.

8        Q.    Have you ever seen a check

9  written for the taxes for the property?

10       A.    I don't remember.

11       Q.    Are you in good health at

12  the moment?

13       A.    I have some health

14  problems, but....

15       Q.    Are you taking any

16  medications?

17       A.    Yes.

18       Q.    Do any of those medications

19  affect your ` to remember things in

20  response to questions that I'm asking

21  you?

22       A.    I don't know.

23       Q.    You think they may affect

24  your memory?

29

1          A.     I don't know if they do or

2     they don't.

3          Q.     Have you noticed any change

4     in your memory since you have been

5     taking those medications?

6          A.     I don't know.

7          Q.     Do you feel as if you are

8     able to testify today and understand the

9     questions and answer them, in a medical

10    sense?

11         A.     Yes, I think so.

12         Q.     Did you review any

13    documents today?  Did you review any

14    documents in preparation for your

15    deposition today?

16         A.     No.

17         Q.     Did you speak to anybody

18    about having your deposition taken today

19    other than your lawyer and your husband?

20         A.     No.

21         Q.     Have you ever testified in

22    any other cases either at a deposition

23    or in court?

24         A.     I don't remember.

30

1      Q.      Have you ever been in court

2  and stood up on the witness stand and

3  been asked questions and given answers?

4      A.      I don't remember that, no.

5      Q.      When you say you don't

6  remember that, do you mean that you

7  don't think that ever happened or it

8  happened but you don't remember it?

9      A.      I don't remember.

10     Q.      Are you an American

11 citizen?

12     A.      Yes.

13     Q.      When did you become a

14 citizen?

15     A.      A long time ago.

16     Q.      More than 20 years ago?

17     A.      I guess it was -- it must

18 be around 20 years.  I don't know the

19 exact time.

20     Q.      When did you come to the

21 United States?

22     A.      About 25 years ago.

23     Q.      Did you receive your

24 education here?

31

1      A.      Some of it, yes.

2      Q.      What education did you

3 receive here?

4      A.      I went to school here.

5      Q.      Did you go to college?

6      A.      Yes.

7      Q.      Where did you go to college?

8      A.      In Allentown.

9      Q.      University of Pennsylvania?

10     A.      No.  It was a college,

11 Cedar Crest College.

12     Q.      Did you graduate?

13     A.      Yes.

14     Q.      What year?

15     A.      1982.

16     Q.      What did you do after

17 college, immediately after college?

18     A.      Had a baby.

19     Q.      When did you and Mr. Bagga

20 first meet?

21     A.      About 25 years ago.

22     Q.      Approximately 1978?

23     A.      '77, '78, yes.

24     Q.      Was he working for Air

ESQUIRE DEPOSITION SERVICES

32

1    Products at the time?

2                  MS. BASKIN:  I'm sorry.  I

3    didn't hear that.

4    BY MR. HERMANN:

5        Q.      Was he working for Air

6    Products at the time?

7        A.      No.

8        Q.      Do you know where he was

9    working at the time?

10       A.      No.

11       Q.      Did you ever have a job

12   outside of the family businesses since

13   graduating from college?

14       A.      Yes.

15       Q.      What was that job and when

16   did you have it?

17       A.      I worked at Dun &

18   Bradstreet in Allentown.

19       Q.      What did you do there?

20       A.      I just did some data entry

21   for them.

22       Q.      What was the period of your

23   employment?

24       A.      I don't remember.  It was a

33

1  long time ago.

2       Q.    Was this during the 1980s?

3       A.    Yes.

4       Q.    Did you have any other

5  employment apart from the family

6  business and apart from D&B?

7       A.    I worked in a bank.

8       Q.    Where was the bank?

9       A.    In Allentown.

10      Q.    What was the name of the

11 bank?

12      A.    I don't remember.  I don't

13 know if it is there anymore or not.  The

14 banks changed.  I think it was First

15 Valley Bank.  I'm not sure.  I don't

16 remember.

17      Q.    What did you do for them?

18      A.    I was a teller.

19      Q.    Do you remember how long

20 you worked there?

21      A.    A few months.

22      Q.    Is that also in the 1980s?

23      A.    Yes.

24      Q.    Any other employment

34

1  history you can think of apart from your

2  family businesses?

3        A.    I don't remember any.

4        Q.    What was your degree in in

5  college?  What was your major?

6        A.    Business management.

7        Q.    After you graduated from

8  college, did you have any professional

9  training in any business area?

10        A.    I don't understand.

11        Q.    Did you take any courses in

12  any professional areas after you

13  graduated from college or receive any

14  training in any professional areas after

15  you graduated from college?

16        A.    Like what?

17        Q.    Accounting, bookkeeping.

18        A.    That I did in college.

19        Q.    You did that in college but

20  not after college; is that correct?

21        A.    For accounting?

22        Q.    For anything.

23        MS. BASKIN:  After college

24  he said.

1          THE WITNESS:  After I went

2    to Cedar Crest?

3    BY MR. HERMANN:

4          Q.    Yes.

5          A.    No.

6          MS. BASKIN:  I would like to

7    take a break for one second if you don't

8    mind.

9          (Recess from 10:17 a.m. to

10   to 10:18 a.m.)

11          MS. BASKIN:  Just going back

12   on the record, I apologize, Ms. Bagga

13   wants to clarify.  I think she thought

14   when you were asking about the

15   employment when you had said the 1980s,

16   that you were only focusing at that

17   point about the '80s.

18          MR. HERMANN:  There are also

19   other employments.

20          MS. BASKIN:  I think your

21   question was broader and I think she was

22   being slightly hypertechnical.

23          MR. HERMANN:  Okay.  I

24   appreciate that.

36

1  BY MR. HERMANN:

2      Q.    Were there other places you

3  worked apart from the ones you told me

4  about already?  Again, apart from your

5  family businesses.

6      A.    I had a clothing business.

7      Q.    Do you still have that

8  business?

9      A.    No.

10     Q.    What was the name of it?

11     A.    There were clothing stores,

12 retail stores, called Sunshine Blues.

13     Q.    Sunshine Blues?

14     A.    Uh-huh.

15     Q.    Aren't there three of those

16 still open in Philadelphia?

17     A.    There are more than three

18 of them; but they are not mine.

19     Q.    So you sold your interest

20 in that when?

21     A.    Sometime in the early '90s.

22     Q.    Were you the sole owner of

23 that business?

24     A.    Yes.

37

1          Q.     To whom did you sell it?

2          A.     We closed the stores.  The

3    leases came up, just closed the stores.

4          Q.     Do I take it from your

5    answer that you didn't sell the

6    business; you simply closed the

7    business?

8          A.     We closed the stores, yes.

9          Q.     Who is operating Sunshine

10   Blues today?

11         A.     They were franchises, so I

12   don't know who owns them now.

13         Q.     You were a franchisee?

14         A.     Yes.

15         Q.     Is Sunshine Blues the

16   retail name of some franchisor?

17         A.     Yes.

18         Q.     Who was the franchisor?

19         A.     They don't have the

20   franchises anymore.  The original

21   company, I think they owned them.  I

22   don't know if they still have the

23   franchises out or just the company owns

24   them.

ESQUIRE DEPOSITION SERVICES

38

1          Q.      Do you know who the owners

2    are of the company that franchised these

3    stores?

4          A.      Yes.

5          Q.      Who are they?

6          A.      It's -- you need the

7    company?

8          Q.      No.   The names of the

9    individuals who are the owners of that

10   company, if you know.

11         A.      It's G. T. Chawla.

12         Q.      G. T. Chawla.

13                 And Ravinder Chawla, did he

14   own any interest in them?

15         A.      Yes.

16         Q.      Anybody else, as far as you

17   know, who had an ownership interest?

18         A.      It was family owned.  They

19   have other brothers, father.  I don't

20   know what the ownership is, who owns

21   what.

22         Q.      Now, for how long were you

23   in that clothing business?

24         A.      A few years, six, seven,

```
1   eight.
2          Q.      Was there a company that
3   you set up specifically to deal with
4   that?
5          A.      Yes.
6          Q.      What was the name of that
7   company?
8          A.      KB Apparel.
9          Q.      KB Apparel?
10         A.      Yes.
11         Q.      Were you the president?
12         A.      Yes.
13         Q.      How many stores did KB
14  Apparel operate?
15              MS. BASKIN:  Once again, I'm
16  going to object and instruct her not to
17  answer.  I have been waiting to see if
18  this is leading somewhere that's
19  relevant to this lawsuit and it's not,
20  so I'm going to instruct her not to
21  answer.
22  BY MR. HERMANN:
23         Q.      Did your husband work in KB
24  Apparel?
```

1          A.      No.

2          Q.      Did he have any ownership

3   interest at all in it?

4          A.      I don't know.

5          Q.      Who handled the books for

6   KB Apparel?

7               MS. BASKIN:  I'm going to

8   object and instruct her not to answer.

9   I don't see any relevance, once again.

10  BY MR. HERMANN:

11         Q.      What kind of clothing did

12  Sunshine Blues stores sell while you

13  were operating them?

14              MS. BASKIN:  Objection and

15  instruct her not to answer.

16  BY MR. HERMANN:

17         Q.      Did it sell brand-name

18  jeans?

19              MS. BASKIN:  I'm going to

20  object and instruct the witness not to

21  answer.

22  BY MR. HERMANN:

23         Q.      Apart from the businesses

24  you have already told me about, have you

41

1    been involved in any other employment?

2    Again, I will ask you later on about

3    family businesses; this is apart from

4    that.

5         A.    I don't remember.

6         Q.    Do you belong to any

7    professional organizations?

8         A.    I don't remember.  I --

9    maybe some organization from Harvard,

10   because I went -- I did a course there,

11   so maybe it was some associations from

12   there.

13        Q.    Do you belong to any

14   organizations, such as the Chamber of

15   Commerce, or community organizations of

16   that sort?

17        A.    I don't remember.  I don't

18   think so.

19        Q.    I have to ask you this, so

20   don't be offended.  Have you ever been

21   arrested?

22        A.    No.

23        Q.    When did you get married to

24   Mr. Bagga?

42

1       A.      25 years ago.

2       Q.      Have you said to anybody,

3  apart from your lawyer and apart from

4  your husband, in the past year that you

5  were thinking about separating from

6  Mr. Bagga?

7               MS. BASKIN:  I'm going to

8  object and instruct her not to answer.

9  BY MR. HERMANN:

10      Q.      Do you have any children?

11      A.      Yes.

12      Q.      How many?

13      A.      Two.

14      Q.      What are their ages?

15      A.      21 and 16.

16      Q.      Does either of your

17 children work in the family businesses?

18      A.      No.

19      Q.      Do you have a sizeable

20 family apart from your immediate family

21 in the Philadelphia area?

22      A.      Yes.

23      Q.      You have family in India,

24 too?

43

1          A.      Yes.

2          Q.      Are your parents in India?

3          A.      No.

4          Q.      Are they in the United

5   States in this area?

6          A.      Yes.

7          Q.      Are your parents retired?

8          A.      Yes.

9          Q.      What family do you have in

10  India?

11         A.      I have a brother, his wife,

12  his children.

13         Q.      What business is your

14  brother in?

15              MS. BASKIN:  I'm going to

16  object and, once again, instruct her not

17  to answer, unless you want to give me a

18  reason as to relevance and maybe we

19  could cut through this.

20  BY MR. HERMANN:

21         Q.      Was your father in the

22  banking business in India?

23         A.      Yes.

24         Q.      Was he in the banking

44

1  business in the United States?

2      A.    No.

3      Q.    Does your father maintain

4  contacts with people in the banking

5  business in India?

6          MS. BASKIN:  I'm going to

7  object and instruct the witness not to

8  answer.

9  BY MR. HERMANN:

10     Q.    Apart from your brother and

11 your sister-in-law in India, do you have

12 contact with any other family there?

13     A.    Yes.

14     Q.    Who is that?

15     A.    My mother-in-law.

16     Q.    Anyone else?

17     A.    I have a brother-in-law,

18 his wife, his children.  I have another

19 brother-in-law, his wife.  I have a

20 cousin there.

21     Q.    Did you stay with family

22 when you went there recently?

23     A.    Yes.

24     Q.    Who did you stay with?

45

1        A.      My brother.

2        Q.      Do you customarily stay

3   with him if you visit people in India?

4        A.      It depends where I'm going.

5        Q.      Where does he live?

6        A.      New Delhi.

7        Q.      How often have you been to

8   India let's say in the last ten years?

9   On how many occasions have you made

10  trips to India in the last ten years?

11       A.      Several times.

12       Q.      Several times a year?

13       A.      Yes.  Some years, yes,

14  several times.

15       Q.      Are all of these visits

16  purely social, with family?

17            MS. BASKIN:  I'm going to

18  object and instruct her not to answer

19  again.  I don't know where this is

20  going.

21  BY MR. HERMANN:

22       Q.      Do you ever do any business

23  in India?

24            MS. BASKIN:  I'm going to

ESQUIRE  DEPOSITION  SERVICES

1    object and instruct her not to answer.

2    BY MR. HERMANN:

3         Q.    When you recently traveled

4    to India at the time you left the

5    country, were you aware that a federal

6    judge had ordered that you testify by

7    June 4?

8         A.    I was told that, yes.

9         Q.    Were you of the opinion

10   that were you not required to testify by

11   June 4 when you left?

12        A.    I was going to India, so I

13   told them I won't be here.

14        Q.    You told the judge you

15   wouldn't be here; is that what you're

16   saying?

17        A.    No.   I told somebody from

18   Beth's office.

19        Q.    They said it was okay?

20             MS. BASKIN:   I'm going to

21   object and instruct her not to answer.

22   This is all of record.   It was in

23   pleadings.   I'm going to instruct her

24   not to answer.

47

BY MR. HERMANN:

    Q.    Do you have an Indian driver's license?

    A.    I don't know if it's still there. I used to have one, you know.

    Q.    You don't have one in your wallet; is that correct?

    A.    What license? Indian?

    Q.    Yes.

    A.    No.

    Q.    Did you rent a car while were you in India?

    MS. BASKIN: I'm going to object and instruct her not to answer.

BY MR. HERMANN:

    Q.    Do you have a lawyer in India?

    A.    For what?

    Q.    For anything.

    MS. BASKIN: I'm going to object and instruct her not to answer.

BY MR. HERMANN:

    Q.    While you were in India, did you visit any banks?

48

1              MS. BASKIN:  I'm going to
2   object and instruct her not to answer.
3   BY MR. HERMANN:
4          Q.    While were you in India,
5   did you visit any investment firms?
6              MS. BASKIN:  I'm going to
7   object and instruct her not to answer.
8   BY MR. HERMANN:
9          Q.    Do you have any bank or
10  securities accounts in India?
11             MS. BASKIN:  I'm going to
12  object and instruct her not to answer.
13  BY MR. HERMANN:
14         Q.    Do you own any assets in
15  India?
16             MS. BASKIN:  I'm going to
17  object and instruct her not to answer.
18  BY MR. HERMANN:
19         Q.    While you were in India
20  during the past five years, have you
21  invested any money with any institution
22  or any business or in person?
23             MS. BASKIN:  I'm going to
24  object and instruct her not to answer.

49

1  BY MR. HERMANN:

2          Q.      While you were in India in

3  the last five years, did you make any

4  big-ticket purchases of items, such as

5  jewelry or art?

6                  MS. BASKIN:  I'm going to

7  object and instruct the witness not to

8  answer.

9  BY MR. HERMANN:

10         Q.      Do you own shares in any

11  Indian company either directly or

12  indirectly?

13                 MS. BASKIN:  I'm going to

14  object and instruct the witness not to

15  answer.

16  BY MR. HERMANN:

17         Q.      Do you know whether your

18  husband either liquidated or transferred

19  any family business interests in India

20  in the past ten years in order to

21  satisfy debts to American creditors?

22                 MS. BASKIN:  I'm going to

23  object and instruct the witness not to

24  answer.

1  BY MR. HERMANN:

2      Q.     Have you in the past year

3  discussed with anyone plans to relocate

4  to India?

5           MS. BASKIN:  I'm going to

6  object and instruct her not to answer.

7  BY MR. HERMANN:

8      Q.     What other countries have

9  you visited in the past five years?

10     A.     India, Hong Kong, Thailand,

11  Burma, Indonesia, Italy, France, Venice,

12  England, Malaysia, Taiwan, Nepal.

13  That's all I remember.

14     Q.     Did you go with your

15  husband on all these trips?

16     A.     Not all of them.

17     Q.     Were all of these trips for

18  pleasure as opposed to business?

19     A.     No.

20     Q.     Which ones were business

21  trips?

22           MS. BASKIN:  I'm going to

23  object and instruct the witness not to

24  answer.

1  BY MR. HERMANN:

2         Q.     Did you in fact conduct

3  business on some of these trips?

4                MS. BASKIN:  You can

5  answer.

6                THE WITNESS:  Yes.

7  BY MR. HERMANN:

8         Q.     Which ones?

9                MS. BASKIN:  I'm going to

10 object and instruct the witness not to

11 answer.

12 BY MR. HERMANN:

13        Q.     Did you acquire property in

14 any of these countries?

15               MS. BASKIN:  I'm going to

16 object and instruct the witness not to

17 answer.

18 BY MR. HERMANN:

19        Q.     Did you open or make

20 deposits to any banks or securities

21 accounts in any of these countries?

22               MS. BASKIN:  I'm going to

23 object and instruct the witness not to

24 answer.

52

1 BY MR. HERMANN:

2        Q.     Did you purchase any large-

3 ticket items in any of these countries?

4              MS. BASKIN:  I'm going to

5 object and instruct the witness not to

6 answer.

7 BY MR. HERMANN:

8        Q.     Are you employed at the

9 present time?

10       A.     Yes.

11       Q.     Who is your employer?

12       A.     Bagga Enterprises.

13       Q.     Any other employer?

14       A.     I don't know.

15       Q.     Do you get a paycheck from

16 Bagga Enterprises?

17       A.     Yes.

18       Q.     How often?

19       A.     Every two weeks.

20       Q.     What is your annual salary?

21       A.     $52,000.

22       Q.     What do you do for Bagga

23 Enterprises?

24       A.     I oversee their billings

53

1  and payables.

2          Q.      Anything else?

3          A.      No.

4          Q.      For how long have you been

5  doing that for Bagga Enterprises?

6          A.      For Bagga Enterprises?

7  About a month.

8          Q.      Did you have employment

9  before that, before the one month ago?

10         A.      Yes.

11         Q.      What was that?

12         A.      United Management.

13         Q.      What did you do for them?

14         A.      Oversee the billings and

15 payables.

16         Q.      How long did you do that

17 for United Management?

18         A.      A few years.

19         Q.      While were you doing that

20 for United Management Services for two

21 years, were you employed by any other --

22         A.      I said a few years.

23         Q.      A few years; I'm sorry.

24 How many years is a few years, in your

1  recollection?

2        A.    Four, five, six.  I don't

3  remember how long.

4        Q.    At the time you were

5  working for United Management Services

6  were you employed by any other family

7  business?

8        A.    I don't know.  What do you

9  mean?

10        Q.    Did you have another job

11  during the same time or was that your

12  only job while you were working for

13  United Management?

14        A.    That was my job, yes.

15        Q.    Before that time, before

16  you worked for United Management

17  Services, did you work for any other

18  family-owned business?

19        A.    No.  I had my business at

20  that time.

21        Q.    The clothing business?

22        A.    (Witness shakes head.)

23        Q.    Do you have any ownership

24  interest, either directly or indirectly,

55

1  in Bagga Enterprises?

2          A.      No, I don't think so.

3          Q.      Do you have any direct or

4  indirect ownership interest in United

5  Management Services?

6          A.      No, I don't think so.

7          Q.      Are there any other family-

8  owned businesses from which you received

9  any compensation or any distributions of

10 income in the past five years?

11         A.      I don't know.

12         Q.      Do you file a joint tax

13 return with your husband?

14         A.      I don't know if it's joint

15 or separate.

16         Q.      Have you ever signed a tax

17 return in which you saw your husband's

18 signature also to the Internal Revenue

19 Service?

20         A.      I remember signing it, but

21 I didn't look for other signatures, you

22 know.

23         Q.      When you sign your tax

24 return, do you actually read what is on

1  the tax return before you sign it?

2          MS. BASKIN:  I'm going to

3  object and instruct her not to answer.

4  BY MR. HERMANN:

5      Q.      Have you ever observed on

6  any tax return that it lists any income

7  from any family-owned business other

8  than Bagga Enterprises or United

9  Management Services?

10         A.      Can you say that again?

11             (The court reporter read the

12  record as follows:

13             "QUESTION:  Have you ever

14  observed on any tax return that it lists

15  any income from any family-owned

16  business other than Bagga Enterprises or

17  United Management Services?")

18             MS. BASKIN:  This is at any

19  time; right?

20             THE WITNESS:  I don't

21  remember.

22  BY MR. HERMANN:

23      Q.      Who prepares your tax

24  returns?

1          A.    I don't know.

2          Q.    Does Norm Cahan, C-A-H-A-N,

3    prepare your returns?

4          A.    Maybe.  I don't know.

5          Q.    Have you ever talked to him

6    about your tax returns?

7          A.    Yes, I talked to him.

8          Q.    Have you talked to him

9    about your tax returns

10          A.    About filing the tax

11    returns?

12          Q.    Filing them or what's on

13    them or any other aspect of your tax

14    return, your individual tax return.

15          MS. BASKIN:  I'm going to

16    object and instruct her not to answer.

17    BY MR. HERMANN:

18          Q.    So is it your testimony

19    that you don't know who prepares your

20    tax returns?

21          A.    I don't know.  I just sign

22    them.  I don't know who prepare it.

23          Q.    Do you know whether you are

24    a signatory or a guarantor on any

58

1  borrowings apart from your house which

2  you told me about before?

3        A.      The office building, yes.

4        Q.      You got a $244,000 mortgage

5  on that office building; isn't that

6  right?

7        A.      I don't remember the exact

8  amount.  I guess.

9        Q.      Do you remember whether the

10 amount of the mortgage is more than 80%

11 of the appraised value of the building?

12       A.      I don't understand this.

13       Q.      Did you arrange that

14 mortgage yourself?

15       A.      I talked to somebody in the

16 bank.

17       Q.      What bank was that?

18       A.      Sovereign Bank.

19       Q.      Am I correct that you paid

20 $280,000 for that building?

21       A.      Yes, I think that's what it

22 is.

23       Q.      Did anyone at the bank say

24 to you that it was unusual to get a

1  mortgage for 87% of the purchase price

2  of the building?

3       A.    I don't remember that.

4       Q.    Am I correct that the size

5  of your Washington Mutual mortgage is

6  1.6 million?

7            MS. BASKIN:  Object.  What

8  Washington Mutual mortgage?

9            MR. HERMANN:  Mortgage on

10 the home.

11           MS. BASKIN:  I'm going to

12 object and instruct her not to answer.

13 BY MR. HERMANN:

14      Q.    Did you ever borrow money

15 from Singh Brothers Trust?

16           MS. BASKIN:  Did she

17 personally?

18           MR. HERMANN:  Yes.

19           MS. BASKIN:  I'm going to

20 object and instruct her not to answer.

21 BY MR. HERMANN:

22      Q.    Did any business by which

23 you were employed, family business, ever

24 borrow money from Singh Brothers Trust?

1              MS. BASKIN:  I'm going to

2  object and instruct the witness not to

3  answer.

4  BY MR. HERMANN:

5        Q.    Did you borrow 700,000 from

6  the Singh Brothers Trust for the

7  property in Flourtown?

8              MS. BASKIN:  I'm going to

9  object and instruct her not to answer.

10  BY MR. HERMANN:

11        Q.    Do you know who the Singh

12  Brothers are?

13        A.    No.

14        Q.    You don't know who they

15  are; is that correct?

16        A.    No.

17              MS. BASKIN:  You have to

18  speak up.

19  BY MR. HERMANN:

20        Q.    Do you own or have any

21  ownership interest in any real property

22  other than what you already told me

23  about, either in land or in buildings or

24  houses other than the ones you have

63

1  already told me about in answer to my

2  previous questions?

3              MS. BASKIN:   I haven't

4  objected, but I'm going to object and

5  instruct the witness not to answer.

6  BY MR. HERMANN:

7         Q.    Do you own any property

8  jointly with anyone else apart from your

9  marital home?

10             MS. BASKIN:   I'm going to

11  object and instruct the witness not to

12  answer.

13  BY MR. HERMANN:

14        Q.    Do you have any brokerage

15  accounts of your own?

16             MS. BASKIN:   I'm going to

17  object and instruct the witness not to

18  answer.

19  BY MR. HERMANN:

20        Q.    Do you have an account with

21  Fidelity Investments?

22             MS. BASKIN:   I'm going to

23  object and instruct the witness not to

24  answer.

62

1   BY MR. HERMANN:

2          Q.      Do you have a checking or

3   savings account at Commerce Bank?

4                 MS. BASKIN:  I'm going to

5   object and instruct the witness not to

6   answer.

7   BY MR. HERMANN:

8          Q.      In what banks have you

9   deposited money since the year 2002?

10                MS. BASKIN:  Mrs. Bagga

11  personally?

12                MR. HERMANN:  Mrs. Bagga.

13                MS. BASKIN:  Her personal

14  funds?

15                MR. HERMANN:  No, I'm not

16  asking about personal funds or

17  impersonal funds.  I'm asking about

18  money.  What banks has she deposited

19  money in since 2002.

20                MS. BASKIN:  I'm going to

21  object to the form of the question.

22                Do you understand the

23  question?

24                THE WITNESS:  No.

63

1   BY MR. HERMANN:

2       Q.    What don't you understand

3   about the question?  I will be happy to

4   clear it up, but I'm not sure what you

5   don't understand about it.

6           MS. BASKIN:  Well, I don't

7   even understand so I can't even properly

8   advise her.

9           MR. HERMANN:  But you're not

10  the witness.

11          MS. BASKIN:  Well, she

12  already said that she didn't understand

13  it.

14          MR. HERMANN:  It doesn't

15  matter whether you understand it or not.

16          MS. BASKIN:  Well, I'm going

17  to instruct her not to answer until we

18  get a better question.  We can save time

19  if you rephrase the question.

20  BY MR. HERMANN:

21      Q.    You have made bank

22  deposits, haven't you, in your life?

23      A.    Yes.

24      Q.    Sometimes you deposit a

64

1  check that's endorsed by someone;

2  sometimes you deposit cash?

3       A.    Yes.

4       Q.    Sometimes you deposit your

5  own personal check in an account;

6  correct?

7       A.    Yes.

8       Q.    Have you made any deposits

9  in the past year in any bank accounts,

10 whether in the form of endorsed checks

11 or cash or any other negotiable

12 instrument?

13       MS. BASKIN:  I'm going to

14 object and instruct the witness not to

15 answer, unless it is related to these

16 four defendants; nothing personal.

17 BY MR. HERMANN:

18       Q.    Have you written any checks

19 in the last couple of years?

20       A.    I don't understand.

21       Q.    You know what a check is;

22 right?

23       A.    Yes.

24       Q.    Have you written any in the

ESQUIRE DEPOSITION SERVICES

1  last couple of years?

2       A.    Yes.

3       Q.    On what accounts?

4        MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer if it has to do with her personal

7  finances.

8  BY MR. HERMANN:

9       Q.    Apart from your home and

10  apart from anything else you have told

11  me up to this point, do you own in whole

12  or in part any assets with Paul Bagga?

13       A.    I don't know.

14       Q.    Have you applied for any

15  loans in the past year?

16        MS. BASKIN:  I'm going to

17  object and instruct the witness not to

18  answer.

19  BY MR. HERMANN:

20       Q.    Have you guaranteed any

21  loans in the past year?

22        MS. BASKIN:  I'm going to

23  object and instruct the witness not to

24  answer.

1  BY MR. HERMANN:

2        Q.      Have you set up any trusts

3  for your family in the past year?

4              MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer.

7  BY MR. HERMANN:

8        Q.      Have you ever submitted a

9  net worth statement in connection with a

10  loan?

11        A.      I don't remember.

12        Q.      Have you spoken to any bank

13  officers or any representatives of any

14  financial institution in connection with

15  a loan apart from what you mentioned

16  before about your house?

17        A.      I don't remember.

18        Q.      Have you transferred any

19  real property to any person in the past

20  six years?

21              MS. BASKIN:  I'm going to

22  object and instruct the witness not to

23  answer.

24  BY MR. HERMANN:

67

1      Q.      Have you transferred any

2  interest in any personal property to any

3  person in the past six years apart from

4  the clothing business which you

5  mentioned before?

6                  MS. BASKIN:   I'm going to

7  object and instruct the witness not to

8  answer.

9  BY MR. HERMANN:

10     Q.      Who works in the office of

11  Bagga Enterprises apart from yourself?

12     A.      A few other people.

13     Q.      Who are they?

14     A.      I don't know who is

15  employed by which company, so I don't

16  know who is employed by Bagga.

17     Q.      Who actually works inside

18  the building?

19     A.      It's Gene and Bob.

20     Q.      Gene Pittack?

21     A.      Yes.

22     Q.      What does he do?  Is he the

23  regional manager?

24     A.      Yes, I think so.  He

68

1  travels a lot, so....

2          Q.      And Bob, is that Bob Popp?

3          A.      Yes.

4          Q.      P-O-P-P?

5          A.      (Witness shakes head.)

6          Q.      He is the bookkeeper; right?

7          A.      He does some work, yes.

8          Q.      He does some bookkeeping;

9  is that right?

10         A.      I don't know what all he

11 does.  He does different things.

12         Q.      Isn't he the bookkeeper for

13 all the Bagga companies?

14         A.      I don't know.

15         Q.      How many years has he

16 worked for the Bagga family business?

17                 MS. BASKIN:  I don't think

18 she has testified that he worked for the

19 Bagga family business.

20 BY MR. HERMANN:

21         Q.      Does he work for the Bagga

22 family business?

23         A.      What do you mean "family

24 business"?

69

```
 1          Q.      Is he in fact a bookkeeper
 2   for the Bagga family businesses in
 3   connection with Arby's franchises?
 4          A.      He works for business
 5   related to Arby's franchises, yes.
 6          Q.      And, in fact, he has been
 7   doing that for quite a few years, hasn't
 8   he?
 9          A.      Yes.
10          Q.      Did you ever work with him
11   personally?
12          A.      He is in the office.
13          Q.      How far away from where you
14   sit is his desk?
15          A.      I don't know.  We keeping
16   moving the desks around, so there is no
17   fixed spot.
18          Q.      How many times a day do you
19   see him?
20          A.      I don't go there every day,
21   so I don't know.
22          Q.      If you are there for eight
23   hours, how long do you see Bob Popp
24   during the day?
```

1       A.      I'm not there for eight

2  hours.

3       Q.      When you are in the office,

4  do you on occasion talk to Bob Popp?

5       A.      Yes.

6       Q.      What do you talk to him

7  about? business matters?

8       A.      Yes, I guess.

9       Q.      Can you remember any

10 subjects you have discussed with Bob

11 Popp this year concerning Bagga family

12 businesses?

13      A.      There's no subject.  He is

14 in the office.  I'm there sometime.  If

15 I need anything, I ask him.

16      Q.      Did anyone ever say to you

17 or in your presence that Bob Popp is the

18 person who really knows what is going on

19 in the details of the Bagga family

20 businesses?

21      A.      What did you say?  Can you

22 repeat that?

23              (The court reporter read the

24 record as follows:

1              "QUESTION:  Did anyone ever

2  say to you or in your presence that Bob

3  Popp is the person who really knows what

4  is going on in the details of the Bagga

5  family businesses?")

6              THE WITNESS:  What does that

7  mean?

8              MS. BASKIN:  Has anyone ever

9  said that to you?

10             THE WITNESS:  Like who?

11 BY MR. HERMANN:

12      Q.     Anyone.

13      A.     I don't remember.

14             MS. BASKIN:  I think the

15 question is, do you remember anyone ever

16 making that type of comment to you?

17             THE WITNESS:  No, I don't

18 remember.

19 BY MR. HERMANN:

20      Q.     Did you ever have any

21 disputes with him about financial

22 matters in connection with the business?

23      A.     No.

24      Q.     Did you ever have any

72

1  conversations with him about altered
2  invoices?
3                MS. BASKIN:  I'm going to
4  object and ask in relationship to what?
5  to Bagga Enterprises?
6                MR. HERMANN:  Yes.
7                THE WITNESS:  No, I don't
8  remember anything like that.
9  BY MR. HERMANN:
10       Q.    Did you ever have any
11  conversations with him about altered
12  checks?
13       A.    No, I didn't.
14       Q.    Did you ever discuss the
15  subject of bankruptcy with Mr. Popp?
16       A.    No, I didn't.
17       Q.    Does Mr. Popp report to
18  you?
19       A.    No.  I'm not there all the
20  time, so...
21       Q.    Could you fire him?
22       A.    Huh?
23       Q.    Could you fire him?  Do you
24  have the power to fire him?

73

1          A.        No.

2          Q.        Who has the power to fire

3    him?

4          A.        I don't know who can fire

5    him.    I cannot.

6          Q.        Could your husband fire

7    him?

8          A.        I don't know.

9          Q.        Has Mr. Popp ever said

10   anything in your presence about quitting

11   the family businesses?

12         A.        No.

13         Q.        Do you know how much he is

14   paid?

15         A.        No.

16         Q.        Does he work full time for

17   Bagga Enterprises?

18         A.        I don't know.    I think so.

19   I'm not there all the time, so I don't

20   know.

21         Q.        When you are not there,

22   where are you?

23         A.        Different places.

24         Q.        Are there any other

1  businesses you go to?

2      A.    Yes.

3      Q.    What's that?

4      A.    I work on various

5  transactions for clothing distribution.

6            (Mr. Haber entered the

7  deposition room.)

8            MS. BASKIN:  May I ask who

9  walked in?

10           MR. HABER:  My name is Steve

11 Haber.

12           MS. BASKIN:  Hello.

13           I'm sorry.

14 BY MR. HERMANN:

15     Q.    I was just asking you to

16 explain a little more what you mean

17 about working on transactions involving

18 the clothing business.  Clothing

19 distribution did you say?

20     A.    I work on transactions for

21 supplying goods to different stores.

22     Q.    Stores in the U.S.?

23     A.    Yes.

24     Q.    And for whom do you work?

1          A.      Nobody.   I work for myself,

2   some friends and family.

3          Q.      To what stores do you

4   supply these goods?

5                  MS. BASKIN:   I'm going to

6   object and instruct her not to answer.

7   BY MR. HERMANN:

8          Q.      Are these stores in the

9   Philadelphia area?

10                 MS. BASKIN:   I'm going to

11  object and instruct her not to answer.

12  BY MR. HERMANN:

13         Q.      From whom do you get the

14  goods to distribute to these stores?

15                 MS. BASKIN:   Once again, I'm

16  going to object and instruct her not to

17  answer until you can show some

18  relevance, and then maybe we can go on.

19  BY MR. HERMANN:

20         Q.      Who are the friends and

21  family you described a moment ago?

22                 MS. BASKIN:   I'm going to

23  object and instruct her not to answer.

24  BY MR. HERMANN:

76

1      Q.     Do you have a separate

2  company set up to do this?

3          MS. BASKIN:  I'm going to

4  object and instruct her not to answer.

5  BY MR. HERMANN:

6      Q.     Does anybody in your family

7  work with you in connection with these

8  transactions involving clothing

9  distribution?

10         MS. BASKIN:  I'm going to

11  object and instruct her not to answer.

12  BY MR. HERMANN:

13     Q.     Do you draw a salary in

14  connection with this business?

15         MS. BASKIN:  The non-Bagga

16  business?

17  BY MR. HERMANN:

18     Q.     Yes, the clothing

19  distribution business we're talking

20  about.

21         MS. BASKIN:  I'm going to

22  object and instruct her not to answer.

23  BY MR. HERMANN:

24     Q.     Is there any other

1  employment in which you are engaged

2  apart from Bagga Enterprises and the

3  clothing distribution that you just told

4  me about?

5        A.    No.

6        Q.    Did you have any other

7  business interests with either the Bagga

8  family members or the Chawla family

9  members apart from what you have told me

10  about already?

11        MS. BASKIN:  I'm going to

12  object and instruct the witness not to

13  answer.

14  BY MR. HERMANN:

15     Q.    Do you have someone who is

16  a money manager for you?

17        MS. BASKIN:  For her

18  personally?

19        MR. HERMANN:  Yes.

20        MS. BASKIN:  I'm going to

21  object and instruct the witness not to

22  answer.

23  BY MR. HERMANN:

24     Q.    Do you have an investment

78

1  advisor?

2        A.      What do you mean

3  "investment advisor"?

4        Q.      A person who advises you

5  about what investments to make or not to

6  make.

7        A.      No.

8                MR. HERMANN:  Can we take a

9  break for a moment?

10               (Recess from 11:11 a.m. to

11  11:23 a.m.)

12  BY MR. HERMANN:

13        Q.      What does Bagga Enterprises

14  do?

15        A.      It operates Arby's

16  Restaurants.

17        Q.      The Arby's Restaurants that

18  are owned in whole or in part by your

19  husband and your family?

20        A.      Yes.

21        Q.      Does that include all the

22  Arby's in Pennsylvania?

23        A.      No, not all of them.

24        Q.      Which ones does it include?

79

1          A.     I don't remember the names
2     of all of them.
3          Q.     Do you remember which ones
4     it doesn't include, if that's a smaller
5     list?
6          A.     Yes.    There are some that
7     are owned by -- operated by Welcome and
8     some by Bagga.
9          Q.     So are all of the Arby's
10    Restaurants in which the Bagga family
11    has some interest operated either by
12    Bagga Enterprises or by Welcome Group?
13         A.     Yes.
14         Q.     Who owns Bagga Enterprises?
15         A.     Paul does.
16         Q.     100%?
17         A.     I think so, yes.
18         Q.     Do you know if it has a
19    board of directors?
20         A.     Huh?
21         Q.     Do you know whether Bagga
22    Enterprises has a board of directors?
23         A.     I don't know.
24         Q.     Have you ever seen any

1    minutes of board meetings?

2         A.    I have not.

3         Q.    Now, does Bagga Enterprises

4    keep separate books for each of the

5    stores?

6         A.    What do you mean "separate

7    books"?

8         Q.    Does it keep, for example,

9    a separate general ledger for each

10   separate Arby's store or does it have

11   all of the accounts in one central

12   operating account?

13        A.    I think it's all done

14   together for all the stores.

15        Q.    Are you involved at all in

16   the bookkeeping aspect of the Bagga

17   Enterprises business?

18        A.    Some.

19        Q.    What are your functions?

20        A.    Bagga -- because the

21   different units have stores at different

22   places, so we have -- my job is to make

23   sure that the funds come into one

24   account and then bills are paid out of

81

1  that account.  We try to manage it out

2  of one account because the stores are in

3  all different locations and we don't

4  have the same bank at all the remote

5  areas, so the money has to be

6  transferred into one management company

7  account and then we try to pay

8  everything out of there.

9        Q.    So when funds come from the

10  various Arby's Restaurants, they go into

11  that account you were just describing?

12        A.    Yes.

13        Q.    Is that like a central

14  management account?

15        A.    Yes.

16        Q.    And all of the payables are

17  paid out of those accounts?

18        A.    Most of them, yes.

19        Q.    Which ones aren't?

20        A.    Sometimes the stores have

21  to pay cash payouts that they pay out

22  and sometimes -- most of them are paid

23  out of the central account.  But

24  sometimes if we have to send a check

1  out, I don't have time to transfer the

2  money -- it takes time from one bank to

3  another -- then we might write it out of

4  that account; but it is usually not

5  done.

6          Q.      When income from a

7  restaurant is received by you, is that

8  usually received in the form of a check

9  or cash?

10         A.      Income from the Arby's?

11         Q.      Yes.

12         A.      It is mostly cash.

13         Q.      And how is that delivered;

14 in other words, how is it physically

15 delivered?

16         A.      It's deposited in the bank

17 closest to the store.

18         Q.      And then there is a

19 transfer from that bank to your account?

20         A.      To the management account,

21 central account, yes.

22         Q.      You are in charge of

23 handling payments to vendors and other

24 tradespeople who need to be paid for

8:

1  what they have supplied to the business;

2  is that right?

3        A.    Yes.

4        Q.    Does anybody work with you

5  on that or do you do that yourself?

6        A.    No.    There are other people

7  working --

8        Q.    Who else works with you on

9  that?

10        A.    To pay that it -- I have

11  Khalid in the office.

12        Q.    Can you spell it?

13        A.    K-H-A-L-I-D.

14        Q.    What does Khalid do?

15        A.    He basically collects

16  all the -- gets all the bills together

17  and he prepares the checks and then we

18  decide what to release, depending on

19  what money is there.

20        Q.    Who decides which checks to

21  write and which to hold for the moment?

22        A.    I tell them to write the

23  checks.

24        Q.    Do you sometimes tell them

84

1    not to write certain checks or to hold

2    off on them for a while?

3        A.    Yes, sometimes.   But he

4    basically writes the checks and then we

5    release them as we have to.

6        Q.    So he writes checks for all

7    of the people to whom the business owes

8    money and you may decide to release some

9    and not release others?

10       A.    Yes.

11       Q.    Do you make those decisions

12   on your own?

13       A.    No.   I ask Paul sometimes.

14   Some of the bills have -- like electric

15   has to be paid, some things have to be

16   paid, so....

17       Q.    Who else works with you

18   besides Khalid in connection with

19   payables and receipts?

20       A.    Right now just Bob and

21   Khalid.

22       Q.    What function does Mr. Popp

23   play with regard to receipts and

24   payables?

1          A.     He is not really involved

2    with payables.   He just does -- he is

3    more with the operations, like ordering

4    the food and doing the payroll and doing

5    the food analysis and stuff.   He does

6    that kind of thing.

7          Q.     Do you have any involvement

8    in those areas?

9          A.     No.

10          Q.     Do you review the bank

11    statements?

12               MS. BASKIN:  For who?

13    BY MR. HERMANN:

14          Q.     For Bagga Enterprises.

15          A.     Sometimes.

16          Q.     What determines whether you

17    do or don't review a particular bank

18    statement?

19          A.     I don't really need to

20    review.

21          Q.     Somebody else apart from

22    you reviews the bank statements of Bagga

23    Enterprises?

24          A.     The review for what?

86

1        Q.    For anything.  A bank

2    statement comes in from the bank.  Does

3    somebody review it, is my question.

4        A.    I guess, you know, they

5    reconcile the statement.

6        Q.    Who does that?

7        A.    Khalid.

8        Q.    And when he looks at the

9    bank statements, does he ever discuss

10   them with you?

11       A.    If there's a problem, if

12   there's some charge or a bank charge or

13   anything; other than that it's not

14   necessary.

15       Q.    Apart from the $52,000 a

16   year that you told us about a moment

17   ago, do you receive any other management

18   fees from Bagga Enterprises?

19       A.    I don't know how that is

20   done, but I know there are other

21   management fees.  I don't get involved

22   with that.

23       Q.    Do you personally receive

24   any management fees from Bagga

87

1  Enterprises apart from your salary?

2          A.    I don't take any.

3          Q.    Do you receive any other

4  kind of financial distribution from the

5  company, Bagga Enterprises, apart from

6  the salary you mentioned?

7          A.    No, I don't think so.

8          Q.    Have you ever reviewed

9  Bagga Enterprises' tax return?

10         A.    No.

11         Q.    Did you ever sign any

12 documents on behalf of Bagga

13 Enterprises?

14         A.    I don't remember.

15         Q.    Do you know what banks

16 Bagga Enterprises has accounts with?

17         A.    They are all different

18 banks, because wherever the stores are,

19 whichever bank is closer to it, that's

20 the bank.

21         Q.    That's where the cash is

22 deposited?

23         A.    Yes.

24         Q.    And who has the management

88

1  account for Bagga Enterprises, which

2  bank?

3       A.    Right now -- it used to be

4  United Management account, but we don't

5  have that anymore.

6            MS. BASKIN:  He is asking

7  which bank.

8  BY MR. HERMANN:

9       Q.    I'm just asking about Bagga

10 Enterprises now.

11      A.    Bagga Enterprises operated

12 from now I think it's PNC Bank.

13      Q.    Does Bagga Enterprises do

14 banking business with any other banks

15 for its central management functions as

16 opposed to the depository banks where

17 the stores are?

18      A.    I don't understand.

19      Q.    Does Bagga Enterprises have

20 any other bank accounts that it uses for

21 central management purposes apart from

22 the one you just mentioned?

23      A.    No.

24      Q.    Does Bagga Enterprises rent

1  space anywhere?

2          A.      For?

3          Q.      For real estate, for

4  storage, for offices.  Does it rent

5  space in the building, in the Bethlehem

6  Pike building?

7          A.      Yes.  That's where the

8  office is.

9          Q.      Does it pay rent for those

10 offices?

11         A.      Yes, it's supposed to,

12 yes.  It is supposed to be

13 distributed --

14             MS. BASKIN:  The question is

15 does Bagga Enterprises pay rent for the

16 property at Bethlehem Pike?

17             MR. HERMANN:  Yes.

18             THE WITNESS:  Yes.  It stays

19 a part of the --

20 BY MR. HERMANN:

21         Q.      Does Bagga Enterprises rent

22 storage space anywhere?

23         A.      They might.  I don't --

24         Q.      You are not aware of any?

9(

```
 1        A.      I don't know of any.
 2        Q.      Have you ever written any
 3  checks to storage companies on Bagga
 4  Enterprises?
 5        A.      I haven't written any
 6  checks to storage companies.  I don't
 7  remember.
 8        Q.      When Bagga Enterprises
 9  receives a check from somebody, how is
10  it physically deposited in the bank?
11  Does someone actually take it to the
12  bank?
13        A.      Yes.
14        Q.      Who is that person?  Is
15  that you?
16        A.      Sometimes.
17        Q.      When it is not you, who is
18  it?
19        A.      It could be Paul or
20  somebody in the office, whoever is --
21  anybody will do that, me or Paul or Bob,
22  anybody.  Yes, it's just a deposit, drop
23  it off at the bank.
24        Q.      Now, have you personally
```

91

1   written checks on Bagga Enterprises?

2           Now, you told me a moment

3   ago that Khalid writes the checks and

4   you decide what to release.  Do you ever

5   at times also write checks yourself

6   personally?

7       A.    Very rarely.  I might have.

8       Q.    Do you have a stamp that

9   your office uses for your signature?

10      A.    Yes.

11      Q.    Does Khalid stamp checks

12  with your signature?

13      A.    Yes, sometimes, yes.

14      Q.    Is there anybody else who

15  is permitted to use that stamp?

16      A.    Paul.

17      Q.    Anybody else?

18      A.    No.

19      Q.    Have you ever heard of

20  Jamuna Real Estate, LLC?

21      A.    Yes.

22      Q.    And what does Jamuna Real

23  Estate do?

24      A.    It owns the real estate for

1   some of the Arby's.

2           Q.     The ones in Pennsylvania?

3           A.     Yes, some of them in

4   Pennsylvania.

5           Q.     Do you have an ownership

6   interest in Jamuna Real Estate, LLC?

7           A.     No.

8           Q.     Do you know who the owners

9   are?

10          A.     Paul Bagga.

11          Q.     As far as you know, he owns

12  it 100%?

13          A.     Yes, I think so.

14          Q.     Has he always owned it

15  100%?

16          A.     No.  I think it was -- I

17  owned a part of it a few years ago and

18  then it was -- he took it.

19          Q.     You in fact owned 50% of it

20  a few years ago, didn't you?

21          A.     Yes.

22          Q.     When did you transfer that

23  50%?

24          A.     I don't remember the exact

93

1    time.    Sometime in 2000, 2001.

2              Q.       In 2000 or 2001 to whom did

3    you transfer that 50% interest in Jamuna?

4              A.       To Paul.

5              Q.       What did you get in return

6    for transferring that interest?    Did you

7    get an interest in something else?

8              A.       I don't remember exactly

9    how it was.    I know it was transferred.

10   I don't know exactly what Paul

11   transferred, really.

12             Q.       Is it your testimony that

13   you believe you did get something in

14   exchange for the transfer of your

15   interest but you don't remember what it

16   was?

17             A.       I know it was transferred.

18   I don't know what was done with it.

19             Q.       Do you know what the reason

20   was for the transfer?

21             A.       No.

22             Q.       At the time of the transfer

23   did you attempt to find out whether a

24   50% interest in Jamuna Real Estate had

94

1    any value?

2         A.    No.

3         Q.    Why did you transfer it?

4         A.    He said sign some papers.

5         Q.    That's how you transferred

6    it.  Why did you transfer it?

7         A.    I don't know.  Paul just

8    asked me to sign papers, some transfer

9    papers, and I signed them.

10        Q.    Did you have a lawyer

11   representing you at the time?

12        A.    No.

13        Q.    Do you know who drew up the

14   papers?

15        A.    No.

16        Q.    Did you ever do any work

17   for Jamuna?

18        A.    What kind of work?

19        Q.    Any kind of bookkeeping

20   work or operations work, the kind that

21   you do for Bagga Enterprises or

22   anything.

23        A.    I don't remember doing it,

24   no.

95

1          Q.      Did you ever get a salary
2    from Jamuna?
3          A.      No.
4          Q.      Did you ever receive any
5    financial distributions from Jamuna?
6          A.      I don't think so.
7          Q.      What does the word "Jamuna"
8    mean or signify?  Is it someone's name?
9          A.      It's Paul's grandmother's
10   name.
11         Q.      Did Jamuna have any
12   employees while you had an ownership
13   interest in it?
14         A.      I don't think so, no.
15         Q.      Does it have any today, as
16   far as you know?
17         A.      No, I don't think so.
18         Q.      Is it located at the
19   Bethlehem Pike office?
20         A.      I think that's the address
21   they use.
22         Q.      Did you ever review its
23   bank statements?
24         A.      No.

9

1      Q.      Did you ever sign any

2 documents on behalf of Jamuna apart from

3 the ones you just told me about

4 transferring your interest?

5      A.      I don't remember.  I might

6 have.  I don't remember.

7      Q.      Did you report the sale of

8 your interest in Jamuna to the Internal

9 Revenue Service on your tax return?

10          MS. BASKIN:  I'm going to

11 object.  You are classifying it as a

12 sale.  Sitting here today, I'm not sure

13 it is a sale.

14 BY MR. HERMANN:

15      Q.      Transfer, you said a

16 transfer.

17      A.      I don't know how it was

18 done on the tax returns.

19      Q.      Did you ever discuss with

20 your accountant whether the transfer

21 resulted in any gain or loss of income

22 to you for tax purposes?

23      A.      No.

24      Q.      Is the business operation

9

1   of Jamuna handled by Bagga Enterprises

2   part of its management function?

3          A.    Can you repeat that?

4          Q.    Does Bagga Enterprises

5   handle the business accounts for Jamuna

6   Real Estate?

7          A.    I don't think so, no.

8          Q.    Who does?  Does it handle

9   its own?

10         A.    I don't know.  I have no

11  idea.

12         Q.    Do you write checks on any

13  accounts of Jamuna Real Estate these

14  days?

15         A.    No.

16         Q.    Did you ever?

17         A.    No.

18         Q.    When you had an ownership

19  interest in Jamuna, did you ever review

20  invoices that were sent to it, people

21  who were looking to be paid by it?

22         A.    No.

23         Q.    And since the transfer of

24  your interest have you done that?

98

1          A.     No.

2          Q.     Did you ever hear of

3   Welcome Group?

4          A.     Yes.

5          Q.     What does Welcome Group do?

6          A.     It's another operating

7   entity for some of the Arby's

8   Restaurants.

9          Q.     What does Welcome Group do

10  that United Management Services or Bagga

11  Enterprises doesn't do?

12         A.     Welcome is an operating

13  entity for some of the Arby's and Bagga

14  is operating entity for some of the

15  Arby's and United was the management

16  company for all of the Arby's.

17         Q.     When you say an operating

18  entity as opposed to a management

19  company, what is the difference in your

20  mind, between those two functions?

21         A.     Operating entity in the

22  sense that they have the Arby's license

23  to operate the stores so they are -- and

24  United is the management company that

1  manages that and other things.

2       Q.    So am I understanding you

3  correctly that the operating entity just

4  holds the license, just holds and owns

5  the license, for the franchise or

6  whatever and all the --

7       A.    Uh-huh.

8       Q.    -- management activity is

9  handled by United Management or Bagga

10 Enterprises?

11      A.    By the management company.

12      Q.    By the management company.

13 Is that correct?

14      A.    Yes, that's what I think.

15      Q.    Who owns Welcome Group?

16      A.    Paul does.

17      Q.    100%?

18      A.    I think so, yes.

19      Q.    Are there any indirect

20 owners of Welcome Group, as far as you

21 know?

22      A.    What do you mean

23 "indirect"?

24      Q.    People who have an

100

1  ownership interest in it but for whom

2  Paul Bagga is the nominee or

3  representative or nominal holder of that

4  interest?

5        A.    I don't think so.   I think

6  Paul owns it.

7        Q.    And have you ever had any

8  ownership interest in Welcome Group?

9        A.    I don't think so, no.

10       Q.    Do you know whether Welcome

11 Group has a board of directors?

12       A.    I don't know that.

13       Q.    Have you ever seen the

14 minutes of any board meetings for

15 Welcome Group?

16       A.    I don't remember.

17       Q.    Did you ever work for

18 Welcome Group?

19       A.    I worked in the office and

20 I worked for United, so I was doing

21 managing for Welcome also because United

22 was managing for Welcome and for Bagga

23 Enterprises.

24       Q.    What kind of managing did

10?

1  Welcome need?  What areas did it need

2  management services in?

3       A.     The same as Bagga

4  Enterprises.

5       Q.     And you wrote checks on the

6  accounts of Welcome Group?

7       A.     Yes.

8       Q.     When I say you wrote

9  checks, you wrote in the same way that

10  you testified before, that Khalid would

11  write them and you would decide which

12  ones to release?

13       A.     Yes.  Whoever was working

14  there, they would write the checks.

15       Q.     Has Khalid been there a

16  long time?

17       A.     No.  There were other

18  people before that.

19       Q.     Who had his job of writing,

20  preparing the checks before him?

21       A.     There have been various

22  people who worked before.

23       Q.     Do you remember any of

24  their names?

1          A.     There used to be this lady

2   Gloria and --

3          Q.     Do you remember Gloria's

4   last name?

5          A.     No.

6          Q.     Do you know Khalid's last

7   name?

8          A.     No.

9          Q.     Are there records of the

10  company which would reflect what their

11  last names are?

12         A.     Yes, I'm sure the

13  company....

14         Q.     If I leave a space in the

15  deposition for you to fill that in,

16  would you be able to fill in what those

17  persons' names were?

18         A.     I don't remember their last

19  name without checking.

20         Q.     And if after checking you

21  can recall what their last names were, I

22  would ask that you fill them in in the

23  blank space in the transcript.

24              MS. BASKIN:  Specifically

10

1    the names of the people who held

2    Khalid's position prior to Khalid?

3               MR. HERMANN:  Yes, right.

4    BY MR. HERMANN:

5         Q.     Did you receive any

6    management fees or other kind of income

7    from Welcome Group?

8         A.     I don't know how the

9    management fee structure was handled.

10   That was done by Paul.

11        Q.     Am I understanding you

12   correctly that you are not sure which

13   entities may have paid you management

14   fees?

15        A.     Yes.

16        Q.     If you received management

17   fees, those would have been declared on

18   your tax return; correct?

19        A.     Yes.

20        Q.     Were there ever any

21   circumstances in which a check would be

22   written and stamped with your signature

23   that would go out without your approval?

24        A.     Yes, sometimes it does.

104

1      Q.    Was that something that
2  happened infrequently?
3      A.    I'm not there in the office
4  all the time, so if I'm not there, some
5  check have to go out, they would stamp
6  it and send it.
7      Q.    And would they tell you
8  about it after the fact?
9      A.    Yes.
10     Q.    Did you from time to time
11 review lists of checks you had written
12 on United Management?
13     A.    Yes.
14     Q.    And Bagga Enterprises?
15     A.    Yes.
16     Q.    Did you handle any wire
17 transfers for Welcome Group?
18     A.    Yes, I think I did.
19     Q.    On what occasions did
20 Welcome Group or United Management have
21 wire transfers?
22     A.    Well, some of the vendors
23 needed -- like for the food supplies,
24 money has to be wired to them, so you

1  have to send out wires for....

2       Q.      Were wires sent only to

3  vendors or to other people as well?

4       A.      Mostly to vendors; but

5  there could be other people, too.  I

6  don't remember.

7       Q.      Were there wires made into

8  United Management or Welcome Group

9  accounts at times?

10      A.      Yes.

11      Q.      Or Bagga Enterprises as

12  well?

13      A.      Yes.

14      Q.      And from whom?  From what

15  entities were these wires received?

16      A.      I don't know the vendor you

17  are referring to, but there were wires.

18  Sometimes the money was put in.  I don't

19  remember where.

20      Q.      Well, what I'm asking you,

21  on what occasions would funds be wired

22  into United Management's or Welcome

23  Group's or Bagga Enterprises' account?

24      A.      If they were short of funds

10

1  to pay the bills, then we had to get

2  money in to pay the bills.

3          Q.    And would that be from

4  another bank in that situation?

5          A.    Yes.

6          Q.    Were there any outside

7  investors in any of the Bagga family

8  businesses?

9                MS. BASKIN:  When you refer

10  to "Bagga family businesses" --

11                MR. HERMANN:  The Arby's we

12  are talking about; I'm sorry.

13                THE WITNESS:  I don't know.

14  BY MR. HERMANN:

15          Q.    If there are outside

16  investors, your testimony is that you

17  are not aware of them?

18          A.    Yes, I don't know.

19          Q.    Did you ever encounter

20  situations in which people, whether

21  potential investors or banks or other

22  people, wanted to know what the expenses

23  were of the Arby's businesses that were

24  run by United Management Services?

1          A.      I'm sorry.  What do I --

2              (The court reporter read the

3  record as follows:

4              "QUESTION:  Did you ever

5  encounter situations in which people,

6  whether potential investors or banks or

7  other people, wanted to know what the

8  expenses were of the Arby's businesses

9  that were run by United Management

10 Services?")

11             THE WITNESS:  Nobody asked

12 me.  I was never....

13 BY MR. HERMANN:

14     Q.      You never had a situation

15 in --

16             MS. BASKIN:  I was never

17 asked, she said.

18             You can't trail off at the

19 end because she can't get it.

20             THE WITNESS:  Oh, I'm sorry.

21 BY MR. HERMANN:

22     Q.      You never had a situation

23 in which you tried to assemble

24 documentation to show some outside

10

1  person what the expenses were of running

2  those Arby's businesses?

3          A.      No, I didn't.

4          Q.      Were you aware of any such

5  situations in which outside persons had

6  asked for documentation or backup of the

7  expenses of the Arby's businesses?

8          A.      No.

9          Q.      Were you ever present at

10  any time in which a party made a

11  statement that he believed that the

12  expenses of the Arby's businesses had

13  been exaggerated?

14          A.      No.

15          Q.      You mentioned K&P Realty

16  before.  Does K&P stands for Khushvinder

17  and Paul?

18          A.      Yes.

19          Q.      What does K&P do?

20          A.      It owns real estate for

21  some of the Arby's.

22          Q.      Do you know which ones it

23  owns the real estate for?

24          A.      It owns five stores.

10

1          Q.    Do you know the business

2    reason for it owning those five stores

3    and not other stores?  Is there a common

4    reason?

5          A.    They were the stores that

6    were there before it was a separate

7    company, so -- and then the stores that

8    were acquired later on, I think they

9    were owned by Jamuna.

10          Q.    What interest, if any, do

11    you have in K&P Realty?

12          A.    I own 100% of K&P.

13          Q.    Is K&P Realty a

14    corporation?

15          A.    I think so.

16          Q.    Do you know who is on its

17    board of directors?

18          A.    I don't know.  I don't

19    know.  I don't remember.

20          Q.    Does it have any employees?

21          A.    No.

22          Q.    Are its operations run out

23    of the Bethlehem Pike office?

24          A.    Yes.

110

1    Q.    Apart from your ownership

2 interest, do you receive any

3 compensation from K&P Realty?

4         MS. BASKIN:  I'm going to

5 object and instruct the witness not to

6 answer.

7 BY MR. HERMANN:

8    Q.    Has K&P Realty ever sold

9 any property?

10        MS. BASKIN:  I'm going to

11 object and instruct the witness not to

12 answer.

13 BY MR. HERMANN:

14    Q.    Does K&P Realty have any

15 income?

16        MS. BASKIN:  I'm going to

17 object and instruct the witness not to

18 answer.

19 BY MR. HERMANN:

20    Q.    Do you sign documents on

21 behalf of K&P Realty?

22        MS. BASKIN:  I'm going to

23 object and instruct the witness not to

24 answer.

11

1  BY MR. HERMANN:

2      Q.    Does K&P Realty have any

3  contracts with any Bagga family owned

4  enterprises?

5      A.    Some -- it owns the real

6  estate and then it is leased out to some

7  of the Arby's, the leases with the five

8  Arby's that are there.  I don't know if

9  that's the contract you are talking

10 about.

11     Q.    Well, for purposes of our

12 discussion let's assume it is a

13 contract.  Does K&P Realty receive

14 income in connection with leasing those

15 properties to the Arby's entries?

16     A.    What do you mean does it

17 receive income?

18     Q.    Does it get rent?

19     A.    Yes.

20     Q.    Does it pay that rent over

21 to any other entity?

22     A.    It has to pay the

23 mortgage.  K&P has to pay the mortgage.

24     Q.    Once it is finished paying

11

1  the mortgage, if there is any money left

2  over, who does that money go to?

3           MS. BASKIN:  Object and

4  instruct the witness not to answer.

5  BY MR. HERMANN:

6       Q.     Does it go to you

7  personally?

8           MS. BASKIN:  I'm going to

9  object and instruct the witness not to

10 answer.

11 BY MR. HERMANN:

12      Q.     Did you ever sign a tax

13 return for K&P Realty?

14          MS. BASKIN:  I'm going to

15 object and instruct the witness not to

16 answer.

17 BY MR. HERMANN:

18      Q.     Is the income for K&P

19 Realty declared on your personal tax

20 return?

21          MS. BASKIN:  I'm going to

22 object and instruct the witness not to

23 answer.

24 BY MR. HERMANN:

1      Q.    Does K&P Realty have a

2 checking account?

3      MS. BASKIN:  I'm going to

4 object and instruct the witness not to

5 answer.

6 BY MR. HERMANN:

7      Q.    Does K&P Realty pay any

8 expenses, business expenses, other than

9 the mortgage?

10      A.    What do you mean "business

11 expenses"?  Like what?

12      Q.    Like bulbs, insurance,

13 whatever operating expenses a business

14 may have.

15      MS. BASKIN:  I'm going to

16 object and instruct the witness not to

17 answer.

18      MR. HERMANN:  Let's take a

19 break for a second because I want to

20 inquire what the arrangements are.

21      (Recess from 12:12 p.m. to

22 12:14 p.m.)

23      (Mr. Lawrence Tabas relieved

24 Mr. Steven Haber.)

11

BY MR. HERMANN:

     Q.    Did you ever hear of an entity called Poojan, Inc., P-O-O-J-A-N?

     A.    Yes.

     Q.    What does that do?

     A.    It owns one of the Arby's.

     Q.    Which one does it own?

     A.    Pittston, P-I-T-T-S-T-O-N.

     Q.    Do you have any ownership interest in Poojan?

     A.    I don't know if it is jointly owned by Paul. I don't remember.

     Q.    Do you know whether Poojan has any employees?

     A.    Yes.

     Q.    Who would that be?

     A.    People who work there.

     Q.    So does Poojan own the store itself and the real estate?

     MS. BASKIN: I'm going to object and instruct the witness not to answer, unless you can show the relevance.

11

1  BY MR. HERMANN:

2          Q.      What does the word "Poojan"

3  mean to you?  Is that someone's name?

4          A.      It's a combination of my

5  daughter and my son's name.

6          Q.      And who is who?

7          MS. BASKIN:  I'm going to

8  object and instruct the witness not to

9  answer.

10 BY MR. HERMANN:

11         Q.      Is there a company that

12 provides management services for Poojan?

13         MS. BASKIN:  I'm going to

14 object and instruct the witness not to

15 answer.

16         MR. TABAS:  I'm sorry to

17 interject at this point, but,

18 Ms. Baskin, if you are going to continue

19 to do that, I'm going to get Judge Reed

20 on the phone.

21         MS. BASKIN:  That's okay.

22         MS. BURKE:  We have already

23 handled this.

24         MR. TABAS:  Are you sure?

ESQUIRE DEPOSITION SERVICES

1          MR. HERMANN:  Yes.

2          MR. TABAS:  Okay.

3  BY MR. HERMANN:

4      Q.    Did you ever sign any

5  documents on behalf of Poojan?

6          MS. BASKIN:  I'm going to

7  object and instruct the witness not to

8  answer.

9  BY MR. HERMANN:

10     Q.    Did you ever sign any

11 checks on behalf of Poojan?

12     A.    Yes.

13     Q.    For what purpose did you do

14 that?

15     A.    For paying the bills for

16 Poojan.

17     Q.    Is that through the United

18 Management or Bagga Enterprises account,

19 through a management account?

20     A.    It used to be through

21 United; it's not anymore.  No.

22 Poojan is separate, yes.  It used to be

23 through Management -- through United

24 Management, but now it's not because we

11

1  separated everybody.  Welcome pays its

2  own and Bagga pays its own and Poojan

3  pays its own now.

4          Q.    It has its own checkbook at

5  this point?

6          A.    Yes.

7          Q.    Have you ever heard of an

8  entity called CJA Enterprises?

9          A.    I don't know.  It's not my

10 entity.  I don't know what it is.

11         Q.    You have never heard of it;

12 is that correct?

13         A.    No.  I have --

14         MS. BASKIN:  The question is

15 did you ever hear of an entity called

16 CJA.

17         THE WITNESS:  Yes.

18 BY MR. HERMANN:

19         Q.    Do you know what it does?

20         A.    It operates Arby's

21 Restaurants in Texas.

22         Q.    Is that in Mission and

23 Brownsville?

24         A.    I think so, yes.

11

     Q.     Have you ever done any work
for CJA Enterprises?

     A.     United did the management
for those stores, so....

     Q.     So to the extent that you
were working for United, United did work
for CJA Enterprises; correct?

     A.     Yes, I guess so.

     Q.     Were you ever paid
separately by CJA Enterprises?

     A.     No.

     Q.     Did you ever receive any
distributions of income from CJA
Enterprises?

     A.     No.

     Q.     Did CJA Enterprises ever
sell any property?

     A.     I don't know of any.

     Q.     Did you ever see a tax
return for CJA Enterprises?

     A.     No.

     Q.     Do you know when it was set
up?

     A.     Pardon me?

11

1      Q.      Do you know when it was set

2  up?

3      A.      No.

4      Q.      Did you ever hear of an

5  entity called Ten Tigers, Incorporated?

6      A.      Yes.

7      Q.      What's that?

8      A.      That was involved with the

9  clothing distribution business.

10      Q.      That was involved with your

11  clothing distribution business that you

12  described earlier?

13      A.      No, not my clothing

14  distribution; but that's what I remember

15  the name from, it had something to do

16  with the clothing business.

17      Q.      But it had something to do

18  with American Merchandising?

19      A.      I don't know.

20      Q.      Do you know anything else

21  about Ten Tigers, Incorporated, in terms

22  of what it does?

23      MS. BASKIN:  I'm going to

24  object and instruct the witness not to

120

1  answer.

2  BY MR. HERMANN:

3        Q.      I take it you have heard of

4  American Merchandising Company,

5  Incorporated?

6        A.      Pardon me?

7        Q.      Have you heard of American

8  Merchandising Company, Incorporated?

9        A.      Yes.

10       Q.      Do you have any ownership

11 interest in it?

12             MS. BASKIN:  I'm going to

13 object and instruct the witness not to

14 answer.

15 BY MR. HERMANN:

16       Q.      Do you know who owns it?

17       A.      I think Paul Bagga.

18       Q.      Does he own 100% of it?

19       A.      I don't know.

20       Q.      Do you know who was on the

21 board of directors of American

22 Merchandising?

23             MS. BASKIN:  I'm going to

24 object and instruct the witness not to

12

1  answer.

2  BY MR. HERMANN:

3        Q.      Have you ever seen any

4  board meeting minutes for American

5  Merchandising?

6              MS. BASKIN:  I'm going to

7  object and instruct the witness not to

8  answer.

9  BY MR. HERMANN:

10        Q.      Did you ever receive any

11  management fees or any distributions of

12  income from American Merchandising?

13              MS. BASKIN:  I'm going to

14  object and instruct the witness not to

15  answer.

16  BY MR. HERMANN:

17        Q.      Did you ever see a tax

18  return for American Merchandising?

19        A.      I don't know.

20        Q.      Did United Management

21  Services or Bagga Enterprises ever

22  handle any management functions for

23  American Merchandising?

24        A.      They might have.  I don't

12.

1  remember.

2          Q.    What makes you think they

3  might have?

4          A.    I don't remember if it did

5  or it didn't.

6          Q.    Was there a relationship in

7  which were you aware of the business of

8  American Merchandising Company and the

9  clothing distribution business that you

10 described yourself as having been in?

11          MS. BASKIN:    I'm going to

12 object and instruct the witness not to

13 answer.

14 BY MR. HERMANN:

15          Q.    Do you know whether

16 American Merchandising rents storage

17 space anywhere?

18          MS. BASKIN:    I'm going to

19 object and instruct the witness not to

20 answer.

21 BY MR. HERMANN:

22          Q.    Did you ever personally

23 sign any checks to American

24 Merchandising?

12

1              MS. BASKIN:  I'm going to

2    object and instruct the witness not to

3    answer.

4    BY MR. HERMANN:

5         Q.     Are you aware of any funds

6    from American Merchandising that were

7    sent by check or wire to either United

8    Management Services or Bagga

9    Enterprises?

10        A.     I don't remember that.

11        Q.     Now, a while ago you

12   testified about how United Management

13   Services maintained a common operating

14   account from which funds were paid on

15   behalf of various Bagga family

16   enterprises connected with the Arby's

17   businesses in Pennsylvania.  Do you

18   recall that?

19        A.     Yes.

20        Q.     What controls were in

21   place, as far as you know, to keep the

22   bookkeeping at each of these entities

23   separate?

24        A.     Arby's?

12

1        Q.      Yes.   So that the income

2   and expenses of the various stores were

3   attributed to those stores.

4        A.      Well, some of the expenses,

5   like, for example, the insurance expense

6   was -- there was one check sent out, but

7   then it was distributed for all the

8   stores and it was expensed to all the

9   stores.  So we had to keep that

10  separate.

11            But then the other expenses,

12  like if -- for the vendors for the food,

13  that we knew which store paid -- how

14  much it was for each store, so it was

15  related to that store.

16            And then, of course, the

17  utilities and all for each store was

18  separate, so....

19        Q.      Was there a particular

20  person at United Management who was

21  responsible for making sure that the

22  income and expenses attributable to each

23  store were in fact attributed to those

24  stores?

12

```
 1        A.      Paul handled all the

 2  operations.  I don't know how that is

 3  done.

 4        Q.      What about Bob Popp; was he

 5  involved in that?

 6        A.      I don't know.

 7        Q.      While working at United

 8  Management Services or Bagga Enterprises

 9  did you ever have discussions with any

10  other employees or owners about making

11  sure that the expenses attributable to

12  each store were in fact attributed to

13  those stores on their profit and loss,

14  income/expense statements?

15        A.      Yes.  That's what we tried

16  to do, make sure that each store was

17  able to pay its expenses.  So they made

18  the statements for each store to see

19  that -- I mean we know what the store

20  gets in deposits by the sales.  And then

21  what the expenses are, some of them are

22  directly made for that store, the bills

23  that we get; the others have to be

24  distributed.  The ones like the rent
```

12

1  that's for the office, that has to be

2  distributed. The insurance has to be

3  distributed between different, so that

4  has to be allocated.

5          So then they make the

6  statement so they know that it

7  is separate.

8          Q.    To use the example you gave

9  about insurance, an allocation among the

10 various stores, who is the person who

11 actually did that? Who decided how much

12 of an insurance bill gets attributed to

13 each of these?

14         A.    Well, it gets distributed

15 by each store because each store has its

16 own insurance, so they know --

17         Q.    Each store has its own

18 insurance?

19         A.    I mean it is paid by

20 United. But I think the policy, they

21 have to list all the stores, so each

22 store has its own allocation for

23 insurance and whatever it is for that

24 store.

1        Q.        Now, have you ever seen in

2   connection with your working for United

3   Management Services or Bagga Enterprises

4   monthly profit-and-losses for each

5   store?

6        A.        I don't get involved with

7   that, no.

8        Q.        Do you see any annual

9   profit and losses for each store?

10        A.        That's not my area.  I

11   don't get into the operations of the

12   restaurants, no.

13        Q.        Have you ever overheard any

14   discussion about which expenses could

15   properly be attributed to the business

16   of the stores as opposed to some other

17   enterprise?

18        A.        I don't understand your

19   question.

20        Q.        Have you ever heard any

21   discussion or dispute between people as

22   to whether certain expenses were even

23   properly expenses of the Arby's stores

24   as opposed to expenses of some different

12

1  enterprise?

2          A.      No, I don't remember

3  anything like that.

4          Q.      Did you personally withdraw

5  any funds from the management account

6  for United Management Services or Bagga

7  Enterprises?

8          A.      What do you mean?

9          Q.      Did you ever withdraw any

10  funds from one of those entities for any

11  purpose other than paying the bills of

12  the Arby's stores?

13          A.      No.  I had to loan -- like

14  sometimes if the money was short, I

15  would put money in and I would take it

16  out when the money was there.  But there

17  were times United was short, I had to

18  put money in.

19          Q.      When you say you had to put

20  money in, do you mean personal money?

21          A.      Yes.

22          Q.      When you put personal money

23  in, how would that infusion of money be

24  reflected on the books and records of

12

1  the company?

2          A.      It would come under loans.

3          Q.      So if you gave $100 to

4  United Management Services, it would be

5  recorded as a loan, and when you took it

6  back, it would be repayment of the loan?

7          A.      Yes, loan and exchange,

8  yes.

9          Q.      Did that happen?

10         A.      Sometimes, yes.

11         Q.      When that happened, what

12  would the bookkeeping entry literally

13  say in the company, do you recall?

14         A.      It would say deposit and it

15  would say a loan.

16         Q.      Is there any other

17  situation in which you withdrew money

18  from United Management or Bagga

19  Enterprises other than to repay a loan

20  that had been made?

21         A.      No, I didn't.

22         Q.      Was there any occasion on

23  which the transaction worked the other

24  way around, initially you borrowed money

13

1  from the company and then repaid?

2        A.    No.

3        Q.    To your knowledge did

4  anyone else ever borrow money from

5  United Management or Bagga Enterprises?

6        A.    I don't remember, no.

7        Q.    Do you personally have any

8  interest in any of the Arby's

9  franchises?

10       A.    No.

11       Q.    Do you from time to time

12  speak to the the operators of the Arby's

13  franchises, the people who work in the

14  stores?

15       A.    Not really, no.

16       Q.    Do you go around to visit

17  the stores at times?

18       A.    No, unless I'm in the area

19  and I need lunch.  In other words -- I

20  have to eat a sandwich, get a free

21  sandwich sometimes.

22       Q.    So it's not part of your

23  normal routine or responsibilities to

24  visit the stores and talk with the

1  personnel that work there?

2      A.    No, no.

3      Q.    And am I correct that you

4  don't perform any function in connection

5  with overseeing or supervising the

6  literal day-to-day management of those

7  stores?

8      A.    Yes, you are right.

9      Q.    Have you ever had any

10  discussions with anybody about the

11  equipment in those stores?

12      A.    No.

13      Q.    Have you ever performed any

14  function for any of the Bagga family

15  enterprises connected to Arby's in

16  connection with equipment from one store

17  to another?

18      A.    No.

19      Q.    Have you ever written any

20  checks on any of the Bagga family

21  enterprises for the purpose of paying

22  somebody else to move equipment from one

23  store to another?

24      A.    No.  I don't remember

13:

1  anything like that.

2       Q.      Have you ever paid or

3  authorized the payment of cash to any

4  truckers or Teamsters for the purpose of

5  moving equipment from one store to

6  another or to another location?

7       A.      I don't remember doing

8  anything like that.

9       Q.      Now, I want to give you a

10  list of locations and I want you to tell

11  me, if you can, whether the Bagga family

12  enterprises has any ownership interest

13  in the Arby's stores in these locations,

14  if there are.

15          MS. BASKIN:  Clarify for me

16  what the "Bagga family enterprises"

17  are.

18          MR. HERMANN:  Again, we're

19  talking about Arby's operations in

20  Pennsylvania or Texas in which the Bagga

21  family has directly or indirectly some

22  ownership interest.

23          MS. BASKIN:  The "Bagga

24  family" meaning who?

13

1          MR. HERMANN:  Meaning the

2 witness, meaning Paul Bagga.

3          MS. BASKIN:  I missed the

4 first name.  The witness?

5          MR. HERMANN:  Meaning

6 Mrs. Bagga.

7          MS. BASKIN:  Oh, okay.

8          THE WITNESS:  I don't

9 understand.  In Arby's?

10 BY MR. HERMANN:

11     Q.    I'm just going to give you

12 locations and ask you if your family,

13 meaning you or your husband, still has

14 an ownership interest in the Arby's in

15 these locations; okay?

16          Kutztown?

17     A.    Are you talking about

18 Arby's -- I don't understand the

19 question.

20          MS. BASKIN:  I don't

21 understand the question, either.

22 BY MR. HERMANN:

23     Q.    I want to give you some

24 locations in Pennsylvania and in

13

1  Texas --

2         A.    Yes.

3         Q.       -- which either now or at

4  some point in the past had an Arby's

5  store located and then ask you whether

6  the family enterprises, your husband and

7  you, still have an ownership interest in

8  those stores.

9              The first one I was going to

10 say was --

11             MS. BASKIN:  He is going to

12 give you the location and you will see

13 whether you or your husband have an

14 ownership interest in that location.

15 BY MR. HERMANN:

16        Q.    Are you with me?  Kutztown,

17 Pennsylvania.

18        A.    Yes.

19        Q.    Pine Grove, Pennsylvania.

20        A.    Yes.

21        Q.    Greencastle?

22        A.    Yes.

23        Q.    Reading, Pennsylvania?

24        A.    Yes.

13

1       Q.    Wind Gap, Pennsylvania?

2       A.    Yes.

3       Q.    Pawley (sic), Pennsylvania?

4       A.    Yes.

5       Q.    Scranton, Pennsylvania?

6       A.    Yes.

7       Q.    Kingston, Pennsylvania?

8       A.    Yes.

9       Q.    Eynon, E-Y-N-O-N,

10 Pennsylvania?

11      A.    Eynon, yes.

12      Q.    Great Bend, Pennsylvania?

13      A.    Yes.

14      Q.    Sinking Spring,

15 Pennsylvania?

16      A.    Yes.

17      Q.    Wilkes-Barre?

18      A.    Wilkes-Barre?

19      Q.    Yes.

20      A.    Yes.  Some of them are

21 closed, the restaurants, so --

22      Q.    I'm not asking whether they

23 are open or closed.  I'm talking about

24 who they are owned by now.

1          A.     If they are closed, they

2   are not owned by anybody.

3               MS. BASKIN:  That's what is

4   confusing.

5               THE WITNESS:  I don't

6   understand.

7               MS. BASKIN:  We can go on or

8   off the record.

9               Will you say whether Mr. and

10  Mrs. Bagga personally?  I mean because

11  you have changed the definition of

12  "Bagga family enterprises" a couple of

13  times.

14              THE WITNESS:  I don't own

15  any of them, first of all.

16              MS. BASKIN:  That's what's

17  confusing.

18  BY MR. HERMANN:

19          Q.     But you recognize all of

20  these store names; right?  These are the

21  ones which are managed by United

22  Management and then Bagga Enterprises?

23          A.     But they are not owned by

24  the Bagga family, that's what I'm

13

1  saying --

2                    MS. BASKIN:  Because you

3  changed the definition so many times.

4                    THE WITNESS:   -- that's why

5  I'm confused.

6  BY MR. HERMANN:

7        Q.    Well, do you want me to go

8  through them and ask you in each case

9  who owns -- you know, I will be happy to

10  do that.

11                    MS. BASKIN:  Is that what

12  you want to know?  She will answer the

13  question you want to know; it is just

14  that your definition has changed

15  somewhat over the last couple of hours

16  and that's what is confusing.

17                    MR. HERMANN:  Well, I'm

18  trying to simplify it.  I understand

19  they're not personally owned by them,

20  but entities in which they own or

21  control a majority interest, if that

22  will make it clearer.

23                    THE WITNESS:  First of all,

24  I don't own any of the Arby's.  I have

13

1  nothing to do with them; okay?  So when

2  you say "Bagga family," I don't know

3  what you mean.  Arby's are owned by Paul

4  Bagga; I have nothing to do with them.

5  And some of them are closed, so nobody

6  owns them.

7  BY MR. HERMANN:

8        Q.    Of the ones that I have

9  listed for you, they are all owned by

10 Paul Bagga or they are closed; right?

11       A.    Arby's operations, yes.

12       Q.    Which ones are the ones I

13 have already asked you about that are

14 closed?

15       A.    I don't know the exact

16 location.  I know some of them were

17 closed.  But offhand of all the names, I

18 would be not be able to say which --

19 because it was something I have never

20 visited; I have no idea where they are.

21       Q.    But you know some of the

22 ones I have mentioned to you are closed

23 and used to be owned by Paul Bagga?

24       A.    Yes.

139

1      Q.    And the rest are owned by

2  Paul Bagga; right?

3      A.    Yes.

4      Q.    How about Pittston?

5      A.    Pittston, yes.

6      Q.    And Wyoming Valley?

7      A.    Yes.

8      Q.    Erdenheim?

9      A.    What?

10     Q.    Erdenheim.

11     A.    Erdenheim?  What's that?

12           MS. BASKIN:    That's what he

13  said.

14           THE WITNESS:    There's no

15  Arby's in Erdenheim.  I don't know.  I

16  don't know of any.  Maybe it's some --

17  sometimes they say it is like in a

18  different county or something.

19  BY MR. HERMANN:

20     Q.    Harlingen, Texas?

21     A.    Yes.

22     Q.    Brownsville, Texas?

23     A.    Yes.

24     Q.    Mission, Texas?

14

1        A.    Yes.

2        Q.    Are there any locations, to

3   your knowledge, other than the ones I

4   have just mentioned to you, in which

5   Paul Bagga owns or did own an Arby's?

6        MS. BASKIN:  Your question

7   is Paul Bagga personally?

8        MR. HERMANN:  No; in the

9   same sense of either direct or indirect

10  ownership.

11        THE WITNESS:  I think you

12  have all of them.  See, I don't

13  recognize them by names and some of the

14  places I don't know.  I have never been

15  to these places, so....

16  BY MR. HERMANN:

17        Q.    You have never been paid by

18  any of these store locations; right?

19        A.    No.

20        Q.    Of the ones that are

21  closed, do you know why they are closed?

22        A.    I just know they were

23  closed.

24        Q.    Now, you mentioned before

14

1 the regional manager, Mr. Pittack.  Does

2 he manage all of these stores?

3         A.      Yes, I think so.

4         Q.      Including the ones in

5 Texas?

6         A.      Yes.  I'm not sure if he

7 goes -- which stores he goes to or how

8 he manages them or --

9         Q.      Are there any other

10 regional managers who manage any other

11 stores?

12         A.      I don't know.  I'm not

13 involved in the operations.

14         Q.      Is there anybody else that

15 you know of who works in the office

16 building that you do whose job is to

17 manage on a day-to-day basis or oversee

18 the management of those Arby store

19 locations?

20         A.      I don't know.

21         Q.      Who does Mr. Pittack report

22 to?

23         A.      Paul Bagga.

24         Q.      Anybody else?

14?

1          A.    I don't know.

2          Q.    Do you have computers in

3    the office building in Bethlehem Pike?

4          A.    Yes.

5          Q.    Are they networked in some

6    way?

7          A.    What do you mean

8    "networked"?

9          Q.    Are they completely stand-

10   alone computers or is there some central

11   system which links them together?

12         A.    I don't know how that

13   works.

14         Q.    Do you, yourself, use a

15   computer?

16         A.    Not really.

17         Q.    When you are in the office,

18   do you use it for any purpose?

19         A.    Just for AOL, just to use

20   personal.

21         Q.    Not for e-mail or for

22   business purposes?

23         A.    Not for Arby's, no.

24         Q.    In connection with the

14

1  clothing business?

2          A.     Yes.

3          Q.     Do you use that computer in

4  your office for that purpose?

5          A.     Sometimes.

6          Q.     Do you have a home office?

7          A.     I have a computer at home.

8          Q.     Do you use it for business

9  purposes?

10         A.     What business?

11         Q.     Any business you are

12  involved in, either Bagga Enterprises or

13  the clothing business or any other

14  business.

15         A.     Nothing for Arby's, no.

16         Q.     Do you receive any

17  financial reports?  Do you periodically

18  receive any financial reports in

19  connection with the business of any of

20  the companies that I just asked you

21  about in connection with the Bagga

22  family business?

23         A.     No.

24         Q.     In the past year have you

14

1  observed anyone move any computer

2  equipment from the Bethlehem Pike

3  office?

4          A.    No.

5          Q.    Have you had any

6  conversations with anybody about their

7  removing any computer equipment from the

8  office?

9          A.    No.

10         Q.    Have any of the computers

11 in the Bethlehem Pike office been sold

12 within the last year, as far as you

13 know?

14         A.    I don't know of any.

15         Q.    Have you written or

16 authorized any checks or paid or

17 authorized the paying of any cash in

18 connection with the moving of any

19 computer equipment from the Bethlehem

20 Pike office within the past year?

21         A.    No.

22         Q.    Has anyone said to you

23 within the past year that they believe

24 that computer equipment or computer

14

1  files have been moved from the Bethlehem

2  Pike office?

3        A.    No, I don't remember

4  anything like that, no.

5        Q.    Does Bagga Enterprises and

6  United Management and Welcome Group and

7  all of the companies that I have asked

8  you about store records from their

9  computers on the premises at Bethlehem

10  Pike?

11        A.    What do you mean?  What

12  records?

13        Q.    Disks, CDs, paper.

14        A.    I don't know that, no.  I

15  don't know what they do, how they store

16  it.

17        Q.    Who would be in charge of

18  storage of records for that office on

19  Bethlehem Pike?

20        A.    I don't know that:  Paul

21  would know that.  I don't know it.

22        Q.    Have you ever in walking

23  through the office noticed areas where

24  files were stored?

14

1        A.      No.

2        Q.      When you want to file

3  something, what do you do with it?

4        A.      I have a filing cabinet.

5        Q.      If you want to file a piece

6  of paper, you would take it over to the

7  filing cabinet?

8        A.      Yes.

9        Q.      Are files ever moved from

10 the filing cabinet to someplace else?

11       A.      No.

12       Q.      Do you know whether the

13 office has any backup storage of

14 computer tapes or CDs?

15       A.      I don't remember.

16       Q.      How many computers are

17 there in the office on Bethlehem Pike?

18       A.      Four, five.

19       Q.      Do you know whether the

20 companies, any of the companies we have

21 been talking about, have purchased any

22 specialized software in connection with

23 those computers?

24       A.      I don't know.

14

1    Q.    Are you familiar with the

2  point-of-sale cash registers that are

3  used in the Arby's stores?

4    A.    No, I'm not familiar.

5    Q.    Did you ever talk to

6  anybody about how they work?

7    A.    No.

8    Q.    Did you ever hear of a

9  company called P-A-R, Par Financing

10  Corp. in Syracuse, New York?

11    A.    It's -- I think it is a

12  company from the -- that lease the

13  registers for the Arby's, some of the

14  Arby's.

15    Q.    Have you ever had

16  discussions with anybody from Par about

17  the money that was owed to them in

18  connection with those leases?

19    A.    I haven't talked to

20  anybody, no.

21    Q.    Does each store have one of

22  those point-of-sale cash registers?

23    A.    Every store has a

24  register.  I don't know whether it is

14

1  all point-of-sale or what kind of

2  registers they have.

3       Q.     Do you know whether Arby's

4  requires a certain kind of point-of-sale

5  computer cash register?

6       A.     I don't know.

7       Q.     Are you aware of any

8  differences between the system that

9  Arby's uses for these point-of-sale cash

10 registers and what other franchises use?

11      A.     No.

12      Q.     I asked you before whether

13 you had ever testified.  Have you ever

14 been sued personally?

15      A.     I don't remember being

16 sued, no.

17      Q.     As far as you can recall,

18 has any entity in which you had an

19 ownership interest, direct or indirect,

20 ever been sued?

21      A.     I don't remember.

22      Q.     So I take it you wouldn't

23 remember whether any judgement has been

24 entered against you in connection with

14

1    any lawsuit?

2          A.    Yes; I don't remember.

3          Q.    Have you ever made any

4    assignment for the benefit of creditors?

5          A.    What is that?

6          Q.    An assignment of anything

7    of value that you own, an interest that

8    you had for the benefit of creditors in

9    connection with a financial dispute.

10         A.    I don't understand.  What

11   is it?

12         Q.    Have you ever assigned

13   property or assets that you had to

14   creditors in order to satisfy them?

15         MS. BASKIN:  I'm going to

16   object and instruct her not to answer.

17   BY MR. HERMANN:

18         Q.    Have you or any entity in

19   which you had an interest ever had any

20   involvement, direct or indirect, in a

21   bankruptcy proceeding apart from the

22   proceeding that's now pending involving

23   Welcome Group?

24         A.    Can you repeat the

1  question?

2       Q.    Have you had any

3  involvement in any bankruptcy

4  proceedings?

5            MS. BASKIN:  Except for --

6            MR. HERMANN:  Except for the

7  present one.

8            MS. BASKIN:  -- Welcome

9  Group.

10           MR. HERMANN:  Yes.

11           THE WITNESS:  I don't

12  remember that.  I don't know.

13  BY MR. HERMANN:

14       Q.    You have never declared

15  personal bankruptcy; is that correct?

16       A.    Yes; I have not.

17       Q.    As far as you know, your

18  husband has never declared personal

19  bankruptcy?

20       A.    Yes; he has not, as far as

21  I know.

22       Q.    Did you ever hear of a

23  company called Brandt Trade,

24  B-R-A-N-D-T, Trade?

1      A.      Yes.

2      Q.      Who are that?

3      A.      That's a company that does

4  the clothing business.

5      Q.      In what connection have you

6  had dealings with anyone from Brandt

7  Trade, if you have?

8          MS. BASKIN:  I'm going to

9  object and instruct her not to answer

10  unless it is related to Bagga

11  Enterprises, Jamuna, United Management,

12  or Welcome Group.

13  BY MR. HERMANN:

14      Q.      Do you know whether Brandt

15  Trade is listed as a creditor of Welcome

16  Group?

17          MS. BASKIN?  In the

18  bankruptcy?

19          MR. HERMANN:  Yes.

20          THE WITNESS:  I don't know.

21  BY MR. HERMANN:

22      Q.      Have you had any

23  discussions with Brandt Trade about

24  money that they thought was owed to

1    them?

2                    MS. BASKIN:  By?

3                    MR. HERMANN:  By any entity

4    with which she had anything to do.

5                    MS. BASKIN:  Well, I will

6    object and instruct her not to answer

7    unless it has to do with one of these

8    four defendants.

9    BY MR. HERMANN:

10        Q.        What does Brandt Trade do?

11   You said it is in the clothing business.

12   Can you be more specific?

13        A.        It's involved in trading

14   clothing, name-brand products.

15        Q.        To whom does it trade?

16        A.        Different companies.

17        Q.        Where does it trade?

18        A.        It trades over here in U.S.

19   and overseas.

20        Q.        Does it ship American

21   products overseas?

22                   MS. BASKIN:  I'm going to

23   object and instruct her not to answer

24   unless it has to do with these four

15

1  defendants.

2  BY MR. HERMANN:

3      Q.    Is the Brandt of Brandt

4  Trade any connection to the partner of

5  Mr. Lipski of Lipski & Brandt?

6      A.    What?

7      Q.    Is the Brandt of Brandt

8  Trade connected to the Brandt of the

9  Lipski & Brandt law firm?

10     A.    I don't know.

11     Q.    Did you personally have any

12 dealings with Brandt Trade in connection

13 with your clothing business?

14          MS. BASKIN:  I'm going to

15 object and instruct her not to answer.

16 BY MR. HERMANN:

17     Q.    Did Brandt Trade have

18 anything to do with World Apparel or

19 American Merchandising?

20          MS. BASKIN:  I'm going to

21 object and instruct her not to answer

22 unless it has do with the four

23 defendants.

24 BY MR. HERMANN:

1          Q.      Have you ever heard of a

2    company called HB Properties?

3          A.      I'm sorry?  I couldn't hear

4    you.

5                  MR. HERMANN:  Why don't we

6    just stop.

7                  (Luncheon recess from 1:00

8     p.m. to 1:38 p.m.)

9                  MR. HERMANN:  What we're

10   proposing to do is call the Court now to

11   see if the Court is available to give us

12   a ruling on the issues that we have been

13   going back and forth about here.  So I

14   just wanted to ask you if you want to

15   come with us, and we can call from here

16   or from the other room.

17                 MS. BASKIN:  Sure.

18                 MR. TABAS:  We can call from

19   the other room.  It might be easier.

20                 MS. BURKE:  Let's do that.

21                 (Recess.)

22                 MR. HERMANN:  Just for the

23   record, we tried to reach the chambers

24   of Judge Reed.  We got an answering

15

1    machine, so we may try later on again.

2                    (The video record started.)

3                    THE VIDEOTAPE SPECIALIST:

4    We're on the record.  The time is

5    1:41 p.m. on June 17, 2003.

6    BY MR. HERMANN:

7            Q.      When we broke, Mrs. Bagga,

8    I was asking you about HB Properties and

9    whether you know what HB Properties is.

10   Do you know what HB Properties is?

11           A.      Yes.

12           Q.      What is it?

13           A.      It's a company, a real

14   estate company.  It's owned by H. B.

15   Chawla.

16           Q.      Now, is that the same

17   Mr. Chawla you mentioned before?

18           A.      It's his father.

19           Q.      What does HB do, HB

20   Properties do, when you say it is a real

21   estate company?

22           A.      They own and manage the

23   real estate.

24           Q.      In the Philadelphia area?

15

1       A.    Yes.

2       Q.    Did you ever do any work

3  for them?

4       A.    No.

5       Q.    Do you know who currently

6  runs that company?

7       A.    HB is HB Chawla.  I think

8  it's one of his sons runs that.

9       Q.    Is Ravi Chawla one of his

10  sons?

11       A.    Yes.

12       Q.    Does he run the company

13  now?

14            MS. BASKIN:  I'm going to

15  object and instruct the witness not to

16  answer unless you can show it is related

17  to one of the four defendants.

18            MR. HERMANN:  So the record

19  is clear, I mean I haven't been

20  responding to each one of those

21  directions not to answer.  We feel each

22  one of the directions not to answer is

23  inappropriate, that the issue of

24  relevance is for the Court, and that the

1   only appropriate objection is an

2   objection as to form, which is the issue

3   that we will raise with Judge Reed at

4   the appropriate time.  Since I haven't

5   said that on the record, I might as well

6   put that on the record now.

7           MS. BASKIN:  Understood.

8   BY MR. HERMANN:

9       Q.    Have you had any dealings

10  yourself with HB Properties?

11      A.    For what?

12      Q.    For any purpose.

13      A.    I don't understand.  What

14  kind of dealings?

15      Q.    Have you ever had any

16  dealings between any company you were

17  working for or representing and HB

18  Properties?

19          MS. BASKIN:  I'm going to

20  object and instruct her that she can

21  answer only if it relates to Bagga,

22  Jamuna, United Management, or Welcome

23  Group.

24          THE WITNESS:  I think one of

1  these companies, they might have

2  borrowed money from HB Properties.

3  BY MR. HERMANN:

4     Q.    What makes you think that?

5     A.    That's what I think, might

6  have borrowed money from them.

7     Q.    Did anyone representing HB

8  Properties ever tell you that?

9     A.    No.

10    Q.    Did you ever see any pieces

11 of paper that evidenced that borrowing?

12    A.    I don't remember exactly,

13 but I think that some money was borrowed

14 from HB Properties to run Welcome Group

15 or one of the companies.  I don't

16 remember exactly what, but....

17    Q.    Do you remember how long

18 ago that was when you learned that

19 information?

20    A.    It probably would be in the

21 last two years maybe.

22    Q.    Do you know which of the

23 entities you just mentioned borrowed the

24 money from HB Properties?

15[?]

1      A.    I don't remember that, no.

2      Q.    Did you ever discuss that

3   borrowing with any of the Chawlas?

4      A.    One of the Chawlas had to

5   get me the money from HB Properties.

6      Q.    Who negotiated that loan

7   with the Chawlas on behalf of the

8   borrower?

9      A.    What do you mean

10   "negotiated"?

11      Q.    Who made arrangements for

12   that loan to be made by HB Properties to

13   one of the Arby's-related entities?

14      A.    Probably Paul did.

15      Q.    Do you know that or are you

16   guessing?

17      A.    I'm guessing.

18      Q.    Well, what is it that makes

19   you think such a loan was made if you

20   don't have any information about it?

21      A.    I think we borrowed some

22   money from HB Properties.  That's what

23   -- as best I can remember.

24      Q.    And --

160

1          A.      I'm not sure, but I think
2  there was money borrowed from them.
3          Q.      Do you know how much money
4  was borrowed from them?
5          A.      I don't know the amount,
6  no.
7          Q.      Do you know what the rate
8  of interest was?
9          A.      No.
10          Q.      Do you know what the terms
11  of repayment were?
12          A.      No.
13          Q.      Do you know whether the
14  money was repaid already?
15          A.      No, it's not been repaid.
16          Q.      Did you personally
17  guarantee that loan?
18          A.      I don't remember.
19          Q.      Well, if you had guaranteed
20  the loan, would you remember?
21          MS. BASKIN:  Her testimony
22  is that she doesn't remember.
23          MR. HERMANN:  I'm just
24  trying to find out why the witness

ESQUIRE DEPOSITION SERVICES

16

1  doesn't remember, whether it is because

2  she has guaranteed so many loans or it

3  is not the kind of thing she would

4  remember.

5          THE WITNESS:  I don't know

6  if I signed some paper.  I don't

7  remember whether I just sign to get a

8  check or there was a guarantee or

9  something.  I don't remember that.

10 BY MR. HERMANN:

11     Q.    Do you recall signing some

12 paper in connection with that loan?

13     A.    I don't remember.

14     Q.    Do you remember seeing any

15 document which showed that the borrowed

16 funds had come into one of the companies

17 you work with, a wire transfer or

18 something of that sort?

19     A.    I think there was a deposit

20 in one of the companies.

21     Q.    To the best of your

22 recollection, when was that deposit

23 made?

24     A.    Last few months.  It could

16:

1  have been a year.  I don't remember.

2      Q.    Was it recorded on the

3  books of any of the companies we have

4  been discussing as a loan?

5      A.    I don't know.

6      Q.    Did you ever discuss the

7  repayment of this loan with Ravi Chawla?

8      A.    No.

9      Q.    Did you ever hear of Sant

10  Properties, S-A-N-T?

11      A.    Yes.

12      Q.    What is that?

13      A.    It's a company owned by one

14  of the Chawlas.

15      Q.    And do you know what it

16  does?

17      A.    It owns real estate,

18  manages real estate.

19      Q.    And have you or any entity

20  for which you ever worked or associated

21  ever done any business with Sant

22  Properties?

23      A.    We borrowed money from Sant

24  Properties.

16

1      Q.      Who borrowed money from
2   Sant Properties?
3      A.      One of the companies.
4      Q.      And this is separate and
5   apart from borrowing money from HP
6   Properties; right?
7      A.      Yes.
8      Q.      When did that borrowing
9   occur?
10      A.      Probably in about the last
11   year, year and a half.
12      Q.      Who are the owners of Sant
13   Properties?
14      A.      I don't know exactly who is
15   owner.
16      Q.      Do you know anybody who is
17   an owner of Sant Properties?
18      A.      I don't know if it's owned
19   by a trial store or it's owned by
20   individuals.  I don't know exactly what
21   the ownership is.
22              THE COURT REPORTER:  "I
23   don't know if it's owned by a" --
24              THE WITNESS:  A trial store.

16

1          THE COURT REPORTER:  A trial

2 store?

3          THE WITNESS:  I don't know

4 the exact ownership structure.

5 BY MR. HERMANN:

6      Q.     Did you ever talk to

7 anybody from Sant Properties?

8      A.     For what?

9      Q.     For any purpose.  Did you

10 ever talk to anybody who you knew to be

11 a representative of Sant Properties?

12      A.     Yes.

13      Q.     Who was that?

14      A.     It's Chawlas.

15      Q.     Which Chawla?

16      A.     Hardeep Chawla.

17      Q.     How do you spell that?

18      A.     H-A-R-D-E-E-P.

19      Q.     Is Hardeep Chawla related

20 to Ravi Chawla?

21      A.     Yes.

22      Q.     What is the relationship?

23      A.     They are brothers.

24      Q.     Do you understand anything

ESQUIRE DEPOSITION SERVICES

16

1  about who the officers or employees are

2  of Sant Properties?

3       A.    No.

4       Q.    Do you know what position

5  Hardeep Chawla had in that company?

6       A.    No.

7       Q.    Did anyone ever tell you

8  whether Ravi had an ownership interest

9  in that as well?

10       A.    Can you repeat that?  What

11  did you say?

12            MR. HERMANN:  Can you read

13  it back.

14            (The court reporter read the

15  record as follows:

16            "QUESTION:  Did anyone ever

17  tell you whether Ravi had an ownership

18  interest in that as well?")

19            THE WITNESS:  No.

20  BY MR. HERMANN:

21       Q.    Who on behalf of the

22  companies that you represented

23  negotiated a loan from Sant Properties?

24       A.    I think it must have been

ESQUIRE DEPOSITION SERVICES

16

1  Paul.

2         Q.      Did you, yourself, take

3  part in any of those discussions leading

4  up to the borrowing?

5         A.      No.

6         Q.      Did you ever see any

7  documents that evidence that borrowing?

8         A.      Documents for what?

9         Q.      That showed what the terms

10  of the borrowing were.

11        A.      No.

12        Q.      Do you --

13        A.      I don't remember, no.

14        Q.      Do you know whether there

15  is a piece of paper that reflects that

16  loan?

17        A.      I don't know.  I think

18  there is.  I'm not sure.

19        Q.      Do you know to what company

20  that loan was made or companies?

21        A.      I don't remember exactly

22  which company the loan was made to.

23        Q.      Do you know what the amount

24  of the loan was?

16

1    A.    Different amounts.   It is

2  taken at different times, so I don't

3  know what --

4    Q.    How many different times

5  were loans made by Sant Properties?

6    A.    I don't know if like Sant

7  Properties or HB Properties, how many

8  times or what were amounts.   I can't

9  recollect that.

10    Q.    Where would there be a

11  record in the books and records of

12  Management or Welcome Group or Bagga

13  Enterprises of the amount of the

14  outstanding loans to Sant Properties and

15  HB Properties?

16    A.    I guess it would show up in

17  the balance sheet.

18    Q.    Have you ever seen that

19  shown on the balance sheet?

20    A.    No.

21    Q.    And to your understanding

22  these advances were loans and not equity

23  investments; is that correct?

24    A.    Yes, they were loans.

16

1    Q.    Do you know what the total

2 amount of the Sant Properties loans made

3 at various times was?

4    A.    No.

5    Q.    Has that -- have those

6 loans been repaid?

7    A.    As far as I know, no, they

8 have not been repaid.

9    Q.    Do you know whether any

10 efforts have been made by Sant

11 Properties to obtain repayment of the

12 loans it made?

13    A.    No, I don't.

14    Q.    Do you know whether any

15 efforts were made by HB Properties to

16 obtain repayment of the loans it had

17 made?

18    A.    No, I don't.

19    Q.    Did you ever hear of a

20 company called KPE?    KPE.

21    A.    Just KPE?

22    Q.    Yes.

23    A.    (Witness shakes head.)

24    Q.    You are not familiar with

16

1   any entity with those initials?

2          A.     No.

3          Q.     To your knowledge does

4   Welcome Group owe any money to a company

5   called KPE?

6          A.     I don't know.

7          Q.     Do you know who Norman

8   Cahan is?

9          A.     Yes.

10         Q.     Who is he?

11         A.     He is an accountant.

12         Q.     Is he your accountant?

13         A.     He is an accountant for the

14  companies.

15         Q.     The Bagga operating

16  companies related to the Arby's

17  franchises?

18         A.     Yes.

19         Q.     Is he also your personal

20  accountant?

21         A.     I'm not sure.  I think he

22  does the personal taxes, also.  I'm not

23  sure.

24         Q.     Do you know a Bruce Cahan?

1         A.      I think he works in the
2   same office.
3         Q.      Is he Norm Cahan's brother?
4         A.      I don't know.
5         Q.      You have never spoken to
6   him?
7         A.      I might have.
8         Q.      Have you ever met him, as
9   far as you know?
10        A.      I don't know.   I might have
11  met him in Norman's office.   I don't
12  know.   I don't remember.
13        Q.      Have you from time to time
14  gone to Norman Cahan's office?
15        A.      I have gone there a couple
16  of times, yes.
17        Q.      Have those visits been in
18  connection with your personal finances
19  or your business finances?
20        A.      I have just been there to
21  drop off or to pick up something for the
22  office.
23        Q.      Have you ever gone there to
24  discuss accounting issues with him?

17

1           A.      I don't remember that, no.

2           Q.      Have you in fact ever

3  discussed accounting issues with him?

4           A.      With who?

5           Q.      Norman Cahan.

6           A.      No, not really.

7           Q.      Have you ever been at any

8  meetings in which he was present at

9  which accounting issues were discussed?

10          A.      Yes, I have been.  I think

11 some meeting I might have been there,

12 yes.

13          Q.      Is it one meeting or more

14 than one meeting?

15          A.      More than one, yes.

16          Q.      And did those meetings take

17 place at your office or at his or some

18 other place?

19          A.      Our office.

20          Q.      Approximately how many such

21 meetings did you attend?

22          A.      I didn't attend any

23 meetings.  Sometimes he came to the

24 office.  I didn't attend the meeting.

17

1     Q.    So is it your testimony he

2 came to the office and talked to you and

3 other people but they were not formal

4 meetings?

5     A.    Well, he had a meeting with

6 Paul ,basically.  I'm not a part of the

7 meetings.

8     Q.    On those occasions when he

9 came to your office and talked with Paul

10 or somebody else, did you ever talk to

11 him other than to say hello and how are

12 you and things like that?

13     A.    No, not really.

14     Q.    When did you first meet

15 Norman Cahan?

16     A.    A few years ago.

17     Q.    What do you mean by "a

18 few"?  Five years ago?  Ten years ago?

19     A.    Six, seven years ago

20 maybe.  I don't know the exact time that

21 I met him, no.

22     Q.    Have you ever heard Norman

23 Cahan discuss anything related to the

24 strategy for paying off some of the

17:

1  debts of the Bagga-related companies?

2      A.    No.

3      Q.    Did you ever discuss any

4  business deals with Norman Cahan or were

5  you ever present at any meetings in

6  which that was discussed?

7      A.    What kind of business

8  deals?

9      Q.    Possible new business deals

10  for you or your husband or both.

11      A.    I don't understand.  What

12  business?

13      Q.    Well, you and your husband

14  have been involved in numerous business

15  ventures; am I correct?

16      A.    Yes.

17      Q.    Have you ever been present

18  at a meeting at which that was discussed

19  with Norman Cahan either before an

20  investment was made or after?

21      A.    I don't understand what --

22      Q.    What is it that you don't

23  understand?

24      A.    I don't understand the

ESQUIRE DEPOSITION SERVICES

17

1  meeting about business deals.    What

2  business deals?

3          Q.      I'm asking you whether the

4  subject of business deals was ever

5  discussed in your presence with Norman

6  Cahan.

7          A.      I don't remember.

8          Q.      Were you ever present at

9  any discussion in which the possibility

10  that Norman Cahan would have a personal

11  interest in some Bagga family business

12  deal was discussed?

13          A.      Can you repeat that?

14          (The court reporter read the

15  record as follows:

16          "QUESTION:    Were you ever

17  present at any discussion in which the

18  possibility that Norman Cahan would have

19  a personal interest in some Bagga family

20  business deal was discussed?")

21          MS. BASKIN:    Now what do you

22  mean by "Bagga family business"?

23          MR. HERMANN:    I mean any

24  transaction in which Paul Bagga or

ESQUIRE DEPOSITION SERVICES

175

1  Mrs. Bagga would be involved, period.

2            MS. BASKIN:  I will object.

3            And limit your response, if

4  you have one, to any dealings regarding

5  Bagga Enterprises, Jamuna, United, or

6  Welcome Group.

7            THE WITNESS:  I don't

8  remember anything.

9  BY MR. HERMANN:

10           Q.    Were you ever present at

11 any discussion in which your husband

12 said in words or substance to Norm

13 Cahan, "This is a venture or business

14 that you should consider investing in"?

15           A.    No.

16           Q.    To your knowledge does

17 Norman Cahan have any investment

18 interest in any of the businesses in

19 which you and/or your husband have an

20 interest?

21           A.    No, I don't.

22           Q.    Did you ever sit down and

23 review documents with Norm Cahan of any

24 sort?

17

1        A.      What kind of documents?

2        Q.      Tax return, such as.

3        A.      No.

4        Q.      Books and records of one of

5   the companies?

6        A.      No.

7        Q.      Did you ever discuss the

8   litigation on which this testimony is

9   being given with Norm Cahan?

10       A.      I don't understand that.

11       Q.      Did you ever discuss this

12  litigation with Mr. Cahan?

13       A.      What is "this litigation"?

14  Which --

15              MR. HERMANN:  Do you want

16  to --

17              MS. BASKIN:  You were

18  noticed for a deposition --

19              THE WITNESS:  Yes.

20              MS. BASKIN:  -- under the

21  litigation by FL Receivable versus

22  Bagga, Jamuna, United, and Welcome

23  Group.  Did you ever sit down and talk

24  to Norm Cahan about this litigation?

1          THE WITNESS: Oh, no.

2 BY MR. HERMANN:

3          Q.    Have you talked to him in

4 the last couple of months?

5          A.    I don't remember.

6 Probably.  I don't know.  I don't

7 remember.

8          Q.    Did you discuss with him at

9 all the possibility that you were going

10 to have to testify in this litigation?

11          A.    With Norman?

12          Q.    Yes.

13          A.    No.

14          Q.    Do you know whether Norm

15 Cahan does any work for the Chawla

16 family?

17          MS. BASKIN:  Object and

18 instruct the witness not to answer.

19 BY MR. HERMANN:

20          Q.    Does Victor Lipski

21 represent you personally?

22          A.    I think he represents Paul;

23 he doesn't represent me.

24          Q.    Do you know whether Victor

178

1  Lipski represents United Management

2  Services?

3          MS. BASKIN:  Are you talking

4  about presently or at any time?

5          MR. HERMANN:  Presently.

6          THE WITNESS:  I don't know.

7  I'm confused who represents which

8  company.

9  BY MR. HERMANN:

10       Q.    Do the Bagga family

11  companies have more than one lawyer?

12       A.    Victor originally worked

13  for this, but I don't know who is

14  representing who now.

15       Q.    Well, if you had a

16  situation in which you needed to call a

17  lawyer in connection with the work of

18  United Management or Bagga Enterprises,

19  who would you call?

20       A.    I would call Leslie.

21          MS. BASKIN:  Whether she

22  personally had or --

23          MR. HERMANN:  No.  I'm

24  asking her if she had a business problem

179

1  in connection with something she needed

2  to know regarding the business of those

3  companies, who would you call?

4              MS. BASKIN:  If you were

5  calling on behalf of one of these

6  businesses, Bagga, Jamuna, United, or

7  Welcome, which lawyer would you call?

8              THE WITNESS:  Oh.  Yes, I

9  would call Victor.

10  BY MR. HERMANN:

11       Q.    Have you ever met with him

12  about business matters?

13       A.    I have met with Victor,

14  yes.

15       Q.    Was that in relation to

16  business matters?

17       A.    Yes.

18       Q.    On how many occasions in

19  recent years would you say you met with

20  Victor Lipski to talk about business

21  matters?

22       A.    How many times in what time

23  period?

24       Q.    The last three years.

180

1        A.    Last three years?  I met

2   him two or three times.

3        Q.    And who was present at

4   those meetings besides the two of you?

5        A.    Paul.

6        Q.    Anybody else?

7        A.    No.  I don't remember.

8        Q.    Who introduced you to

9   Victor Lipski?

10       A.    We have known the firm for

11  a long time; but Phil Brandt, he was the

12  attorney, and then Victor Lipski is his

13  partner, so....

14       Q.    Did you use both of those

15  lawyers in connection with business

16  dealings?

17       A.    Mostly Victor.

18            THE COURT REPORTER:  Mostly

19  Victor?

20            THE WITNESS:  Yes; sorry.

21  BY MR. HERMANN:

22       Q.    And Victor also represents

23  Mr. Chawla, Ravi Chawla?

24       A.    I don't know.

18

1          Q.      To your knowledge does

2    either Mr. Lipski or Mr. Brandt have an

3    equity interest in any of the Bagga

4    companies related to the Arby's

5    properties?

6          A.      No.

7          Q.      Has either one, to your

8    knowledge, lent any money to those

9    properties or companies?

10         A.      I don't know.

11              MR. HERMANN:  Can we just go

12   off the record for a second?

13              THE VIDEOTAPE SPECIALIST:

14   Off the tape 2:09.

15              (Recess.)

16              THE VIDEOTAPE SPECIALIST:

17   We're back on the record.  The time is

18   2:21.

19   BY MR. HERMANN:

20         Q.      Ms. Bagga, if I understood

21   you correctly, you testified before that

22   United Management Services manages the

23   Arby's properties and other things, I

24   think you mentioned.  What other things

182

1  does it manage?

2          A.    I said Arby's -- at that

3  time we were talking about Bagga and

4  Welcome managed the Poojan store.

5  That's separate.  And it's down the road

6  from Brandt Trade.

7                THE COURT REPORTER:  I'm

8  sorry?

9                THE WITNESS:  For Brandt

10  Trade.

11  BY MR. HERMANN:

12          Q.    And what did it do for

13  Brandt Trade?

14          A.    Just some of the management

15  work, just --

16          Q.    Did it manage anything for

17  anybody else, any other business

18  entities?

19          A.    It managed American

20  Merchandise.

21          Q.    American Merchandise?

22          A.    Yes.

23          Q.    Does it still manage

24  anything for American Merchandise?

18

1          A.     No.

2          Q.     And when did that

3    relationship end?

4          A.     A couple of years ago.

5          Q.     As far as you know, does

6    American Merchandise still exist?

7          A.     No.

8          Q.     It doesn't exist anymore?

9          A.     I don't think so, no.

10         Q.     How about World Apparel

11   Products; does that still exist?

12         A.     I don't think so.

13         Q.     You mentioned before in

14   connection with a loan transaction

15   having a conversation with Hardeep

16   Chawla.

17         A.     Uh-huh.

18         Q.     Am I pronouncing it

19   correctly? Hardeep Chawla. To the best

20   of your recollection, what did you say

21   to him and what did he say to you about

22   that loan?

23         A.     I just picked up the check

24   from him once. I talked to him. Paul

1  said that we needed the money and he was

2  going to lend the money, so I talked to

3  him if I could get the money and he said

4  yes.

5          Q.    So were you the person who

6  contacted Hardeep Chawla about that

7  loan?

8          A.    I contacted him to get the

9  money.

10          Q.    Had your husband contacted

11  Mr. Chawla before you?

12          A.    Yes.

13          Q.    So was the loan already set

14  by the time you contacted him?

15          A.    Yes.

16          Q.    And you just picked up the

17  check?

18          A.    Yes.  A couple of times I

19  picked up the check, yes.

20          Q.    On those couple of

21  occasions when you picked up the check,

22  did you have any conversation with

23  Mr. Chawla?

24          A.    Yes, I talked to him.

18

1          Q.    Well, then, other than

2 hello, goodbye, and pleasantries, what

3 did you talk about?

4          A.    Nothing, really.

5          Q.    Did you explain why the

6 money was needed?

7          A.    No.

8          Q.    Did he ask you to sign

9 anything when you got the checks?

10          A.    I don't remember, but I

11 think I signed something when I took the

12 check.

13          Q.    But you don't recall what

14 it was you signed; is that correct?

15          A.    I don't remember that, no.

16          Q.    Where did you go to pick up

17 the check or checks?

18          A.    At his office.

19          Q.    And where is that?

20          A.    In Northeast Philadelphia.

21          Q.    Is there a company name on

22 the door?

23          A.    I don't remember that.

24          Q.    Does anybody else in his

1  family work in that office?

2          A.      His wife does.

3          Q.      How many Chawla brothers

4  are there?

5          A.      Four.

6          Q.      And is Hardeep, Ravinder,

7  G. T., and Jagit -- is that how it is

8  pronounced?  Is he one of the brothers,

9  J-A-G-I-T?

10         A.      No.  G. T. and Jagit are

11  the same person.

12         Q.      So who is the fourth?

13         A.      Dan.

14         Q.      And do they all work in the

15  same office?

16         A.      No.

17         Q.      How long have you known

18  Ravi Chawla?

19         A.      18 years.

20         Q.      How did you meet him?  How

21  did you meet him?

22         A.      My father-in-law was here

23  and he knew Ravi's mom, so he wanted to

24  meet his mom, so that's how we met.

18

1          Q.    At one point he worked for

2    Air Products in Philadelphia, didn't he?

3          A.    I did?

4          Q.    No; he did.

5          A.    Who did?

6          Q.    Ravi Chawla.

7          A.    I don't know if that....

8          Q.    Since you met him in or

9    about 1985, have you socialized with

10   him?

11         A.    '87.

12         Q.    '87.   Have you socialized

13   with him?

14         A.    Yes.

15         Q.    With your husband?

16         A.    Yes.

17         Q.    And on your own, too?

18         MS. BASKIN:   Object and

19   instruct her not to answer.

20   BY MR. HERMANN:

21         Q.    Have you and Mr. Chawla

22   ever had lunch together?

23         MS. BASKIN:   Object and

24   instruct the witness not to answer

18

1  unless it is related to one of these

2  four defendants.

3  BY MR. HERMANN:

4      Q.    Have you ever had lunch

5  with Mr. Chawla and discussed the

6  Arby's-related businesses of the Bagga

7  family?

8      A.    No.

9      Q.    Do you speak on the phone

10  to Ravi Chawla from time to time?

11      A.    Yes.

12      Q.    Do you discuss business

13  matters with him?

14      A.    Sometimes.

15      Q.    Approximately how

16  frequently do you speak to Mr. Chawla on

17  the telephone?

18          MS. BASKIN:  I would object.

19          And just limit it to your

20  conversations related to these four

21  defendants:  Bagga, Jamuna, United, and

22  Welcome.

23          MR. HERMANN:  Just so it is

24  clear, I'm not accepting that

18

1   limitation.

2           But you can answer the

3   question as your counsel has limited it.

4   BY MR. HERMANN:

5           Q.      The question, that is,

6   approximately how frequently do you

7   speak to Mr. Chawla on the phone about

8   business matters?

9           A.      About business matters?

10  Not much, no.

11          Q.      So most of your

12  conversations are about personal or

13  social matters?

14          A.      Yes.

15          Q.      When you do discuss

16  business matters with Mr. Chawla, what

17  business matters do you discuss with

18  him?

19          A.      Anything.  I mean....

20          Q.      Have you discussed the cash

21  flow problems of the Arby's businesses?

22          A.      Yes, sometimes.

23          Q.      Have you ever sought his

24  advice about those problems?

1          A.      No.

2          Q.      Has he ever given you

3   unsolicited advice about those problems?

4          A.      No.

5          Q.      Well, can you think of some

6   examples of business problems that you

7   have discussed with him in connection

8   with the Arby's franchises?

9          A.      I don't remember anything

10  about Arby's problems talking to him

11  about.

12         Q.      You don't remember

13  discussing anything with him in

14  connection with the Arby's properties;

15  is that correct?

16         A.      Yes; I don't remember.

17         Q.      Has he ever given you any

18  financial advice in connection with

19  those businesses?

20         A.      No.

21         Q.      Now, Mr. Chawla is a real

22  estate developer in Philadelphia, among

23  other things, isn't he?

24         A.      Yes.

1        Q.      Is your husband doing a

2  real estate deal with him now involving

3  an office building in Philadelphia?

4               MS. BASKIN:  Object and

5  instruct you not to answer unless it

6  relates to these four entities.

7  BY MR. HERMANN:

8        Q.      Did you ever work for a

9  company that Ravi Chawla owned in whole

10 or in part?

11       A.      Yes.

12       Q.      What company was that?

13       A.      World Apparel.

14       Q.      And you said that World

15 Apparel doesn't exist anymore; is that

16 correct?

17       A.      Yes.

18       Q.      When it did exist, what did

19 it do?

20       A.      It was in the clothing

21 business.

22       Q.      Can you be more specific

23 about what it did?

24       A.      It had stores at one time

192

1    when they were in the distribution

2    business.

3           Q.     Stores in the United

4    States?

5           A.     Yes.

6           Q.     In Philadelphia?

7           A.     Yes.

8           Q.     What were those stores

9    called?

10          A.     Sunshine Blues.

11          Q.     And did World Apparel

12   Products also engage in export of

13   clothing?

14          MS. BASKIN:   Object and

15   instruct the witness not to answer

16   unless it is related to one of these

17   four defendants.

18          MR. HERMANN:   How am I

19   supposed to find out except getting the

20   answer to the question?

21          MS. BASKIN:   Well, if her

22   answer would include one of these four

23   defendants, then she can answer.

24          MR. HERMANN:   Oh.  But you

19

1  instructed her not to answer.

2          MS. BASKIN:   I will clarify

3  it.

4          You are instructed to answer

5  only to the extent that it would include

6  Bagga, Jamuna, United, and Welcome

7  Group.

8          THE WITNESS:   I don't need

9  to answer then.

10 BY MR. HERMANN:

11      Q.    Did World Apparel Products

12 engage in transactions with American

13 Merchandise Company?

14          MS. BASKIN:   Object, unless

15 it included dealings with one of these

16 four defendants.

17          MR. HERMANN:   Are you

18 instructing her not to answer?

19          MS. BASKIN:   I'm instructing

20 her not to answer.

21 BY MR. HERMANN:

22      Q.    Now, you said before that

23 J. G. Chawla is Ravi Chawla's brother;

24 is that correct?

194

1          A.      Yes.

2          Q.      And is he also the owner of

3   American Merchandise?

4          A.      I don't think so, no.

5          Q.      Who does own American

6   Merchandise?

7          A.      Paul, Paul does.

8          Q.      Did J. G. Chawla at one

9   point own 100% of American Merchandise?

10         A.      Yes, he may have.

11         Q.      Did your husband buy that

12  from him in 1999?

13         A.      I don't know how they took

14  over, but you are right, at one time  G.

15  T. owned it and then Paul took it.

16         Q.      I apologize.  I've been

17  calling him J. G.  It's G. T.

18         A.      Yes, it's G. T. we just

19  call him.  It is a short name.  Yes; I'm

20  sorry.  It is the same person.

21         Q.      Now, do you know when

22  American Merchandise Company got

23  started?

24                 MS. BASKIN:  Object and

195

1  instruct the witness not to answer.

2  BY MR. HERMANN:

3        Q.    Were you the secretary of

4  American Merchandise when it got started

5  in or about 1991?

6        A.    I don't --

7              MS. BASKIN:  I'm going to

8  object and instruct the witness not to

9  answer any questions regarding World

10  Apparel or American Merchandising unless

11  it is related to these four defendants.

12              You are instructed not to

13  answer unless it is related to one of

14  these four defendants.

15              THE WITNESS:  No, it is not

16  related, so....

17  BY MR. HERMANN:

18        Q.    Is it your testimony that

19  you know the answer to that but you

20  don't think it is related to one of

21  those four entities?

22        A.    Pardon?  I'm sorry.  I

23  didn't get it.

24              (The court reporter read the

1  record as follows:

2              "QUESTION:  Is it your

3  testimony that you know the answer to

4  that but you don't think it is related

5  to one of those four entities?")

6              THE WITNESS:  I don't really

7  know.

8  BY MR. HERMANN:

9       Q.    So your testimony is you

10  don't know whether you were the

11  secretary of American Merchandise in

12  19 --

13       A.    Oh, no.  Okay.  I'm sorry.

14  I got confused with that.

15              I remember signing something

16  for American Merchandise back in the

17  early '90s.

18              MS. BASKIN:  I'm instructing

19  you not to answer unless your answer --

20              THE WITNESS:  Is related to

21  --

22              MS. BASKIN:  -- is related

23  to Bagga, Jamuna, United, or Welcome.

24              THE WITNESS:  Yes.  I'm

195

1  instruct the witness not to answer.

2  BY MR. HERMANN:

3      Q.    Were you the secretary of

4  American Merchandise when it got started

5  in or about 1991?

6      A.    I don't --

7          MS. BASKIN:  I'm going to

8  object and instruct the witness not to

9  answer any questions regarding World

10 Apparel or American Merchandising unless

11 it is related to these four defendants.

12          You are instructed not to

13 answer unless it is related to one of

14 these four defendants.

15          THE WITNESS:  No, it is not

16 related, so....

17 BY MR. HERMANN:

18     Q.    Is it your testimony that

19 you know the answer to that but you

20 don't think it is related to one of

21 those four entities?

22     A.    Pardon?  I'm sorry.  I

23 didn't get it.

24          (The court reporter read the

19

1  record as follows:

2              "QUESTION:  Is it your

3  testimony that you know the answer to

4  that but you don't think it is related

5  to one of those four entities?")

6              THE WITNESS:  I don't really

7  know.

8  BY MR. HERMANN:

9      Q.    So your testimony is you

10 don't know whether you were the

11 secretary of American Merchandise in

12 19 --

13     A.    Oh, no.  Okay.  I'm sorry.

14 I got confused with that.

15             I remember signing something

16 for American Merchandise back in the

17 early '90s.

18             MS. BASKIN:  I'm instructing

19 you not to answer unless your answer --

20             THE WITNESS:  Is related to

21 --

22             MS. BASKIN:  -- is related

23 to Bagga, Jamuna, United, or Welcome.

24             THE WITNESS:  Yes.  I'm

19'

1  sorry.  I'm getting confused.  It is not

2  related; I'm sorry.  I'm just getting

3  confused with....

4  BY MR. HERMANN:

5       Q.    What were your job

6  responsibilities at American

7  Merchandise?

8             THE WITNESS:  It is not

9  related to this.

10            MS. BASKIN:  I would like to

11  see -- I'm going to give him one or two

12  questions to see if it is going anywhere

13  or I believe it is under the purview of

14  this litigation.

15            (The court reporter read the

16  record as follows:

17            "QUESTION:  What were your

18  job responsibilities at American

19  Merchandise?")

20            MS. BASKIN:  You can answer.

21            THE WITNESS:  Okay.  I

22  didn't really have any responsibilities.

23  BY MR. HERMANN:

24       Q.    Did you go to work there

198

1   during the day?

2              MS. BASKIN:  I'm going to

3   instruct her not to answer.

4   BY MR. HERMANN:

5         Q.    Did you earn a salary from

6   American Merchandise?

7              MS. BASKIN:  I'm going to

8   object and instruct the witness not to

9   answer.

10  BY MR. HERMANN:

11        Q.    Was your husband, Paul, the

12  vice-president of finance for American

13  Merchandise Company in the early 1990s?

14             MS. BASKIN:  I'm going to

15  object and instruct the witness not to

16  answer.

17  BY MR. HERMANN:

18        Q.    Do you have a brother that

19  is in the clothing business?

20        A.    Yes.

21        Q.    What's his name?

22        A.    Jaspal.

23        Q.    Can you spell that for me,

24  please?

19

1      A.      J-A-S-P-A-L.

2      Q.      And the last name?

3      A.      Bagga.

4      Q.      Is there any familial

5 relationship between Ravi Chawla and

6 Paul Bagga?

7      A.      In my -- Jaspal Bagga or

8 Paul Bagga?

9      Q.      Paul Bagga.

10      A.      Paul Bagga.  They are --

11 Paul's grandmother and Ravi's

12 grandmother or grandfather were related

13 some way.

14      Q.      Are they second cousins?

15      A.      I don't know if it would be

16 second or third.  The grandparents were

17 related.

18      Q.      Did your brother ever work

19 for American Merchandise Company?

20      A.      My brother?

21      MS. BASKIN:  I'm sorry.  I

22 didn't hear.  I was listening to

23 whatever --

24      MR. HERMANN:  Do you want to

200

1  hear the question back?

2                MS. BASKIN:  If you could.

3                (The court reporter read the

4  record as follows:

5                "QUESTION:  Did you brother

6  ever work for American Merchandise

7  Company?")

8                THE WITNESS:  I don't know.

9                MS. BASKIN:  I'm going to

10 object and instruct the witness not to

11 answer.

12 BY MR. HERMANN:

13      Q.    Did your brother ever work

14 for Worldwide Apparel Company?

15               MS. BASKIN:  I'm going to

16 object and instruct the witness not to

17 answer.

18 BY MR. HERMANN:

19      Q.    What is Brand Mania?

20      A.    It was a company a few

21 years ago, it was one of the dot-com

22 companies that was -- it was supposed to

23 sell clothing over the Internet.

24      Q.    It went under?

20

1        A.      Yes.

2        Q.      Did you have any

3  involvement with that company?

4        A.      Yes.

5        Q.      What was your role?

6        A.      I just worked with them on

7  different things when they were trying

8  to put it together.

9        Q.      And did you -- withdrawn.

10       Did your husband have any

11  involvement with that company?

12       A.      No.

13       Q.      Did the Chawlas have any

14  involvement with that company?

15       MS. BASKIN:  Object and

16  instruct the witness not to answer

17  unless it is related to one of these

18  four defendants.

19       You don't have to answer it

20  unless it is related.

21  BY MR. HERMANN:

22       Q.      Who is Amar Singh?

23       A.      He was one of the employees

24  for World Apparel.

20

1        Q.        He was vice-president of

2   World Apparel, wasn't he?

3        A.        Yes.

4        Q.        And what is his

5   relationship to the Chawlas?

6        A.        I don't know of any

7   relationship.

8        Q.        Are you aware of any family

9   relationship between them?

10       A.        Pardon?

11       Q.        Of any family relationship

12  between them.

13       A.        I don't know of any.

14       Q.        What did he do for World

15  Apparel?

16            MS. BASKIN:  I object and

17  instruct the witness not to answer

18  unless it is related to these four

19  defendants.

20  BY MR. HERMANN:

21       Q.        Now, you mentioned before

22  this there came a time when your husband

23  acquired American Merchandising

24  Corporation from the Chawlas.  Were you

20

1  ever present at any time when they had a

2  conversation about that transfer?

3          MS. BASKIN:  I'm going to

4  object and instruct the witness not to

5  answer unless it is related to one of

6  these four defendants.

7          You have to advise whether

8  it is related.

9          THE WITNESS:  Oh, okay.  I

10  apologize.

11          No, it is not related.

12  Sorry.

13  BY MR. HERMANN:

14      Q.      Were you ever present at

15  any discussion about taking American

16  Merchandise Corporation public?

17          MS. BASKIN:  Object and

18  instruct the witness not to answer

19  unless it is related to one of these

20  four defendants.

21  BY MR. HERMANN:

22      Q.      Do you know how much your

23  husband paid for American Merchandise

24  Company?

20-

1          MS. BASKIN: Object and

2   instruct the witness not to answer

3   unless it is related to one of these

4   four defendants.

5   BY MR. HERMANN:

6          Q.    Did you stay on as an

7   officer of American Merchandise after

8   the sale of the company to your husband?

9          MS. BASKIN: Object and

10  instruct the witness not to answer

11  unless it is related to one of these

12  four defendants.

13  BY MR. HERMANN:

14          Q.    Now, tell me what you know

15  about the dealings between American

16  Merchandise Company and World Apparel in

17  connection with sales of branded

18  American goods overseas.

19          MS. BASKIN: Object and

20  instruct the witness not to answer

21  unless it is related to one of these

22  four defendants.

23  BY MR. HERMANN:

24          Q.    Do you know whether

205

1   American Merchandising Company lent sums

2   of money to World Apparel in order to

3   purchase goods for resale overseas?

4           MS. BASKIN:  Object and

5   instruct the witness not to answer

6   unless it is related to one of these

7   four defendants.

8   BY MR. HERMANN:

9       Q.    Are you familiar with any

10  transaction in which American

11  Merchandising Company advanced sums of

12  money to World Apparel in order for

13  World Apparel to purchase branded

14  American goods to be sold overseas?

15          MS. BASKIN:  Object and

16  instruct the witness not to answer

17  unless it is related to one of these

18  four defendants.

19  BY MR. HERMANN:

20      Q.    Do you know whether

21  American Merchandising Company lost

22  millions of dollars in advancing sums to

23  World Apparel?

24          MS. BASKIN:  Object and

20

1  instruct the witness not to answer

2  unless it is related to one of these

3  four defendants.

4  BY MR. HERMANN:

5       Q.     Did you ever talk to Ravi

6  Chawla about the money that American

7  Merchandising Company advanced to World

8  Apparel for purchase of goods to be sold

9  overseas?

10      MS. BASKIN:   Object and

11 instruct the witness not to answer

12 unless it is related to one of these

13 four defendants.

14 BY MR. HERMANN:

15      Q.     Did you ever hear your

16 husband say in the presence of anybody

17 else that the reason he couldn't repay

18 the loans which are underlying this

19 litigation was because of the money he

20 lost in connection with a transaction in

21 which monies were advanced for purchase

22 of branded goods to be sold overseas?

23      MS. BASKIN:   Object and

24 instruct the witness not to answer based

20

1    on spousal privilege.

2                    MR. HERMANN:  I asked about

3    in the presence of others.

4                    MS. BASKIN:  You are right.

5    BY MR. HERMANN:

6          Q.    So you can answer.

7          A.    I don't have an answer.

8          Q.    Sorry?

9          A.    I have no answer.

10         Q.    Does that mean yes or no?

11         A.    I don't --

12         Q.    You never heard your

13   husband say that or you did hear him say

14   it?

15         A.    Say what?

16                    MS. BASKIN:  Can you repeat

17   that?

18                    THE WITNESS:  Yes.  I got

19   confused between everything.

20                    (The court reporter read the

21   record as follows:

22                    "QUESTION:  Did you ever

23   hear your husband say in the presence of

24   anybody else that the reason he couldn't

208

1 repay the loans which are underlying

2 this litigation was because of the money

3 he lost in connection with a transaction

4 in which monies were advanced for

5 purchase of branded goods to be sold

6 overseas?")

7            THE WITNESS:  I don't

8 remember that.

9 BY MR. HERMANN:

10     Q.    Were you ever present in

11 any conversation in which your husband

12 described how one of his companies lost

13 substantial amounts of money in

14 advancing funds to a company owned by

15 the Chawlas?

16            MS. BASKIN:  I apologize.

17 Can you repeat that?

18            (The court reporter read the

19 record as follows:

20            "QUESTION:  Were you ever

21 present in any conversation in which

22 your husband described how one of his

23 companies lost substantial amounts of

24 money in advancing funds to a company

20⁹

1  owned by the Chawlas?")

2          MS. BASKIN:  I instruct you

3  not to answer unless those comments, if

4  they were made, were made while other

5  people were there.

6          THE WITNESS:  I don't have

7  an answer, no.

8  BY MR. HERMANN:

9      Q.    What do you mean you don't

10  have an answer?  You don't know whether

11  the answer is yes or no?

12      A.    I don't understand the

13  question.

14      Q.    You do not understand the

15  question?

16      A.    No.

17          MR. HERMANN:  Can you read

18  it back again?

19          I'm going to ask the court

20  reporter to read it back to you and tell

21  me what you don't understand about the

22  question.

23          MR. TABAS:  That was Judge

24  Reed's chambers.  He is in an all-day

 1   mediation, has been since 11 o'clock.

 2   If he gets a break, he will call in on

 3   one of these two phones; if not, we will

 4   have to deal with it after today.

 5                (The court reporter read the

 6   record as follows:

 7                "QUESTION:  Were you ever

 8   present in any conversation in which

 9   your husband described how one of his

10   companies lost substantial amounts of

11   money in advancing funds to a company

12   owned by the Chawlas?")

13                MS. BASKIN:  And my

14   objection is going to be limited to if

15   those conversations occurred between

16   only you and your husband.  If there

17   were third parties there, you can

18   answer.

19   BY MR. HERMANN:

20        Q.     Or if the conversation took

21   place entirely apart from your husband.

22                MR. HERMANN:  I wasn't just

23   restricting my question to conversations

24   with her husband; it could have been

21

1  with anybody.

2          THE WITNESS:  I don't know

3  of any.

4  BY MR. HERMANN:

5      Q.    Did you ever talk to Ravi

6  Chawla about one of his companies owing

7  millions of dollars to one of your

8  husband's businesses as a result of the

9  American Merchandising deals?

10         MS. BASKIN:  I object and

11 instruct the witness not to answer

12 unless it relates to one of these four

13 defendants.

14 BY MR. HERMANN:

15     Q.    Did you ever talk to any of

16 the Chawlas about the efforts by First

17 International Bank to collect on the

18 default judgement they got?

19         MS. BASKIN:  Object and

20 instruct the witness not to answer

21 unless it relates to one of these four

22 defendants.

23 BY MR. HERMANN:

24     Q.    Are you -- you can answer.

21.

1   Go ahead.

2           A.      It doesn't relate to them.

3                   THE COURT REPORTER:  I'm

4   sorry?

5                   THE WITNESS:  It does not

6   relate to any of these four companies.

7   BY MR. HERMANN:

8           Q.      Are you familiar with the

9   fact that there was a default judgment

10  that was entered into between -- excuse

11  me; that there was a default judgment

12  that was entered in litigation between

13  World Apparel and American Merchandising

14  in connection with the advancing of

15  funds for the purchase of goods

16  overseas?

17          A.      Judgment between -- I'm

18  sorry.  Is it World Apparel judgment?

19  American Merchandise?  I don't

20  understand; I'm sorry.

21          Q.      Do you know that there was

22  a litigation between American

23  Merchandising and World Apparel in

24  connection with the advancing of funds

21

1  to purchase goods to sell them overseas?

2         A.     Yes, I heard about that.

3         Q.     And did you hear that one

4  of the parties defaulted and a judgment

5  was entered against it?

6         A.     Yes.

7         Q.     And do you know that that

8  judgment was assigned to a bank?

9         A.     I don't know of that.

10        Q.     Do you know what the -- did

11 you ever hear of the First International

12 Bank of Hartford?

13        A.     Yes.

14        Q.     Do you know -- what do you

15 know about the First International Bank

16 of Hartford in connection with its

17 dealings with your family's businesses?

18        MS. BASKIN:   I'm going to

19 object and instruct the witness not to

20 answer unless it is related to one of

21 these four defendants.

22        THE WITNESS:   It is not

23 related.

24 BY MR. HERMANN:

21-

1      Q.    Did First International
2  Bank lend money to one of the four
3  defendants?

4      A.    No.

5      Q.    Did First International
6  Bank lend money to any business venture
7  in which your family, you and your
8  husband, were involved?

9          MS. BASKIN: Object and
10  instruct the witness not to answer.
11  BY MR. HERMANN:

12      Q.    To your knowledge did your
13  husband assign the judgment in that
14  litigation between American
15  Merchandising and World Apparel to First
16  International Bank?

17      A.    I don't know.

18      Q.    This is the first you are
19  hearing of it?

20      A.    Pardon?

21      Q.    Is this the first you are
22  hearing of that?

23      A.    About what?

24      Q.    That the judgment was

21

1 assigned to the bank in Hartford.

2      A.    I don't know of any

3 assignment. I don't remember.

4      Q.    Well, you knew that there

5 was a default judgment entered you said.

6      A.    Yes.

7      Q.    And did you ever ask

8 yourself, by the way, how are we going

9 to go back and collect the 6.8 million

10 they owe us?

11      MS. BASKIN:  Object and

12 instruct the witness not to answer

13 unless it is related to one of these

14 four defendants.

15 BY MR. HERMANN:

16      Q.    Was any effort made at all

17 to collect on that $6.8 million

18 judgment?

19      MS. BASKIN:  Object and

20 instruct the witness not to answer

21 unless it is related to one of these

22 four defendants.

23 BY MR. HERMANN:

24      Q.    Were there other aspects of

21

1  the Bagga family business that prevented

2  it from getting around to trying to

3  collect on the $6.8 million judgment?

4            MS. BASKIN:  Object and

5  instruct the witness to not answer

6  unless it relates to one of these four

7  businesses.

8            THE WITNESS:  It's not

9  related.

10 BY MR. HERMANN:

11       Q.    Did you ever ask --

12 withdrawn.

13            Did you ever have a

14 conversation with your husband in the

15 presence of anybody else in which he

16 discussed why you didn't collect on the

17 $6.8 million judgment against a

18 prominent real estate developer in

19 Philadelphia?

20            MS. BASKIN:  Object and

21 instruct the witness not to answer

22 unless it relates to one of these four

23 defendants.

24 BY MR. HERMANN:

21

1          Q.    In your conversations with

2   Mr. Ravi Chawla, did you ever ask him

3   whether he was going to get around to

4   paying the $6.8 million judgment to your

5   family?

6              MS. BASKIN:  Object and

7   instruct the witness not to answer

8   unless it relates to one of these four

9   defendants.

10  BY MR. HERMANN:

11         Q.    Did you ever talk to

12  anybody from First International Bank?

13             MS. BASKIN:  About anything?

14  BY MR. HERMANN:

15         Q.    About loans to Bagga family

16  businesses.

17             MS. BASKIN:  And how are you

18  defining "Bagga family businesses" now?

19             MR. HERMANN:  These four

20  entities or any others.

21             MS. BASKIN:  Well, you can

22  answer related to these four entities.

23             THE WITNESS:  No, I didn't

24  talk to anybody regarding these four

1  entities.

2  BY MR. HERMANN:

3      Q.    When was the last time you

4  spoke to Ravi Chawla?

5      A.    Yesterday.

6      Q.    In any of your discussions

7  with him has the subject of this

8  judgment ever come up?

9          MS. BASKIN:  Object and

10  instruct the witness not to answer

11  unless it relates to one of these four

12  entities.

13  BY MR. HERMANN:

14      Q.    Did Mr. Chawla ever advise

15  you or ever advise your husband in your

16  presence that a scheme to enter into a

17  default judgment would be one good way

18  to get rid of the lender who had lent so

19  much money to your family?

20          MS. BASKIN:  Object and

21  instruct the witness not to answer

22  unless it relates to one of these four

23  defendants.

24          MR. HERMANN:  We will let

21

1  her decide whether that does.

2              MS. BASKIN:  While she is

3  thinking about it, could you read that

4  back again?

5              And I also object to the

6  form.

7              (The court reporter read the

8  record as follows:

9              "QUESTION:  Did Mr. Chawla

10  ever advise you or ever advise your

11  husband in your presence that a scheme

12  to enter into a default judgment would

13  be one good way to get rid of the lender

14  who had lent so much money to your

15  family?")

16              MS. BASKIN:  I object based

17  on form, but you know that; it's

18  leading.

19              And, also, you are

20  instructed not to answer unless it

21  relates to one of these four defendants.

22              THE WITNESS:  It's not

23  related to this.

24  BY MR. HERMANN:

220

1      Q.      Since the time of that

2  default judgment have you and your

3  husband socialized with Ravi Chawla and

4  his family?

5              MS. BASKIN:  Object and

6  instruct the witness not to answer

7  unless it is related to these four

8  defendants.

9  BY MR. HERMANN:

10     Q.      Who is Kushal Pal?

11     A.      What?

12     Q.      Kushal, K-U-S-H-A-L, first

13 name; P-A-L, second name.

14     A.      I don't know.

15     Q.      If I suggest to you that he

16 owns five Arby's franchises in

17 Pennsylvania, does that ring a bell to

18 you?

19     A.      No.  Well, how do you spell

20 it again?

21     Q.      P-A-L. Maybe I have the

22 spelling wrong.

23     A.      What's the first name?

24     Q.      Kushal.

22

1        A.    I don't know.

2        Q.    Who is David Bhasin,

3  B-H-A-S-I-N?

4        A.    He is -- he owns Arby's

5  franchises in Allentown area and he was

6  Paul's partner in the early '90s.

7        Q.    In the early 1990s?

8        A.    Yes.

9        Q.    And what were they partners

10  in?

11        A.    Arby's.

12        Q.    The ones in the Allentown

13  area?

14        A.    Yes.

15        Q.    Any other ones?

16        A.    I don't know.  I think it

17  was one in the Allentown area.

18        Q.    Were they actually

19  partners?

20        A.    Yes.

21        Q.    Did they have a business

22  called D&P Enterprises?

23        A.    I don't remember the names.

24        Q.    Did you ever hear of an

1  entity called DP&G Enterprises for

2  David, Paul, and Gopal?

3       A.    Yes.

4       Q.    Who was the Gopal?

5       A.    He is a doctor in

6  Allentown.

7       Q.    And is that T. A. Gopal?

8       A.    Yes.

9       Q.    Was he an investor in

10 Arby's franchises?

11      A.    I don't know if he was an

12 investor in Arby's.  I thought that was

13 one of the -- they own some real estate

14 building.

15      Q.    What building was that?

16      A.    I don't know.  I think it

17 was something in Allentown.

18      Q.    Do they still own it?

19      A.    No.

20      Q.    Did your husband, Paul,

21 have a parting of the ways with David

22 Bhasin?

23      A.    Yes.

24      Q.    And apart from what your

22:

1  husband told you separately about it, do

2  you have any idea what the nature of

3  that dispute was?

4          MS. BASKIN:  I'm going to

5  object and instruct the witness not to

6  answer unless it is related to one of

7  these four defendants.

8          THE WITNESS:  It's not

9  related.

10  BY MR. HERMANN:

11      Q.    Were you ever present at

12  any conversation between David Bhasin

13  and your husband concerning their Arby's

14  business dealings?

15      A.    They were partners, so

16  they --

17          MS. BASKIN:  The question

18  was were you ever present.

19          THE WITNESS:  Present in

20  business dealings or -- I mean I was

21  there sometimes because they were

22  partners, they were together in the sale

23  office, but besides that --

24  BY MR. HERMANN:

22<

1      Q.      When you were there, did

2  you ever learn what the causes of

3  dispute, if there were any, were between

4  them?

5            MS. BASKIN:  Object and

6  instruct the witness not to answer

7  unless it is related to one of these

8  four defendants.

9            THE WITNESS:  It's not

10  related.

11  BY MR. HERMANN:

12      Q.      Did any of the four

13  entities that we have been talking about

14  ever have a dispute over money with

15  Mr. Bhasin?

16      A.      I don't know of any.

17      Q.      Does your family know

18  Mr. Bhasin's family in India?

19      A.      No.

20      Q.      Did you ever hear of an

21  entity called B Cubed, International?

22      A.      Yes.  I think it was one of

23  the companies when David Bhasin was

24  there for Arby's or something.

22.

1    Q.    Do you know what it did?

2    A.    I don't know.

3    Q.    Did you ever do any work

4  for it?

5    A.    Huh?

6    Q.    Did you ever do any work

7  for it?

8    A.    I don't know.  It was just

9  the name B Cubed.  It was a long time

10  ago.  I don't remember.

11    Q.    Did any of what your

12  attorney refers to as the four entities

13  do any work for B Cubed International?

14    A.    No.

15    Q.    How about Concept Food

16  Gallery Nine; do you know what that was?

17    A.    Food -- I think it used to

18  be one of the Arby's in Gallery,

19  probably that was the company for that,

20  but they closed.

21    Q.    It's a name of a company

22  you heard before?

23    A.    I don't know.  It's just

24  Gallery I'm thinking, Concept Gallery.

22

1    I know there used to be an Arby's in

2    Gallery a long time ago.  But I don't

3    think it was related to this because it

4    was before these companies.  I'm not

5    sure, but I think.  It was a long time

6    ago.

7          Q.    How about a company called

8    Resource Utilization, Incorporated?

9          A.    That was the management

10   company, I think, before United, so....

11         Q.    It managed the accounts for

12   the Arby's properties before United?

13         A.    Yes.

14         Q.    When did that changeover

15   occur?

16         A.    When United took over.

17         Q.    Did you ever work for

18   Resource Utilization?

19         A.    I don't remember if I

20   worked for Resource, but I worked for

21   the management company, so I think I

22   worked for United.

23         Q.    Did you ever get a paycheck

24   that said it was from Resource

22

1  Utilization, Inc.?

2          A.      I don't remember.

3          Q.      How long ago did Resource

4  Utilization go out of business?

5          A.      It has to be six, seven,

6  eight years ago.  A long time.

7          Q.      When you did work for them,

8  what kind of work were you doing?

9          A.      I don't remember if I

10  worked for them.

11          MS. BASKIN:  I don't know

12  that she testified she did work for

13  them.  She didn't recall.

14  BY MR. HERMANN:

15          Q.      I'm sorry.  Did you do any

16  work for them?

17          A.      I don't think so.  I don't

18  remember, no.

19          Q.      Do you know what the

20  Export/Import Loan Bank is?

21          A.      It's a bank.

22          Q.      Do you know anything else

23  about it?

24          A.      No.

22:

1    Q.    Do you know what it does?

2    A.    It gives loans.

3    Q.    Have you, yourself, ever

4  been involved in any discussions about

5  Export/Import Loan Bank financing for

6  any Bagga family venture?

7        MS. BASKIN:  Object to the

8  extent it does not relate to one of

9  these four.

10        THE WITNESS:  It doesn't

11  relate to them.

12  BY MR. HERMANN:

13    Q.    Did you ever review or sign

14  any documents that were loan documents

15  in connection with any borrowing from

16  the Export/Import Bank either directly

17  or through the First National Bank of

18  New England in Hartford?

19        MS. BASKIN:  Object unless

20  it relates to one of these four

21  defendants.

22  BY MR. HERMANN:

23    Q.    Do you have an answer?

24    A.    No.

22

1          Q.      Are you aware that FL

2    Receivable Trust 2002-A has money

3    judgments against some of the four

4    entities, as your counsel refers to

5    them?

6          A.      Yes.

7          Q.      Do you know what the amount

8    of those judgments is in total?

9          A.      No.

10         Q.      Do you know whether it is

11   more than a million dollars?

12         A.      I don't know.

13         Q.      Have you ever tried to find

14   out what the amount of those judgments

15   is?

16         A.      No.

17         Q.      Are you not concerned about

18   the size of those judgments?

19         A.      I'm concerned, but I don't

20   know what the extent of this thing is.

21   I don't know.

22              MR. HERMANN: Can you read

23   me back the answer, please?

24              (The court reporter read the

23

1  record as follows:

2             "ANSWER:  I'm concerned, but

3  I don't know what the extent of this

4  thing is.  I don't know.")

5  BY MR. HERMANN:

6       Q.    Have you taken any action

7  in connection with satisfying those

8  judgments?

9       A.    I don't understand what

10 action.

11      Q.    Have you done anything in

12 an attempt to have those judgments

13 satisfied or an attempt to have those

14 judgments not satisfied?

15            MS. BASKIN:  Do you

16 understand?

17            THE WITNESS:  They are not

18 my judgments.  I don't know.

19 BY MR. HERMANN:

20      Q.    So is your answer that you

21 haven't taken any steps in connection

22 with satisfying or not satisfying those

23 judgments?

24      A.    I don't know much about

23:

1   it.   I don't know what to do about it.

2        Q.     Have you asked anybody

3   other than your husband what to do about

4   those judgments?

5        A.     No.

6        Q.     Do you know what assets

7   Jamuna has today?

8        A.     I don't know the details,

9   but I think it has some real estate that

10  has Arby's Restaurants.

11       Q.     Do you know any more

12  specifics than that?

13       A.     No.

14       Q.     Do you know which

15  restaurants it has?

16       A.     No.

17       Q.     Have you discussed with

18  anybody in the past year the sale of any

19  assets owned by you or your husband or

20  any business ventures in which you may

21  have an interest or he may have an

22  interest in order to satisfy the

23  outstanding judgments?

24       A.     Paul is doing that.  I

23:

1  don't know anything about that.

2         Q.    You are not doing anything

3  about that; is that correct?

4         A.    I don't know much about the

5  Arby's operations, so I can't really do

6  much.  I can't sell something I don't

7  own.

8         Q.    Have you discussed with

9  anybody the possibility of your signing

10  any kind of legal document, such as a

11  guarantee, in connection with satisfying

12  those judgments?

13         A.    No.

14              MR. HERMANN:  Can we take a

15  break?

16              THE  VIDEOTAPE  SPECIALIST:

17  Off tape 3:13.

18              (Recess.)

19              THE  VIDEOTAPE  SPECIALIST:

20  We're back on the record.  The time is

21  3:27.

22  BY MR. HERMANN:

23         Q.    Mrs. Bagga, did any of the

24  four entities involved in this

23

1  litigation make any loans to American

2  Merchandising Company?

3         A.     I don't know.

4         Q.     If they had made such

5  loans, would you know?

6         A.     Yes, I would know.  I don't

7  think there was anything.  I don't

8  remember anything.

9         Q.     Were all lending and

10 borrowing transactions, as far as you

11 were aware, simultaneously reflected on

12 the books and records of the four

13 entities?  In other words, if it

14 borrowed or lent money, would that, as a

15 matter of course, be reflected on its

16 books and records?

17        A.     Yes.

18             MR. HERMANN:  I would like

19 to get this document marked as

20 Exhibit 1.

21             (Above-described document

22 marked as K. Bagga Exhibit 1.)

23 BY MR. HERMANN:

24        Q.     Mrs. Bagga, I'm showing you

23

1  a document that has been marked for

2  identification as Exhibit No. 1 and ask

3  you to take a look at it and tell me if

4  that looks familiar to you.

5        A.    Yes.

6        Q.    What is it?

7        A.    It's a deposit slip into

8  United Management.

9        Q.    That's on the first page.

10  What about the second page?

11        A.    That's also a deposit slip

12  into United Management.

13        Q.    On the first page of the

14  exhibit there is a deposit of $30,000 in

15  cash dated December 4, 2002; is that

16  correct?

17        A.    Yes.

18        Q.    Now, did you make that

19  deposit?

20        A.    I don't remember.

21        Q.    Do you know what that

22  $30,000 in cash was for?

23        A.    No.

24        Q.    Do you know where it came

23

1  from?

2          A.      No.

3          Q.      Did you happen to notice in

4  December of 2002 a $30,000 deposit into

5  that account?

6          A.      No.

7          Q.      Is that something that

8  happened with regularity, that large

9  sums of cash like that would be

10 deposited in the account?

11         A.      Not frequently.  But I

12 don't know where that deposit was made

13 from.

14         Q.      Take a look at the second

15 page.  Does that reflect a $40,000 cash

16 deposit?

17         A.      It's not a cash deposit.

18         Q.      What was it?  Doesn't it

19 say there "Currency $40,000"?

20         A.      Yes.  But I think this is

21 one of the loans made to United by me.

22 This was money taken, 40,000.  I think I

23 made a loan to United.

24         Q.      And you made that loan in

236

1  the form of cash?

2          A.      No.    I think it was

3  transferred from -- I think it's loan

4  from my account, I made a loan to

5  United.

6          Q.      What day was that?    Is that

7  the same date, December 4, 2002?

8          A.      Yes, because I had an

9  account at Commerce Bank so -- and I

10  think they were short of funds in

11  United.

12          Q.      Are you the person that

13  filled out that deposit ticket?

14          A.      Yes.    It's my handwriting.

15          Q.      Is it your testimony that

16  that 40,000 should have said 40,000

17  check instead of 40,000 currency?

18          A.      No, I didn't say that.

19          Q.      So how did you effect that

20  transaction?  Did you actually withdraw

21  $40,000 from one account and put it in

22  another in the form of currency?

23          A.      No.

24          Q.      Well, how did you do it?

23

1        A.    If you have two accounts in

2   the same bank and you transfer money

3   from one account to the other, it is

4   within the same bank, they transfer it

5   as cash.

6        Q.    And this was done on the

7   Commerce Bank in Cherry Hill, New

8   Jersey?

9        A.    No.   This was done at the

10  Flourtown branch.

11       Q.    Do you have any explanation

12  for why the reverse side of those

13  tickets shows Cherry Hill, New Jersey?

14  Is that a clearing office for the bank?

15       A.    I have no idea what

16  that....

17       Q.    Now, when you made -- and

18  it is your testimony that this $40,000

19  was a loan to United Management?

20       A.    Yes.

21       Q.    Was that reflected on the

22  books of United Management as a loan?

23       A.    Yes.

24       Q.    Has that loan been repaid?

23

1          A.      No.

2               MR. HERMANN:   Let me have

3    this marked, please, as K. Bagga 2 for

4    identification.

5               (Below-described document

6    marked as K. Bagga Exhibit 2.)

7    BY MR. HERMANN:

8          Q.      I'm showing you a document

9    that has been marked as Exhibit 2 for

10   identification and ask if you recognize

11   that document or documents.

12         A.      Yes.

13              MS. BASKIN:   Yes.

14   BY MR. HERMANN:

15         Q.      What is shown on Exhibit 2?

16         A.      This is a deposit ticket

17   into United Management and the checks

18   from Bagga, from Poojan, from Welcome

19   stores, all different stores, into

20   United Management Company.

21         Q.      Is that your stamped

22   signature on each of these checks?

23         A.      Yes.

24         Q.      And you wrote checks on

23

1   Bagga Enterprises; Poojan, Inc.; CJA

2   Enterprises; Welcome Group; and Welcome

3   Group d/b/a Arby's during that time; is

4   that correct?

5           A.      Yes.

6                   Oh, that's not mine.

7           Q.      At the time --

8           A.      Excuse me.  CJA, this is

9   not my signature.

10          Q.      Oh.  I'm sorry.  Whose

11  signature is that?

12          A.      I don't know.

13          Q.      When did you become

14  employed by Bagga Enterprises?

15          A.      I was employed -- I get my

16  -- I used to work for all the

17  companies.  I used to get my check from

18  United Management.  And after this

19  Welcome litigation, they separated the

20  overhead.  So my payroll comes from

21  Bagga Enterprises because United is not

22  dead anymore.

23          Q.      So at the time that you

24  were writing -- December of 2002 that

24(

1  were you writing checks on Bagga

2  Enterprises, you weren't actually an

3  employee there?

4        A.      I was an employee of

5  United.

6        Q.      And were you an officer in

7  any way of Bagga Enterprises signing

8  checks for them?

9        A.      No, I don't think so.  I

10 was -- I think I was just in charge of

11 the check-writing.

12              MR. HERMANN:  Please have

13 that marked as Exhibit 3.

14              (Below-described document

15 marked as K. Bagga Exhibit 3.)

16              MS. BASKIN:  She is ready on

17 this.

18 BY MR. HERMANN:

19       Q.      Bringing you back for a

20 moment to Exhibit 2, do you see that

21 first check, No. 5665, in the amount of

22 $30,000 to United Management?

23       A.      Yes.

24       Q.      Is that -- am I reading

ESQUIRE DEPOSITION SERVICES

24

1  that correctly as United Management

2  30,000?

3      A.    Yes.

4      Q.    Do you know what that

5  payment was for, that $30,000?

6      A.    We used to just transfer

7  all the monies into United to pay the

8  bills out of United.  It is not a

9  payment.  All the money had to be

10  consolidated into United to pay the

11  bills for all the units.

12      Q.    And directing your

13  attention to Exhibit No. 3, do you

14  recognize that document, which is

15  photocopies of five checks?

16      A.    Yes.

17      Q.    Now, on the third check

18  there, No. 1250, dated December 16,

19  2002, it is a $13,500 check made out to

20  you?

21      A.    Yes.

22      Q.    And whose signature is

23  that?

24      A.    Mine.

24:

1          Q.    And that's not a stamped

2    signature, that is your handwriting; is

3    that right?

4          A.    Yes.

5          Q.    And what was that check

6    for?

7          A.    It's probably an accounting

8    adjustment for the money that was given

9    in earlier, to return it.

10              THE COURT REPORTER:  I'm

11    sorry.  "The money that was given"?

12              THE WITNESS:  Earlier.

13              MS. BASKIN:  To return it.

14              THE WITNESS:  To return the

15    loan.

16    BY MR. HERMANN:

17          Q.    I understood your testimony

18    to be that the money had not been

19    repaid.

20          A.    All of it has not been.  I

21    guess this was a part of it.

22          Q.    So --

23          A.    I put the 40,000; you see

24    that deposit.

24

1     Q.     And when you say you guess

2  that it was that, do you recall or do

3  you not recall?

4     A.     I think it was a part of

5  the accounting adjustment with the money

6  that was going in.

7     Q.     But when you say an

8  "accounting adjustment," do you mean a

9  repayment of the loan?

10    A.     Yes.

11    Q.     So this was a repayment of

12  the loans that you had made in part on

13  December 4?

14    A.     Or before.

15    Q.     Or before.

16    A.     Yes.

17    Q.     And was there an entry made

18  on the books of United Management

19  Services indicating a $13,500 partial

20  loan repayment on that date?

21    A.     Yes, there should be.

22    Q.     Do you know whether there

23  was?

24    A.     I have not checked it, but

24

1  I'm sure there is.  If they wrote a

2  check, they have to make an entry.

3           Q.      Well, you wrote the check,

4  didn't you?

5           A.      I signed the check.

6           Q.      Did you tell anybody to

7  make an entry for repayment of the loan?

8           A.      Yes.  I'm sure there is an

9  entry.  There has to be an entry.  The

10 computer, you have to make an entry.

11 You can't just write a $13,000 check and

12 not put an entry what it's for.

13          Q.      Well, you can put it as an

14 expense item or you can put it as a

15 capital item.  A repayment of loan

16 wouldn't be an expense item, would it?

17          A.      No.  I'm sure the

18 accountants will catch it.  It has to be

19 a payment of the loan, I'm sure.

20          Q.      Did you tell anybody to

21 write it down as a repayment of a loan?

22          A.      Yes, I'm pretty sure

23 repayment, entered as a repayment.

24          Q.      And why are you sure of

24

1  that?

2      A.    Because I put the money in,

3  so I'm sure I took some of it back,

4  because there was a lot of money put in

5  besides this 40,000 --

6          MS. BASKIN:  The question is

7  whether you recall if you told anyone.

8          THE WITNESS:  Yes.

9  BY MR. HERMANN:

10      Q.    Who did you tell?

11      A.    Whoever wrote the check.

12      Q.    I thought you wrote the

13  check.

14      A.    I signed the check.

15      Q.    Do you know from the

16  handwriting who actually wrote out the

17  check?

18      A.    No.

19      Q.    It's not familiar

20  handwriting to you?

21      A.    No.  I don't know who wrote

22  that check.

23      Q.    Do you see the check below

24  the small check from your husband?  Does

24

1    that look like the same handwriting to

2    you?

3         A.    Yes.

4         Q.    Is that in fact the

5    handwriting of Paul Bagga?

6         A.    No.

7         Q.    That is his signature on

8    the bottom?

9         A.    Yes, his signature.

10         Q.    Now, the check below that,

11    No. 1252, is a $4,300 check made out by

12    Paul Bagga to himself, and the memo says

13    it is for sales tax.

14         A.    For Poojan.

15         Q.    For Poojan.

16         A.    Yes.

17         Q.    Do you know why Paul Bagga

18    was writing a check to himself for sales

19    tax?

20         A.    Because you have to send a

21    cashier's check to them.  So you have to

22    take the cash out, get a cashier's check

23    made.  And to get a cashier's check made

24    you have to -- somebody has to get the

24?

1  cash out.

2          Q.      Now, do you see Check 1249

3  on the top there dated December 16, '02,

4  signed by your husband for $3,000 --

5          A.      Yes.

6          Q.      -- made out to Knopf

7  Automotive?

8          A.      Yes.

9          Q.      Can you read what the memo

10 says on it, whether it's downpayment --

11         A.      Downpayment car for Gene.

12         Q.      And who is that?

13         A.      Gene Pittack.

14         Q.      Is that to buy a new car

15 for Gene in December of 2002?

16         A.      Yes, I think so.

17         Q.      Did the company buy him a

18 car?

19         A.      Yes.

20         Q.      Was that part of his

21 compensation?

22         A.      Yes.

23         Q.      Do you know how old his old

24 car was?

24

1          A.      Pardon?

2          Q.      Do you know how old his old

3  car was?

4          A.      No.

5          Q.      Were you aware that -- do

6  you know why that check was signed by

7  Paul Bagga himself rather than by

8  somebody else?

9          A.      It's probably because I was

10  not there, so he probably signed it.

11          Q.      Did you have any

12  discussions with anybody concerning

13  whether to make monthly installment

14  payments on the loans that the four

15  companies had from FL Receivable Trust

16  2002-A?

17          A.      Can you repeat that?

18  Sorry.

19              (The court reporter read the

20  record as follows:

21              "QUESTION:  Did you have any

22  discussions with anybody concerning

23  whether to make monthly installment

24  payments on the loans that the four

ESQUIRE  DEPOSITION  SERVICES

24

1  companies had from FL Receivable Trust

2  2002-A?")

3  BY MR. HERMANN:

4      Q.    Just to clarify, at that

5  time it would have been to Captec, that

6  are now FL Receivable Trust.

7      A.    Oh, okay.  No.

8      Q.    Are you the --

9      A.    I don't remember, no.

10     Q.    Are you the person who

11 decided each month not to make loan

12 payments?

13     A.    No.

14     Q.    Who made that decision?

15     A.    Paul.

16     Q.    Did you talk to him about

17 it?

18     A.    No.  He -- the discussion

19 was --

20         MS. BASKIN:  The question

21 was did you talk to him about it.  Yes

22 or no.

23         THE WITNESS:  No, I did not

24 talk to him, no.

25

1  BY MR. HERMANN:

2       Q.     Were you aware while loan

3  payments were not being made that in

4  fact they were not being made?

5       A.     Because the stores were not

6  doing enough sales, they couldn't afford

7  to make --

8            THE COURT REPORTER:

9  "Because the stores were not doing

10 enough sales"?

11           THE WITNESS:  To make the

12 payments, yes, to Captec.  I don't know

13 the whole extent of the conversation

14 why.

15           MS. BASKIN:  I'm sorry; I

16 was distracted by -- could you repeat

17 the question?

18           (The court reporter read

19 the record as follows:

20           "QUESTION:  Were you aware

21 while loan payments were not being made,

22 that in fact they were not being

23 made?")

24 BY MR. HERMANN:

25

1          Q.     Who would have been the

2    person to make the decision, for

3    example, to buy a new car for Gene

4    rather than to make loan payments?

5          A.     Paul.

6          Q.     And is it your testimony

7    that you never discussed that subject

8    with him of whether to make loan

9    payments?

10         A.     Yes.

11         Q.     Did he tell you --

12   withdrawn.

13              At what point did you first

14   learn from Paul Bagga that loan payments

15   to Captec were not being made?

16         A.     I don't know when they stop

17   making the payments.  Sometime in 2002?

18   I'm not sure when.

19         Q.     Who told you that loan

20   payments were no longer being made?

21         A.     Paul.

22         Q.     When he told you that, did

23   he explain to you why?

24              MS. BASKIN:  It's a yes or

ESQUIRE DEPOSITION SERVICES

25

1  no.

2              THE  WITNESS:  No.

3  BY MR. HERMANN:

4       Q.    Did you ask him why?

5       A.    No.

6              MS. BASKIN:  I don't mean to

7  cut you off in midsentence, but I would

8  like to wrap this up at 4:00.

9              MR. HERMANN:  You are going

10  to terminate the examination at 4:00?

11             MS. BASKIN:  Around 4:00 to

12  see where you are, for you to let me

13  know how much more you have.

14             MR. HERMANN:  I'm sorry; can

15  we have the last question and answer?

16             (The court reporter read the

17  record as follows:

18             "QUESTION:  Did you ask him

19  why?

20             "ANSWER:  No.")

21  BY MR. HERMANN:

22       Q.    Who made the decision to

23  repay $13,500 on your loan on December

24  16, 2002, rather than to pay FL

25

1  Receivable Trust or Captec?

2        A.      Because I put that money in

3  --

4              MS. BASKIN:  No.  The

5  question was who made the decision.

6              MR. HERMANN:  Correct.

7              THE WITNESS:  I did.

8  BY MR. HERMANN:

9        Q.      Did you ask Paul Bagga

10 about it before you did it?

11       A.      No.

12       Q.      And why did you do that?

13       A.      Because I had put the money

14 in. He was not there when I put the

15 money in. I only put it in because some

16 bills had to be paid on default.  And I

17 just put it in for two weeks.  And I

18 could not take all of that out; I could

19 only take 13,000 out.

20       Q.      Were you aware when you

21 made that $13,500 check to yourself that

22 Captec might have prior claims on those

23 monies?

24       A.      No.  I would not have

254

1  deposited the 40,000 in if I knew that.

2       Q.    When you deposited the

3  40,000 or other loans that you made, did

4  you ever have a discussion with Paul

5  Bagga about how your loan might be

6  treated in relation to the loans that

7  Captec had made; that is to say, which

8  would come first in terms of repayment?

9       A.    I told him I was doing a

10 favor to the company --

11           MS. BASKIN:   The answer is

12 yes or no.

13           THE WITNESS:   What was the

14 question again?   I'm sorry.

15           MS. BASKIN:   Could you

16 repeat the question.

17           THE WITNESS:   Can you

18 repeat?

19           (The court reporter read the

20 record as follows:

21           "QUESTION:   When you

22 deposited the 40,000 or other loans that

23 you made, did you ever have a discussion

24 with Paul Bagga about how your loan

255

1  might be treated in relation to the

2  loans that Captec had made; that is to

3  say, which would come first in terms of

4  repayment?")

5          THE WITNESS:  No.

6  BY MR. HERMANN:

7      Q.    Did you give that any

8  thought before making the loans; that is

9  to say, maybe you couldn't be repaid

10 before the lender who was ahead of you

11 in time was repaid?

12     A.    No.

13     Q.    And is that because you

14 wrote the checks and you decided who got

15 paid and who didn't?

16     A.    I just thought they needed

17 the money that day, so I deposited

18 thinking that I would be able to take it

19 out next week.  And I could not take

20 that money out the next week or the week

21 after.  I only took part of it out.  I

22 deposited monies before that, too; I

23 could not take it out.

24     Q.    When you took out the

1   money, the $13,500 that we discussed

2   before, when did you tell your husband

3   that you had done it?

4           A.    I did not tell him.  I told

5   him I could not take all the money out.

6           Q.    Did he know at the time

7   that you had taken some of the money out

8   based on what you had told him?

9           A.    I did not tell him the

10  amounts.  I was going away to India and

11  I told him I was upset, because I said,

12  "There is no money."  I just put the

13  money -- I thought I would be able to

14  take it out; I could not take it out.  I

15  could only get this much out.

16          And then he said, "You can

17  take it out later on."  And then we had

18  this litigation thing.  And after that

19  everything was seized; I could not take

20  anything back then.  If I knew that, I

21  would have never put the money in to

22  begin with.

23          Q.    Do I understand your

24  testimony to be that you were upset that

25

1  you couldn't take it all out later on in

2  December, all of the money you had lent

3  earlier in December?

4          A.    Yes.

5          Q.    And did your husband say

6  anything that you understood to be an

7  attempt to discourage you from taking

8  out anything?

9                MS. BASKIN:  Objection.

10 That's a roundabout way for the spousal

11 privilege.  I will instruct you not to

12 answer.

13                MR. HERMANN:  I don't

14 believe there is any spousal privilege

15 in a circumstance when they are in

16 business together; but we can have that

17 out.

18                MS. BASKIN:  They are not in

19 business together.

20                MR. HERMANN:  This wasn't a

21 gift to the business?

22                MS. BASKIN:  This was not a

23 gift to the business.  She testified it

24 was a loan.  It's not a gift.

258

1              MR. HERMANN:   That is

2  exactly right.

3              MS. BASKIN:   That is exactly

4  right.   It was not a gift.   There is no

5  testimony on the record to indicate it

6  was a gift.

7  BY MR. HERMANN:

8         Q.      It was a loan, wasn't it?

9         A.      Yes.   I made the loan --

10             MS. BASKIN:   Correct.   And

11  there's -- excuse me.   And there is a

12  difference between a loan and a gift, so

13  please do not put words in her mouth

14  that she is giving gifts to this

15  company.

16             MR. HERMANN:   I don't think

17  I suggested it was a gift.

18             MS. BASKIN:   You've said it

19  -- you used the word "gift."

20             MR. HERMANN:   I said it

21  wasn't a gift.

22             MS. BASKIN:   Go on.

23  BY MR. HERMANN:

24         Q.      Did Mr. Bagga, Paul Bagga,

25

1   ever say to you at any time after you

2   made the $13,500 withdrawal or check to

3   yourself that you couldn't take out any

4   more of that money that you had lent?

5           THE WITNESS:  Can you repeat

6   that?  I'm sorry.

7   BY MR. HERMANN:

8       Q.     Let me rephrase it.  After

9   the $13,500 check was written to you,

10  did Paul Bagga ever tell you that you

11  couldn't take out any more of the money

12  that you had lent to the company in that

13  $40,000 transaction on December 4?

14      A.     I didn't talk to him about

15  it.  I wasn't here after that.

16      Q.     Have you made any attempts

17  since that $13,500 check was written to

18  obtain repayment of any of the balance

19  of your loan?

20      A.     No, I don't think so.

21      Q.     When you say you don't

22  think so, you are not certain?

23      A.     I know there is a lot of

24  money still owed to me so -- and then I

260

1   was told after the filing that I could

2   not take anything out, so I haven't

3   taken anything out.

4          Q.      After the filing, you mean

5   the bankruptcy filing?

6          A.      Yes, yes.

7          Q.      Did you do anything between

8   December 16 of 2002 and the time of the

9   bankruptcy filing for Welcome to attempt

10  to get repayment of the loan?

11         A.      I don't remember.

12         Q.      How much in total is owed

13  to you by the four companies?

14         A.      A lot.

15         Q.      Do you have a record

16  someplace?

17         A.      Some of it is on the tax

18  returns.

19         Q.      Some of it -- is some of it

20  not on the tax returns?

21         A.      Well, we don't have last

22  year's tax returns yet, so....

23         Q.      You haven't submitted it?

24  You mean it is on extension?

26

1          A.      Yes.

2          Q.      And up until the time of

3    this year's tax return is filed, do you

4    know what the total loan indebtedness is

5    to you?

6          A.      No, I don't remember what

7    the total is.

8               MR. HERMANN:   Well, it is 4

9    o'clock.   What do you want to do?

10              MR. TABAS:   The judge is

11   back in his chambers.

12              THE COURT REPORTER:   Do you

13   want to go off the record with this

14   discussion?

15              MR. HERMANN:   Please.

16              THE VIDEOTAPE SPECIALIST:

17   Off tape 3:59.

18              (Recess.)

19              THE VIDEOTAPE SPECIALIST:

20   We're back on the record.   The time is

21   4:13.

22   BY MR. HERMANN:

23         Q.      Mrs. Bagga, do you know

24   what 1878 Exeter Corp. is?

26

1          A.      Yes.

2          Q.      What is that?

3          A.      It's a company that did all

4    the payroll for all the different

5    stores.

6          Q.      And was 1878 Exeter Corp. a

7    subsidiary of one of the other

8    companies, such as United Management?

9          A.      It is like a sister company

10   of United.  Because we have so many

11   employees, there is over 300 employees,

12   in different units and it was just a

13   problem for -- to manage out of the same

14   account all the paychecks coming out and

15   just reconcile it, so we just decided to

16   have a separate accountant for payroll.

17         Q.      And who made that decision?

18         A.      Paul.

19         Q.      Is he the sole owner of

20   that company?

21         A.      Yes, I think so.

22         Q.      Have you ever received any

23   compensation from 1878 Corp.?

24         A.      I don't remember getting

ESQUIRE  DEPOSITION SERVICES

26

1  anything from 1878.

2      Q.    Did you ever hear of a

3  company called 21st Century Restaurant

4  Solutions, Inc.?

5      A.    Yes.

6      Q.    What is that?

7      A.    I think that's because

8  United Management is closed, so

9  that's -- that was supposed to replace

10  United Management.  That's what I

11  understand.  I'm not sure.  It was

12  supposed to replace it, but then because

13  of the bankruptcy filing, Welcome had to

14  be treated separately.  We could not

15  bring Welcome payroll or the expenses

16  into United, so that's separately.  So

17  both are being treated separately.  So I

18  don't know if they are going to use 21st

19  Century or how they are going to treat

20  it.

21      Q.    When you say "they," who

22  are the "they" you are referring to?

23      A.    I mean Paul --

24      Q.    Paul.

26

1          A.      -- the company.

2          Q.      Who sets up all these

3  corporations?  Is that done by a lawyer

4  or is that done by Mr. Bagga?

5          A.      I don't know how it's he

6  did that.

7          Q.      As far as you know, is 21st

8  Restaurant Solutions, Inc., an operating

9  company at the moment?

10          A.      Yes, I think it's --

11          Q.      What does it do?

12          A.      It does -- doing part of

13  what United was doing, like the rent

14  gets paid, the office expenses have to

15  be paid out of -- it gets paid out of

16  21st Century --

17          Q.      For all of the various

18  Arby's units, it receives funds from

19  them and makes --

20          A.      No, no.

21          Q.      No.

22          A.      We cannot mix the Welcome

23  now because of the bankruptcy.  So Bagga

24  is -- the expenses are being paid out of

1  Bagga from the PNC Bank.

2            21st Century is a

3  replacement for United Management, but

4  it's not doing all the work because

5  Welcome is doing its own and Bagga is

6  doing -- paying its own expenses.  So

7  it's just paying the expenses for the

8  office and the overheads or whatever it

9  is.

10       Q.    Other than the Arby's that

11 are owned by Welcome, are there any

12 other Arby's open?

13       A.    The ones that are owned by

14 Bagga Enterprises.

15       Q.    Which are which ones?

16       A.    The ones that are not owned

17 by Welcome --

18       Q.    Yes.

19       A.    -- they are all owned by

20 Bagga.  The five of them that are owned

21 by Welcome.  The rest are all owned by

22 Bagga except for Poojan.

23            MS. BASKIN:  The same ones

24 she testified to about five hours ago.

26

1  BY MR. HERMANN:

2          Q.      The ones you testified to

3  before --

4          A.      Yes.

5          Q.      -- that I asked you one by

6  one?

7          A.      Yes.

8                  MR. HERMANN:  Well, in the

9  last break -- I just want to put this on

10  the record -- we contacted Judge Reed

11  with regard to the objections and

12  directions not to answer, and we have

13  agreed that we will make a formal

14  submission to the judge in order to

15  obtain a ruling on that.  And if the

16  ruling is favorable to us, we will

17  probably have to re-call you as a

18  witness.

19                 THE WITNESS:  Okay.

20                 MR. HERMANN:  So we will

21  adjourn the deposition then pending that

22  ruling.

23                 MS. BASKIN:  Thank you.

24                 THE WITNESS:  Thank you.

267

1              THE VIDEOTAPE SPECIALIST:

2    That concludes today's videotape

3    deposition.    The time is 4:18.

4              (Witness excused.)

5              (Whereupon the deposition

6    adjourned at 4:18 p.m.)

7                    - - - - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

268

```
1                    C E R T I F I C A T E

2              I  hereby  certify  that  the

3   proceedings  and  evidence  noted  are

4   contained  fully  and  accurately  in  the

5   notes  taken  by  me  in  the  deposition  of

6   the  above  matter,  and  that  this  is  a

7   correct  transcript  of  the  same.

8

9

10

11   _____

12

13

14

15

16              (The  foregoing  certification

17   of  this  transcript  does  not  apply  to  any

18   reproduction  of  the  same  by  any  means,

19   unless  under  the  direct  control  and/or

20   supervision  of  the  certifying  reporter.)

21

22

23

24
```

ESQUIRE  DEPOSITION  SERVICES

269

1          INSTRUCTION TO THE WITNESS

2                   Please read your deposition

3    over carefully and make any necessary

4    corrections.  You should state the

5    reason in the appropriate space on the

6    errata sheets for any corrections that

7    are made.

8                   After doing so, please sign

9    the errata sheet and date it.

10                  You are signing same subject

11   to the changes you have noted on the

12   errata sheet, which will be attached to

13   your deposition.

14                  It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within thirty (30)

17   days of receipt of the deposition

18   transcript by you.  If you fail to do

19   so, the deposition transcript may be

20   deemed to be accurate and may be used in

21   court.

22

23

24

```
1                        - - - - -

2                  E   R   R   A   T   A

3                        - - - - -

4   PAGE        LINE              CHANGE

5   ----        ----        -------------------------

6   ----        ----        ------------------------

7   ----        ----        ------------------------

8   ----        ----        ------------------------

9   - - - -     - - - -      ------------------------

10  ----        ----        ------------------------

11  ----        ----        ------------------------

12  ----        ----        ------------------------

13  ----        ----        ------------------------

14  ----        ----        ------------------------

15  ----        ----        ------------------------

16  ----        ----        ------------------------

17  ----        ----        ------------------------

18  ----        ----        ------------------------

19  ----        ----        ------------------------

20  ----        ----        ------------------------

21  ----        ----        ------------------------

22  ----        ----        ------------------------

23  ----        ----        ------------------------

24  ----        ----        ------------------------
```

27:

ACKNOWLEDGEMENT OF DEPONENT

1

2       I, _____, do

3  hereby certify that I have read the

4  foregoing pages, _____ and that the

5  same is a correct transcription of the

6  answers given by me to the questions

7  therein propounded, except for the

8  corrections or changes in form or

9  substance, if any, noted in the attached

10  errata sheet.

11            _____

12            DATE

13

14  Subscribed and sworn to me this _____

15  day of _____, 2003.

16  My Commission expires:

17

         _____

18

19

20  _____

         Notary Public

21

22

23

24

       ESQUIRE DEPOSITION SERVICES

**A**

**able** 29:8 102:16
125:17 138:18 255:18
256:13
**Above-described**
233:21
**accepting** 188:24
**account** 61:20 62:3
64:5 80:12,24 81:1,2
81:7,11,14,23 82:4,19
82:20,21 88:1,4
105:23 113:2 116:18
116:19 123:14 128:5
235:5,10 236:4,9,21
237:3 262:14
**accountant** 96:20
169:11,12,13,20
262:16
**accountants** 244:18
**accounting** 34:17,21
170:24 171:3,9 242:7
243:5,8
**accounts** 24:11 48:10
51:21 61:15 64:9
65:3 80:11 81:17
87:16 88:20 97:5,13
101:6 105:9 226:11
237:1
**accurate** 269:20
**accurately** 268:4
**ACKNOWLEDGE...**
271:1
**acquire** 13:12,21 24:4
24:16 51:13
**acquired** 109:8 202:23
**acquiring** 14:5
**action** 1:3 230:6,10
**activity** 99:8
**address** 11:13 95:20
**addresses** 18:17,19
**adjourn** 266:21
**adjourned** 267:6
**adjustment** 242:8
243:5,8
**advanced** 205:11 206:7
206:21 208:4
**advances** 167:22
**advancing** 205:22
208:14,24 210:11
212:14,24
**advice** 189:24 190:3,18
**advise** 63:8 203:7
218:14,15 219:10,10
**advises** 78:4
**advisor** 78:1,3
**affect** 28:19,23
**afford** 250:6
**afternoon** 17:23
**ages** 42:14
**ago** 10:7 22:15 30:15
30:16,22 31:21 33:1
42:1 53:9 75:21
86:17 91:3 92:17,20
123:11 158:18 172:16
172:18,18,19 183:4
200:21 225:10 226:2
226:6 227:3,6 265:24
**agreed** 266:13
**ahead** 212:1 255:10

**Air** 31:24 32:5 187:2
**Allentown** 31:8 32:18
33:9 221:5,12,17
222:6,17
**allocated** 126:4
**allocation** 126:9,22
**allowed** 18:2
**all-day** 209:24
**altered** 72:1,11
**Amar** 201:22
**ambiguous** 8:22
**American** 30:10 49:21
119:18 120:4,7,21
121:4,12,18,23 122:8
122:16,23 123:6
152:20 153:19 182:19
182:21,24 183:6
193:12 194:3,5,9,22
195:4,10 196:11,16
197:6,18 198:6,12
199:19 200:6 202:23
203:15,23 204:7,15
204:18 205:1,10,14
205:21 206:6 211:9
212:13,19,22 214:14
233:1
**amount** 58:8,10 160:5
166:23 167:13 168:2
229:7,14 240:21
**amounts** 167:1,8
208:13,23 210:10
256:10
**analysis** 85:5
**and/or** 175:19 268:19
**Ann** 1:14
**annual** 52:20 127:8
**answer** 4:2 5:1 6:1 8:24
12:18 13:4,10 16:14
18:9 20:23 21:3,16,22
22:1,2,8 23:14 24:19
24:22 27:14,24 29:9
37:5 39:17,21 40:8,15
40:21 42:8 43:17
44:8 45:18 46:1,21,24
47:14,21 48:2,7,12,17
48:24 49:8,15,24 50:6
50:24 51:5,11,17,24
52:6 56:3 57:16
59:12,20 60:3,9 61:1
61:5,12,18,24 62:6
63:17 64:15 65:6,18
65:24 66:6,23 67:8
75:6,11,17,23 76:4,11
76:22 77:13,22 110:6
110:12,18,24 112:4
112:10,16,23 113:5
113:17 114:23 115:9
115:15 116:8 120:1
120:14 121:1,8,15
122:13,20 123:3
137:12 149:16 151:9
152:6,23 153:15,21
156:16,21,22 157:21
177:18 187:19,24
189:2 191:5 192:15
192:20,22,23 193:1,4
193:9,18,20 195:1,9
195:13,19 196:3,19
196:19 197:20 198:3

198:9,16 200:11,17
201:16,19 202:17
203:5,18 204:2,10,20
205:5,16 206:1,11,24
207:6,7,9 209:3,7,10
209:11 210:18 211:11
211:20,24 213:20
214:10 215:12,20
216:5,21 217:7,22
218:10,21 219:20
220:6 223:6 224:6
228:23 229:23 230:2
230:20 252:15,20
254:11 257:12 266:12
**answered** 9:5
**answering** 154:24
**answers** 30:3 271:6
**anybody** 29:17 38:16
42:2 76:6 83:4 90:21
90:22 91:14,17
131:10 136:2 141:14
141:24 144:6 147:6
147:16,20 163:16
164:7,10 180:6
182:17 185:24 206:16
207:24 211:1 216:15
217:12,24 231:2,18
232:9 244:6,20
248:12,22
**anymore** 33:13 37:20
88:5 116:21 183:8
191:15 239:22
**AOL** 142:19
**apart** 15:9,17,17 19:21
20:13 33:5,6 34:1
36:3,4 40:23 41:3
42:3,3,20 44:10 58:1
61:8 65:9,10 66:15
67:3,11 77:2,9 85:21
86:15 87:1,5 88:21
96:2 110:1 149:21
163:5 210:21 222:24
**apologize** 35:12 194:16
203:10 208:16
**Apparel** 39:8,9,14,24
40:6 153:18 183:10
191:13,15 192:11
193:11 195:10 200:14
201:24 202:2,15
204:16 205:2,12,13
205:23 206:8 212:13
212:18,23 214:15
**APPEARANCES** 2:1
**applied** 65:14
**apply** 268:17
**appraised** 58:11
**appreciate** 35:24
**appropriate** 9:23 157:1
157:4 269:5
**approval** 103:23
**Approved** 1:15
**approximately** 31:22
171:20 188:15 189:6
**Arby** 141:18
**Arby's** 19:8,11,18,22
69:3,5 78:15,17,22
79:9 80:10 81:10
82:10 92:1 98:7,13,15
98:16,22 106:11,23

107:8 108:2,7,12,21
111:7,8,15 114:6
117:20 123:16,24
127:23 128:12 130:8
130:12 131:15 132:13
132:19 133:9,14,18
134:4 137:24 138:3
138:11 139:15 140:5
142:23 143:15 147:3
147:13,14 148:3,9
169:16 181:4,23
182:2 189:21 190:8
190:10,14 220:16
221:4,11 222:10,12
223:13 224:24 225:18
226:1,12 231:10
232:5 239:3 264:18
265:10,12
**Arby's-related** 159:13
188:6
**area** 25:2 34:9 42:21
43:5 75:9 127:10
130:18 155:24 221:5
221:13,17
**areas** 34:12,14 81:5
85:8 101:1 145:23
**arrange** 58:13
**arrangements** 113:20
159:11
**arrested** 41:21
**art** 49:5
**asked** 12:8 30:3 94:8
107:11,17 108:6
138:13 143:20 145:7
148:12 207:2 231:2
266:5
**asking** 10:17 16:8
28:20 35:14 62:16,17
74:15 88:6,9 105:20
135:22 155:8 174:3
178:24
**aspect** 57:13 80:16
**aspects** 215:24
**assemble** 107:23
**assessment** 28:4,5
**assets** 48:14 65:12
149:13 231:6,19
**assign** 214:13
**assigned** 149:12 213:8
215:1
**assignment** 149:4,6
215:3
**associated** 162:20
**associations** 41:11
**assume** 9:1,2 111:12
**assure** 17:23
**attached** 269:12 271:9
**attempt** 93:23 230:12
230:13 257:7 260:9
**attempts** 259:16
**attend** 171:21,22,24
**attention** 241:13
**attorney** 11:7 180:12
225:12 269:16
**attributable** 124:22
125:11
**attributed** 124:3,23
125:12 126:12 127:15
**authorized** 132:3

144:16,17
**Automotive** 247:7
**available** 154:11
**aware** 9:14 46:5 89:24
106:17 108:4 122:7
123:5 148:7 202:8
229:1 233:11 248:5
250:2,20 253:20
**a.m** 1:14 35:9,10 78:10
78:11

**B**

**B** 27:20 155:14 224:21
225:9,13
**baby** 31:18
**back** 16:4 17:3 22:2
23:16 35:11 129:6
154:13 165:13 181:17
196:16 200:1 209:18
209:20 215:9 219:4
229:23 232:20 240:19
245:3 256:20 261:11
261:20
**backup** 108:6 146:13
**Bagga** 1:6,11 3:2,6 8:7
8:13 10:11 11:19
16:1 22:10 25:9
27:18 31:19 35:12
41:24 42:6 52:12,16
52:22 53:5,6 55:1
56:8,16 62:10,12
65:12 67:11,16 68:13
68:16,19,21 69:2
70:11,19 71:4 72:5
73:17 77:2,7 78:13
79:8,10,12,14,21 80:3
80:16,20 85:14,22
86:18,24 87:5,9,12,16
88:1,9,11,13,19,24
89:15,21 90:3,8 91:1
92:10 94:21 97:1,4
98:10,13 99:9 100:2
100:22 101:3 104:14
105:11,23 106:7,10
111:3 116:18 117:2
120:17 121:21 123:8
123:15 125:8 127:3
128:6 129:18 130:5
131:14,20 132:11,16
132:20,23 133:2,6
136:10,12,22,24
138:2,4,10,23 139:2
140:5,7 141:23
143:12,21 145:5
151:10 155:7 157:21
167:12 169:15 174:11
174:19,22,24 175:1,5
176:22 178:10,18
179:6 181:3,20 182:3
188:6,21 193:6
196:23 199:3,6,7,8,9
199:10 216:1 217:15
217:18 228:6 232:23
233:22,24 238:3,6,18
239:1,14,21 240:1,7
240:15 246:5,12,17
248:7 251:14 253:9
254:5,24 258:24,24
259:10 261:23 264:4

264:23 265:1,5,14,20
265:22
**Bagga-related** 173:1
**balance** 167:17,19
259:18
**bank** 24:10,13 33:7,8
33:11,15 48:9 58:16
58:17,18,23 62:3
63:21 64:9 66:12
81:4 82:2,16,19 85:10
85:17,22 86:1,2,9,12
87:19,20 88:2,7,12,20
90:10,12,23 95:23
106:4 211:17 213:8
213:12,15 214:2,6,16
215:1 217:12 227:20
227:21 228:5,16,17
236:9 237:2,4,7,14
265:1
**banking** 43:22,24 44:4
88:14
**bankruptcy** 72:15
149:21 150:3,15,19
151:18 260:5,9
263:13 264:23
**banks** 26:20 33:14
47:24 51:20 62:8,18
87:15,18 88:14,16
106:21 107:6
**based** 206:24 219:16
256:8
**basically** 83:15 84:4
172:6
**basis** 27:16 141:17
**Baskin** 2:11 4:3,3,4,4,5
4:5,6,6,7,7,8,8,9,9,10
4:10,11,11,12,12,13
4:13,14,14,15,15,16
4:16,17,17,18,18,19
4:19,20,20,21,21,22
4:22,23,23,24 5:2,2,3
5:3,4,4,5,5,6,6,7,7,8,8
5:9,9,10,10,11,11,12
5:12,13,13,14,14,15
5:15,16,16,17,17,18
5:18,19,19,20,20,21
5:21,22,22,23,23,24
6:2,2,3,3,4,4,5,5,6,6,7
6:7,8,8,9,9,10,10,11
6:11,12,12,13,13,14
6:14,15,15,16,16,17
6:17,18,18,19,19,20
6:20,21,21,22,22,23
6:23 8:4 9:11,12 10:5
10:9,11 12:14 13:3
15:24 16:5,24 17:17
18:2,7 20:22 21:7,13
21:21 22:4,20 23:5,12
24:18 27:13,17 28:1
32:2 34:2 35:6,11,20
39:15 40:7,14,19 42:7
43:15 44:6 45:17,24
46:20 47:13,20 48:1,6
48:11,16,23 49:6,13
49:22 50:5,22 51:4,9
51:15,22 52:4 56:2,18
57:15 59:7,11,16,19
60:1,8,17 61:3,10,16
61:22 62:4,10,13,20

63:6,11,16 64:13 65:4
65:16,22 66:4,21 67:6
68:17 71:8,14 72:3
74:8,12 75:5,10,15,22
76:3,10,15,21 77:11
77:17,20 85:12 88:6
89:14 96:10 102:24
106:9 107:16 110:4
110:10,16,22 112:3,8
112:14,21 113:3,15
114:21 115:7,13,18
115:21 116:6 117:14
119:23 120:12,23
121:6,13 122:11,18
123:1 132:15,23
133:3,7,20 134:11
136:3,7,16 137:2,11
139:12 140:6 149:15
150:5,8 151:8,17
152:2,5,22 153:14,20
154:17 156:14 157:7
157:19 160:21 174:21
175:2 176:17,20
177:17 178:3,21
179:4 187:18,23
188:18 191:4 192:14
192:21 193:2,14,19
194:24 195:7 196:18
196:22 197:10,20
198:2,7,14 199:21
200:2,9,15 201:15
202:16 203:3,17
204:1,9,19 205:4,15
205:24 206:10,23
207:4,16 208:16
209:2 210:13 211:10
211:19 213:18 214:9
215:11,19 216:4,20
217:6,13,17,21 218:9
218:20 219:2,16
220:5 223:4,17 224:5
227:11 228:7,19
230:15 238:13 240:16
242:13 245:6 249:20
250:15 251:24 252:6
252:11 253:4 254:11
254:15 257:9,18,22
258:3,10,18,22
265:23 266:23
**beginning** 1:14
**behalf** 87:12 96:2
110:21 116:5,11
123:15 159:7 165:21
179:5
**believe** 93:13 144:23
197:13 257:14
**believed** 108:11
**bell** 220:17
**belong** 41:6,13
**Below-described** 238:5
240:14
**Bend** 135:12
**benefit** 149:4,8
**best** 159:23 161:21
183:19
**Beth** 2:11 9:12
**Bethlehem** 25:5,6 28:5
89:5,16 95:19 109:23
142:3 144:2,11,19

145:1,9,19 146:17
**Beth's** 46:18
**better** 63:18
**Bhasin** 221:2 222:22
223:12 224:15,23
**Bhasin's** 224:18
**big-ticket** 49:4
**bill** 126:12
**billings** 52:24 53:14
**bills** 80:24 83:16 84:14
106:1,2 116:15
125:22 128:11 241:8
241:11 253:16
**blank** 102:23
**Blues** 36:12,13 37:10
37:15 40:12 192:10
**board** 79:19,22 80:1
100:11,14 109:17
120:21 121:4
**Bob** 67:19 68:2,2 69:23
70:4,10,17 71:2 84:20
90:21 125:4
**bookkeeper** 68:6,12
69:1
**bookkeeping** 34:17
68:8 80:16 94:19
123:22 129:12
**books** 40:5 80:4,7
128:24 162:3 167:11
176:4 233:12,16
237:22 243:18
**borrow** 59:14,24 60:5
130:4
**borrowed** 129:24 158:2
158:6,13,23 159:21
160:2,4 161:15
162:23 163:1 233:14
**borrower** 159:8
**borrowing** 158:11
159:3 163:5,8 166:4,7
166:10 228:15 233:10
**borrowings** 58:1
**bottom** 246:8
**bought** 14:1,15
**Boulevard** 1:13,22
**Bradstreet** 32:18
**branch** 237:10
**Brand** 200:19
**branded** 204:17 205:13
206:22 208:5
**Brandt** 150:23 151:6
151:14,23 152:10
153:3,3,5,7,7,8,9,12
153:17 180:11 181:2
182:6,9,13
**brand-name** 40:17
**break** 9:4 35:7 78:9
113:19 210:2 232:15
266:9
**bring** 22:2 263:15
**Bringing** 240:19
**broader** 35:21
**broke** 155:7
**brokerage** 61:14
**brother** 43:11,14 44:10
45:1 170:3 193:23
198:18 199:18,20
200:5,13
**brothers** 38:19 59:15

59:24 60:6,12 164:23
186:3,8
**brother-in-law** 44:17
44:19
**Brownsville** 117:23
139:22
**Bruce** 169:24
**building** 25:1 26:11
27:10 58:3,5,11,20
59:2 67:18 89:5,6
141:16 142:3 191:3
222:14,15
**buildings** 60:23
**bulbs** 113:12
**BURKE** 2:3 115:22
154:20
**Burma** 50:11
**business** 10:10,16,19
10:24 11:3 33:6 34:6
34:9 36:6,8,23 37:6,7
38:23 43:13,22 44:1,5
45:22 48:22 49:19
50:18,20 51:3 54:7,18
54:19,21 56:7,16
59:22,23 67:4 68:16
68:19,22,24 69:4 70:7
71:22 74:18 76:14,16
76:19 77:7 80:17
83:1 84:7 88:14
96:24 97:5 109:1
113:8,10,13 119:9,11
119:16 122:7,9
127:15 142:22 143:1
143:8,10,11,13,14,19
143:22 151:4 152:11
153:13 162:21 170:19
173:4,7,9,12,14 174:1
174:2,4,11,20,22
175:13 178:24 179:2
179:12,16,20 180:15
182:17 188:12 189:8
189:9,16,17 190:6
191:21 192:2 198:19
214:6 216:1 221:21
223:14,20 227:4
231:20 257:16,19,21
257:23
**businesses** 11:6,8 25:9
32:12 34:2 36:5
40:23 41:3 42:17
55:8 69:2 70:12,20
71:5 73:11 74:1
106:8,10,23 107:8
108:2,7,12 123:17
175:18 179:6 188:6
189:21 190:19 211:8
213:17 216:7 217:16
217:18
**buy** 26:11 194:11
247:14,17 251:3
**B-H-A-S-I-N** 221:3
**B-R-A-N-D-T** 150:24

**C**

**C** 268:1,1
**cabinet** 146:4,7,10
**Cahan** 57:2 169:8,24
171:5 172:15,23
173:4,19 174:6,10,18

175:13,17,23 176:9
176:12,24 177:15
**Cahn's** 170:3,14
**calendar** 22:22 23:10
**call** 154:10,15,18
178:16,19,20 179:3,7
179:9 194:19 210:2
**called** 36:12 114:3
117:8,15 119:5 147:9
150:23 154:2 168:20
169:5 192:9 221:22
222:1 224:21 226:7
263:3
**calling** 179:5 194:17
**capital** 244:15
**Captec** 249:5 250:12
251:15 253:1,22
254:7 255:2
**car** 47:11 247:11,14,18
247:24 248:3 251:3
**carefully** 269:3
**case** 137:8
**cases** 29:22
**cash** 19:22 27:11 64:2
64:11 81:21 82:9,12
87:21 132:3 144:17
147:2,22 148:5,9
189:20 234:15,22
235:9,15,17 236:1
237:5 246:22 247:1
**cashier's** 246:21,22,23
**catch** 244:18
**causes** 224:2
**CDs** 145:13 146:14
**Cedar** 31:11 35:2
**Center** 2:8,12
**central** 80:11 81:13,23
82:21 88:15,21
142:10
**Century** 263:3,19
264:16 265:2
**cert** 9:19
**certain** 84:1 127:22
148:4 259:22
**certification** 268:16
**Certified** 1:15
**certify** 268:2 271:3
**certifying** 268:20
**Chamber** 41:14
**chambers** 154:23
209:24 261:11
**change** 29:3 270:4
**changed** 33:14 136:11
137:3,14
**changeover** 226:14
**changes** 269:11 271:8
**charge** 82:22 86:12,12
145:17 240:10
**Chawla** 31:11,12,13
77:8 155:15,17 156:7
156:9 162:7 164:15
164:16,19,20 165:5
177:15 180:23,23
183:16,19 184:6,11
184:23 186:3,18
187:6,21 188:5,10,16
189:7,16 190:21
191:9 193:23 194:8
199:5 206:6 211:6

217:2 218:4,14 219:9
220:3
**Chawlas** 159:3,4,7
162:14 164:14 201:13
202:5,24 208:15
209:1 210:12 211:16
**Chawla's** 193:23
**check** 28:8 64:1,5,21
81:24 82:8 90:9
103:21 104:5 123:7
124:6 161:8 183:23
184:17,19,21 185:12
185:17 236:17 239:17
240:21 241:17,19
242:5 244:2,3,5,11
245:11,13,14,17,22
245:23,24 246:10,11
246:18,21,22,23
247:2 248:6 253:21
259:2,9,17
**checkbook** 117:4
**checked** 243:24
**checking** 62:2 102:19
102:20 113:2
**checks** 3:8,9 64:10,18
72:12 83:17,20,23
84:1,4,6 90:3,6 91:1,3
91:5,11 97:12 101:5,9
101:14,20 104:11
116:11 122:23 131:20
144:16 185:9,17
238:17,22,24 240:1,8
241:15 255:14
**check-writing** 240:11
**Cherry** 237:7,13
**children** 42:10,17
43:12 44:18
**circumstance** 257:15
**circumstances** 103:21
**citizen** 30:11,14
**CIVIL** 1:3
**CJA** 117:8,16 118:2,7
118:10,13,16,20
239:1,8
**claims** 253:22
**clarify** 35:13 132:15
193:2 249:4
**clarifying** 16:6
**classifying** 96:11
**clear** 63:4 156:19
188:24
**clearer** 8:23 25:15
137:22
**clearing** 237:14
**close** 13:18
**closed** 37:2,3,6,8
135:21,23 136:1
138:5,10,14,17,22
140:21,21,23 225:20
263:8
**closer** 87:19
**closest** 82:17
**clothing** 36:6,11 38:23
40:11 54:21 67:4
74:5,18,18 76:8,18
77:3 119:9,11,13,16
122:9 143:1,13 151:4
152:11,14 153:13
191:20 192:13 198:19

200:23
**collect** 211:17 215:9,17
216:3,16
**collects** 83:15
**college** 31:5,7,10,11,17
31:17 32:13 34:5,8,13
34:15,18,19,20,23
**combination** 115:4
**come** 25:23 30:20
80:23 81:9 129:2
154:15 161:16 218:8
254:8 255:3
**comes** 9:22 86:2 239:20
**coming** 262:14
**comment** 71:16
**comments** 209:3
**Commerce** 41:15 62:3
236:9 237:7
**Commission** 271:16
**common** 109:3 123:13
**Commonwealth** 1:16
**community** 41:15
**companies** 68:13 90:3,6
143:20 145:7 146:20
146:20 152:16 158:1
158:15 161:16,20
162:3 163:3 165:22
166:20 169:14,16
173:1 176:5 178:11
179:3 181:4,9 200:22
208:12,23 210:10
211:6 212:6 224:23
226:4 239:17 248:15
249:1 260:13 262:8
**company** 15:20,22,22
17:7,7 20:5 25:19
37:21,23 38:2,7,10
39:2,7 49:11 67:15
76:2 81:6 87:5 98:16
98:19,24 99:11,12
102:10,13 109:7
115:11 120:4,8 122:8
129:1,13 130:1 147:9
147:12 150:23 151:3
154:2 155:13,14,21
156:6,12 157:16
162:13 165:5 166:19
166:22 168:20 169:4
178:8 185:21 191:9
191:12 193:13 194:22
198:13 199:19 200:7
200:14,20 201:3,11
201:14 203:24 204:8
204:16 205:1,11,21
206:7 208:14,24
210:11 225:19,21
226:7,10,21 233:2
238:20 247:17 254:10
258:15 259:12 262:3
262:9,20 263:3 264:1
264:9
**compensation** 55:9
110:3 247:21 262:23
**completely** 142:9
**computer** 142:15 143:3
143:7 144:1,7,19,24
144:24 146:14 148:5
244:10
**computers** 142:2,10

144:10 145:9 146:16
146:23
**Concept** 225:15,24
**concerned** 229:17,19
230:2
**concerning** 70:11
223:13 248:12,22
**concludes** 267:2
**conduct** 51:2
**confused** 137:5 178:7
196:14 197:1,3
207:19
**confusing** 136:4,17
137:16
**confusion** 13:8
**connected** 123:16
131:15 153:8
**connection** 10:10,16,19
10:24 11:5 14:5
19:22 26:14 27:9
66:9,14 69:3 71:22
76:7,14 84:18 111:14
127:2 131:4,16
142:24 143:19,21
144:18 146:22 147:18
148:24 149:9 151:5
153:4,12 161:12
170:18 178:17 179:1
180:15 183:14 190:7
190:14,18 204:17
206:20 208:3 212:14
212:24 213:16 228:15
230:7,21 232:11
**consider** 175:14
**consolidated** 241:10
**consult** 9:6
**contact** 44:12
**contacted** 184:6,8,10
184:14 266:10
**contacts** 44:4
**contained** 268:4
**continue** 115:18
**continuing** 9:20 10:2
17:18,21 18:5
**contract** 111:9,13
**contracts** 111:3
**control** 137:21 268:19
**controls** 123:20
**conversation** 183:15
184:22 203:2 208:11
208:21 210:8,20
216:14 223:12 250:13
**conversations** 72:1,11
144:6 188:20 189:12
210:15,23 217:1
**Corp** 147:10 261:24
262:6,23
**corporation** 20:9,12
109:14 202:24 203:16
**corporations** 264:3
**correct** 20:5 28:1 34:20
47:7 58:19 59:4
60:15 64:6 99:13
103:18 117:12 118:7
131:3 150:15 167:23
173:15 185:14 190:15
191:16 193:24 232:3
234:16 239:4 253:6
258:10 268:7 271:5

**corrections** 269:4,6
271:8
**correctly** 99:3 103:12
181:21 183:19 241:1
**counsel** 2:9,14 9:6,10
10:9,21 16:4 189:3
229:4
**counsel's** 12:18
**countries** 50:8 51:14,21
52:3
**country** 46:5
**county** 139:18
**couple** 64:19 65:1
136:12 137:15 170:15
177:4 183:4 184:18
184:20
**course** 41:10 124:16
233:15
**courses** 34:11
**court** 1:1,16 9:2 17:4
18:12 21:9 26:2
29:23 30:1 56:11
70:23 107:2 154:10
154:11 156:24 163:22
164:1 165:14 174:14
180:18 182:7 195:24
197:15 200:3 207:20
208:18 209:19 210:5
212:3 219:7 229:24
242:10 248:19 250:8
250:18 252:16 254:19
261:12 269:21
**cousin** 44:20
**cousins** 199:14
**creditor** 151:15
**creditors** 49:21 149:4,8
149:14
**Creek** 8:8 11:14
**Crest** 31:11 35:2
**Cubed** 224:21 225:9,13
**currency** 235:19
236:17,22
**currently** 156:5
**customarily** 45:2
**customary** 8:2
**cut** 43:19 252:7
**C-A-H-A-N** 57:2

**D**

**Dan** 186:13
**data** 32:20
**date** 22:19 236:7
243:20 269:9 271:12
**dated** 234:15 241:18
247:3
**daughter** 115:5
**David** 221:2 222:2,21
223:12 224:23
**day** 22:16 23:10,11
69:18,20,24 198:1
236:6 255:17 271:15
**days** 22:15 97:14
269:17
**day-to-day** 131:6
141:17
**dead** 239:22
**deal** 39:3 174:12,20
191:2 210:4
**dealings** 151:6 153:12

157:9,14,16 175:4
180:16 193:15 204:15
213:17 223:14,20
**deals** 173:4,8,9 174:1,2
174:4 211:9
**debts** 49:21 173:1
**December** 234:15
235:4 236:7 239:24
241:18 243:13 247:3
247:15 252:23 257:2
257:3 259:13 260:8
**decide** 83:18 84:8 91:4
101:11 219:1
**decided** 126:11 249:11
255:14 262:15
**decides** 83:20
**decision** 249:14 251:2
252:22 253:5 262:17
**decisions** 84:11
**declared** 103:17 112:19
150:14,18
**deemed** 269:20
**default** 211:18 212:9
212:11 215:5 218:17
219:12 220:2 253:16
**defaulted** 213:4
**defendant** 21:2
**defendants** 1:8 2:14
16:11 64:16 152:8
153:1,23 156:17
188:2,21 192:17,23
193:16 195:11,14
201:18 202:19 203:6
203:20 204:4,12,22
205:7,18 206:3,13
211:13,22 213:21
214:3 215:14,22
216:23 217:9 218:23
219:21 220:8 223:7
224:8 228:21
**defining** 217:18
**definition** 136:11 137:3
137:14
**degree** 34:4
**Delhi** 45:6
**delivered** 82:13,15
**denied** 9:17
**depending** 83:18
**depends** 45:4
**DÉPONENT** 271:1
**deposing** 269:16
**deposit** 3:7 63:24 64:2
64:4 90:22 129:14
161:19,22 234:7,11
234:14,19 235:4,12
235:16,17 236:13
238:16 242:24
**deposited** 62:9,18
82:16 87:22 90:10
235:10 254:1,2,22
255:17,22
**deposition** 1:11,22,25
2:16,24 3:24 4:1 7:24
9:17 21:8,17 29:15,18
29:22 74:7 102:15
176:18 266:21 267:3
267:5,24 268:5 269:2
269:13,17,19 271:24
**depositions** 16:19

275

**deposition's** 27:19
**depository** 88:16
**deposits** 24:14 51:20
  63:22 64:8 125:20
**described** 14:11 15:18
  26:22 75:21 119:12
  122:10 208:12,22
  210:9
**describing** 81:11
**desk** 69:14
**desks** 69:16
**details** 70:19 71:4
  231:8
**determines** 85:16
**developer** 190:22
  216:18
**difference** 98:19
  258:12
**differences** 148:8
**different** 68:11 73:23
  74:21 80:21,21 81:3
  87:17 126:3 127:24
  139:18 152:16 167:1
  167:2,4 201:7 238:19
  262:4,12
**direct** 55:3 140:9
  148:19 149:20 268:19
**directed** 22:1
**directing** 241:12
**DIRECTION** 4:2 5:1
  6:1
**directions** 156:21,22
  266:12
**directly** 49:11 54:24
  125:22 132:21 228:16
**directors** 79:19,22
  100:11 109:17 120:21
**discourage** 257:7
**discuss** 72:14 86:9
  96:19 159:2 162:6
  170:24 172:23 173:3
  176:7,11 177:8
  188:12 189:15,17
**discussed** 50:3 70:10
  171:3,9 173:6,18
  174:5,12,20 188:5
  189:20 190:7 216:16
  231:17 232:8 251:7
  256:1
**discussing** 162:4
  190:13
**discussion** 21:6 111:12
  127:14,21 174:9,17
  175:11 203:15 249:18
  254:4,23 261:14
**discussions** 125:9
  131:10 147:16 151:23
  166:3 218:6 228:4
  248:12,22
**Disks** 145:13
**dispute** 127:21 149:9
  223:3 224:3,14
**disputes** 71:21
**distracted** 250:16
**distribute** 75:14
**distributed** 89:13 124:7
  125:24 126:2,3,14
**distribution** 74:5,19
  76:9,19 77:3 87:4

119:9,11,14 122:9
  192:1
**distributions** 55:9 95:5
  118:13 121:11
**District** 1:1,1,15
**doctor** 222:5
**document** 161:15
  232:10 233:19,21
  234:1 238:5,8,11
  240:14 241:14
**documentation** 107:24
  108:6
**documents** 26:20 29:13
  29:14 87:12 96:2
  110:20 116:5 166:7,8
  175:23 176:1 228:14
  228:14 238:11
**doing** 11:6 53:5,19 69:7
  85:4,4 94:23 100:20
  132:7 191:1 227:8
  231:24 232:2 250:6,9
  254:9 264:12,13
  265:4,5,6 269:8
**dollars** 205:22 211:7
  229:11
**domestic** 10:18
**door** 185:22
**dot-com** 200:21
**downpayment** 247:10
  247:11
**DP&G** 222:1
**draw** 76:13
**drew** 94:13
**driver's** 47:3
**drop** 90:22 170:21
**duly** 8:9
**Dun** 32:17
**D&B** 33:6
**D&P** 221:22
**d/b/a** 239:3

**E**

**E** 268:1,1 270:2
**earlier** 119:12 242:9,12
  257:3
**early** 36:21 196:17
  198:13 221:6,7
**earn** 198:5
**easier** 154:19
**EASTERN** 1:1
**eat** 130:20
**education** 30:24 31:2
**effect** 236:19
**effort** 215:10
**efforts** 168:10,15
  211:16
**eight** 39:1 69:22 70:1
  227:6
**either** 11:4 20:16 29:22
  42:16 49:11,18 54:24
  60:23 77:7 79:11
  123:7 133:21 134:3
  140:9 143:12 173:19
  181:2,7 228:16
**electric** 84:14
**employed** 52:8 53:21
  54:6 59:23 67:15,16
  239:14,15
**employee** 240:3,4

**employees** 95:12
  109:20 114:15 125:10
  165:1 201:23 262:11
  262:11
**employer** 52:11,13
**employment** 32:23
  33:5,24 35:15 41:1
  53:8 77:1
**employments** 35:19
**encounter** 106:19
  107:5
**endorsed** 64:1,10
**engage** 192:12 193:12
**engaged** 77:1
**England** 50:12 228:18
**enter** 218:16 219:12
**entered** 74:6 148:24
  212:10,12 213:5
  215:5 244:23
**enterprise** 127:17
  128:1
**enterprises** 1:6 52:12
  52:16,23 53:6,6 55:1
  56:8,16 67:11 72:5
  73:17 77:2 78:13
  79:12,14,22 80:3,17
  85:14,23 86:18 87:1,5
  87:9,13,16 88:1,10,11
  88:13,19,24 89:15,21
  90:4,8 91:1 94:21
  97:1,4 98:11 99:10
  100:23 101:4 104:14
  105:11,23 111:4
  116:18 117:8 118:2,7
  118:10,14,16,20
  121:21 123:9,16
  125:8 127:3 128:7
  129:19 130:5 131:15
  131:21 132:12,16
  134:6 136:12,22
  143:12 145:5 151:11
  167:13 175:5 178:18
  221:22 222:1 239:1,2
  239:14,21 240:2,7
  265:14
**entries** 111:15
**entry** 32:20 129:12
  243:17 244:2,7,9,9,10
  244:12
**equipment** 131:11,16
  131:22 132:5 144:2,7
  144:19,24
**equity** 167:22 181:3
**Erdenheim** 139:8,10,11

139:15
**errata** 269:6,9,12,15
  271:10
**Esquire** 1:22,25 2:2,3,3
  2:7,7,11,16,24 3:24
  7:24 267:24 271:24
**estate** 1:6 15:11,15,20
  15:20,22 16:2,12 17:7
  17:10,12,13,15 18:14
  18:24 19:9,17,20,21
  19:22 20:2,3,14,15,18
  20:21 21:12 89:3
  91:20,23,24 92:6
  93:24 97:6,13 108:20
  108:23 111:6 114:20
  155:14,21,23 162:17
  162:18 190:22 191:2
  216:18 222:13 231:9
**estates** 10:18
**everybody** 117:1
**evidence** 166:7 268:3
**evidenced** 158:11
**exact** 10:6 13:20 30:19
  58:7 92:24 138:15
  164:4 172:20
**exactly** 93:8,10 158:12
  158:16 163:14,20
  166:21 258:2,3
**exaggerated** 108:13
**examination** 3:1 8:11
  252:10
**examined** 8:9
**example** 80:8 124:5
  126:8 251:3
**examples** 190:6
**exchange** 93:14 129:7
**excuse** 212:10 239:8
  258:11
**excused** 267:4
**Exeter** 261:24 262:6
**exhibit** 3:5 233:20,22
  234:2,14 238:6,9,15
  239:14,21 240:2,7
**exist** 183:6,8,11 191:15
  191:18
**expense** 124:5 244:14
  244:16
**expensed** 124:8
**expenses** 106:22 107:8
  108:1,7,12 113:8,8,11
  113:13 124:2,4,11,22
  125:11,17,21 127:14
  127:22,23,24 263:15
  264:14,24 265:6,7
**expires** 271:16
**explain** 74:16 185:5
  251:23
**explanation** 237:11
**export** 192:12
**Export/Import** 227:20
  228:5,16
**extension** 260:24
**extent** 118:5 193:5
  228:8 229:20 230:3
  250:13
**Eynon** 135:9,11
**e-mail** 142:21
**E-Y-N-O-N** 135:9

**F**

**F** 1:12,22 268:1
**fact** 9:22 51:2 61:1,6
  92:19 104:8 124:23
  125:12 171:2 212:9
  246:4 250:4,22
**fail** 269:18
**familial** 199:4
**familiar** 147:1,4 168:24
  205:9 212:8 234:4
  245:19
**family** 25:9 32:12 33:5
  34:2 36:5 38:18 41:3
  42:17,20,20,23 43:9
  44:12,21 45:16 49:19
  54:6 55:7 59:23 66:3
  68:16,19,22,23 69:2
  70:11,19 71:5 73:11
  75:2,21 76:6 77:8,8
  78:19 79:10 106:7,10
  111:3 123:15 131:14
  131:20 132:11,16,21
  132:24 133:12 134:6
  136:12,24 138:2
  143:22 174:11,19,22
  177:16 178:10 186:1
  188:7 202:8,11 214:7
  216:1 217:5,15,18
  218:19 219:15 220:4
  224:17,18 228:6
**family's** 213:17
**family-owned** 54:18
  56:7,15
**far** 18:22 20:16 38:16
  69:13 92:11 95:16
  99:20 123:21 144:12
  148:17 150:17,20
  168:7 170:9 183:5
  233:10 264:7
**father** 38:19 43:21 44:3
  155:18
**father-in-law** 186:22
**favor** 254:10
**favorable** 266:16
**federal** 46:5
**fee** 103:9
**feel** 29:7 156:21
**fees** 86:18,21,24 103:6
  103:14,17 121:11
**Fidelity** 61:21
**file** 55:12 146:2,5
**filed** 9:14 261:3
**files** 145:1,24 146:9
**filing** 57:10,12 146:4,7
  146:10 260:1,4,5,9
  263:13
**fill** 102:15,16,22
**filled** 236:13
**finance** 198:12
**finances** 65:7 170:18
  170:19
**financial** 66:14 71:21
  87:4 95:5 143:17,18
  149:9 190:18
**financing** 147:9 228:5
**find** 93:23 160:24
  192:19 229:13
**fine** 8:2 22:4
**finished** 111:24

276

**fire** 72:21,23,24 73:2,4
  73:6
**firm** 8:14 153:9 180:10
**firms** 48:5
**first** 31:20 33:14 133:4
  134:9 136:15 137:23
  172:14 211:16 213:11
  213:15 214:1,5,15,18
  214:21 217:12 220:12
  220:23 228:17 234:9
  234:13 240:21 251:13
  254:8 255:3
**five** 3:9 48:20 49:3 50:9
  54:2 55:10 108:24
  109:2 111:7 146:18
  172:18 220:16 241:15
  265:20,24
**fixed** 69:17
**FL** 1:3 8:16 176:21
  229:1 248:15 249:1,6
  252:24
**Floor** 1:13,23 2:4,8,12
**Flourtown** 8:8 11:14
  60:7 237:10
**flow** 189:21
**focusing** 35:16
**follows** 8:10 17:5 18:13
  21:10 56:12 70:24
  107:3 165:15 174:15
  196:1 197:16 200:4
  207:21 208:19 210:6
  219:8 230:1 248:20
  250:19 252:17 254:20
**food** 85:4,5 104:23
  124:12 225:15,17
**foregoing** 268:16 271:4
**form** 16:20 62:21 64:10
  82:8 157:2 219:6,17
  236:1,22 271:8
**formal** 172:3 266:13
**forth** 154:13
**four** 16:11 54:2 64:16
  146:18 152:8,24
  153:22 156:17 186:5
  188:2,20 191:6
  192:17,22 193:16
  195:11,14,21 196:5
  201:18 202:18 203:6
  203:20 204:4,12,22
  205:7,18 206:3,13
  211:12,21 212:6
  213:21 214:2 215:14
  215:22 216:6,22
  217:8,19,22,24
  218:11,22 219:21
  220:7 223:7 224:8,12
  225:12 228:9,20
  229:3 232:24 233:12
  248:14,24 260:13
**fourth** 186:12
**France** 50:11
**franchise** 99:5
**franchised** 38:2
**franchisee** 37:13
**franchises** 37:11,20,23
  69:3,5 130:9,13
  148:10 169:17 190:8
  220:16 221:5 222:10
**franchisor** 37:16,18

**free** 130:20
**frequently** 188:16
  189:6 235:11
**Friday** 23:18,21
**friends** 75:2,20
**full** 73:16
**fully** 268:4
**function** 84:22 97:2
  131:4,14
**functions** 80:19 88:15
  98:20 121:22
**funds** 62:14,16,17
  80:23 81:9 105:21,24
  123:5,14 128:5,10
  161:16 208:14,24
  210:11 212:15,24
  236:10 264:18

**G**

**G** 38:11,12 186:7,10
  193:23 194:8,14,17
  194:17,18
**GADON** 2:10
**gain** 96:21
**Gallery** 225:16,18,24
  225:24 226:2
**Gap** 135:1
**Gene** 67:19,20 247:11
  247:13,15 251:3
**general** 80:9
**getting** 192:19 197:1,2
  216:2 262:24
**gift** 257:21,23,24 258:4
  258:6,12,17,19,21
**gifts** 258:14
**give** 17:20 43:17 132:9
  133:11,23 134:12
  154:11 197:11 255:7
**given** 30:3 176:9 190:2
  190:17 242:8,11
  271:6
**gives** 228:2
**giving** 8:17 258:14
**Gloria** 102:2
**Gloria's** 102:3
**go** 16:24 17:1 21:4
  22:13 24:1 31:5,7
  50:14 69:20 74:1
  75:18 81:10 103:23
  104:5 112:2,6 130:16
  136:7 137:7 181:11
  185:16 197:24 212:1
  215:9 227:4 258:22
  261:13
**goes** 141:7,7
**going** 8:17,19 9:1 16:9
  16:15 17:17 20:22
  21:2 24:18,21 27:13
  27:20,23 35:11 39:16
  39:20 40:7,19 42:7
  43:15 44:6 45:4,17,20
  45:24 46:12,20,23
  47:13,20 48:1,6,11,16
  48:23 49:6,13,22 50:5
  50:22 51:9,15,22 52:4
  56:2 57:15 59:11,19
  60:1,8 61:4,10,16,22
  62:4,20 63:16 64:13
  65:4,16,22 66:4,21

**67:6 70:18** 71:4 72:3
  75:5,10,16,22 76:3,10
  76:21 77:11,20 96:10
  110:4,10,16,22 112:8
  112:14,21 113:3,15
  115:19 116:16 119:23
  120:12,23 121:6,13
  122:11,18 123:1
  133:11 134:9,11
  149:15 151:8 152:22
  153:14,20 154:13
  156:14 157:19 177:9
  184:2 195:7 197:11
  197:12 198:2,7,14
  200:9,15 203:3
  209:19 210:14 213:18
  215:8 217:3 223:4
  243:6 252:9 256:10
  263:18,19
**good** 28:11 218:17
  219:13
**goodbye** 185:2
**goods** 74:21 75:4,14
  204:18 205:3,14
  206:8,22 208:5
  212:15 213:1
**Gopal** 222:2,4,7
**graduate** 31:12
**graduated** 34:7,13,15
**graduating** 32:13
**grandfather** 199:12
**grandmother** 199:11
  199:12
**grandmother's** 95:9
**grandparents** 199:16
**Great** 135:12
**Greencastle** 134:21
**grounds** 16:20 17:22
**Group** 79:12 98:3,5,9
  99:15,20 100:8,11,15
  100:18 101:6 103:7
  104:17,20 105:8
  145:6 149:23 150:9
  151:12,16 157:23
  158:14 167:12 169:4
  175:6 176:23 193:7
  239:2,3
**Group's** 105:23
**GROUP,INC** 1:8
**Grove** 134:19
**guarantee** 160:17
  161:8 232:11
**guaranteed** 65:20
  160:19 161:2
**guarantor** 57:24
**guess** 30:17 58:8 70:8
  86:4 118:8 167:16
  242:21 243:1
**guessing** 159:16,17

**H**

**H** 155:14
**Haber** 2:7 74:6,10,11
  113:24
**half** 13:18 27:6 163:11
**handle** 97:5,8 104:16
  121:22
**handled** 40:5 97:1 99:9

**103:9** 115:23 125:1
**handling** 82:23
**handwriting** 236:14
  242:2 245:16,20
  246:1,5
**happen** 129:9 235:3
**happened** 30:7,8 104:2
  129:11 235:8
**happening** 16:17
**happy** 9:7 63:3 137:9
**Hardeep** 164:16,19
  165:5 183:15,19
  184:6 186:6
**Harleysville** 14:24
**Harlingen** 139:20
**Hartford** 213:12,16
  215:1 228:18
**Harvard** 41:9
**HB** 154:2 155:8,9,10,19
  155:19 156:7,7
  157:10,17 158:2,7,14
  158:24 159:5,12,22
  167:7,15 168:15
**head** 54:22 68:5 168:23
**health** 28:11,13
**hear** 32:3 98:2 114:2
  117:15 119:4 147:8
  150:22 154:3 162:9
  168:19 199:22 200:1
  206:15 207:13,23
  213:3,11 221:24
  224:20 263:2
**heard** 91:19 117:7,11
  120:3,7 127:20 154:1
  172:22 207:12 213:2
  225:22
**hearing** 214:19,22
**held** 1:12 103:1
**hello** 74:12 172:11
  185:2
**Hermann** 2:2 3:3 8:1
  8:12,14 10:3,13,15
  12:16 13:11 16:3,15
  17:2,11,20 18:4,21
  21:4,19,23 22:5,9,23
  23:8,20 24:23 26:4,7
  27:15,23 28:2 32:4
  35:3,18,23 36:1 39:22
  40:10,16,22 42:9
  43:20 44:9 45:21
  46:2 47:1,15,22 48:3
  48:8,13,18 49:1,9,16
  50:1,7 51:1,7,12,18
  52:1,7 56:4,22 57:17
  59:9,13,18,21 60:4,10
  60:19 61:6,13,19 62:1
  62:7,12,15 63:1,9,14
  63:20 64:17 65:8,19
  66:1,7,24 67:9 68:20
  71:11,19 72:6,9 74:14
  75:7,12,19,24 76:5,12
  76:17,23 77:14,19,23
  78:8,12 85:13 88:8
  89:17,20 96:14 103:3
  103:4 106:11,14
  107:13,21 110:7,13
  110:19 111:1 112:5
  112:11,17,24 113:6
  113:18 114:1 115:1

**115:10** 116:1,3,9
  117:18 120:2,15
  121:2,9,16 122:14,21
  123:4 132:18 133:1,5
  133:10,22 134:15
  136:18 137:6,17
  138:7 139:19 140:8
  140:16 149:17 150:6
  150:10,13 151:13,19
  151:21 152:3,9 153:2
  153:16,24 154:5,9,22
  155:6 156:18 157:8
  158:3 160:23 161:10
  164:5 165:12,20
  174:23 175:9 176:15
  177:2,19 178:5,9,23
  179:10 180:21 181:11
  181:19 182:11 187:20
  188:3,23 189:4 191:7
  192:18,24 193:10,17
  193:21 195:2,17
  196:8 197:4,23 198:4
  198:10,17 199:24
  200:12,18 201:21
  202:20 203:13,21
  204:5,13,23 205:8,19
  206:4,14 207:2,5
  208:9 209:8,17
  210:19,22 211:4,14
  211:23 212:7 213:24
  214:11 215:15,23
  216:10,24 217:10,14
  217:19 218:2,13,24
  219:24 220:9 223:10
  223:24 224:11 227:14
  228:12,22 229:22
  230:5,19 232:14,22
  233:18,23 238:2,7,14
  240:12,18 242:16
  245:9 249:3 250:1,24
  252:3,9,14,21 253:6,8
  255:6 257:13,20
  258:1,7,16,20,22
  259:7 261:8,15,22
  266:1,8,20
**Hill** 237:7,13
**HIPPEL,LLP** 2:6
**Hipple** 1:12
**history** 34:1
**HOFFMAN** 2:16
**hold** 83:21 84:1
**holder** 100:3
**holds** 99:4,4
**home** 11:13,21,24 12:4
  12:9,10,15,18,22,24
  13:6 14:16,16 59:10
  61:9 65:9 143:6,7
**Hong** 50:10
**hours** 69:23 70:2
  137:15 265:24
**house** 13:13,14 14:1,23
  15:1,2,4,8,9,16,17,18
  58:1 66:16
**houses** 60:24
**HP** 163:5
**Huh** 72:22 79:20 225:5
**husband** 11:17 12:13
  12:21 13:5 25:19
  26:10 29:19 39:23

42:4 49:18 50:15
55:13 73:6 78:19
133:13 134:6,13
150:18 173:10,13
175:11,19 184:10
187:15 191:1 194:11
198:11 201:10 202:22
203:23 204:8 206:16
207:13,23 208:11,22
210:9,16,21,24 214:8
214:13 216:14 218:15
219:11 220:3 222:20
223:1,13 231:3,19
245:24 247:4 256:2
257:5
**husband's** 55:17 211:8
**hypertechnical** 35:12
**H-A-R-D-E-E-P**
164:18

**I**

**idea** 25:21 97:11
138:20 223:2 237:15
**identification** 234:2
238:4,10
**immediate** 42:20
**immediately** 31:17
**imperative** 269:14
**impersonal** 62:17
**inappropriate** 156:23
**include** 78:21,24 79:4
192:22 193:5
**included** 193:15
**Including** 141:4
**income** 55:10 56:6,15
82:6,10 96:21 103:6
110:15 111:14,17
112:18 118:13 121:12
124:1,22
**income/expense** 125:14
**Incorporated** 119:5,21
120:5,8 226:8
**indebtedness** 261:4
**INDEX** 3:1,5 4:1
**India** 20:19,21 21:12
22:11,14 23:1 24:1,3
24:7 42:23 43:2,10,22
44:5,11 45:3,8,10,23
46:4,12 47:12,17,23
48:4,10,15,19 49:2,19
50:4,10 224:18
256:10
**Indian** 47:2,8 49:11
**indicate** 258:5
**indicating** 243:19
**indirect** 55:4 99:19,23
140:9 148:19 149:20
**indirectly** 49:12 54:24
132:21
**individual** 57:14
**individuals** 38:9 163:20
**Indonesia** 50:11
**information** 158:19
159:20
**INFORMATION/D...**
7:2
**infrequently** 104:2
**infusion** 128:23
**initially** 14:1 129:24

**initials** 169:1
**inquire** 113:20
**inside** 67:17
**installment** 248:13,23
**institution** 48:21 66:14
**instruct** 20:23 21:2
24:19,21 27:14,24
39:16,20 40:8,15,20
42:8 43:16 44:7
45:18 46:1,21,23
47:14,21 48:2,7,12,17
48:24 49:7,14,23 50:6
50:23 51:10,16,23
52:5 56:3 57:16
59:12,20 60:2,9 61:5
61:11,17,23 62:5
63:17 64:14 65:5,17
65:23 66:5,22 67:7
75:6,11,16,23 76:4,11
76:22 77:12,21 110:5
110:11,17,23 112:4,9
112:15,22 113:4,16
114:22 115:8,14
116:7 119:24 120:13
120:24 121:7,14
122:12,19 123:2
149:16 151:9 152:6
152:23 153:15,21
156:15 157:20 177:18
187:19,24 191:5
192:15 195:1,8 198:3
198:8,15 200:10,16
201:16 202:17 203:4
203:18 204:2,10,20
205:5,16 206:1,11,24
209:2 211:11,20
213:19 214:10 215:12
215:20 216:5,21
217:7 218:10,21
220:6 223:5 224:6
257:11
**instructed** 22:8 193:1,4
195:12 219:20
**instructing** 21:15,21
193:18,19 196:18
**instruction** 16:22 27:16
269:1
**instrument** 64:12
**insurance** 113:12 124:5
126:2,9,12,16,18,23
**interest** 11:24 12:2,3,4
15:15 20:2,13 25:1,13
25:24 26:23 36:19
38:14,17 40:3 54:24
55:4 60:21 67:2
79:11 92:6 93:3,6,7
93:15,24 95:13 96:4,8
97:19,24 100:1,4,8
109:10 110:2 114:10
120:11 130:8 132:12
132:22 133:14 134:7
134:14 137:21 148:19
149:7,19 160:8 165:8
165:18 174:11,19
175:18,20 181:3
231:21,22
**interests** 15:10 49:19
77:7
**interject** 115:17

**Internal** 55:18 96:8
**International** 211:17
213:11,15 214:1,5,16
217:12 224:21 225:13
**Internet** 200:23
**introduced** 180:8
**invested** 48:21
**investing** 175:14
**investment** 48:5 77:24
78:3 173:20 175:17
**investments** 24:7 61:21
78:5 167:23
**investor** 222:9,12
**investors** 106:7,16,21
107:6
**invoices** 72:2 97:20
**involved** 41:1 80:15
85:1 86:21 119:8,10
125:5 127:6 141:13
143:12 152:13 173:14
175:1 214:8 228:4
232:24
**involvement** 85:7
149:20 150:3 201:3
201:11,14
**involving** 74:17 76:8
149:22 191:2
**irrelevant** 16:12 20:24
27:18
**issue** 156:23 157:2
**issues** 154:12 170:24
171:3,9
**Italy** 50:11
**item** 244:14,15,16
**items** 49:4 52:3

**J**

**J** 2:7 193:23 194:8,17
**Jagit** 186:7,10
**Jamuna** 1:6 91:20,22
92:6 93:3,24 94:17
95:2,5,7,11 96:2,8
97:1,5,13,19 109:9
151:11 157:22 175:5
176:22 179:6 188:21
193:6 196:23 231:7
**JASON** 2:16
**Jaspal** 198:22 199:7
**JEAN** 2:3
**jeans** 40:18
**Jersey** 237:8,13
**jewelry** 49:5
**job** 32:11,15 54:10,12
54:14 80:22 101:19
141:16 197:5,18
**John** 1:12,22
**joint** 55:12,14
**jointly** 25:18 61:8
114:12
**judge** 46:6,14 115:19
154:24 157:3 209:23
261:10 266:10,14
**judgement** 148:23
211:18
**judgment** 212:9,11,17
212:18 213:4,8
214:13,24 215:5,18
216:3,17 217:4 218:8
218:17 219:12 220:2

**judgments** 229:3,8,14
229:18 230:8,12,14
230:18,23 231:4,23
232:12
**June** 1:9 23:3 46:7,11
155:5
**J-A-G-I-T** 186:9
**J-A-S-P-A-L** 199:1

**K**

**K** 3:6 233:22 238:3,6
240:15
**Kaufmann** 1:14
**KAUR** 1:11 3:2 8:7
**KB** 39:8,9,13,23 40:6
**keep** 16:16 17:24 18:6
80:4,8 123:21 124:9
**keeping** 69:15
**Kennedy** 1:13,22
**Khalid** 83:11,14 84:18
84:21 86:7 91:3,11
101:10,15 103:2
**Khalid's** 102:6 103:2
**Khushvinder** 1:11 3:2
8:7 108:16
**kind** 19:6,21 40:11 85:6
87:4 94:18,19,20
100:24 103:6 148:1,4
157:14 161:3 173:7
176:1 227:8 232:10
**kinds** 26:17
**Kingston** 135:7
**knew** 124:13 164:10
186:23 215:4 254:1
256:20
**Knopf** 247:6
**know** 8:23 9:7 11:7
12:5,10,20,21,23
13:18,20 15:10 20:11
25:16 26:12,19 27:3,8
28:3,22 29:1,6 30:18
32:8 33:13 37:12,22
38:1,10,17,20 40:4
45:19 47:4,5 49:17
52:14 54:8 55:11,14
55:22 57:1,4,19,21,22
57:23 60:11,14 64:21
65:13 67:14,16 68:10
68:14 69:15,21 73:4,8
73:13,18,20 79:18,21
79:23 86:4,19,20
87:15 90:1 92:8,11
93:9,10,17,18,19 94:7
94:13 95:16 96:17
97:10 99:21 100:10
100:12 102:6 103:8
105:16 106:13,18,22
107:7 108:22 109:1
109:16,18,19 111:8
114:11,14 117:9,10
117:19 118:18,22
119:1,19,20 120:16
120:19,20 121:19
122:15 123:21 125:22
125:6,19 126:6,16
137:9,12,13 138:2,15
138:16,21 139:15,16
140:14,21,22 141:12
141:15,20 142:1,12

144:13,14 145:14,15
145:20,21,21 146:12
146:19,24 147:24
148:3,6 150:12,17,21
151:14,20 153:10
155:9,10 156:5
158:22 159:15 160:3
160:5,7,10,13 161:5
162:5,15 163:14,16
163:18,20,23 164:3
165:4 166:14,17,19
166:23 167:3,6 168:1
168:7,9,14 169:6,7,24
170:4,9,10,12 172:20
177:6,14,24 178:6,13
179:2 180:24 181:10
183:5 187:7 194:13
194:21 195:19 196:3
196:7,10 199:15
200:8 202:6,13
203:22 204:14,24
205:20 209:10 211:2
212:21 213:7,9,10,14
213:15 214:17 215:2
219:17 220:14 221:1
221:16 222:11,16
224:16,17 225:1,2,8
225:16,23 226:1
227:11,19,22 228:1
229:7,10,12,20,21
230:3,4,18,24 231:1,6
231:8,11,14 232:1,4
233:3,5,6 234:21,24
235:12 239:12 241:4
243:22 245:15,21
246:17 247:23 248:2
252:13 256:6 259:23
261:4,23 263:18
264:5,7
**knowledge** 130:3 140:3
169:3 175:16 181:1,8
214:12
**known** 180:10 186:17
**knows** 70:18 71:3
**Kong** 50:10
**KPE** 168:20,20,21
169:5
**Kushal** 220:10,12,24
**Kutztown** 18:18 19:1
19:14 133:16 134:16
**K&P** 17:9,12 18:23
19:9,17,20 20:2,14
108:15,16,19 109:11
109:12,13 110:3,8,14
110:21 111:2,13,23
112:13,18 113:1,7,9
**K-H-A-L-I-D** 83:13
**K-U-S-H-A-L** 220:12

**L**

**lady** 102:1
**land** 19:10,17 60:23
**Lane** 8:8 11:14
**large** 52:2 235:8
**law** 1:12 8:14 153:9
**Lawrence** 2:7 113:23
**lawsuit** 39:19 149:1
**lawyer** 10:24 29:19

42:3 47:16 94:10
178:11,17 179:7
264:3
**lawyers** 180:15
lbaskin@lawsgr.com
2:11
**leading** 13:7 39:18
166:3 219:18
**learn** 224:2 251:14
**learned** 158:18
**lease** 147:12
**leased** 111:6
**leases** 37:3 111:7
147:18
**leasing** 111:14
**leave** 22:13 102:14
**ledger** 80:9
**LEE** 2:3
**left** 21:8 22:17 23:11,16
23:17 46:4,11 112:1
**legal** 232:10
**lend** 184:2 214:2,6
**lender** 218:18 219:13
255:10
**lending** 233:9
**lent** 181:8 205:1 218:18
219:14 233:14 257:2
259:4,12
**Leslie** 2:11 9:12 178:20
**let's** 45:8 111:12
113:18 154:20
**license** 47:3,8 98:22
99:4,5
**life** 63:22
**limit** 175:3 188:19
**limitation** 189:1
**limited** 189:3 210:14
**line** 7:3,5 17:18 270:4
**links** 142:11
**Lipski** 10:23 153:5,5,9
177:20 178:1 179:20
180:9,12 181:2
**liquidated** 49:18
**list** 79:5 126:21 132:10
**listed** 138:9 151:15
**listening** 199:22
**lists** 56:6,14 104:11
**literal** 131:6
**literally** 129:12
**litigation** 21:1,18 27:20
176:8,12,13,21,24
177:10 197:14 206:19
208:2 212:12,22
214:14 233:1 239:19
256:18
**little** 9:13 74:16
**live** 11:16 45:5
**living** 14:18,21
**LLC** 1:6 91:20 92:6
**loan** 26:20 66:10,15
128:13 129:5,6,7,15
129:19 159:6,12,19
160:17,20 161:12
162:4,7 165:23
166:16,20,22,24
183:14,22 184:7,13
227:20 228:5,14
235:23,24 236:3,4
237:19,22,24 242:15

243:9,20 244:7,15,19
244:21 249:11 250:2
250:21 251:4,8,14,19
252:23 254:5,24
257:24 258:8,9,12
259:19 260:10 261:4
**loans** 65:15,21 129:2
161:2 167:5,14,22,24
168:2,6,12,16 206:18
208:1 217:15 228:2
233:1,5 235:21
243:12 248:14,24
254:3,6,22 255:2,8
**located** 19:18 95:18
134:5
**location** 132:6 134:12
134:14 138:16
**locations** 81:3 132:10
132:13 133:12,15,24
140:2,18 141:19
**lodge** 21:13 23:13
**long** 30:15 33:1,19
38:22 53:4,16 54:3
69:23 101:16 158:17
180:11 186:17 225:9
226:2,5 227:3,6
**longer** 251:20
**look** 23:9 55:21 234:3
235:14 246:1
**looking** 97:21
**looks** 86:8 234:4
**loss** 96:21 125:13
**losses** 127:9
**lost** 205:21 206:20
208:3,12,23 210:10
260:14
**lot** 68:1 245:4 259:23
260:14
**lunch** 130:19 187:22
188:4
**Luncheon** 154:7

M

**machine** 155:1
**Main** 2:4
**maintain** 44:3
**maintained** 123:13
**major** 34:5
**majority** 137:21
**making** 17:24 18:6
71:16 124:21 125:10
251:17 255:8
**Malaysia** 30:12
**manage** 81:1 141:2,10
141:17 155:22 182:1
182:16,23 262:13
**managed** 136:21 182:4
182:19 226:11
**management** 1:7 34:6
53:12,17,20 54:5,13
54:16 55:5 56:9,17
81:6,14 82:20 86:17
86:21,24 87:24 88:4
88:15,21 97:2 98:10
98:15,18,24 99:8,9,11
99:12 101:2 103:6,9
103:13,16 104:12,20
105:8 106:24 107:9
115:12 116:18,19,23
116:24 118:3 121:11

121:20,22 123:8,12
124:19 125:8 127:3
128:5,6 129:4,18
130:5 131:6 136:22
141:18 145:6 151:11
157:22 167:12 178:1
178:18 181:22 182:14
226:9,21 234:8,12
237:19,22 238:17,20
239:18 240:22 241:1
243:18 262:8 263:8
263:10 265:3
**Management's** 105:22
**manager** 67:23 77:16
141:1
**managers** 141:10
**manages** 99:1 141:8
162:18 181:22
**managing** 100:21,22,24
**Mania** 200:19
**MAR** 3:6
**marital** 10:17 61:9
**mark** 22:6
**marked** 7:6 233:19,22
234:1 238:3,6,9
240:13,15
**Market** 2:12
**married** 41:23
**matter** 8:16 63:15
233:15 268:6
**matters** 10:10,17,20
11:1 70:7 71:22
179:12,16,21 188:13
189:8,9,13,16,17
**Maxwell** 1:12 2:6
**mean** 11:2 12:1,7 15:16
30:6 54:9 68:23 71:7
74:16 78:2 80:6 95:8
99:22 111:16 113:10
115:3 125:19 126:19
128:8,20 136:10
138:3 142:7 145:11
156:19 159:9 172:17
174:22,23 189:19
207:10 209:9 223:20
243:8 252:6 260:4,24
263:23
**meaning** 132:24 133:1
133:2,5,13
**means** 268:18
**mediation** 210:1
**medical** 29:9
**medications** 28:16,18
29:5
**meet** 31:20 172:14
186:20,21,24
**meeting** 121:4 171:11
171:13,14,24 172:5
173:18 174:1
**meetings** 80:1 100:14
171:8,16,21,23 172:4
172:7 173:5 180:4
**members** 77:8,9
**memo** 246:12 247:9
**memory** 28:24 29:4
**mentioned** 66:15 67:5
87:6 88:22 108:15
138:22 140:4,24
155:17 158:23 181:24

183:13 202:21
**Merchandise** 182:20
182:21,24 183:6
193:13 194:3,6,9,22
195:4 196:11,16
197:7,19 198:6,13
199:19 200:6 203:16
203:23 204:7,16
212:19
**Merchandising** 119:18
120:4,8,22 121:5,12
121:18,23 122:8,16
122:24 123:6 153:19
195:10 202:23 205:1
205:11,21 206:7
211:9 212:13,23
214:15 233:2
**met** 170:8,11 172:21
179:11,13,19 180:1
186:24 187:8
**midsentence** 252:7
**million** 59:6 215:9,17
216:3,17 217:4
229:11
**millions** 205:22 211:7
**mind** 35:8 98:20
**mine** 36:18 239:6
241:24
**minutes** 80:1 100:14
121:4
**missed** 133:3
**Mission** 117:22 139:24
**mix** 264:22
**mom** 186:23,24
**moment** 28:12 75:21
78:9 83:21 86:16
91:2 240:20 264:9
**money** 48:21 59:14,24
62:9,18,19 77:16 81:5
82:2 83:19 84:8
104:24 105:18 106:2
112:1,2 128:14,15,16
128:18,20,20,22,23
129:17,24 130:4
147:17 151:24 158:2
158:6,13,24 159:5,22
160:2,3,14 162:23
163:1,5 169:4 181:8
184:1,2,3,9 185:6
205:2,12 206:6,19
208:2,13,24 210:11
214:2,6 218:19
219:14 224:14 229:2
233:14 235:22 237:2
241:9 242:8,11,18
243:5 245:2,4 253:2
253:13,15 255:17,20
256:1,5,7,12,13,21
257:2 259:4,11,24
**monies** 206:21 208:4
241:7 253:23 255:22
**month** 53:7,9 249:11
**monthly** 127:4 248:13
248:23
**months** 10:7 33:21
161:24 177:4
**mortgage** 13:22,23,24
14:3,5 26:15 27:12
58:4,10,14 59:1,5,8,9

111:23,23 112:1
113:9
**mother-in-law** 44:15
**motion** 9:15
**mouth** 258:13
**move** 131:22 144:1
**moved** 13:20 15:7
145:1 146:9
**moving** 69:16 132:5
144:18
**Mutual** 59:5,8

N

**name** 8:13 11:19 33:10
36:10 37:16 39:6
74:10 95:8,10 102:4,7
102:19 115:3,5
119:15 133:4 185:21
194:19 198:21 199:2
220:13,13,23 225:9
225:21
**named** 21:1
**names** 19:5 38:8 79:1
101:24 102:11,17,21
103:1 136:20 138:17
140:13 221:23
**name-brand** 152:14
**National** 228:17
**nature** 25:12 223:2
**necessary** 86:14 269:3
**need** 18:5 22:22 38:6
70:15 82:24 85:19
101:1,1 130:19 193:8
**needed** 26:1,5 104:23
178:16 179:1 184:1
185:6 255:16
**negotiable** 64:11
**negotiated** 159:6,10
165:23
**Nepal** 50:12
**net** 66:9
**networked** 142:5,8
**never** 107:12,14,16,22
117:11 138:19 140:14
140:17 150:14,18
170:5 207:12 251:7
256:21
**new** 45:6 147:10 173:9
228:18 237:7,13
247:14 251:3
**Nine** 225:16
**nominal** 100:3
**nominee** 100:2
**non-Bagga** 76:15
**Norm** 57:2 170:3
175:12,23 176:9,24
177:14
**normal** 130:23
**Norman** 169:7 170:14
171:5 172:15,22
173:4,19 174:5,10,18
175:17 177:11
**Norman's** 170:11
**Northeast** 185:20
**Notary** 1:16 271:20
**note** 10:1
**noted** 268:3 269:11
271:9
**notes** 268:5

279

**notice** 26:21 235:3
**noticed** 29:3 145:23
176:18
**numerous** 173:14
**NY** 2:4

**O**

**Obermayer** 1:12 2:6
**object** 16:16 20:23
24:19 27:14,21 39:16
40:8,20 42:8 43:16
44:7 45:18 46:1,21
47:14,21 48:2,7,12,17
48:24 49:7,14,23 50:6
50:23 51:10,16,23
52:5 56:3 57:16 59:7
59:12,20 60:2,9 61:4
61:11,17,23 62:5,21
64:14 65:5,17,23 66:5
66:22 67:7 72:4 75:6
75:11,16,23 76:4,11
76:22 77:12,21 96:11
110:5,11,17,23 112:3
112:9,15,22 113:4,16
114:22 115:8,14
116:7 119:24 120:13
120:24 121:7,14
122:12,19 123:2
149:16 151:9 152:6
152:23 153:15,21
156:15 157:20 175:2
177:17 187:18,23
188:18 191:4 192:14
193:14 194:24 195:8
198:8,15 200:10,16
201:15 202:16 203:4
203:17 204:1,9,19
205:4,15,24 206:10
206:23 211:10,19
213:19 214:9 215:11
215:19 216:4,20
217:6 218:9,20 219:5
219:16 220:5 223:5
224:5 228:7,19
**objected** 61:4
**objection** 9:20,24 10:2
12:14 16:10,19,21
17:18,21 18:1,3,5
21:14,14 23:13 40:14
157:1,2 210:14 257:9
**objections** 16:18,22
266:11
**observed** 56:5,14 144:1
**obtain** 168:11,16
259:18 266:15
**obviously** 9:17 16:7
**occasion** 70:4 129:22
**occasions** 45:9 104:19
105:21 172:8 179:18
184:21
**occur** 163:9 226:15
**occurred** 210:15
**offended** 41:20
**offhand** 138:17
**office** 25:1 26:1,5,15
27:10 28:4 46:18
58:3,5 67:10 69:12
70:3,14 83:11 89:8
90:20 91:9 95:19

100:19 104:3 109:23
126:1 141:15 142:3
142:17 143:4,6 144:3
144:8,11,20 145:2,18
145:23 146:13,17
170:2,11,14,22
171:17,19,24 172:2,9
185:18 186:1,15
191:3 223:23 237:14
264:14 265:8
**officer** 204:7 240:6
**officers** 66:13 165:1
**offices** 1:12 25:8 89:4
89:10
**Oh** 22:15 107:20 133:7
177:1 179:8 192:24
196:13 203:9 239:6
239:10 249:7
**okay** 16:24 35:23 46:19
115:21 116:2 133:7
133:15 138:1 196:13
197:21 203:9 249:7
266:19
**old** 247:23,23 248:2,2
**once** 21:16 39:15 40:9
43:16 75:15 111:24
183:24
**ones** 36:3 50:20 51:8
60:24 78:24 79:3
81:19 92:2 96:3
101:12 108:22 125:24
136:21 138:8,12,12
138:22 140:3,20
141:4 221:12,15
265:13,15,16,23
266:2
**open** 24:10 36:16 51:19
135:23 265:12
**operate** 39:14 98:23
**operated** 79:7,11 88:11
**operates** 78:15 117:20
**operating** 37:9 40:13
80:12 98:6,12,14,17
98:21 99:3 113:13
123:13 169:15 264:8
**operation** 96:24
**operations** 85:3 94:20
109:22 125:2 127:11
132:19 138:11 141:13
232:5
**operators** 130:12
**opinion** 46:9
**opposed** 50:18 88:16
98:18 127:16,24
**Oral** 1:11
**order** 9:15 49:20
149:14 205:2,12
231:22 266:14
**ordered** 46:6
**ordering** 85:3
**organization** 41:9
**organizations** 41:7,14
41:15
**original** 37:20 269:15
**originally** 178:12
**outside** 32:12 106:6,15
107:24 108:5
**outstanding** 167:14
231:23

**overhead** 239:20
**overheads** 265:8
**overheard** 127:13
**overseas** 152:19,21
204:18 205:3,14
206:9,22 208:6
212:16 213:1
**oversee** 52:24 53:14
141:17
**overseeing** 131:5
**owe** 169:4 215:10
**owed** 147:17 151:24
259:24 260:12
**owes** 84:7
**owing** 211:6
**owned** 12:12 15:2
25:17,18 37:21 38:18
55:8 78:18 79:7
92:14,17,19 109:9
111:3 114:12 135:24
136:2,23 137:19
138:3,9,23 139:1
155:14 162:13 163:18
163:19,23 191:9
194:15 208:14 209:1
210:12 231:19 265:11
265:13,16,19,20,21
**owner** 20:4,8 36:22
163:15,17 194:2
262:19
**owners** 38:1,9 92:8
99:20 125:10 163:12
**ownership** 11:24 14:12
15:14 20:1 24:24
25:13 26:23 38:17,20
40:2 54:23 55:4
60:21 92:5 95:12
97:18 100:1,8 110:1
114:9 120:10 132:12
132:22 133:14 134:7
134:14 140:10 148:19
163:21 164:4 165:8
165:17
**owning** 109:2
**owns** 12:15 16:13 18:24
19:17 25:19 37:12,23
38:20 79:14 91:24
92:11 99:4,15 100:6
108:20,23,24 111:5
114:6 120:16 137:9
138:6 140:5 162:17
220:16 221:4
**o'clock** 210:1 261:9

**P**

**PA** 8:8 11:15
**page** 7:3,5 234:9,10,13
235:15 270:4
**pages** 3:8 37:1
**paid** 58:19 73:14 80:24
81:17,22 82:24 84:15
84:16 97:21 103:13
118:9 123:14 124:13
126:19 132:2 140:17
144:16 203:23 253:16
255:15 264:14,15,15
264:24
**Pal** 220:10
**paper** 145:13 146:6

158:11 161:6,12
166:15
**papers** 14:4,6,7,11
26:14,15,17,22 94:4,8
94:9,14
**Par** 147:9,16
**Pardon** 118:24 120:6
195:22 202:10 214:20
248:1
**parents** 43:2,7
**part** 20:17 65:12 78:18
89:19 92:17 97:2
130:22 166:3 172:6
191:10 242:21 243:4
243:12 247:20 255:21
264:12
**partial** 1:11 243:19
**particular** 85:17
124:19
**parties** 210:17 213:4
**parting** 222:21
**partner** 153:4 180:13
221:6
**partners** 221:9,19
223:15,22
**partnership** 20:10,12
25:21
**parts** 22:6
**party** 108:10
**Paul** 11:19 65:12 79:15
84:13 90:19,21 91:16
92:10 93:4,10 94:7
99:16 100:2,6 103:10
108:17 114:12 120:17
125:1 133:2 138:3,10
138:23 139:2 140:5,7
141:23 145:20 159:14
166:1 172:6,9 174:24
177:22 180:5 183:24
194:7,7,15 198:11
199:6,8,9,10 222:2,20
231:24 246:5,12,17
248:7 249:15 251:5
251:14,21 253:9
254:4,24 258:24
259:10 262:18 263:22
263:24
**Paul's** 95:9 199:11
221:6
**Pawley** 135:3
**pay** 81:7,21,21 83:10
89:9,15 106:1,2
111:20,22,23 113:7
125:17 241:7,10
252:24
**payables** 53:1,15 81:16
84:19,24 85:2
**paycheck** 52:15 226:23
**paychecks** 262:14
**paying** 111:24 116:15
128:11 131:21 144:17
172:24 217:4 265:6,7
**payment** 132:3 241:5,9
244:19
**payments** 82:23 248:14
248:24 249:12 250:3
250:12,21 251:4,9,14
251:17,20
**payouts** 81:21

**payroll** 85:4 239:20
262:4,16 263:15
**pays** 117:1,2,3
**PC** 2:10
**pending** 149:22 266:21
**Penn** 2:8,12
**Pennsylvania** 1:1,16,23
2:8,13 19:1,2 31:9
78:22 92:2,4 123:17
132:20 133:24 134:17
134:19,23 135:1,3,5,7
135:10,12,15 220:17
**people** 44:4 45:3 67:12
83:6 84:7 97:20
99:24 101:18,22
103:1 105:3,5 106:20
106:22 107:5,7
114:18 127:21 130:13
172:3 209:5
**percent** 12:5,7
**percentage** 12:24 14:11
27:3
**percentages** 13:6
**perform** 131:4
**performed** 131:13
**period** 32:22 175:1
179:23
**periodically** 143:17
**permitted** 91:15
**person** 48:22 66:19
67:3 70:18 71:3 78:4
90:14 108:1 124:20
126:10 184:5 186:11
194:20 236:12 249:10
251:2
**personal** 11:12 12:1
62:13,16 64:5,16 65:6
67:2 112:19 128:20
128:22 142:20 150:15
150:18 169:19,22
170:18 174:10,19
189:12
**personally** 10:12 11:5
11:10,23 16:1,13
24:21 27:18 59:17
62:11 69:11 77:18
86:23 90:24 91:6
112:7 122:22 128:4
130:7 136:10 137:19
140:7 148:14 153:11
160:16 177:21 178:22
**personnel** 131:1
**persons** 102:17 108:5
**Phil** 180:11
**Philadelphia** 1:23 2:8
2:13 25:2 36:16
42:21 75:9 155:24
185:20 187:2 190:22
191:3 192:6 216:19
**Philadelphia,Pennsyl-**
1:13
**phone** 115:20 188:9
189:7
**phones** 210:3
**photocopies** 241:15
**physically** 82:14 90:10
**pick** 170:21 185:16
**picked** 183:23 184:16
184:19,21

280

**piece** 146:5 166:15
**pieces** 158:10
**Pike** 25:5,6 28:5 89:6
  89:16 95:19 109:23
  142:3 144:2,11,20
  145:2,10,19 146:17
**Pine** 134:19
**Pittack** 67:20 141:1,21
  247:13
**Pittston** 114:8 139:4,5
**place** 123:21 171:17,18
  210:21
**places** 36:2 73:23 80:22
  140:14,15
**Plains** 2:4
**Plaintiff** 1:4 2:9
**plans** 50:3
**play** 84:23
**pleadings** 46:23
**pleasantries** 185:2
**please** 17:3 198:24
  229:23 238:3 240:12
  258:13 261:15 269:2
  269:8
**pleasure** 50:18
**PNC** 88:12 265:1
**point** 35:17 65:11
  115:17 117:5 134:4
  187:1 194:9 251:13
**point-of-sale** 147:2,22
  148:1,4,9
**policy** 126:20
**Poojan** 114:3,10,14,19
  115:2,12 116:5,11,16
  116:22 117:2 182:4
  238:18 239:1 246:14
  246:15 265:22
**Popp** 68:2 69:23 70:4
  70:11,17 71:3 72:15
  72:17 73:9 84:22
  125:4
**position** 103:2 165:4
**possibility** 174:9,18
  177:9 232:9
**Possible** 173:9
**potential** 106:21 107:6
**power** 72:24 73:2
**premises** 145:9
**preparation** 29:14
**prepare** 57:3,22
**prepares** 56:23 57:19
  83:17
**preparing** 101:20
**presence** 70:17 71:2
  73:10 174:5 206:16
  207:3,23 216:15
  218:16 219:11
**present** 2:15 52:9 108:9
  150:7 171:8 173:5,17
  174:8,17 175:10
  180:3 203:1,14
  208:10,21 210:8
  223:11,18,19
**presently** 178:4,5
**president** 39:11
**pretty** 244:22
**prevented** 216:1
**previous** 23:19 61:2
**previously** 10:21

**price** 59:1
**prior** 103:2 253:22
**privilege** 9:21,24 207:1
  257:11,14
**probably** 158:20
  159:14 163:10 177:6
  225:19 242:7 248:9
  248:10 266:17
**problem** 86:11 178:24
  262:13
**problems** 28:14 189:21
  189:24 190:3,6,10
**proceeding** 149:21,22
**proceedings** 150:4
  268:3
**PRODUCTION** 7:1
**products** 32:1,6 152:14
  152:21 183:11 187:2
  192:12 193:11
**professional** 1:14 34:8
  34:12,14 41:7
**PROFFITT** 2:2
**Proffitt** 8:15
**profit** 125:13 127:9
**profit-and-losses** 127:4
**prominent** 216:18
**pronounced** 186:8
**pronouncing** 183:18
**properly** 63:7 127:15
  127:23
**properties** 18:23 19:4
  111:15 154:2 155:8,9
  155:10,20 157:10,18
  158:2,8,14,24 159:5
  159:12,22 162:10,22
  162:24 163:2,6,13,17
  164:7,11 165:2,23
  167:5,7,7,14,15 168:2
  168:11,15 181:5,9,23
  190:14 226:12
**property** 14:19 16:13
  19:6 24:4 25:14,17,24
  26:24 27:4,7 28:4,9
  51:13 60:7,21 61:7
  66:19 67:2 89:16
  110:9 118:17 149:13
**proposing** 154:10
**propounded** 271:7
**protective** 9:15
**provides** 115:12
**public** 1:16 203:16
  271:20
**purchase** 26:14 27:10
  52:2 59:1 205:3,13
  206:8,21 208:5
  212:15 213:1
**purchased** 146:21
**purchases** 49:4
**purely** 45:16
**purpose** 27:19 116:13
  128:11 131:21 132:4
  142:18 143:4 157:12
  164:9
**purposes** 88:21 96:22
  111:11 142:22 143:9
**purview** 197:13
**put** 9:19 27:11 105:18
  128:15,18,19,22
  157:6 201:8 236:21

242:23 244:12,13,14
  245:2,4 253:2,13,14
  253:15,17 256:12,21
  258:13 266:9
**P-A-L** 220:13,21
**P-A-R** 147:9
**P-I-T-T-S-T-O-N**
  114:8
**P-O-O-J-A-N** 114:3
**P-O-P-P** 68:4
**p.m** 113:21,22 154:8,8
  155:5 267:6

**Q**
**question** 8:21,22 9:1,3
  9:5,22 13:4,9 15:24
  16:6,7 17:6,22 18:11
  18:14 21:11 27:21
  35:21 56:13 62:21,23
  63:3,18,19 71:1,15
  86:3 89:14 107:4
  117:14 127:19 133:19
  133:21 137:13 140:6
  150:1 165:16 174:16
  189:3,5 192:20 196:2
  197:17 200:1,5
  207:22 208:20 209:13
  209:15,22 210:7,23
  219:9 223:17 245:6
  248:21 249:20 250:17
  250:20 252:15,18
  253:5 254:14,16,21
**questions** 7:6 8:20 22:3
  24:20 28:20 29:9
  30:3 61:2 195:9
  197:12 271:6
**quite** 69:7
**quitting** 73:10

**R**
**R** 268:1 270:2,2
**raise** 9:23 157:3
**rarely** 91:7
**rate** 160:7
**Ravi** 156:9 162:7
  164:20 165:8,17
  180:23 186:18 187:6
  188:10 191:9 193:23
  199:5 206:5 211:5
  217:2 218:4 220:3
**Ravinder** 38:13 186:6
**Ravi's** 186:23 199:11
**reach** 154:23
**read** 17:2,4 18:12 21:9
  55:24 56:11 70:23
  107:2 165:12,14
  174:14 195:24 197:15
  200:3 207:20 208:18
  209:17,20 210:5
  219:3,7 229:22,24
  247:9 248:19 250:18
  252:16 254:19 269:2
  271:3
**reading** 8:4 14:10
  18:18,24 19:7 134:23
  240:24
**ready** 240:16
**real** 1:6 15:11,15,19,20
  15:22 16:2,12 17:7,9

17:12,13,15 18:14,24
  19:9,17,20,21,22 20:2
  20:3,14,15,18,20
  21:12 60:21 66:19
  89:3 91:20,22,24 92:6
  93:24 97:6,13 108:20
  108:23 111:5 114:20
  155:13,20,23 162:17
  162:18 190:21 191:2
  216:18 222:13 231:9
**really** 70:18 71:3 85:1
  85:19 93:11 130:15
  142:16 171:6 172:13
  185:4 196:6 197:22
  232:5
**Realtime** 1:15
**Realty** 108:15 109:11
  109:13 110:3,8,14,21
  111:2,13 112:13,19
  113:1,7
**reason** 43:18 93:19
  109:2,4 206:17
  207:24 269:5
**Rebman** 1:12
**REBMANN** 2:6
**recall** 18:23 102:21
  123:18 129:13 148:17
  161:11 185:13 227:13
  243:2,3 245:7
**receipt** 269:17
**receipts** 84:19,23
**Receivable** 1:3 8:16
  176:21 229:2 248:15
  249:1,6 253:1
**receive** 30:23 31:3
  34:13 86:17,23 87:3
  95:4 103:5 110:2
  111:13,17 118:12
  121:10 143:16,18
**received** 55:8 82:7,8
  103:16 105:15 262:22
**receives** 90:9 264:18
**recess** 35:9 78:10
  113:21 154:7,21
  181:15 232:18 261:18
**recognize** 136:19
  140:13 238:10 241:14
**recollect** 167:9
**recollection** 54:1
  161:22 183:20
**reconcile** 86:5 262:15
**record** 9:12,14,19 10:1
  17:5 18:13 21:5,6,10
  35:12 46:22 56:12
  70:24 107:3 136:8
  154:23 155:2,4
  156:18 157:5,6
  165:15 167:11 174:15
  181:12,17 196:1
  197:16 200:4 207:21
  208:19 210:6 219:8
  230:1 232:20 248:20
  250:19 252:17 254:20
  258:5 260:15 261:13
  261:20 266:10
**recorded** 129:5 162:2
**records** 102:9 128:24
  145:8,12,18 167:11
  176:4 233:12,16

**Reed** 115:19 154:24
  157:3 266:10
**Reed's** 209:24
**refer** 106:9
**referring** 105:17
  263:22
**refers** 125:12 229:4
**reflect** 102:10 235:15
**reflected** 128:24 233:11
  233:15 237:21
**reflects** 166:15
**regard** 84:23 266:11
**regarding** 175:4 179:2
  195:9 217:24
**regional** 67:23 141:1
  141:10
**register** 16:20 147:24
  148:5
**Registered** 1:14
**registers** 147:2,13,22
  148:2,10
**regularity** 235:8
**relate** 212:2,6 228:8,11
  124:15 151:10 156:16
  164:19 169:16 172:23
  181:4 188:1,20
  192:16 195:11,13,16
  195:20 196:4,20,22
  197:2,9 199:12,17
  201:17,20 202:18
  203:5,8,11,19 204:3
  204:11,21 205:6,17
  206:2,12 213:20,23
  215:13,21 216:9
  217:22 219:23 220:7
  223:6,9 224:7,10
  226:3
**relates** 157:21 191:6
  211:12,21 216:6,22
  217:8 218:11,22
  219:21 228:20
**relation** 179:15 254:6
  255:1
**relationship** 72:4 122:6
  164:22 183:3 199:5
  202:5,7,9,11
**release** 83:18 84:5,8,9
  91:4 101:12
**relevance** 17:19,22
  23:13 40:9 43:18
  75:18 114:24 156:24
**relevant** 39:19
**relieved** 113:23
**relocate** 50:3
**remember** 10:6,22
  11:11 14:7,10 18:17
  18:19 19:4 26:9
  28:10,19 29:24 30:4,6
  30:8,9 32:24 33:12,16
  33:19 34:3 41:5,8,17
  50:13 54:3 55:20
  56:21 58:7,9 59:3
  66:11,17 70:9 71:13
  71:15,18 72:8 79:1,3
  87:14 90:7 92:24
  93:8,15 94:23 96:5,6
  100:16 101:23 102:3
  102:18 105:6,19

281

109:19 114:13 119:14
122:1,4 123:10 128:2
130:6 131:24 132:7
145:3 146:15 148:15
148:21,23 149:2
150:12 158:12,16,17
159:1,23 160:18,20
160:22 161:1,4,7,9,13
161:14 162:1 166:13
166:21 170:12 171:1
174:7 175:8 177:5,7
180:7 185:10,15,23
190:9,12,16 196:15
208:8 215:3 221:23
225:10 226:19 227:2
227:9,18 233:8
234:20 249:9 260:11
261:6 262:24
**remote** 81:4
**removing** 144:7
**rent** 47:11 88:24 89:4,9
89:15,21 111:18,20
125:24 264:13
**rental** 14:19
**rents** 122:16
**repaid** 130:1 160:14,15
168:6,8 237:24
242:19 255:9,11
**repay** 129:19 206:17
208:1 252:23
**repayment** 129:6
160:11 162:7 168:11
168:16 243:9,11,20
244:7,15,21,23,23
254:8 255:4 259:18
260:10
**repeat** 18:10 70:22
97:3 149:24 165:10
174:13 207:16 208:17
248:17 250:16 254:16
254:18 259:5
**rephrase** 63:19 259:8
**replace** 263:9,12
**replacement** 265:3
**report** 72:17 96:7
141:21
**reporter** 1:15,15,15
17:4 18:12 21:9 26:2
56:11 70:23 107:2
163:22 164:1 165:14
174:14 180:18 182:7
195:24 197:15 200:3
207:20 208:18 209:20
210:5 212:3 219:7
229:24 242:10 248:19
250:8,18 252:16
254:19 261:12 268:20
**reports** 143:17,18
**represent** 8:15 177:21
177:23
**representative** 100:3
164:11
**representatives** 66:13
**represented** 9:9 10:8
10:20 165:22
**representing** 94:11
157:17 158:7 178:14
**represents** 177:22
178:1,7 180:22

**reproduction** 268:18
**REQUEST** 7:1
**required** 46:10
**requires** 148:4
**resale** 205:3
**Resource** 226:8,18,20
226:24 227:3
**responding** 156:20
**response** 9:16 28:20
175:3
**responsibilities** 130:23
197:6,18,22
**responsible** 124:21
**rest** 139:1 265:21
**restate** 21:16,20
**restaurant** 19:8 82:7
263:3 264:8
**restaurants** 19:18,23
78:16,17 79:10 81:10
98:8 117:21 127:12
135:21 231:10,15
**restricting** 210:23
**result** 211:8
**resulted** 96:21
**retail** 36:12 37:16
**retain** 10:4
**retired** 43:7
**return** 22:24 55:13,17
55:24 56:1,6,14 57:14
57:14 87:9 93:5 96:9
103:18 112:13,20
118:20 121:18 176:2
242:9,13,14 261:3
269:15
**returned** 23:11
**returns** 56:24 57:3,6,9
57:11,20 96:18
260:18,20,22
**Revenue** 55:18 96:9
**reverse** 237:12
**review** 29:12,13 85:10
85:17,20,24 86:3
95:22 97:19 104:11
175:23 228:13
**reviewed** 87:8
**reviews** 85:22
**re-call** 266:17
**rid** 218:18 219:13
**right** 23:24 56:19 58:6
64:22 68:6,9 83:2
84:20 88:3 103:3
131:8 136:20 138:10
139:2 140:18 163:6
194:14 207:4 242:3
258:2,4
**ring** 220:17
**road** 14:24 182:5
**Robert** 2:2 8:14
**role** 201:5
**room** 21:8 74:7 154:16
154:19
**ROSEN** 2:10
**roundabout** 257:10
**routine** 130:23
**ruling** 21:24 154:12
266:15,16,22
**run** 106:24 107:9
109:22 156:12 158:14
**running** 108:1

**runs** 156:6,8

---

**S**

**salary** 52:20 76:13 87:1
87:6 95:1 198:5
**sale** 96:7,12,13 204:8
223:22 231:18
**sales** 125:20 204:17
246:13,18 250:6,10
**sandwich** 130:20,21
**Sant** 162:9,21,23 163:2
163:12,17 164:17,11
165:2,23 167:5,6,14
168:2,10
**satisfied** 230:13,14
**satisfy** 49:21 149:14
231:22
**satisfying** 230:7,22,22
232:11
**Saturday** 22:18 23:2,6
**save** 63:18
**savings** 62:3
**saw** 55:17
**saying** 46:16 137:1
**says** 246:12 247:10
**scheme** 218:16 219:11
**Schlosser** 14:23
**school** 31:4
**Scranton** 135:5
**second** 21:5 35:7
113:19 181:12 199:14
199:16 220:13 234:10
235:14
**secretary** 195:3 196:11
**securities** 24:17 48:10
51:20
**see** 22:22 39:17 40:9
69:19,23 118:19
121:17 125:18 127:8
134:12 140:12 154:11
158:10 166:6 197:11
197:12 240:20 242:23
245:23 247:2 252:12
**seeing** 161:14
**seek** 21:24
**seen** 28:8 79:24 100:13
121:3 127:1 167:18
**seized** 256:19
**sell** 14:16 37:1,5 40:12
40:17 118:17 200:23
213:1 232:6
**send** 81:24 104:6 105:1
246:20
**sense** 29:10 98:22
140:9
**sent** 97:20 105:2 123:7
124:6
**separate** 55:15 76:1
80:4,6,9,10 109:6
116:22 123:23 124:10
124:18 126:7 163:4
182:5 262:16
**separated** 117:1 239:19
**separately** 118:10
223:1 263:14,16,17
**separating** 42:5
**series** 8:20
**Service** 55:19 96:9
**services** 1:22,25 2:16

2:24 3:24 7:24 53:20
54:5,17 55:5 56:9,17
98:10 101:2 106:24
107:10 115:12 121:21
123:8,13 125:8 127:3
128:6 129:4 178:2
181:22 243:19 267:24
271:24
**SERVICES,INC** 1:7
**set** 39:3 66:2 76:2
118:22 119:1 184:13
**sets** 264:2
**settle** 15:6
**seven** 2:12 38:24
172:19 227:5
**shakes** 54:22 68:5
168:23
**shares** 25:20 49:10
**sheet** 167:17,19 269:9
269:12,15 271:10
**sheets** 269:6
**ship** 152:20
**short** 105:24 128:14,17
194:19 236:10
**show** 75:17 107:24
114:23 156:16 167:16
**showed** 161:15 166:9
**showing** 233:24 238:8
**shown** 167:19 238:15
**shows** 237:13
**sic** 135:3
**side** 237:12
**sign** 14:4 26:13,18
55:23 56:1 57:21
87:11 94:4,8 96:1
110:20 112:12 116:4
116:10 122:23 161:7
185:8 228:13 269:8
**signatory** 57:24
**signature** 55:18 91:9
91:12 103:22 238:22
239:9,11 241:22
242:2 246:7,9
**signatures** 55:21
**signed** 14:6,8 55:16
94:9 161:6 185:11,14
244:5 245:14 247:4
248:6,10
**signify** 95:8
**signing** 8:5 55:20
161:11 196:15 232:9
240:7 269:10
**similar** 27:22
**simplify** 137:18
**simply** 37:6
**simultaneously** 233:11
**Singh** 59:15,24 60:6,11
201:22
**Sinking** 135:14
**sister** 262:9
**sister-in-law** 44:11
**sit** 27:2 69:14 175:22
176:23
**Sitting** 96:12
**situated** 19:11
**situation** 106:4 107:14
107:22 129:17 178:16
**situations** 106:20 107:5
108:5

**six** 38:24 54:2 66:20
67:3 172:19 227:5
**size** 59:4 229:18
**sizeable** 42:19
**slightly** 35:22
**slip** 234:7,11
**slips** 3:7
**small** 245:24
**smaller** 79:4
**SMITH** 2:3
**social** 45:16 189:13
**socialized** 187:9,12
220:3
**software** 146:22
**sold** 36:19 110:8
144:11 205:14 206:8
206:22 208:5
**sole** 36:22 262:19
**Solutions** 263:4 264:8
**somebody** 46:17 58:15
85:21 86:3 90:9,20
131:22 172:10 246:24
248:8
**someone's** 95:8 115:3
**someplace** 146:10
260:16
**somewhat** 137:15
**sons** 156:8,10
**son's** 115:5
**sorry** 26:3 32:2 53:23
74:13 106:12 107:1
107:20 115:16 154:3
180:20 182:8 194:20
195:22 196:13 197:1
197:2 199:21 203:12
207:8 212:4,18,20
227:15 239:10 242:11
248:18 250:15 252:14
254:14 259:6
**sort** 20:10 41:16 161:18
175:24
**sought** 189:23
**Sovereign** 58:18
**space** 89:1,5,22 102:14
102:23 122:17 269:5
**speak** 29:17 60:18
130:12 188:9,16
189:7
**speaking** 16:18,21
**Specialist** 2:16 155:3
181:13,16 232:16,19
261:16,19 267:1
**specialized** 146:22
**specific** 13:15 152:12
191:22
**specifically** 39:3 102:24
**specifics** 231:12
**SPECTOR** 2:10
**spell** 83:12 164:17
198:23 220:19
**spelling** 220:22
**spoke** 218:4
**spoken** 66:12 170:5
**spot** 69:17
**spousal** 9:21,23 207:1
257:10,14
**Spring** 135:14
**stamp** 91:8,11,15 104:5
**stamped** 103:22 238:21

242:1
stand 21:14,15 30:2
  142:9
stands 108:16
started 155:2 194:23
  195:4
state 16:9 269:4
statement 9:13 66:9
  85:18 86:2,5 108:11
  126:6
statements 85:11,22
  86:9 95:23 125:14,18
States 1:1 30:21 43:5
  44:1 192:4
stay 44:21,24 45:2
  204:6
stays 89:18
steps 16:16 230:21
Steve 74:10
Steven 2:7 113:24
stipulations 7:4 8:2
stood 30:2
stop 154:6 251:16
storage 89:4,22 90:3,6
  122:16 145:18 146:13
store 80:10 82:17
  114:20 124:13,14,15
  124:17,23 125:12,16
  125:18,19,22 126:15
  126:15,17,22,24
  127:5,9 131:16,23
  132:5 134:5 136:20
  140:18 141:18 145:8
  145:15 147:21,23
  163:19,24 164:2
  182:4
stored 145:24
stores 36:11,12 37:2,3
  37:8 38:3 39:13
  40:12 74:21,22 75:3,8
  75:14 80:5,14,21 81:2
  81:20 87:18 88:17
  98:23 108:24 109:2,3
  109:5,7 118:4 124:2,3
  124:8,9,24 125:13
  126:10,21 127:16,23
  128:12 130:14,17,24
  131:7,11 132:13
  134:8 141:2,7,11
  147:3 191:24 192:3,8
  238:19,19 250:5,9
  262:5
strategy 172:24
Street 2:4,12
structure 103:9 164:4
stuff 85:5
subject 70:13 72:15
  174:4 218:7 251:7
  269:10
subjects 70:10
submission 266:14
submitted 66:8 260:23
subpoena 9:16
Subscribed 271:14
subsidiary 262:7
substance 175:12 271:9
substantial 208:13,23
  210:10
sued 148:14,16,20

suggest 220:15
suggested 258:17
sums 205:1,11,22 235:9
Sunshine 36:12,13 37:9
  37:15 40:12 192:10
supervising 131:5
supervision 268:20
supplied 83:1
supplies 104:23
supply 75:4
supplying 74:21
SUPPORT 4:1
supposed 89:11,12
  192:19 200:22 263:9
  263:12
sure 20:7 22:16 33:15
  63:4 80:23 96:12
  102:12 103:12 115:24
  124:21 125:11,16
  141:6 154:17 160:1
  166:18 169:21,23
  226:5 244:1,8,17,19
  244:22,24 245:3
  251:18 263:11
sworn 8:9 271:14
Syracuse 147:10
system 142:11 148:8
S-A-N-T 162:10

                T

T 38:11,12 186:7,10
  194:15,17,18 222:7
  268:1,1 270:2
Tabas 2:7 113:23
  115:16,24 116:2
  154:18 209:23 261:10
Taiwan 50:12
take 9:4 12:17 13:22
  16:16 23:9 34:11
  35:7 37:4 78:8 87:2
  90:11 113:18 120:3
  128:15 146:6 148:22
  166:2 171:16 232:14
  234:3 235:14 246:22
  253:18,19 255:18,19
  255:23 256:5,14,14
  256:17,19 257:1
  259:3,11 260:2
taken 29:18 167:2
  230:6,21 235:22
  256:7 260:3 268:5
takes 82:2
talk 70:4,6 130:24
  147:5 164:6,10
  172:10 176:23 179:20
  185:3 206:5 211:5,15
  217:11,24 249:16,21
  249:24 259:14
talked 57:5,7,8 58:15
  147:19 172:2,9 177:3
  183:24 184:2,24
talking 76:19 106:12
  111:9 132:19 133:17
  135:23 146:21 178:3
  182:3 190:10 224:13
tape 181:14 232:17
  261:17
tapes 146:14
tax 28:5 55:12,16,23

56:1,6,14,23 57:6,9
  57:10,13,14,20 87:9
  96:9,18,22 103:18
  112:12,19 118:19
  121:17 176:2 246:13
  246:19 260:17,20,22
  261:3
taxes 28:9 169:22
Teamsters 132:4
telephone 188:17
tell 20:20 21:11,23
  23:10 83:22,24 104:7
  132:10 158:8 165:7
  165:17 204:14 209:20
  234:3 244:6,20
  245:10 251:11 256:2
  256:4,9 259:10
teller 33:18
ten 45:8,10 49:20 119:5
  119:21 172:18
terminate 252:10
terms 24:20 119:21
  160:10 166:9 254:8
  255:3
testified 8:10 29:21
  68:18 101:10 123:12
  148:13 181:21 227:12
  257:23 265:24 266:2
testify 29:8 46:6,10
  177:10
testimony 8:18 19:16
  57:18 93:12 106:16
  160:21 172:1 176:8
  195:18 196:3,9
  236:15 237:18 242:17
  251:6 256:24 258:5
Texas 117:21 132:20
  134:1 139:20,22,24
  141:5
Thacher 2:2 8:15
Thailand 50:10
Thank 266:23,24
thing 85:6 161:3
  229:20 230:4 256:18
things 10:19 28:19
  68:11 84:15 99:1
  172:12 181:23,24
  190:23 201:7
think 13:7,19 16:11
  20:6 23:23,23 28:23
  29:11 30:7 33:14
  34:1 35:13,20,21
  37:21 41:18 55:2,6
  58:21 67:24 68:17
  71:14 73:18 79:17
  80:13 87:7 88:12
  92:13,16 95:6,14,17
  95:20 97:7 99:14,18
  100:5,5,9 104:18
  109:8,15 117:24
  120:17 122:2 126:20
  140:11 141:3 147:11
  156:7 157:24 158:4,5
  158:13 159:19,21
  160:1 161:19 165:24
  166:17 169:21 170:1
  171:10 177:22 181:24
  183:9,12 185:11
  190:5 194:4 195:20

196:4 221:16 222:16
  224:22 225:17 226:3
  226:5,10,21 227:17
  231:9 233:7 235:20
  235:22 236:2,3,10
  240:9,10 243:4
  247:16 258:16 259:20
  259:22 262:21 263:7
  264:10
thinking 42:5 219:3
  225:24 255:18
third 199:16 210:17
  241:17
thirty 269:16
thought 35:13 151:24
  222:12 245:12 255:8
  255:16 256:13
three 3:8 13:17,19
  36:15,17 179:24
  180:1,2
ticket 52:3 236:13
  238:16
tickets 237:13
Tigers 119:5,21
time 8:20 9:3 10:7
  13:20 26:9 30:15,19
  32:1,6,9 33:1 46:4
  52:9 54:4,11,15,20
  56:19 63:18 72:20
  73:16,19 82:1,2 93:1
  93:22 94:11 101:16
  104:4,10,10 108:10
  130:11,11 155:4
  157:4 170:13,13
  172:20 178:4 179:22
  180:11 181:17 182:3
  184:14 188:10,10
  191:24 194:14 202:22
  203:1 218:3 220:1
  225:9 226:2,5 227:6
  232:20 239:3,7,23
  249:5 255:11 256:6
  259:1 260:8 261:2,20
  267:3
times 45:11,12,14
  69:18 91:5 105:9
  128:17 130:17 136:13
  137:3 167:2,4,8 168:3
  170:16 179:22 180:2
  184:18
today 9:10 22:19 23:4
  23:15 27:2 29:8,13,15
  29:18 37:10 95:15
  96:12 210:4 231:7
today's 267:2
told 20:16 36:3 40:24
  46:8,13,14,17 58:2
  60:22 61:1 65:10
  77:3,9 86:16 91:2
  96:3 223:1 245:7
  251:19,22 254:9
  256:4,8,11 260:1
top 247:3
topic 18:7
total 168:1 229:8
  260:12 261:4,7
totally 20:24
trade 150:23,24 151:7
  151:15,23 152:10,15

152:17 153:4,8,12,17
  182:6,10,13
trades 152:18
tradespeople 82:24
trading 152:13
trail 107:18
training 34:9,14
transaction 129:23
  174:24 183:14 205:10
  206:20 208:3 236:20
  259:13
transactions 74:5,17,20
  76:8 193:12 233:10
transcript 22:7 102:23
  268:7,17 269:18,19
transcription 271:5
transfer 82:1,19 92:22
  93:3,14,20,22 94:3,6
  94:8 96:15,16,20
  97:23 161:17 203:2
  237:2,4 241:6
transferred 49:18
  66:18 67:1 81:6 93:9
  93:11,17 94:5 236:3
transferring 93:6 96:4
transfers 104:17,21
traveled 22:11 46:3
travels 68:1
treat 263:19
treated 254:6 255:1
  263:14,17
trial 163:19,24 164:1
tried 107:23 125:15
  154:23 229:13
trips 45:10 50:15,17,21
  51:3
truckers 132:4
true 19:13
Trust 1:3 8:16 59:15,24
  60:6 229:2 248:15
  249:1,6 253:1
trusts 10:18 66:2
try 8:23 25:14 81:1,7
  155:1
trying 137:18 160:24
  201:7 216:2
two 13:17 18:23 42:13
  52:19 53:20 98:20
  158:21 180:2,4
  197:11 210:3 237:1
  253:17
type 14:12 71:16

                U

Uh-huh 15:19 36:14
  99:7 183:17
underlying 206:18
  208:1
understand 8:21 9:3
  12:6 15:12 16:7 27:5
  29:8 34:10 58:12
  62:22 63:2,5,7,12,15
  64:20 88:18 127:18
  133:9,18,21 136:6
  137:18 149:10 157:13
  164:24 173:11,21,23
  173:24 176:10 209:12
  209:14,21 212:20
  230:9,16 256:23

283

263:11
**understanding** 99:2
103:11 167:21
**understood** 157:7
181:20 242:17 257:6
**United** 1:1,7 30:21 43:4
44:1 53:12,17,20 54:5
54:13,16 55:4 56:8,17
88:4 98:10,15,24 99:9
100:20,21 104:12,20
105:8,22 106:24
107:9 116:17,21,23
118:3,6,6 121:20
123:7,12 124:20
125:7 126:20 127:2
128:6,17 129:4,18
130:5 136:21 145:6
151:11 157:22 175:5
176:22 178:1,18
179:6 181:22 188:21
192:3 193:6 196:23
226:10,12,16,22
234:8,12 235:21,23
236:5,11 237:19,22
238:17,20 239:18,21
240:5,22 241:1,7,8,10
243:18 262:8,10
263:8,10,16 264:13
265:3
**units** 80:21 241:11
262:12 264:18
**University** 31:9
**unsolicited** 190:3
**unusual** 13:5 58:24
**upset** 256:11,24
**use** 91:15 95:21 126:8
142:14,18,19 143:3,8
148:10 180:14 263:18
**uses** 88:20 91:9 148:9
**usually** 82:4,8
**utilities** 124:17
**Utilization** 226:8,18
227:1,4
**U.S** 1:15 74:22 152:18

**V**

**V** 1:14
**Valley** 33:15 139:6
**value** 58:11 94:1 149:7
**various** 74:4 81:10
101:21 123:15 124:2
126:10 168:3 264:17
**vendor** 105:16
**vendors** 82:23 104:22
105:3,4 124:12
**Venice** 50:11
**venture** 175:13 214:6
228:6
**ventures** 173:15 231:20
**versus** 176:21
**vice-president** 198:12
202:1
**Victor** 10:23 177:20,24
178:12 179:9,13,20
180:9,12,17,19,22
**video** 155:2
**videotape** 1:11 2:16
155:3 181:13,16
232:16,19 261:16,19

267:1,2
**visit** 45:3 47:24 48:5
130:16,24
**visited** 50:9 138:20
**visits** 45:15 170:17
**vis-a-vis** 9:21 21:17
**vs** 1:5

**W**

**waiting** 39:17
**walked** 74:9
**walking** 145:22
**wallet** 47:7
**want** 9:4,5,13,18,24
23:9 43:17 113:19
132:9,10 133:23
137:7,12,13 146:2,5
154:14 176:15 199:24
261:9,13 266:9
**wanted** 106:22 107:7
154:14 186:23
**wants** 35:13
**Washington** 59:5,8
**wasn't** 202:2 210:22
257:20 258:8,21
259:15
**way** 101:9 129:24
142:6 199:13 215:8
218:17 219:13 240:7
257:10
**ways** 222:21
**week** 23:17 255:19,20
255:20
**weeks** 52:19 253:17
**Welcome** 1:8 79:7,12
98:3,5,9,12 99:15,20
100:8,10,15,18,21,22
101:1,6 103:7 104:17
104:20 105:8,22
117:1 145:6 149:23
150:8 151:12,15
157:22 158:14 167:12
169:4 175:6 176:22
179:7 182:4 188:22
193:6 196:23 238:18
239:2,2,19 260:9
263:13,15 264:22
265:5,11,17,21
**went** 31:4 35:1 41:10
44:22 200:24
**weren't** 240:2
**we're** 9:18 76:19
132:18 154:9 155:4
181:17 232:20 261:20
**whichever** 87:19
**White** 2:4
**wife** 13:6 43:11 44:18
44:19 186:2
**Wilkes-Barre** 135:17
135:18
**Wind** 135:1
**wire** 104:16,21 123:7
161:17
**wired** 104:24 105:21
**wires** 105:1,2,7,15,17
**withdraw** 128:4,9
236:20
**withdrawal** 259:2
**withdrawn** 201:9

216:12 251:12
**withdrew** 129:17
**witness** 4:2 5:1 6:1
10:14 16:23 17:9
18:10,16 21:7 22:7,21
23:6,15 26:6 30:2
35:1 40:20 44:7 49:7
49:14,23 50:23 51:6
51:10,16,23 52:5
54:22 56:20 60:2
61:5,11,17,23 62:5,24
63:10 64:14 65:5,17
65:23 66:5,22 67:7
68:5 71:6,10,17 72:7
77:12,21 89:18
106:13 107:11,20
110:5,11,17,23 112:4
112:9,15,22 113:4,16
114:22 115:8,14
116:7 117:17 119:24
120:13,24 121:7,14
122:12,19 123:2
133:2,4,8 136:5,14
137:4,23 139:14
140:11 150:11 151:20
156:15 157:24 160:24
161:5 163:24 164:3
165:19 168:23 175:7
176:19 177:1,18
178:6 179:8 180:20
182:9 187:24 192:15
193:8 195:1,8,15
196:6,20,24 197:8,21
198:8,15 200:8,10,16
201:16 202:17 203:4
203:9,18 204:2,10,20
205:5,16 206:1,11,24
207:18 208:7 209:6
211:2,11,20 212:5
213:19,22 214:10
215:12,20 216:5,8,21
217:7,23 218:10,21
219:22 220:6 223:5,8
223:19 224:6,9
228:10 230:17 242:12
242:14 245:8 249:23
250:11 252:2 253:7
254:13,17 255:5
259:5 266:18,19,24
267:4 269:1
**Wood** 2:2 8:15
**word** 95:7 115:2
258:19
**words** 82:14 130:19
175:12 233:13 258:13
**work** 11:12 39:23
42:17 54:17 68:7,21
69:10 73:16 74:4,20
74:24 75:1 76:7 83:4
94:16,18,20,20
100:17 114:18 118:1
118:6 130:13 131:1
147:6 156:2 161:17
177:15 178:17 182:15
186:1,14 191:8
197:24 199:18 200:6
200:13 225:3,6,13
226:17 227:7,8,12,16
239:16 265:4

**worked** 32:17 33:7,20
36:3 54:16 68:16,18
100:19,20 101:22
129:23 162:20 178:12
187:1 201:6 226:20
226:20,22 227:10
**working** 31:24 32:5,9
54:5,12 74:17 83:7
101:13 118:6 125:7
127:2 157:17
**works** 67:10,17 69:4
83:8 84:17 141:15
142:13 170:1
**world** 20:17 153:18
183:10 191:13,14
192:11 193:11 195:9
201:24 202:2,14
204:16 205:2,12,13
205:23 206:7 212:13
212:18,23 214:15
**Worldwide** 200:14
**worth** 66:9
**wouldn't** 46:15 148:22
244:16
**wrap** 252:8
**write** 82:3 83:21,22
84:1 91:5 97:12
101:11,14 244:11,21
**writes** 84:4,6 91:3
**writing** 101:19 239:24
240:1 246:18
**written** 28:9 64:18,24
90:2,5 91:1 103:22
104:11 131:19 144:15
259:9,17
**wrong** 220:22
**wrote** 101:5,8,9 238:24
244:1,3 245:11,12,16
245:21 255:14
**Wyoming** 139:6

**Y**

**year** 31:14 42:4 45:12
50:2 62:9 64:9 65:15
65:21 66:3 70:11
86:16 143:24 144:12
144:20,23 162:1
163:11,11 231:18
**years** 13:14,16,17,19
30:16,18,22 31:21
38:24 42:1 45:8,10,13
48:20 49:3,20 50:9
53:18,21,22,23,24
55:10 64:19 65:1
66:20 67:3 68:15
69:7 92:17,20 158:21
172:16,18,18,19
179:19,24 180:1
183:4 186:19 200:21
227:6
**year's** 260:22 261:3
**Yesterday** 218:5
**York** 147:10

**$**

**$100** 129:3
**$13,000** 244:11
**$13,500** 241:19 243:19
252:23 253:21 256:1

259:2,9,17
**$244,000** 58:4
**$280,000** 58:20
**$3,000** 247:4
**$30,000** 234:14,22
235:4 240:22 241:5
**$4,300** 246:11
**$40,000** 235:15,19
236:21 237:18 259:13
**$52,000** 52:21 86:15
**$6.8** 215:17 216:3,17
217:4

**0**

02 247:3
**02-2080** 1:7
**02-2086** 1:7
**02-2710** 1:6
**02-2711** 1:6

**1**

**1** 3:7 7:5 233:20,22
234:2
**1.6** 59:6
**1:00** 154:7
**1:38** 154:8
**1:41** 155:5
**10:17** 35:9
**10:18** 35:10
**100%** 20:4 79:16 92:12
92:15 99:17 109:12
120:18 194:9
**102** 7:3
**10606** 2:4
**11** 210:1
**11:11** 78:10
**11:23** 78:11
**110** 5:10,11,11,12,12
5:13,13
**112** 5:14,14,15,15
**113** 5:16,16
**114** 5:17
**115** 5:17,18
**116** 5:18
**119** 5:19
**12:12** 113:21
**12:14** 113:22
**120** 5:19,20
**121** 5:20,21
**122** 5:21,22,22
**1249** 247:2
**1250** 241:18
**1252** 246:11
**13,000** 253:19
**14th** 23:3
**149** 5:23
**15** 22:15
**15th** 1:23
**151** 5:23
**152** 5:24 6:2
**153** 6:2,3
**156** 6:3
**16** 42:15 241:18 247:3
252:24 260:8
**1617** 1:12
**1635** 2:12
**17** 1:9 155:5
**17th** 22:20,21 23:5,16
**177** 6:4

**18** 186:19
**1800** 1:22
**187** 6:4,5
**1878** 261:24 262:6,23
  263:1
**19** 196:12
**19th** 1:13 2:8
**190** 6:5
**19031** 8:8
**19103** 1:13,23 2:8,13
**192** 6:6
**193** 6:6
**194** 6:7
**195** 6:7
**196** 6:8
**197** 6:8
**1978** 31:22
**198** 6:9,9
**1980s** 33:2,22 35:15
**1982** 31:15
**1985** 187:9
**1990s** 198:13 221:7
**1991** 195:5
**1999** 194:12

**2**

**2** 3:8 238:3,6,9,15
  240:20
**2:09** 181:14
**2:21** 181:18
**20** 4:3 7:3 22:15 30:16
  30:18
**200** 6:10,10
**2000** 93:1,2
**2001** 93:1,2
**2002** 62:9,19 234:15
  235:4 236:7 239:24
  241:19 247:15 251:17
  252:24 260:8
**2002-A** 1:3 229:2
  248:16 249:2
**2003** 1:9 155:5 271:15
**201** 6:11
**202** 6:11
**203** 6:12
**204** 6:13
**205** 6:12,13,14,14
**206** 6:15,15
**208** 6:16
**21** 4:3 42:15
**21st** 263:3,18 264:7,16
  265:2
**211** 6:16,17
**213** 6:17
**214** 6:18
**215** 1:24 2:9,13 6:18,19
**216** 6:19,20
**217** 6:20
**218** 6:21,21
**220** 6:22
**223** 6:22
**224** 6:23
**233** 3:7
**238** 3:8
**24** 4:4
**240** 3:9
**241-8888** 2:13
**25** 30:22 31:21 42:1
**257** 6:23

**27** 4:4

**3**

**3** 3:9 240:13,15 241:13
**3:13** 232:17
**3:27** 232:21
**3:59** 261:17
**30** 269:16
**30th** 23:22
**30,000** 241:2
**300** 262:11
**39** 4:5

**4**

**4** 46:7,11 234:15 236:7
  243:13 259:13 261:8
**4:00** 252:8,10,11
**4:13** 261:21
**4:18** 267:3,6
**40** 4:5,6,6
**40,000** 235:22 236:16
  236:16,17 242:23
  245:5 254:1,3,22
**42** 4:7
**421-4100** 2:5
**43** 4:7
**44** 4:8
**45** 4:8,9
**46** 4:9,10
**47** 4:10,11,11,12
**48** 4:12,13,13,14
**49** 4:14,15,15

**5**

**5th** 2:4
**5%** 12:4
**50** 2:4 4:16,16
**50%** 92:19,23 93:3,24
**51** 4:17,17,18
**52** 4:18
**56** 4:19
**5665** 240:21
**57** 4:19
**59** 4:20,20,21

**6**

**6.8** 215:9
**60** 4:21
**61** 4:22,22,23,23
**611** 8:7 11:14
**62** 4:24
**63** 5:2
**64** 5:2
**65** 5:3,3,4
**66** 5:4,5
**665-3000** 2:9
**67** 5:5

**7**

**7th** 2:12 23:16
**700,000** 60:5
**75** 5:6,6,7,7
**75%** 12:4
**76** 5:8,8,9
**77** 5:9,10 31:23
**78** 31:23

**8**

**8** 3:3 7:5
**80s** 35:17
**80%** 58:10
**87** 187:11,12
**87%** 59:1

**9**

**9:38** 1:14
**90s** 36:21 196:17 221:6
**914** 2:5
**988-9191** 1:24

DEPOSIT TICKET
UNITED MANAGEMENT SERVICES

DATE 12/4/02

30 000

**:5021-0180: 36 404104 6**        /0003000000/

Account 364041046   Check# 0   Amount 30000.00
Date Presented 12-04-2002

---

## CASH SUBSTITUTION                    TELLER NUMBER
                                            **010**

COMMERCE BANK/PENNSYLVANIA, N.A.   AMOUNT _____
          FLOURTOWN BRANCH

INITIALS ____          0185.00 12/04/02 0010      364041046:
                       CASH IN              $30,000.00
                       11:21          FLOURTOWN

**:5236=0180:   0052 010 n**        /0003000000/

Account 52010   Check# 0   Amount 30000.00
Date Presented 12-04-2002



K. Bagga

EXHIBIT NO. 1

AMC 6/17/03

Commerce Bank

CHECKING ACCOUNT
DEPOSIT TICKET
PA

ACCT. NO. 364041046

DATE 12/4/02

NAME United Management Co

0246.00 12-04-02 8010
COA DEPOSIT
13:13
FLOURTOWN

TOTAL ITEMS 1

⑆5021⑈0180⑆    364041046⑈    ⑆0004000000⑆

Account 364041046    Check# 0    Amount 40000.00
Date Presented 12-04-2002

---

**CASH SUBSTITUTION**

TELLER NUMBER
**010**

COMMERCE BANK/PENNSYLVANIA, N.A.    AMOUNT _____
FLOURTOWN BRANCH

INITIALS _____

0246.00 12-04-02 0010    364041046⑈
CASH IN    $40,000.00
13:13    FLOURTOWN

⑆5236⑈0180⑆    0052 010 ⑈    ⑆0004000000⑆

Account 52010    Check# 0    Amount 40000.00
Date Presented 12-04-2002

Account 364041046   Check# 0   Amount 67500.00
Date Presented 12-31-2002



BAGGA ENTERPRISES INC
AREY'S RESTAURANT
714 BETHLEHEM PIKE
ERDENHEIM, PA 19038

PNC BANK, N.A.
PHILADELPHIA, PA.
3-5/710

5665

12/31/02

PAY TO THE ORDER OF   United mt Servic   $ 39,000.00

Thirty thousand dollars and

Khushi Bagga

MEMO

Account 8613097032   Check# 5665   Amount 30000.00
Date Presented 12-31-2002



POOJAN, INC.
121 DICKERSON RD., UNIT 6
NORTH WALES, PA 19454

FIRST UNION NATIONAL BANK
NORTH WALES, PA
3-59/710

319

12/31/02

PAY TO THE ORDER OF   United mt Service   $ 5,000.00

Five Thousand dollars and

Khushi Bagga

MEMO

Account 2000003124350   Check# 319   Amount 5000.00
Date Presented 12-31-2002



BAGGA ENTERPRISES

1445

DATE 12/31/02

PAY TO THE ORDER OF   United mt Service   $ 3,500.00

Three Thousand Five hundred dollars and

LA Bank.

FOR

Khushi Bagga

Account 1209010976   Check# 1445   Amount 3500.00
Date Presented 12-31-2002



CJA ENTERPRISES, INC.
P.O. BOX 1161
WESLACO, TX 78599

1178

DATE 12/31/02

PAY TO THE ORDER OF   United mt Service   $ 6,000.00

Six Thousand dollars and

TEXAS STATE BANK

FOR

Account 51096609   Check# 1178   Amount 6000.00
Date Presented 12-31-2002

K. BAGGA
EXHIBIT NO. 2
AUG 6/17/03

WELCOME GROUP, INC.
ARBY'S RESTURAUNT
'98 SUEDBURG ROAD
PINE GROVE, PA 17963

1220

DATE 12/31/02

PAY TO THE ORDER OF United st Srvics                $12,000.02

Twelve Thousd Dolollars        DOLLARS

Sovereign Bank

MEMO  K gte                    Khushi Bagga

Account 8171021387   Check# 0   Amount 12000.00
Date Presented 12-31-2002

---

BAGGA ENTERPRISES, INC.        497

Date 12/31/02

Pay to the Order of United st Srvics              $1,500.00

One Thous d Five Hundred Dolollars      Dollars

allfirst   Allfirst Bank
Harrisburg, PA 17101

For  K gte                    Khushi Bagga

Account 950423090   Check# 0   Amount 1500.00
Date Presented 12-31-2002

---

WELCOME GROUP, INC.
714 BETHLEHEM PIKE
ERDENHEIM, PA 19038

1439

DATE 12/31/02

PAY TO THE ORDER OF United st Srvics              $2,000.00

Two Thousd Dolollars         DOLLARS

Wayne Bank

MEMO  K gte                   Khushi Bagga

Account 4016236   Check# 0   Amount 2000.00
Date Presented 12-31-2002

---

BAGGA ENTERPRISES, INC.
714 BETHLEHEM PIKE
ERDENHEIM, PA 19038

957

DATE 12/31/02

PAY TO THE ORDER OF United st Srvics            $2,500.00

Two Thousd Five Hundred Dolollars  DOLLARS

First Liberty
Bank & Trust

MEMO  K gte                   Khushi Bagga

Account 1010001728   Check# 0   Amount 2500.00
Date Presented 12-31-2002

---

WELCOME GROUP, INC.
DBA ARBY'S
714 BETHLEHEM PIKE
ERDENHEIM, PA 19038

1512

DATE 12/31/02

PAY TO THE ORDER OF United st Srvics            $3,000.00

Three Thousd Dolollars       DOLLARS

Lafayette Ambassador Bank
Easton, PA 18042  •  Member F.D.I.C.

MEMO  K gte                   Khushi Bagga

Account 6483399   Check# 0   Amount 3000.00
Date Presented 12-31-2002

BAGGA ENTERPRISES, INC.
714 BETHLEHEM PIKE
ERDENHEIM, PA 1...08

165

Date 12/31/02

PAY to the order of United jet lines                    $ 2,000.00

Two Thousand And 00/100 ———————— Dollars

Citizens

For _____ 8 note ___                    Khushi Bagga

⑆031306029⑆ 01 160850 01 0165 ⑈0000200000⑈

Account 116085001   Check# 0   Amount 2000.00
Date Presented 12-31-2002

PAY TO THE ORDER OF
COMMERCE BANK
FOR DEPOSIT ONLY
UNITED MANAGEMENT SERVICES



Account 364041046   Check# 1248   Amount 162.00
Date Presented 12-13-2002

Account 364041046   Check# 1249   Amount 3000.00
Date Presented 12-18-2002

Account 364041046   Check# 1250   Amount 13500.00
Date Presented 12-17-2002

Account 364041046   Check# 1251   Amount 140.00
Date Presented 12-18-2002

Account 364041046   Check# 1252   Amount 4350.35
Date Presented 12-18-2002

EXHIBIT NO. 3

080703.txt

1

```
 1          IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF PENNSYLVANIA
 2          CIVIL ACTION NO. 2002-A; 02-2710;
            02-2711; 02-2711; 02-2711
 3
                    ------
 4
   FL RECEIVABLE TRUST,
 5
                    Plaintiff,
 6
 7          vs.
 8
 9  BAGGA ENTERPRISES, INC; JAMUNA REAL ESTATE,
    LLC; UNITED MANAGEMENT, SERVICES,INC.; and
10  WELCOME GROUP, INC.
11             Defendants.
12             ------
13          AUGUST 7, 2003
14             ------
15
16          (Completion of) Videotape Oral
   Deposition of KHUSHVINDER KAUR BAGGA, held in
17 the law offices of Obermayer, Rebman, Maxwell
   & Hipple, 1617 John F. Kennedy Boulevard, 19th
18 Floor, Philadelphia, Pennsylvania 19103,
   beginning at 12:31 pm, before Maureen
19 McCarthy, a Registered Professional Reporter,
   Certified Realtime Reporter, Approved Reporter
20 of the U.S. District Court, and a Notary
   Public of the Commonwealth of Pennsylvania.
21
               ------
22
        ESQUIRE DEPOSITION SERVICES
23      1800 John F. Kennedy Boulevard
               15th Floor
24    Philadelphia, Pennsylvania  19103
             (215) 988-9191
```

ESQUIRE DEPOSITION SERVICE

2

```
 1   APPEARANCES:
```

080703.txt

2

3      THACHER, PROFFIT & WOOD
       ROBERT HERMANN, ESQUIRE
4      JEAN BURKE, ESQUIRE
       LEE SMITH, ESQUIRE
5      50 Main Street, 5th Floor
       White Plains, NY 10606
6      (914) 421-4100
               and
7      OBERMAYER, REBMANN, MAXWELL &
       HIPPEL,LLP
8      STEVEN A. HABER, ESQUIRE
       LAWRENCE J. TABAS, ESQUIRE
9      One Penn Center, 19th Floor
       Philadelphia, Pennsylvania  19103
10     (215) 665-3000
       Counsel for Plaintiff
11
       SPECTOR, GADON & ROSEN, PC
12     LESLIE BETH BASKIN, ESQUIRE
       lbaskin@lawsgr.com
13     Seven Penn Center
       1635 Market Street, 7th Floor
14     Philadelphia, Pennsylvania  19103
       (215) 241-8888
15     Counsel for Defendants

16

17     ALSO PRESENT:

18

19          JASON HOFFMAN, Videotape Specialist
       Esquire Deposition Services
20

21

22

23

24


                 ESQUIRE DEPOSITION SERVICE

                                                            3


1                   I N D E X

2      WITNESS                            PAGE

3      KHUSHVINDER KAUR BAGGA

4           By Mr. Hermann                  5

5
                       Page 2

080703.txt

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ESQUIRE DEPOSITION SERVICE
KHUSHVINDER KAUR BAGGA
4

1          THE VIDEOGRAPHER:  We are now on

2    the record.  Today's date is August 7th, 2003.

3    The time is 12:31 pm.

4          Counsel, please introduce

5    yourselves for the record.

6          MR. HERMANN:   I'm Robert Hermann

7    from Thacher, Proffit & Wood representing the

8    plaintiff.

Page 3

080703.txt

9          MS. BURKE:  Jean Burke from Thacher, Proffit

10   & Wood, also representing the plaintiff.

11          MR. LIPSKY:  I'm Louis Lipsky representing

12   the defendants.

13          MS. BASKIN:  Leslie Baskin from Spector,

14   Gadon & Rosen representing the deponent, Mrs. Bagga.

15          MR. KIDD:  Ronald F. Kidd, representing the

16   deponent, Khushvinder Bagga, with regard to her

17   Constitutional rights.

18          MR. TABAS:  Lawrence Tabas, also

19   representing Prudential.

20          THE WITNESS:  I'm Khushvinder Bagga.

21          THE VIDEOGRAPHER:  The court reporter can

22   now swear in the witness.

23              ------

24          KHUSHVINDER KAUR BAGGA, 611 Creek


               ESQUIRE DEPOSITION SERVICE
               KHUSHVINDER KAUR BAGGA                         5


1    Lane, Flourtown, PA 19031, having been

2    previously sworn, was examined and testified

3    as follows:

4                    EXAMINATION

5    BY MR. HERMANN:

6       Q.  Good afternoon, Mrs. Bagga.

7       A.  Good afternoon.

8       Q.  We're going to continue your deposition today,

9    and under the same rules that I mentioned last time,

10   particularly, that if you don't understand a question,

11   indicate that, and I'll try to rephrase it so that it's

12   clearer.                    Page 4

080703.txt

13          Do you understand that?

14     A.   Yes.

15     Q.   Are you in good health today?

16     A.   Yes.

17          MS. BASKIN:   Before you start your

18     questions, if I could just make a general statement.

19               As everyone knows, we're here under a July

20     17th, 2003 order that was issued by Judge Reed.

21               I would just like to state that there is a

22     continuing general objection to the basis of relevance

23     concerning Mrs. Bagga's personal assets or anything not

24     directly related to the defendants here; and that our

ESQUIRE DEPOSITION SERVICE
KHUSHVINDER KAUR BAGGA

6

1      attendance here should not be deemed to be a waiver,

2      that general and continuing objection.

3               And just one other point.  Prior to the

4      deposition, I believe some time this week or late last

5      week, a confidentiality order was circulated to counsel,

6      and it's my understanding in speaking to my partner,

7      Susanne Shiller, that Mr. Hermann and Mr. Lipsky have

8      both approved the confidentiality agreement.

9          MR. HERMANN:   I received the confidentiality

10     agreement yesterday afternoon.  I had previously

11     indicated to Susan Shiller that I had no objection in

12     principle to signing one.

13               I have not had full opportunity to review

14     this and I've asked Ms. Burke also to review it, but it

15     is our intention to enter into a confidentiality

Page 5

080703.txt

16    agreement in the general nature here, and I simply

17    haven't looked at it with all the specifics; correct

18    thank you.

19        MR. KIDD: My name is Ron Kidd. I was

20    engaged by Mrs. Bagga last night, which would have been

21    August the 6th, and met with her between 4:30 and 8:30,

22    and at the conclusion of the meeting, I advised that

23    counsel for her at the deposition that she would be

24    invoking her Fifth Amendment to selected questions at

ESQUIRE DEPOSITION SERVICE
KHUSHVINDER KAUR BAGGA

7

1    the deposition tomorrow; and that I expect to limit my

2    role to giving her advice on which questions to answer

3    and whether or not to invoke her Constitutional rights

4    with regard to those questions.

5        In the early invocation of the rights,

6    assuming that she invokes them, she will read that she's

7    relying on counsel and that she's invoking her Fifth

8    Amendment rights under the Constitution of the United

9    States and refusing to answer.

10        After answering in that manner ten or 15

11    times, we will then switch to invoking our Fifth

12    Amendment rights by just saying "the Fifth Amendment."

13        MR. TABAS: Mr. Kidd, I would just like to

14    clarify -- this is Lawrence Tabas -- that if she invokes

15    it after that first time when she makes the full

16    statement that she actually state fully that she is

17    invoking the Fifth Amendment.

18        She doesn't have to read the whole statement

19    but rather than just use the phrase "Fifth Amendment."

Page 6

080703.txt

20        MR. KIDD:  Yes.  That's just to eliminate

21   the tedium of a long response to each question, and

22   hopefully to expedite the deposition.

23        MR. TABAS:  Thank you.

24   BY MR. HERMANN:


ESQUIRE DEPOSITION SERVICE

8


1        Q.  Mrs. Bagga, have you discussed what your

2   testimony today may be with anyone other than your

3   lawyers?

4        A.  No.

5        Q.  And have you reviewed any documents in

6   preparation for today's deposition?

7        A.  You mean today?

8        Q.  No.  Prior to today, have you reviewed any

9   documents in order to prepare yourself to have your

10   deposition taken today?

11        A.  I read my previous deposition.

12        Q.  And did you make any corrections in your previous

13   deposition?

14        A.  No.

15        Q.  Did you sign the deposition?

16        A.  No.  I've not signed it.

17        Q.  Did you show a copy of your deposition transcript

18   to anybody?

19        A.  No.

20        Q.  Did you discuss with anybody other than your

21   lawyers your answers to any of the questions that you

22   were asked at your last deposition?

080703.txt

23    A.  No.

24    Q.  Your lawyers produced to us copies of certain

9

1    documents from a computer that are in the software

2    format of Quicken.

3        Are you familiar with that?

4    A.  Yes.

5    Q.  Do you know where those computer records came

6    from?

7    A.  I guess someone in the office.  Probably got the

8    records from the office; right?

9    Q.  I don't want you to guess.  Do you know where

10    they came from?

11    A.  I was not there when your people came.  I know

12    somebody from your comp -- from your organization went

13    to the office to make copies of the computer records.

14    Q.  When you say the office, what building are you

15    referring to?

16    A.  714 Bethlehem Pike.

17    Q.  Excuse me just one minute.  I have to turn this

18    thing off.

19    Q.  Did you, in fact, see a copy of the records that

20    were produced to us yesterday?

21    A.  No.

22    Q.  You maintained, didn't you, certain records on a

23    computer in the Quicken software format.

24        Is that correct?

080703.txt

10

1    A.  Yes.

2    Q.  For how long a period of time did you keep those

3 records?

4    A.  Couple months.

5    Q.  In 2003?

6    A.  Yes.

7    Q.  Do you know when you started?

8    A.  Some time in May.

9    Q.  And did you stop at some point?

10    A.  No.  I just did it for a couple of months, then I

11 was not here, so it was just my personal accounts, I

12 guess, you're referring to.

13    Q.  Who made the entries in the computer that are

14 reflected in the information that was produced to us?

15        MR. KIDD:  I'm going to instruct you not to

16 answer that question.  Invoke your rights,

17    A.  Relying on the advice of my attorney, I invoke my

18 right against self-incrimination under the Constitution

19 of the United States and refuse to answer your question.

20    Q.  Why did you start using this Quicken software to

21 keep track of your personal accounts?

22    A.  I wanted to learn how Quicken works.

23    Q.  How did you keep track of this kind of

24 information before you used the Quicken software?

ESQUIRE DEPOSITION SERVICE

11

1    A.  On the -- with the checking -- with my checkbook,

Page 9

080703.txt

2   there's a little book there.

3     Q.  And when you wrote a check, you would make an

4   entry and a notation of the person to whom you wrote it

5   and the date?

6     A.  Most of the time, yes.

7     Q.  Did you also note deposits in your checkbook

8   memos?

9     A.  Usually, yes.

10    Q.  For how long a period of time have you been doing

11  that prior to using the Quicken software?

12    A.  Since I've had my account.

13    Q.  Now, which account are we talking about?

14    A.  Checking account.

15    Q.  And where is that checking account?

16    A.  Sovereign Bank.

17    Q.  How long have you had a checking account at

18  Sovereign Bank?

19          MS. BASKIN:  Objection to form.

20          MR. KIDD:  Answer the question.

21    A.  It was a long time.  I don't remember since when.

22    Q.  Several years?

23    A.  Several years, yes.

24    Q.  Do you have any other checking accounts at any

ESQUIRE DEPOSITION SERVICE

12

1   other banks?

2     A.  No.

3     Q.  Do you have more than one personal checking

4   account at Sovereign Bank?

5     A.  No.

Page 10

080703.txt

6    Q.  Do you sometimes write letters?

7    A.  Yes.

8    Q.  Do you write them by hand or on a typewriter?

9    A.  By hand or on the computer sometimes.

10   Q.  When you write letters on a computer, do you

11   write them from home or from the office?

12   A.  Both.

13   Q.  You have a computer at home as well?

14   A.  Yes.

15   Q.  Do you write business letters from the office and

16   personal letters from home?

17   A.  Not necessarily.  Sometimes I write personal

18   letters from the office too.

19   Q.  When you write a letter on the computer in the

20   office, do you save it?

21          MS. BASKIN:  Objection to form.

22   A.  Sometimes, yes, not all the time.

23   Q.  When you save it in the office, do you save it to

24   the hard drive or do you save it on a disk?


ESQUIRE DEPOSITION SERVICE

13


1    A.  I really don't know that much about computers.  I

2    just click the "save" button, so I don't know where it

3    goes, whether it goes on the hard drive?  I have no

4    idea.

5    Q.  When you write letters in the office and you save

6    them, which computer do you actually use to do that?

7    The same computer -- is it the same computer that has

8    the Quicken records?

Page 11

080703.txt

9     A.  Yes.

10    Q.  Where is that computer located within the office?

11    A.  On my desk.

12    Q.  Approximately, how many letters a week do you

13   write on average?

14    A.  From the office?

15    Q.  Yes.

16            MS. BASKIN:  Objection to form.

17    A.  Sometimes none.  I don't go to the office every

18   day.

19    Q.  Would it help if I asked you about how many

20   letters a year you write from the office?

21    A.  I don't know how many letters I would write.  I

22   don't keep account of them.

23    Q.  In the last 12 months, have you written more than

24   one letter at the office?

ESQUIRE DEPOSITION SERVICE

14

1     A.  Yes.

2     Q.  More than ten?

3     A.  I couldn't be able to give you a number.  I don't

4   remember.

5     Q.  Do you know whether it's more than ten?

6     A.  Yes, could be.

7     Q.  It could be or is, you think?

8     A.  I don't know.  First of all, I'm kind of confused

9   which if a document or this computer only, this desk.  I

10  just started doing it in May, so --

11    Q.  Prior to May of this year, did you use a

12  different computer in the office?

Page 12

080703.txt

13    A.  No, I used the same computer, but I'm not at the

14    office every day.

15    Q.  I understand that you're not at the office every

16    day.

17        I'm simply trying to ask you, when you're in the

18    office, about how many letters you normally write in the

19    course of a week or a year, whichever is easier for you

20    to answer.

21    A.  Could be 20, 25?  I don't know.  I couldn't give

22    you a number.  I don't remember how many letters I

23    write.

24    Q.  If you write a letter with regard to business

ESQUIRE DEPOSITION SERVICE

15

1    matters, do you always save it?

2    A.  No.

3    Q.  What determines whether you do or don't save a

4    letter that pertains to business matters?

5    A.  If it's important, I feel important, I save it.

6    If I don't feel, if it's a general letter, I'm just

7    saying hello, how are you doing?  What's going on?  I

8    don't need to save it.

9    Q.  Do you write business letters that just say

10   hello, how are you doing?  What's going on?

11   A.  Yes. Just to say what's happening.  Nothing, but

12   there's not much there to write.

13       I don't -- I just said, I don't write that many

14   letters so --

15   Q.  Do you use e-mail?

Page 13

080703.txt

16    A.  Yes.

17    Q.  Do you use e-mail in the office?

18    A.  Sometimes.

19    Q.  When you use e-mail in the office, do you use it

20  for personal as well as business reasons?

21    A.  Yes.

22    Q.  What's your e-mail address?

23          MR. KIDD:  I'm going to instruct you not to

24  answer.


ESQUIRE DEPOSITION SERVICE

16


1     A.  Relying on the advice of my attorney, I invoke my

2  right against self-incrimination under the Constitution

3  of the United States and refuse to answer your question.

4     Q.  Is there a domain name for your office?

5     A.  I don't think so.

6     Q.  How often do you use e-mail in the office?

7     A.  Not very often.

8     Q.  Do you sometimes use e-mail to contact people

9  with whom Bagga Enterprises does business?

10    A.  No.

11    Q.  Do you sometimes use e-mail to contact people

12  with regard to your own personal financial matters in

13  the office?

14    A.  No.

15    Q.  Do you know how frequently e-mails are removed

16  from the system in your office?

17    A.  Whose system?  My system?

18    Q.  Yes.

19    A.  No.

Page 14

080703.txt

20      Q.  Do you know who the Internet service provider is

21   that's used in your office?

22      A.  AOL?

23      Q.  Do you send e-mails from home too?

24      A.  Yes.


ESQUIRE DEPOSITION SERVICE

17


1      Q.  Is AOL the Internet service provider for your

2   home computer also?

3      A.  Yes.

4      Q.  Do you use a different user name and domain name

5   at home from what you use at the office?

6      A.  I don't understand what domain name is.

7      Q.  Is your address.  Is your e-mail address the same

8   at home as at the office?

9      A.  Yes.

10      Q.  Do you use your e-mail at home for personal

11   financial matters?

12      A.  I don't understand your question.

13      Q.  Do you ever use the e-mail account that you have

14   that you access at home in order to handle personal

15   financial matters either for yourself or for your

16   husband?

17      A.  I don't think so, no

18      Q.  Do you ever send e-mails to people in India from

19   your home?

20      A.  Yes.

21      Q.  Do you ever send e-mails to India from your

22   office?

Page 15

23    A.  Yes, maybe.

080703.txt

24    Q.  With whom do you correspond in India by e-mail?


ESQUIRE DEPOSITION SERVICE

18


1    A.  Friends, family.

2    Q.  Approximately, how many people are you

3  describing?

4    A.  15, 20.

5    Q.  Are all of those people friends and family?

6    A.  Yes.

7    Q.  When you correspond with the people in India, do

8  you ever correspond with them with regard to financial

9  matters?

10         MS. BASKIN:  Objection to form.

11    A.  I don't understand your question.  What do you

12  mean by financial matters?

13    Q.  Matters relating to your own personal assets,

14  your banking accounts, your savings.

15    A.  No.

16    Q.  Your property.

17    A.  No.

18    Q.  When you send correspondence from your house,

19  letters, do you save those on your computer at home?

20         MS. BASKIN:  Objection to form.

21         MR. KIDD:  Do you not understand the

22  question or do you think you should invoke the Fifth

23  Amendment?  Invoke the Fifth Amendment.

24    A.  I don't understand what you're saying.  If I save

080703.txt

19

1    them or not?

2        Q.  If you write a letter to someone from your house,

3    do you save that on your computer?

4        A.  Sometimes, yes.

5        Q.  Do you save it in hard copy?  On paper?

6        A.  I don't understand hard copy or the disk, how

7    it's saved.

8        Q.  In other words, do you save a piece of paper

9    which shows the document printed out or do you just save

10   it on the computer electronically?

11       A.  Sometimes I would print it out.  Sometimes I

12   would save it on the computer.

13       Q.  Do you maintain a file of printed copies of

14   letters you send from home?

15           MS. BASKIN:  General objection to all

16   questions concerning her personal computer at home, as

17   to form.

18           MR. KIDD:  Answer the question.

19       A.  Can you repeat the question, please?

20           (Pertinent portion of the transcript were read by

21   the court reporter.)

22       A.  Sometimes if I feel it's important, I do save it.

23   If I don't, I don't.

24       Q.  But at this point, do you have something that's

ESQUIRE DEPOSITION SERVICE

20

1    called a correspondence file that shows the letters you

Page 17

080703.txt

2    send?

3      A.  No.

4      Q.  If you were looking to get a copy of a letter

5    that you sent that you think you saved on a piece of

6    paper, where do you go look for it?

7      A.  On my desk.

8      Q.  Are all the letters you sent in one particular

9    place on your desk?

10     A.  No.  They're spread out on my desk.

11     Q.  Is it your testimony that all the letters you've

12   ever sent that you kept copies of are spread out on your

13   desk?

14     A.  No.  If I saved it, it should be there.  If I

15   didn't save it, it's probably in the trash.

16     Q.  But if you saved it, it's sitting on top of your

17   desk.

18        Is that what you're saying?

19     A.  Desk or in the office somewhere.

20     Q.  Did you say the desk or in your office somewhere?

21     A.  Somewhere in the office.

22     Q.  Where else in your office might you save a

23   letter?

24     A.  On the desk.  There's other furniture in the

ESQUIRE DEPOSITION SERVICE

21

1    office.

2      Q.  Do you have a filing cabinet at your home?

3      A.  No.

4      Q.  Do you ever put letters that you save inside

5    drawers as well as on top of the desk?

Page 18

080703.txt

6      A.  What letters are you talking about?

7      Q.  The letters that you were just describing a

8   moment ago that you sent to other people and saved a

9   copy of.

10      A.  Yes, they would be on the desk, in the drawer,

11   somewhere.

12      Q.  If they're in the drawer, are they filed in any

13   particular way?

14      A.  No.

15      Q.  They're not even filed chronologically?

16      A.  No.

17      Q.  Do you make a practice of reading your tax

18   returns before you sign them?

19          MR. KIDD:  Invoke your rights.

20      A.  Relying on advice of my attorney, I invoke my

21   rights against self-incrimination under the Constitution

22   of the United States and refuse to answer your question.

23      Q.  Have you ever had any discussions with either

24   Norman Cahan or any other accountant about your tax

ESQUIRE DEPOSITION SERVICE

22

1   returns?

2          MR. KIDD:   Invoke your rights.

3      A.  Relying on the advice of my attorney, I invoke my

4   rights against self-incrimination under the Constitution

5   of the United States and refuse to answer your question.

6          MR. HERMANN:   I'm just going to point out

7   that these are questions that were not answered last

8   time and that the judge directed her to answer.

Page 19

080703.txt

9          MR. KIDD:  I'm aware that those questions

10   were asked last time with regard to her tax returns and

11   the questions involving Mr. Cahan.

12          With that awareness, I'm still advising her

13   to invoke her Fifth Amendment rights.

14          MR. HERMANN:  I'm not going to repeat that

15   observation but it's going to apply to a lot of the

16   questions.

17          MR. KIDD:  I guess I will give you a

18   continuing objection then.

19          MR. HERMANN:  Continuing observation.

20   BY MR. HERMANN:

21      Q.  Do you have a personal money manager?

22      A.  No.

23      Q.  What's the amount of the mortgage on your home?

24      A.  About 8,000 dollars a month.  I'm sorry.


ESQUIRE DEPOSITION SERVICE

23


1       Q.  What's the principal?

2          MR. KIDD:  He asked you what is the

3   principal amount of the mortgage on your home.

4       A.  1.6 million.

5       Q.  Have you made any applications for loans in the

6   past two years?

7          MR. KIDD:  Invoke your rights under the

8   Fifth Amendment.

9       A.  Relying on the advice of my attorney, I invoke my

10   right against self-incrimination under the Constitution

11   of the United States and refuse to answer your question.

12      Q.  Is your home up for sale?

Page 20

080703.txt

```
13    A.  No.

14    Q.  Have you given a listing to any broker?

15    A.  No.

16    Q.  Have you made any loan guarantees in the past two

17  years?  That is -- I see you're looking at your lawyer.

18        MR. KIDD:  She's looking to me for

19  clarification of the question, not for on whether to

20  invoke --

21  BY MR. HERMANN:

22    Q.  I was going to clarify.

23        Do you know what I mean by a loan guarantee?

24    A.  I don't understand.
```

ESQUIRE DEPOSITION SERVICE

24

```
1     Q.  Have you guaranteed the repayment of a loan that

2   somebody else took out in the last couple years?

3     A.  Somebody else?  Meaning who?

4     Q.  Well, your husband or any other person, where you

5   guaranteed repayment of that loan.  Children?

6         MR. KIDD:  Invoke your rights under the

7   Fifth Amendment.

8     A.  Relying on the advice of my attorney, I invoke my

9   right against self-incrimination under the Constitution

10  of the United States and refuse to answer your question.

11    Q.  Do you own any real estate other than your home,

12  either separately or jointly with somebody else?

13    A.  Yes.

14    Q.  What real estate is that?

15    A.  The office, 714 Bethlehem Pike.
```

Page 21

080703.txt

16    Q.  And what's your ownership interest in that?

17    A.  I own hundred percent.

18    Q.  Is there any mortgage on that?

19    A.  Yes.

20    Q.  What's the amount of the mortgage on that?

21    A.  244,000.

22    Q.  Do you own any other property besides that?

23    A.  No.

24    Q.  Do you have a brokerage account?

ESQUIRE DEPOSITION SERVICE

25

1     A.  Yes.

2     Q.  With what firm or firms?

3     A.  Brown and Company.

4     Q.  Any others?

5     A.  I used to have Fidelity.  I don't remember if

6  it's still there.

7     Q.  That would be a mutual fund account?

8     A.  I don't remember what it was.

9     Q.  Do you have any mutual fund accounts?

10    A.  I don't think so.  I don't remember.

11    Q.  You have a checking account with Sovereign Bank.

12       Is that correct?

13    A.  Yes.

14    Q.  And do you have a main branch for that, that you

15  deal with at Sovereign Bank?

16    A.  No.

17    Q.  When you have to go in to see somebody at the

18  Bank, where would you go?

19    A.  Wherever I am, I just go into any branch.

Page 22

080703.txt

20      Q.  Is it correct that one of the things that you've

21   done in connection with United Management and Bagga

22   Enterprises is to handle certain banking deposits?

23      A.  Yes.

24      Q.  And can you tell me the names of all the banks in

ESQUIRE DEPOSITION SERVICE

26

1   which you've deposited money on behalf of Bagga

2   Enterprises or United Management in the last two years?

3            MR. KIDD:  I'm instructing her to invoke her

4   Fifth Amendment rights.

5      A.  Relying on the advice of my attorney, I invoke my

6   right against self-incrimination under the Constitution

7   of the United States and refuse to answer your question.

8      Q.  Now, another of your functions is writing checks

9   for those businesses.

10           Is that correct?

11           MS. BASKIN:   Objection as to form.

12      A.  Not anymore, no.

13      Q.  Was there a time when that was one of your

14   functions?

15           MR. KIDD:  Invoke your rights under the

16   Fifth Amendment. Just say, I'm invoking my rights under

17   the Fifth Amendment.

18      A.  I'm invoking my rights under the Fifth Amendment.

19      Q.  Can you tell me the names of all of the banks on

20   which you have, on behalf of Bagga Enterprises, United

21   Management or any other of the family-related

22   businesses, written checks in the past two years?

Page 23

080703.txt
23          MR. KIDD:  Invoke your rights under the

24    Fifth Amendment.

ESQUIRE DEPOSITION SERVICE

27

1      A.  I invoke my right under the Fifth Amendment.

2      Q.  Have you set up any trusts in the last two years?

3          MR. KIDD:  Invoke your rights.

4      A.  I invoke my rights under the Fifth Amendment.

5      Q.  Have you transferred any real or personal

6    property in the last six years?

7          MR. KIDD:  Invoke your rights.

8      A.  I invoke my right against self-incrimination

9    under the Constitution of the United States and refuse

10    to answer your question.

11     Q.  Have you assigned any property to creditors in

12    the last three years?

13     A.  I don't understand. What do you mean?

14     Q.  You know what a creditor is?

15     A.  Yes.

16     Q.  Have you ever, in last three years, assigned

17    anything to them in payment of a debt that you had to

18    them or that you and your husband collectively had to

19    them?

20     A.  I don't know of anything, no.

21     Q.  Did you ever borrow any money from the Singh

22    Brothers' trust?

23          MR. KIDD:  Invoke your rights.

24     A.  I invoke my right under the Fifth Amendment.

080703.txt

28

1    Q.  Did you ever hear of the Singh Brothers trust?

2        MR. KIDD:  Invoke your rights under the

3  Fifth Amendment.

4    A.  I invoke my right under the Fifth Amendment.

5    Q.  Did you know whether Amar Singh is one of the

6  Singh Brothers in the Singh Brothers trust?

7        MR. KIDD:  Invoke your rights.

8    A.  I invoke my right under the Fifth Amendment.

9        THE VIDEOGRAPHER:  Off the tape.  1:02.

10       (Recess.)

11       THE VIDEOGRAPHER:  Back on the record.

12  1:08.

13       MR. HERMANN:  Mr. Kidd, we've run into some

14  of those directions not to answer that you warned us of.

15       I guess I would like to ask you now if you

16  would state for the record what the basis of this

17  direction is.

18       MR. KIDD:  That, in my opinion, these

19  questions could tend to incriminate her by making a

20  response to it or lead to a further question that could

21  tend to incriminate her.

22       In other words, some of the questions could

23  be a link in the chain, and the chain leading to areas

24  which would be -- where she would have a right of

ESQUIRE DEPOSITION SERVICE

29

1  self-incrimination.

080703.txt

2       But I'm not going to give you what the areas

3   of exposure are, for the record.  If necessary, and this

4   comes to a Motion to Compel, I would gladly explain to

5   the judge on an exparte off the record representation as

6   to why there's a good faith basis for her to invoke her

7   Fifth Amendment rights on a selective basis.

8   BY MR. HERMANN:

9       Q.  Mrs. Bagga, do you get paid by K and P Realty?

10          MR. KIDD:  Don't shake your head.  Answer

11  the question.

12      A.  I don't understand.  Do I get a paycheck?

13      Q.  Yes.

14      A.  No.

15      Q.  Has K and P sold any real estate?

16      A.  Not that I know of, no.

17      Q.  Have you ever seen a statement of the income and

18  expenses of K and P?

19      A.  No.

20      Q.  Do you have an ownership interest in K and P?

21      A.  Yes.

22      Q.  How much of it do you own?

23      A.  Hundred percent.

24      Q.  Did you ever get any distributions of money from

ESQUIRE DEPOSITION SERVICE

30

1   K and P?  Separate from a paycheck.

2       A.  I don't understand the question.

3       Q.  Did you ever get any money at all from K and P?

4       A.  K and P did not pay me.

5       Q.  Did you ever sign a tax return for K and P?

Page 26

080703.txt

6    A.  I don't remember, no.

7    Q.  You told us last time about an entity called

8  Poojan, P-O-O-J-A-N.

9    A.  Yes.

10    Q.  What does Poojan own?

11    A.  It's owned by my husband.

12    Q.  Do you know what it, the company itself, owns, if

13  anything?

14    A.  It owns one Arby's Restaurant.

15    Q.  And where is that?

16    A.  In Pittston, Pennsylvania.

17    Q.  Now, since your original deposition, have you

18  been out of the country?

19    A.  Yes.

20    Q.  Where did you go?

21    A.  India and England.

22    Q.  And when did you go?

23    A.  I think I left on the 17th of last month.

24    Q.  July 17th?

ESQUIRE DEPOSITION SERVICE

31

1    A.  Around that time.  I don't remember exact date.

2    Q.  And when did you return?

3    A.  25th, 26th?  Something.

4    Q.  What airline did you travel on?

5    A.  British Airways.

6    Q.  Did you go on your own?

7    A.  Yes.

8    Q.  Did your son accompany you on part of the trip?

Page 27

080703.txt

9    A.  No.

10   Q.  Did he go to school in England during the summer?

11   A.  Who?

12   Q.  Your son.

13   A.  No.

14   Q.  So can you tell me what your itinerary was, where

15   you went first and where you went second?

16   A.  I went to India first and, on the way back, I

17   stopped in England.

18   Q.  How long were you in England?

19   A.  Two days.

20   Q.  Where did you stay?

21   A.  With a friend of mine.

22   Q.  In what city?

23   A.  Haunslow, I think.

24   Q.  So for five or six days, you were in India?

ESQUIRE DEPOSITION SERVICE

32

1    A.  Yes.

2    Q.  Where did you stay in India?

3    A.  With my brother.

4    Q.  In what city?

5    A.  New Delhi.

6    Q.  Did you stay with him the whole time?

7    A.  No, I stayed with him part of the time.  Part of

8    the time, I stayed with my friends.

9    Q.  These are non-family friends you stayed with?

10       When you weren't staying with your brother, you

11   were staying with friends who were not part of your

12   family?

Page 28

080703.txt

13   A.   They're family also, I guess.

14   Q.   Were they also in New Delhi?

15   A.   Yes.

16   Q.   Did you rent a car while in India?

17   A.   No.

18   Q.   Do you have an Indian driver's license?

19   A.   No.

20   Q.   When you're in India, if you need money, where do

21   you get it?

22   A.   Get it from my brother, get it from my

23   mother-in-law.

24   Q.   Does your mother-in-law also live in New Delhi?

ESQUIRE DEPOSITION SERVICE

33

1   A.   No.

2   Q.   Where does she live?

3   A.   She lives in a town called Kanpur, K-A-N-P-U-R.

4   Q.   How far is that from New Delhi?

5   A.   It's about five, six hours' drive.

6   Q.   Did you see her on your most recent trip?

7   A.   No.

8   Q.   When was the last time you saw her?

9   A.   In December.

10   Q.   If you need money and you get it from your

11   brother, how do you pay him back?

12   A.   I don't.  I don't pay my brother back.  I don't

13   have to.

14   Q.   Did you ever give him a check from an American

15   Bank and ask him to cash it for you?

Page 29

080703.txt

16    A.  I don't remember.

17    Q.  If you buy something in India, how do you pay for

18    it?

19    A.  Use a credit card.

20    Q.  What credit card do you use?

21    A.  American Express, Master Card.

22    Q.  On your most recent trip to India, did you charge

23    any purchases there?

24    A.  Yes.


ESQUIRE DEPOSITION SERVICE

34


1    Q.  What did you buy?

2    A.  Some clothes maybe.

3    Q.  Anything else?

4    A.  I don't think so, no.

5    Q.  Do you own any real estate in India?

6    A.  No.

7    Q.  Does your husband own any real estate in India?

8    A.  No.

9    Q.  Do you own any shares of any real estate?

10    Withdrawn.

11         Do you own a partial interest in any real estate

12    in India?

13    A.  No.

14    Q.  What business is your brother in in India?

15    A.  He is in leather and apparel exports.

16    Q.  Does he export to the United States?

17    A.  Yes.

18    Q.  Have you ever done any business with him in terms

19    of leather or apparel exports?

Page 30

080703.txt

20     A.  No.

21     Q.  Does he own his own business?

22     A.  I don't know.

23     Q.  Did you ever ask him whether he owns a business?

24     A.  No.


ESQUIRE DEPOSITION SERVICE

35

1      Q.  Is there anybody else in your family who's in the

2  leather and apparel export business?

3      A.  No.

4      Q.  Does your brother have a store?

5      A.  No.

6      Q.  Is he in the wholesale part of the business?

7      A.  I don't know details.  I just know he's a man of

8  business.

9      Q.  Do you know whether your husband has ever done

10  any business with your brother?

11     A.  I don't know.

12     Q.  Does your father maintain banking contacts in

13  India?

14     A.  My father lives here now, so I don't know.

15     Q.  Was he formally involved in banking in India?

16     A.  Yes.  He was a chairman of one of the banks in

17  India.

18     Q.  What Bank was that?

19     A.  Penjobbinson (ph) Bank.

20     Q.  And when did he cease being the chairman of that

21  Bank?

22     A.  I don't remember.  A long time ago.  About 15

Page 31

080703.txt
23    years ago, I think.

24        Q.  Does your father travel to India at times?

ESQUIRE DEPOSITION SERVICE

36

1     A.  Yes, sometimes he does.

2     Q.  Does he travel there more than once a year?

3     A.  No, I don't think so.

4     Q.  Do you know whether your father does any banking

5     business in India these days?

6     A.  I don't know.

7     Q.  Where does he live in America?

8     A.  Lansdale, Pennsylvania.

9     Q.  Do you own any assets in India?

10    A.  No.

11    Q.  Do you own any shares of any Indian companies?

12    A.  I own share of one company, yes.

13    Q.  What company is that?

14    A.  I don't remember the name.  I think it's called

15    Pradeep Metals.

16    Q.  Can you spell that?

17    A.  P-R-A-D-E-E-P Metals.

18    Q.  Is that a publicly traded company?

19    A.  I don't know.

20    Q.  How long have you had an ownership interest in,

21    that is to say, ownership interest in Pradeep Metals?

22    A.  I don't remember.  I think it would probably be

23    ten, 15 years ago.

24        Q.  Do you receive any income in connection with your

080703.txt

37

1    ownership?

2        A.  No.

3        Q.  Have you sold any assets in India in the past ten

4    years?

5        A.  I don't have any assets in India.

6        Q.  I understand.  I'm asking you whether you sold

7    any and that's why you don't have any anymore.

8        A.  I can't sell something I don't have.  I don't

9    have assets in India.

10       Q.  And you haven't had any for the past ten years?

11       A.  No.

12       Q.  In the last three years, have you visited any

13   banks in India?

14       A.  Yes.

15       Q.  which banks have you visited?

16       A.  ICICI Bank.

17       Q.  And where is that?

18       A.  In New Delhi.

19       Q.  Any other banks?

20       A.  No.

21       Q.  Can you approximate in the last ten years how

22   many times you visited ICICI Bank?

23       A.  I visited once last year.

24       Q.  What was the purpose of that visit?

ESQUIRE DEPOSITION SERVICE

38

1        A.  I opened an account.

Page 33

080703.txt

2    Q.  Did you make an initial deposit in that account?

3    A.  Yes.

4    Q.  How much did you deposit into the account?

5    A.  $200.

6    Q.  And since that time, had you deposited any more

7    money in the account?

8    A.  No.

9    Q.  Have you withdrawn any money from the account?

10    A.  No.

11    Q.  Why did you open an account in India with $200?

12    A.  Just thought, I go to India, sometimes I need it,

13    get an ATM card, if I need cash, I can get money, you

14    can -- I was told you can use it from here because they

15    have a bank here, but I haven't used it.

16    Q.  That's your only bank account in India?

17    A.  Yes.

18    Q.  Do you have any bank accounts in any other

19    countries?

20    A.  No.

21    Q.  Have you closed any bank accounts in any other

22    countries in the last ten years?

23    A.  No.

24    Q.  Does your husband have a bank account in India?


ESQUIRE DEPOSITION SERVICE

39

1    A.  I don't think so.

2    Q.  Have you ever asked any of your family members to

3    put some of your money in some of their accounts for

4    safe-keeping?

5    A.  No.
                              Page 34

080703.txt

6     Q.  Had you visited any investment firms in India in
7     the past five years?

8     A.  No.

9     Q.  Have you spoken to any investment firms?

10    A.  No.

11    Q.  Do you have any securities accounts in any
12    investment firms?

13    A.  No.

14    Q.  Have you discussed business or financial matters
15    with anybody in India in the past year?

16    A.  No.

17    Q.  Did you keep any diary or any record of anybody
18    you met with in India in the last year?

19    A.  No.

20    Q.  Do you have a palm pilot?

21    A.  No.

22    Q.  You don't have a personnel calendar?

23    A.  No.

24    Q.  Have you ever heard of something called Havala

ESQUIRE DEPOSITION SERVICE

40

1     (ph)?

2     A.  What is that?

3     Q.  I'm asking you whether you've heard of it.

4     A.  No, I don't know what it is.

5     Q.  Have you ever been involved in currency exchange
6     transactions involving Indian and US currency?

7     A.  No.

8     Q.  Has your husband ever been involved in currency

080703.txt

9   exchange transactions involving Indian and US currency?

10      A.  I don't know.

11      Q.  To your knowledge, has anyone ever come to you or

12  your husband and asked for -- planning to go to India

13  and asking -- for your husband or for you to, in

14  essence, exchange money for them that they can receive

15  when they get to India?

16      A.  No.

17      Q.  Have you ever seen a copy of a transcript of

18  deposition testimony in which your husband described how

19  he engaged in this practice?

20      A.  No.

21      Q.  Have you ever spoken to people in India about

22  their getting money out of the country by engaging in

23  this practice of currency exchange with people in

24  America?

ESQUIRE DEPOSITION SERVICE

41

1       A.  No.

2       Q.  Are you aware of whether there were any controls

3   on people taking money out of India who live there?

4       A.  I don't know.

5       Q.  Is it your testimony you've never heard that it's

6   difficult for people with wealth in India to take that

7   money out of the country?

8       A.  I don't know what the system is.

9       Q.  You've never heard that, that it's difficult for

10  people with money to get the money out of the country?

11      A.  No.

12      Q.  You've never seen people at your house coming to

Page 36

080703.txt

13    see your husband about giving him money that would then

14    be paid to them once they get to India?

15         A.   No.

16         Q.   On any of your trips to India, did you ever

17    discuss currency exchange with anybody there?

18         A.   No.

19         Q.   Did you ever hear of a practice whereby people

20    who were privately doing currency exchange could give

21    more favorable rates to people than the official quoted

22    rate?

23         A.   I don't know.

24         Q.   You file a joint tax return with your husband.

ESQUIRE DEPOSITION SERVICE

42

1          Is that correct?

2          A.   Yes.

3          Q.   Do you read it before you sign it?

4          A.   No.

5          Q.   Did you ever notice on the tax return whether

6     there's any money listed there for commissions earned on

7     currency exchange?

8          A.   No.

9          Q.   You know who Ravi Chawla is; right?  You

10    testified about him at the last deposition?

11         A.   Yes.

12         Q.   Have you ever talked to him about currency

13    exchange?

14         A.   No.

15         Q.   On your most recent trip to India, did you speak

080703.txt

16    to either of your husband's brothers?

17    A.  Yes.

18    Q.  Which one or both?

19    A.  Both of them.

20    Q.  What are their names?

21    A.  Surjit, S-U-R-J-I-T, Bagga, and the other one is

22    Narender, N-A-R-E-N-D-E-R.

23    Q.  Where do they live?

24    A.  Kanpur, K-A-N-P-U-R.


ESQUIRE DEPOSITION SERVICE

43


1    Q.  Did you see them there or did you see them in New

2    Delhi?

3    A.  I said I talked to them.  I didn't see them.

4    Q.  I'm sorry.  You spoke to them on a cell phone

5    while you were there?

6    A.  Yes.

7    Q.  Did you do any business with them?

8    A.  No.

9    Q.  Did you discuss financial matters at all with

10    them?

11    A.  No.

12    Q.  Have you ever spoken to either one of them about

13    financial matters of a personal nature?

14    A.  No.

15    Q.  Have you ever talked to either one of them about

16    business matters?

17    A.  No.

18    Q.  Your conversations were purely social and family?

19    A.  Yes.

Page 38

080703.txt

20    Q.  Do you have a lawyer in India?

21    A.  No.

22    Q.  Did you ever have a lawyer in India?

23    A.  No.

24    Q.  Is there a family lawyer in India that you know?

ESQUIRE DEPOSITION SERVICE

44

1    A.  No.

2    Q.  Have you ever been to a lawyer's office in India?

3    A.  No.

4    Q.  Ever sat down and met with a lawyer in India?

5    A.  Well, I have some lawyers in the family, some

6    relatives.  I know them.

7    Q.  Have you ever consulted them about legal matters?

8    A.  No.

9    Q.  You mentioned at your last deposition the

10   countries that you had visited on what then had been

11   your most recent trip abroad.

12   A.  Yes.

13   Q.  Are there any other countries you visited in the

14   past five years besides the ones you told me about last

15   time?

16   A.  No.  I think I told you most of them, from what I

17   remember.

18   Q.  Do you have bank accounts in any of those

19   countries?

20   A.  No.

21   Q.  Do you have securities accounts in any of those

22   countries?

Page 39

080703.txt
```
23    A.  No.

24    Q.  Do you own property in any of those countries?
```

ESQUIRE DEPOSITION SERVICE

45

```
1     A.  No.

2     Q.  And in the last five years, have you made any

3  purchases over $5,000 in any of those countries?

4     A.  No, I don't think so.

5         THE WITNESS:  Can you put the air conditioner

6  down?  It's cold again.

7         (Recess.)

8  BY MR. HERMANN:

9     Q.  You had or have a company called KB Apparel?

10    A.  Yes.

11    Q.  Does that still exist?

12    A.  No.

13    Q.  During what period did it exist?

14    A.  In the early '90s.

15    Q.  Approximately, when did it cease to exist?

16    A.  Somewhere in the mid '90.

17    Q.  Did KB Apparel operate Sunshine Blues Apparel

18  stores?

19    A.  Yes.

20    Q.  How many?

21    A.  At its peak, it operated five stores.

22    Q.  And when KB Apparel ceased to be in business, did

23  those stores close?

24    A.  Yes.
```

ESQUIRE DEPOSITION SERVICE
Page 40

080703.txt

46

1    Q.   Who handled the books for KP Apparel?

2    A.   You mean the accountant?

3    Q.   Yes.

4    A.   John Melkowski.

5    Q.   Can you spell that for us?

6    A.   J-O-H-N, M-E-L-K-O-W-S-K-I.

7    Q.   Was he someone who was an outside accounting firm

8  or someone who was a bookkeeper inside?

9    A.   Outside.

10    Q.   Who handled the books for you in terms of your

11  internal records?  Did you have a bookkeeper?

12    A.   No.  I did.

13    Q.   Did Sunshine Blues sell brand name jeans?

14    A.   Yes.

15    Q.   What else did it sell?

16    A.   Jean, shirts, T-shirts, sneakers.

17    Q.   Was it for men and women?

18    A.   Yes.

19    Q.   Why did the business close?

20    A.   You mean my business?

21    Q.   Yes.

22    A.   I decided to close it because my kids were too

23  young and they needed for me to be home.

24    Q.   Was there a relationship between KB Apparel and

47

1   Sunshine Blues, on the one hand, and American

080703.txt

2   Merchandising Company on the other?

3       A.   No.

4       Q.   These were completely separate businesses?

5       A.   Yes.

6       Q.   Who owned American Merchandising Company?

7       A.   When?

8       Q.   Well, at one point, your husband owned it.

9            Isn't that right?

10      A.   Yes.

11      Q.   And prior to your husband's owning it, Ravi

12  Chawla owned it.

13           Is that right?

14      A.   No.

15      Q.   Who owned it before your husband?

16      A.   GT Chawla.

17      Q.   Did GT Chawla own it 100 percent?

18      A.   I don't know the percentages.

19      Q.   And when did your husband acquire American

20  Merchandising from GT Chawla?

21      A.   I don't remember exact time.

22      Q.   Was it in or about the late 1990s?

23      A.   Yes, somewhere in the late 1990s.

24      Q.   When Mr. Chawla owned it, did your husband also


ESQUIRE DEPOSITION SERVICE

&#9633;

48


1   have a position there?

2       A.   I don't know.  I don't remember.

3       Q.   Did you ever hear that he was the vice president

4   of American Merchandising?

5       A.   Maybe he was.  I don't remember.

080703.txt

6       Q.   Do you know whether he actually worked in the
7   American Merchandising business before he owned it?
8       A.   I know he was working with GT Chawla to acquire
9   the company.  I don't know how they worked on.
10      Q.   What I'm asking is, before he acquired the
11  company, did he actually go to work there, do some work
12  for the company as an employee or otherwise?
13      A.   I don't know.
14      Q.   What did American Merchandising do?  What was its
15  business?
16      A.   It was in the clothing business.
17      Q.   What part of the clothing business was it in?
18  Did it buy clothes, sell clothes, make clothes, export?
19      A.   Buy and sell.
20      Q.   What did it buy?  What kinds of clothes did it
21  buy?
22      A.   Name brand clothes.
23      Q.   Was it a wholesaler, a distributor?
24      A.   They were in the trading business.


                ESQUIRE DEPOSITION SERVICE
                                                        49


1       Q.   It didn't own any stores, it had retail outlets?
2       A.   No, not that I know of, no.
3       Q.   So it would buy from manufacturers?  Am I
4   understanding you correctly?  Or distributors?  I'm
5   asking you to tell me about what you know about what
6   that business did.
7       A.   They were in the business of buying and selling.
8       Q.   Okay.  Who were they buying from?  Who were they
                        Page 43

080703.txt

9    selling to?

10    A.  They had customers.  I don't know the details.

11    Q.  Have you told me everything you know about how

12  this business operated?  You don't know who they bought

13  from or who they sold to?

14    A.  I don't know the names of all the companies they

15  did business with.

16    Q.  Do you know anything they ever sold?

17    A.  They sold jeans, sneakers, shorts.

18    Q.  Did they sell them in this country or did -- or

19  did they ship them elsewhere?

20    A.  I don't know the details.

21    Q.  Do you know anything more than you've just told

22  me?

23    A.  I just know they were in the trading business.

24    Q.  When you say they were in the trading business,

ESQUIRE DEPOSITION SERVICE

50

1    is that different from buying and selling?

2    A.  No.

3    Q.  Do you know whether they got goods from

4  manufacturers?

5    A.  It could be manufacturers or distributors or just

6  other wholesalers.

7    Q.  You were the secretary of the company.  Weren't

8  you?

9    A.  In the beginning, yes.

10    Q.  When Mr. Chawla owned it?

11    A.  Yes.

12    Q.  For how long?

Page 44

080703.txt

13    A.  Couple of years, I think.

14    Q.  When you were the secretary, did you actually go

15  to work there?

16    A.  No.

17    Q.  What did you do as the secretary?

18    A.  Not much.

19    Q.  Did you do anything?

20    A.  No, not really.

21    Q.  Did you earn any income for being secretary?

22    A.  No.

23    Q.  Who asked you to be the secretary?

24    A.  GT Chawla.

ESQUIRE DEPOSITION SERVICE

51

1    Q.  Did he ever tell you why he wanted you to be the

2  secretary?

3    A.  No.  I guess they needed help, but then there

4  wasn't much to do, so I didn't do anything.

5    Q.  Did they actually have an office anyplace?

6    A.  I don't think so, no.

7    Q.  Did they have a warehouse?

8    A.  They probably did, yeah.

9    Q.  If they did, you never saw it?

10    A.  No.

11    Q.  So when you said they were trading goods, do you

12  know where they ever actually took delivery of these

13  goods or they simply bought and sold contracts for

14  goods?

15    A.  Sometimes they did take delivery, I'm sure.

Page 45

080703.txt

16    Q.  You were never paid a salary by them?

17    A.  Not that I remember, no.

18    Q.  Did you ever talk to GT Chawla about the

19  business?

20    A.  No.

21    Q.  Were you ever present when your husband talked to

22  the Chawlas about buying the business?

23    A.  No.

24    Q.  Do you have any idea what the terms of the

ESQUIRE DEPOSITION SERVICE

52

1  purchase and sale were?

2    A.  No.

3    Q.  Do you have any idea what your husband did as the

4  vice president of finance before he bought the company?

5    A.  No.

6    Q.  Do you have any idea what Mr. Singh did as the

7  other vice president of the company before your husband

8  bought it?

9    A.  Mr. Singh?  Who is that?

10    Q.  Amar Singh.  Wasn't he also a vice president of

11  that company?

12    A.  Not that I know of.

13    Q.  Have you ever written a check to American

14  Merchandising Company?

15    A.  Yes, I might have.

16    Q.  Do you remember doing so?

17    A.  I don't remember it but I might have written some

18  checks.

19    Q.  Why would you have written the check to American

Page 46

080703.txt

20   Merchandising?

21      A.   I don't remember.

22      Q.   What makes you think you did?

23      A.   I said I don't remember.  I might have.  I don't

24   remember.  I didn't say I did.


                    ESQUIRE DEPOSITION SERVICE

                                                              53


1       Q.   Is there any reason you can think why you might

2    have written a check to American Merchandising?

3       A.   No.

4       Q.   As you sit here today, you don't have any actual

5    memory of having done so.  You just think you might

6    have.

7            Is that right?

8       A.   Yes.

9       Q.   Now, you know a company also called World

10   Apparel.

11           Is that correct?

12      A.   Yes.

13      Q.   Was World Apparel in the business of exporting

14   clothing?

15      A.   I think so, yes.

16      Q.   Did you have any ownership interest in World

17   Apparel?

18      A.   No.

19      Q.   Did your husband have any ownership interest in

20   World Apparel?

21      A.   Not that I know of, no.

22      Q.   When did you first hear of that company?

                         Page 47

080703.txt

23    A.  World Apparel?

24    Q.  Yes.

1     A.  18 years ago maybe?

2     Q.  1985, approximately?

3     A.  '86.

4     Q.  And in what context did you hear of World Apparel

5  in 1986?

6     A.  When we had the Sunshine Blue franchises, they

7  were the franchisor for Sunshine Blues.

8     Q.  Who ran World Apparel Products in those days, if

9  you know?

10    A.  All the Chawla brothers.

11    Q.  Did you talk to any of them at that time about

12  World Apparel Products?

13    A.  At that time?

14    Q.  When you first became a franchisee?

15    A.  Talk to them about what?

16    Q.  Talk about anything.  In other words, that's when

17  you met the Chawlas, when you became a franchisee?

18    A.  Yes.

19    Q.  But there's some family relationship between you

20  and the Chawlas, isn't there, that preexisted you

21  becoming a franchisee?

22    A.  Yes.

23    Q.  But you hadn't met them before that?

24    A.  No.

080703.txt

55

1      Q.  Did World Apparel Products ever engage in

2   business transactions with American Merchandising?

3      A.  I think, yes.

4      Q.  When you say "I think, yes," you're not sure or

5   you are sure?

6      A.  I think they did.

7      Q.  Is there something that makes you uncertain about

8   whether it did?

9      A.  No.  I think they did business, yes.

10      Q.  Did they do business regularly?

11      A.  I don't know how regularly, but --

12      Q.  What was the nature of the business that they did

13   with each other, these two companies?

14      A.  Just the clothing business they did.

15      Q.  What part of the clothing business did they do

16   transactions with?  Was one a buyer and the other a

17   seller?  Did they do joint ventures?  Were they

18   partners?  I'm trying to get you to tell me what you

19   know about.

20      A.  I don't know details, how they worked

21      Q.  What makes you think they did business then?

22      A.  I just think they did business.  I don't know how

23   or what.  I don't know the details.

24      Q.  Who runs World Apparel Products now?

ESQUIRE DEPOSITION SERVICE

56

1      A.  I don't know.

Page 49

080703.txt

2    Q.  Do you know who ran World Apparel Products at any

3    time?

4    A.  Chawla brothers, all the brothers ran it.

5    Q.  All of them?

6    A.  Yes, they all worked.  I don't know who did what.

7    Q.  Did you ever talk to any of the Chawla brothers

8    about the company, World Apparel Products?

9    A.  About the company for what?

10   Q.  Any aspect of the company.  Did the name "World

11   Apparel Products" ever come up in any of your

12   conversations with any of the Chawlas?

13   A.  No.

14   Q.  So how did you know they had any ownership

15   interest?

16   A.  Because we bought the franchise from them.

17   Q.  You bought the franchise for Sunshine Blues?

18   A.  Yes.

19   Q.  How did you know it did business with American

20   Merchandising?

21   A.  American Merchandise came later on.

22   Q.  When did American Merchandising come?

23   A.  Somewhere in the '90s.

24   Q.  That was after you closed the Sunshine Blues

ESQUIRE DEPOSITION SERVICE

57

1    stores?

2    A.  Yes, I think so.

3    Q.  But at some point, your husband bought American

4    Merchandise from the Chawlas, and then engaged in

5    business transactions with World Apparel Products, also

Page 50

080703.txt

6    with the Chawlas.

7        Did you have any understanding what those

8    business transactions were?

9            MS. BASKIN:  Objection as to form.

10    A.  No.

11            THE WITNESS:  Can I take a break?

12            THE VIDEOGRAPHER:  Off the tape, 1:53.

13            (Recess.)

14            THE VIDEOGRAPHER:  Back on the record.

15    2:07.

16    BY MR. HERMANN:

17    Q.  Mrs. Bagga, did there ever come a time when you

18    learned that the company that your husband owned 100

19    percent of, American Merchandising, had advanced more

20    than 6 million dollars to World Apparel Products and had

21    lost that money?

22    A.  Yes.

23    Q.  When did you come to learn that?

24    A.  About two and a half years ago.  Something like

ESQUIRE DEPOSITION SERVICE

58

1    that, two, two and a half years.

2    Q.  How did you learn that?

3    A.  Paul told me that when they were doing business

4    with World Apparel, they had advanced them money and

5    lost the money.

6    Q.  And World Apparel had lost the money?

7    A.  Yes.

8    Q.  Did you ever come to learn more information about

Page 51

080703.txt

9  it than what you just told me?

10    A.  No.

11    Q.  Did you ever ask anybody else for more details

12  about what had happened?

13    A.  No.

14    Q.  Was there ever a time in your life when a

15  business that you were involved in had lost more than 6

16  million dollars?

17    A.  Can you repeat the question?

18    Q.  Is that the first time in your life that one of

19  the businesses that you or your family was involved in

20  had lost 6 million dollars?

21    A.  Yes.

22    Q.  Did you ever ask Mr. Chawla for an explanation of

23  what happened?

24    A.  No.

ESQUIRE DEPOSITION SERVICE

59

1    Q.  In the last two years, how many times have you

2  seen Ravi Chawla?

3    A.  Quite a few times.

4    Q.  More than ten?

5    A.  Yes.

6    Q.  More than 25?

7    A.  Yes.

8    Q.  Weren't you ever curious to ask him what happened

9  to the 6 million dollars?

10    A.  I was just told lost the money in business.

11    Q.  Did Ravi Chawla tell you that?

12    A.  Paul told me.

Page 52

080703.txt

13   Q.  But you never asked Ravi.

14     Is that right?

15   A.  No.  I did ask Ravi and he said it was business

16 losses, that's all.

17   Q.  When did you ask Ravi Chawla about the loss?

18   A.  I don't remember when.

19   Q.  Tell me, as best as you can recall, what you said

20 to him and what he said to you when you asked him about

21 that.

22   A.  About two years ago, I guess, when this thing

23 happened when Paul told me, and then I asked Ravi and

24 they said they have business losses.

ESQUIRE DEPOSITION SERVICE

60

1   Q.  Was that, as far as you can recall, the phrase he

2 used, business losses?

3   A.  Yes.

4   Q.  Did you ask anything further?

5   A.  No.

6   Q.  Did you ask him why they had the business losses?

7   A.  I know they had business losses.  Why business

8 losses -- I know they went out of business, they had

9 business losses.

10   Q.  What was your understanding of what the 6 plus

11 million dollars was for that had been transferred from

12 American Merchandising to World Apparel?

13   A.  I guess some business transactions that the money

14 was advanced to World Apparel, and I guess they made

15 some bad transactions.

Page 53

080703.txt

16    That's when they had the business losses.

17    Q. As you sit here today, you don't know what those

18 bad transactions were?

19    A. No.

20    Q. Even in general terms?

21    A. No.

22    Q. And you never asked anybody about it other than

23 Ravi Chawla who said they were business losses?

24    A. Yes.

ESQUIRE DEPOSITION SERVICE

61

1    Q. Did you ever ask any of the other Chawlas about

2 what happened?

3    A. No.

4    Q. Did Ravi Chawla ever say, in words or substance,

5 he will try to make it up to you?

6    A. I know Paul filed a judgment; so he said that if

7 the business -- if business picks up, they will pay it

8 back.

9    Q. Who said that to you, if anyone?  Who said if the

10 business picks up, they'll pay it back?

11    A. That's what Paul said to me.

12    Q. Paul said to you that if World Apparel's business

13 picked up, World Apparel would pay back --

14    A. Yeah, if they lost the money, they would pay

15 back.

16    Q. Did World Apparel's business ever pick up?

17    A. I don't know of that.  I don't think so.

18    Q. Now, you said a moment ago that your husband

19 filed a judgment.

Page 54

080703.txt

20      You mean he sued -- that he had his company sue
21   their company?

22      Is that your understanding?

23   A.  I know there was a judgment.  I don't know the
24   details.


ESQUIRE DEPOSITION SERVICE

62

1    Q.  Do you know whether American Merchandising sued
2    World Apparel for the money that was lost?

3    A.  I think that's what they did, yes.

4    Q.  And is it your understanding that World Apparel
5    didn't defend that suit and admitted that it owed the
6    money?

7    A.  I think, yeah, that money is owed to American
8    Merchandise.  That's what the lawsuit was filed for.

9    Q.  Did anyone ever tell you why World Apparel owes
10   that money to American Merchandising if those were
11   business losses?

12   A.  I know the money was lost.  That's why there was
13   a lawsuit.

14   Q.  As far as you understand, did World Apparel
15   Products do something wrong that caused it to owe the
16   money to American Merchandising?

17   A.  I don't know, no

18   Q.  Do you know whether there was a contract or loan
19   agreement that required World Apparel to pay the money
20   back to American Merchandising even if it were lost?

21   A.  I don't know that.

22   Q.  Did anyone ever tell you whether the money that

Page 55

080703.txt
23  was given by American Merchandising to World Apparel was

24  a loan?

ESQUIRE DEPOSITION SERVICE

63

1       A.  I don't know the detail, whether it was a loan or

2   what the nature of the transaction was.

3           I just know the money was lost in business.   I

4   don't know the details, how it was.

5       Q.  Now, if American Merchandising collected on that

6   judgment which was for more than 6 million dollars, I

7   will represent to you, that would have been money that

8   went to your family 100 percent.  Wouldn't it?

9               MS. BASKIN:  Objection as to form.

10      A.  No.

11      Q.  Didn't your husband own a hundred percent of the

12  company?

13      A.  Yeah, but it has to go back to the bank.

14      Q.  And your husband would have used part of that to

15  pay off the bank; right, if he had gotten it?

16      A.  Yes.

17      Q.  And how much was owed to the Bank?

18      A.  I don't know.

19      Q.  Wasn't the Bank owed 5 million dollars?

20      A.  Yeah, I think so.

21      Q.  Wouldn't there have been more than a million and

22  a half or 800,000 dollars left over for you if they

23  collected on that judgment?

24      A.  Yes.

080703.txt

64

1    Q.  Is it your testimony you never tried to find out

2  why it couldn't collect on that judgment?

3    A.  I just said that Paul said that when -- if they

4  get the business, they'll recover a judgment.

5        I don't know how the judgment works, how it was

6  supposed to be collected.  World Apparel is not in

7  business anymore right now; so I don't know how they're

8  doing it.

9    Q.  Do you know whether any law firm was ever hired

10  to collect that judgment?

11    A.  No, I don't.

12    Q.  Do you know whether the judgment was assigned to

13  -- to the bank that had lent the money for that

14  transaction?

15    A.  Yeah, I believe it was assigned to the bank.

16    Q.  And the entire judgment was assigned to that

17  bank.  Wasn't it?

18    A.  I don't know the details, how the entire or what

19  was ordered.  I know there was an assignment to the

20  bank.  I don't know amounts.

21    Q.  Now, do you know whether any of your personal

22  money, your family's personal money, was included among

23  the 6.8 million dollars that was advanced?

24    A.  No, I don't know.

ESQUIRE DEPOSITION SERVICE

65

1    Q.  If there was 1.8 million dollars that was

Page 57

080703.txt

 2  advanced above and beyond the 5 million dollars from the

 3  bank, your testimony is you don't know where that came

 4  from?

 5      A.  No.  I don't know the details.  I was not a part

 6  of American Merchandise.

 7      Q.  Did you ever talk to Ravi Chawla about the loans

 8  that had been obtained from Captec?

 9      A.  No.  You know what?  I just want to go back on

10  one thing.

11          Part of -- you said 6.8.  I think part of it is

12  the profits from the previous transactions.  That's how

13  it made it up to -- that's what I believe.

14      Q.  Part of the --

15          (Pertinent portion of the notes of testimony was

16  read.)

17      A.  You said 5 million was the loan and you said how

18  did the extra money.  I think part of it was the profits

19  from the previous transactions.

20      Q.  What previous transactions?

21      A.  Of American Merchandise.

22      Q.  Did American Merchandise have profits?

23      A.  Yes.  I think that's what part of it is.

24      Q.  So American Merchandise had a million, 800,000

ESQUIRE DEPOSITION SERVICE

                                                        66

 1  dollars in profits?

 2      A.  I said a part.  I didn't say all of it.

 3      Q.  I'm sorry.  Go ahead.  Complete your answer.

 4      A.  I think a part of it would be the profits from

 5  the previous transactions.  I don't know the details.  I
                        Page 58

080703.txt

6  was not a part of American Merchandise.

7  Q. Did you ever see any paperwork that documented

8  this loan advance -- did you ever see any paperwork that

9  documented this advance of funds by American Merchandise

10  to World Apparel?

11  A. No.

12  Q. Did you ever ask whether there was any paperwork

13  for it?

14  A. No.

15  Q. Did you ever play any role in connection with the

16  banking or financial work that was involved in actually

17  making a transfer of 6.8 million dollars?

18  A. No.

19  Q. Did you ever notice whether any of the financial

20  records of American Merchandise or any of the other

21  Bagga family companies reflected that transfer?

22  A. No.

23  Q. Did you have any role whatsoever in connection

24  with obtaining the loan from First International Bank or

ESQUIRE DEPOSITION SERVICE

67

1  Export/Import Bank for that 5 million dollars?

2  A. No.

3  Q. Did you ever have any dealings with anybody from

4  that bank or banks?

5  A. No.

6  Q. Is World Apparel Products, as far as you know,

7  out of business today?

8  A. Yes.

Page 59

080703.txt

9     Q.  Has any of the Chawlas, Ravi Chawla or any of the

10    others, ever said to you that somehow they'll try to

11    make it up to you since World Apparel has gone out of

12    business?

13    A.  They said they're trying to get back into the

14    business, and they would pay it back if and when the

15    business is back.

16    Q.  Who said that to you?

17    A.  Ravi Chawla.

18    Q.  He said to you that, if I'm paraphrasing

19    incorrectly, tell me, that they would like to get back

20    into that kind of business and, if they did, they would

21    try to make it up to you?

22    A.  They would pay it back, yes.

23    Q.  Did Ravi Chawla ever tell you what efforts First

24    International Bank had made to collect from them on the

ESQUIRE DEPOSITION SERVICE

68

1     judgment?

2     A.  No.

3     Q.  Did you ever ask him about that?

4     A.  No.

5     Q.  Are you in the clothing distribution business

6     today?

7     A.  No.

8     Q.  Are you in any kind of clothing business today?

9     A.  We are in -- we are trying to develop some home

10    furnishing business.

11    Q.  I just want to read something from the transcript

12    of your deposition.  This is on page 73 going over to

Page 60

080703.txt

13    page 74.

14            "Are there any other businesses you go to?

15            Answer:  Yes.

16            Question:  What's that?

17            Answer:  I work on various transactions for

18    clothing distributions.

19            And I asked you, what that meant and you say, "I

20    worked on transactions for supplying goods to different

21    stores," and then on page 75 you said, "I work for

22    myself, some friends and family."

23            Is that something you do currently?

24    A.    Yeah, that's what I'm saying.  We're trying to


                    ESQUIRE DEPOSITION SERVICE

                                                    69


1    develop some home furnishing and home furnishing is made

2    out of clothing, pillows, throws.

3    Q.    I see.  Do you have a store?

4    A.    No.

5    Q.    So when you said you worked for friends and

6    family, who do you work for?

7    A.    I don't work for friends and family, with friends

8    and family.

9    Q.    You were working with friends and family.

10            Is that correct?

11    A.    Yes.

12    Q.    And who were the friends and family you work

13    with?

14    A.    We're trying to develop this home furnishing

15    business from India.  I said I have friends and family

                        Page 61

080703.txt

16   who are in this line.  That's what we're trying to

17   develop here.

18      Q.  My question was who are the friends and family

19   who are working with you?

20      A.  My friends that own companies in India who are in

21   the home furnishing business right now.

22      Q.  Are these people supplying you with goods?

23      A.  Nobody is supplying me anything.  We're trying to

24   develop this business and when it develops, then they

ESQUIRE DEPOSITION SERVICE

70

1   will supply me.

2      Q.  Have you obtained any financial backing for this

3   business in this country?

4      A.  I don't have any orders.  We're trying to develop

5   it and, once it's there orders, then we'll get the

6   financial backing.

7      Q.  And there's no company you've set up to do this

8   yet.

9          Is that correct?

10     A.  Right now, I don't have any company.

11     Q.  You spoke last time about Brand Trade.

12         Is that correct?

13     A.  Yes.

14     Q.  What's the relationship of Brand Trade to

15   American Merchandising?  Or what was it?

16     A.  I don't think there's any relationship to

17   American Merchandise.  There's no relationship to

18   American Merchandise, from what I know.

19     Q.  I think you testified Brand Trade trades brand

Page 62

080703.txt

20    name clothing in the United States and overseas.

21        Is that correct?

22    A.  Uh-huh.

23    Q.  Does it still exist?

24    A.  Yes.


ESQUIRE DEPOSITION SERVICE

71


1    Q.  And when was it started?

2    A.  I don't know exact time when it started.  Couple

3    of years ago.

4    Q.  After you closed the Sunshine Blues' stores?

5    A.  Yes.

6    Q.  And what's your role in that?

7    A.  Tried to get business, get any orders, any

8    transactions.

9    Q.  Get orders to do what?

10    A.  To do business.

11    Q.  What kind of business?

12    A.  We're trying to, like I said, trying to develop

13    home furnishings.  If we do get any orders, might do it

14    with Brand Trade.

15    Q.  Does it currently do any business, Brand Trade?

16    A.  I don't know if currently doing any transactions,

17    no.

18    Q.  Who owns the company?

19    A.  Paul Bagga.

20    Q.  Does he own it all?

21    A.  Pardon?

22    Q.  Does he own it 100 percent?

Page 63

080703.txt

23   A.  Yeah, I think so.

24   Q.  Is there anybody who manages that business?

ESQUIRE DEPOSITION SERVICE

72

1   A.  He does.

2   Q.  Do you know of any transactions that Brand Trade

3   has done in the past?  It's bought something and sold

4   something?  Something that of nature?

5   A.  I don't know the details.

6   Q.  How do you even know it exists?

7   A.  I just know it's there because I saw any

8   business, if we get any transactions, we can do it with

9   Brand Trade, so that's why I know the company is there.

10   Q.  If you get any business of what sort you could do

11   it with Brand Trade?

12   A.  If we get any orders, we're trying to develop the

13   home furnishing, if I get any orders, then we can do it

14   on the Brand Trade Company.

15   Q.  Did you ever write any checks to Brand Trade?

16   A.  Hum?

17   Q.  Did you ever write any checks to Brand Trade?

18   A.  Might have signed something, checks.

19       MR. KIDD:  He asked did you write any checks

20   to Brand Trade.

21   A.  No, I don't remember.

22   Q.  Do you remember writing one in May, on May 12th,

23   for 8800 dollars from your checking account?

24   A.  I don't remember.

ESQUIRE DEPOSITION SERVICE
Page 64

080703.txt

1    Q.  Do you have any idea why you might have written a

2    check for 8800 dollars to Brand Trade on May 12th of

3    2003?

4    A.  No, I don't.

5    Q.  Do you recall owing Brand Trade any money for

6    anything?

7    A.  No.

8    Q.  Are there any other businesses you are involved

9    in with the Chawlas other than the ones I've asked you

10   about and you've told me about today and the last time?

11   A.  No.

12   Q.  Is your husband doing a real estate deal with the

13   Chawlas at the moment?

14   A.  I don't know.

15   Q.  Do you know whether your husband and the Chawlas

16   are bidding on certain properties in connection with the

17   bankruptcy court in Philadelphia at the moment,

18   together?

19   A.  I don't know.

20   Q.  Do you know whether you, your husband and the

21   Chawlas have tried to buy properties at bankruptcy

22   auctions together at any time in the past?

23   A.  No, I don't think so.

24   Q.  Do you have any concern about losing any more

ESQUIRE DEPOSITION SERVICE

1   money with the Chawlas?

080703.txt

2    A.  I don't understand your question.

3    Q.  Do you have any concern about going forward with

4  any other business ventures with the Chawlas in light of

5  the losses on the American Merchandising transaction

6  with the World Apparel Products?

7    A.  I don't have any business with them right now.

8    Q.  You trust them as business people?

9    A.  Yes.

10   Q.  Do you know whether your husband had a dispute

11 with a man named Dave Bhasin, B-H-A-S-I-N, I think,

12 before the break-up of their relationship?

13   A.  I know Dave Bhasin was his partner and they

14 split.

15   Q.  Do you know why?

16   A.  They decided to go their own ways.

17   Q.  Did you ever hear from Dave Bhasin, why he

18 decided to go his own way?

19   A.  No.

20   Q.  Did anyone ever tell you that Dave Bhasin thought

21 your husband was skimming cash from the business?

22   A.  Pardon?

23     (Pertinent portion of the transcript was read by

24 the court reporter.)


ESQUIRE DEPOSITION SERVICE

75


1    A.  No.

2    Q.  Do you know what skimming cash is?

3    A.  Yes.

4    Q.  Were they in the franchise business together,

5  Dave Bhasin and your husband?

Page 66

080703.txt

6    A.  They were in the Arby's business together.

7    Q.  You never heard them have a disagreement about

8    this issue of whether your husband was taking cash from

9    the business and not telling him about it?

10   A.  I don't understand how you take cash out from

11   business, you know, the restaurant, the managers deposit

12   the money.  I don't understand how you take the cash

13   out.

14   Q.  Suppose the managers don't deposit the money?

15   A.  That's what they're supposed to do.  Paul does

16   not work in the restaurants.

17   Q.  Did you ever make cash deposits in excess of 500

18   dollars?

19   A.  Where?

20   Q.  Anywhere.

21   A.  Yeah.

22   Q.  Where have you made those deposits?

23   A.  In the bank account.

24   Q.  How many bank accounts are we talking about?


ESQUIRE DEPOSITION SERVICE

76


1    A.  What do you mean how many?

2    Q.  Tell me the names of the banks in which you have

3    deposited more than 500 dollars in cash in the last

4    three years.

5    A.  Personal account.

6    Q.  How about business accounts?

7    A.  Yeah.

8    Q.  Which ones?

Page 67

080703.txt

9       A.  United, Bagga, Welcome.

10      Q.  Have you ever directed anybody else to make bank

11  deposits of cash in excess of 500 dollars?

12      A.  Yes.

13      Q.  Who did you direct to do that?

14      A.  Paul.

15      Q.  Now, these accounts, United, Bagga, Welcome, what

16  banks were they in?

17      A.  Sovereign, PNC, Commerce, Citizens.

18      Q.  Where did the cash come from?

19      A.  That was deposited?

20      Q.  Yes.

21      A.  Transfer money from one account to the other.

22      Q.  I'm asking about cash deposits.  Where did the

23  cash come from?

24      A.  Took the cash from one account to deposit into

ESQUIRE DEPOSITION SERVICE

77

1  the other account.

2          If one account needed the money, they needed,

3  short of cash; so took the cash out of one account and

4  put it into the other account with another bank.

5      Q.  And that's the only times you deposited cash in

6  accounts, when you would literally take cash out of one

7  account and put cash in another account?

8      A.  Yes.  Usually.

9      Q.  So you didn't make any deposits of cash that came

10  from an outside source and put that in one of those

11  accounts?

12      A.  I don't remember, no.

Page 68

080703.txt

13    Q.  So the records of the businesses will reflect a

14    cash withdrawal from one account and a cash deposit in

15    another account at approximately the same time, if

16    they're correct?

17    A.  Yes, they should.

18    Q.  Did Paul Bagga ever give you cash to deposit in

19    one of the business accounts?

20    A.  Yeah, he might have some times.

21    Q.  Did he?

22    A.  I don't remember.  I'm sure.  Whoever was going

23    to the bank takes the bank deposits.  If I'm going to

24    the bank, he would give me the money to deposit.


ESQUIRE DEPOSITION SERVICE

                                                         78


1    Q.  Did he ever give you cash to deposit into your

2    personal accounts?

3    A.  No, I don't remember that.

4    Q.  Never.

5        Is that right?

6    A.  I don't remember him giving me cash to deposit

7    into my account.

8    Q.  To your knowledge, did he ever deposit cash in

9    amounts exceeding 500 dollars in one of your personal

10   accounts?

11   A.  He might have.  I don't know.  I don't remember.

12   Q.  what makes you think he might have?

13   A.  Sometimes if I need the money in my account, I

14   could tell him I need money, he will deposit it in the

15   account.

Page 69

080703.txt

16        I don't know if he's depositing cash or check or

17    transfer.  I don't know how he would do that.

18        Q.  Did you ever read the bank statements of your

19    personal accounts?

20        A.  It says deposit.  I don't know how it comes as

21    cash or check.  I don't know.

22        Q.  You don't know whether it indicates whether it's

23    a cash deposit or a check?

24        A.  I'm sure it indicates it, but I don't look.  I

ESQUIRE DEPOSITION SERVICE

79

1    just see the deposit.

2        Q.  When you deposit money in one of your personal

3    accounts, do you get a deposit ticket, a receipt?

4        A.  Yes.

5        Q.  Doesn't that indicate whether it's cash or a

6    check?

7        A.  Yeah, I guess it would.

8        Q.  Do you ever review those tickets?  withdrawn.

9            Does Paul give you those tickets?

10        A.  No.

11        Q.  Do you know what he does with them?

12        A.  No.

13        Q.  Do you ever pay contractors or vendors in cash?

14        A.  What kind of contractor?

15        Q.  Any kind of business or personal contractor,

16    someone who paints your house, someone who fixes your

17    computers in the office.   Anybody.

18            Did you ever pay people in cash?

19        A.  I don't understand.  Sometimes in Arby's, had to

Page 70

080703.txt

20    pay cash to some of the vendors.

21        Q.  I'm asking about you personally.

22        A.  Cash to like what?  Somebody cleans my car,

23    somebody cleans my house, I will pay them cash, yes.

24        Q.  Amounts in excess of 500 dollars.

ESQUIRE DEPOSITION SERVICE

80

1        A.  I don't remember.

2        Q.  Do you ever buy items for more than 500 dollars

3    for cash?

4        A.  No, not really.

5        Q.  Did you ever hear any discussion about employees

6    skimming cash at the Scranton or Wilks Barre stores?

7        A.  I know there was a theft problem I had heard once

8    in the Scranton area at one of the stores.

9        Q.  What did you hear about the theft problem in the

10    Scranton area?

11        A.  Just heard there was some cash theft problem in

12    the store.  That's all I know.

13        Q.  Who told you that?

14        A.  Paul.

15        Q.  Did you ever ask for any more information about

16    it?

17        A.  No.

18        Q.  Did you ever find out who the employee or

19    employees were who were involved in theft?

20        A.  No.

21        Q.  Do you know who Scott Sheridan is?

22        A.  No.

Page 71

080703.txt

23    Q.  Do you know who Will Hutchins is?

24    A.  No.

ESQUIRE DEPOSITION SERVICE

81

1    Q.  Did your husband, as far as you know, make a

2  practice of driving around to the stores in Wilks Barre

3  and Scranton every week or more frequently?

4    A.  He used to go sometimes.

5    Q.  Did he sometimes drive around in a baseball cap?

6    A.  He may have.  Yes.

7    Q.  Have you ever seen him drive around in a baseball

8  cap?

9    A.  Yes.

10    Q.  Do you know whether he drove to the stores

11  sometimes with a baseball cap?

12    A.  He might have.

13    Q.  Did he ever come back from any of his trips to

14  the stores with cash in hand, as far as you know, that

15  he had picked up at the stores?

16    A.  No, I don't know.

17    Q.  How many cars does your family have?

18    A.  Four.

19    Q.  Do you have a BMW?

20    A.  Yes.

21    Q.  Does your husband sometimes use that BMW to visit

22  stores in Scranton and Wilkes Barre?

23    A.  Yes.

24    Q.  What other cars do you have?

080703.txt

82

1    A.  A Jeep and an Acura.

2    Q.  What's the forth one?

3    A.  BMW.

4    Q.  Two BMWs?

5    A.  Yes.

6    Q.  Do you have a safe in your home?

7    A.  Yes.

8    Q.  Did your husband sometimes go to the safe when he

9    came home from one of his trips to the stores?

10   A.  No.

11   Q.  Does your family keep cash in the safe?

12   A.  No.

13   Q.  Who owns those cars that you just told me about a

14   moment ago?  Are those leased cars or cars you own?

15   A.  They're leased.

16   Q.  All of them?

17   A.  I think everything, except the Jeep is not

18   leased; I think.

19   Q.  Did you ever personally deposit cash in any First

20   National City accounts?

21   A.  First National -- what account?

22   Q.  First National City Bank.

23   A.  Where is that?

24   Q.  You're not familiar with any account there?

ESQUIRE DEPOSITION SERVICE

83

1    A.  First National City Bank?

Page 73

080703.txt

2   Q.  Yes.

3   A.  I don't remember.

4   Q.  Did you ever hear your husband discuss large cash

5   deposits with Norman Cahan?

6   A.  Pardon me?  I'm sorry, I didn't hear that.  Can

7   you repeat that?

8       (Pertinent portion of the notes of testimony was

9   read.)

10  A.  No.

11      MR. KIDD:  I'm sorry, did you say large cash

12  deposits with Norman Cahan or discussed with him?

13      MR. HERMANN:  Discussed with him.

14      MR. KIDD:  Thank you.

15      THE VIDEOGRAPHER:  Back on the record.  The

16  time is 3:05.

17  BY MR. HERMANN:

18  Q.  Mrs. Bagga, do you know who Gene Pittack is?

19  A.  Yes, he works in the office.

20  Q.  In which office?

21  A.  714 Bethlehem Pike.

22  Q.  What does he do?

23  A.  He is in Arby's operations.

24  Q.  And when you're in the office, do you ever have

ESQUIRE DEPOSITION SERVICE

84

1   any dealings with him?

2   A.  No, not really.

3   Q.  How long has he worked for the company?

4   A.  Few years, four, five years, I think.

5   Q.  And does he manage some of the stores?

Page 74

080703.txt

6      A.  He is the operations manager.

7      Q.  When you're in the office, is your desk near his?

8      A.  No.

9      Q.  Does he deal with the managers and employees at

10   the various stores?

11     A.  All I know is he is in the operations.  I don't

12   know what he does.

13     Q.  Did you ever hear any complaints from any

14   employees about Gene Pittack?

15     A.  I'm not involved with operations.  I don't know.

16     Q.  Does that mean no, you never heard any complaints

17   about him?

18     A.  No.

19     Q.  Did you ever hear any employees say that they had

20   been directed by Gene Pittack to take 500 dollars a day

21   in revenues and put it in a bag and keep it there for

22   Paul Bagga when he comes around?

23     A.  No.

24     Q.  What color is the Jeep?


ESQUIRE DEPOSITION SERVICE

85


1      A.  Burgundy red.

2      Q.  Does your husband get a paycheck?

3      A.  Yes.

4      Q.  From what company or companies?

5      A.  I don't know which company.  I think Welcome

6   Group.

7      Q.  Is he currently getting a paycheck from Welcome

8   Group?

080703.txt

9    A. I think so. I haven't seen his paycheck.

10    Q. Does he deposit his own paycheck?

11    A. Yeah, I think so.

12    Q. Does he ever give the paycheck to you to deposit?

13    A. No.

14    Q. Does he deposit it in your family checking

15 account?

16    A. Yeah, he might have.

17    Q. Do you know if he ever deposits it anywhere else?

18    A. Deposits it into the checking account.

19    Q. Does he get paid the same amount regularly by

20 Welcome Group?

21    A. Yeah, I think so.

22    Q. Is there any other payment to your husband that

23 gets deposited regularly in your checking account?

24    A. No.

ESQUIRE DEPOSITION SERVICE

86

1    Q. Do you get any payments from any company that get

2 deposited into your checking account?

3    A. Yes.

4    Q. What company?

5    A. It used to be from United. Now that United is

6 not, I think it's called Welcome now.

7    Q. Not 21st Century Restaurant Solutions?

8    A. Yes, 21st Century Restaurant Solutions, probably.

9    Q. Now, you told us last time about a 40,000 dollar

10 loan that you had made to one of the family companies.

11      Do you recall that?

12    A. Um-hum

080703.txt

13    Q.  Have you made any other loans to any Bagga

14  family-related businesses in the last five years,

15  personally?

16    A.  Yes, I might have.

17    Q.  Do you remember any?

18    A.  I don't remember but I know I have made deposits,

19  loans into the accounts.

20    Q.  To which companies?

21    A.  I don't remember which company; could be United,

22  Welcome.

23    Q.  And would those loans be reflected in your

24  checkbook?  That is to say, did you make the loan in the

ESQUIRE DEPOSITION SERVICE

87

1  form of a check?

2    A.  Yes.

3    Q.  Did you make loans in any other form?  Cash,

4  let's say?

5    A.  Yeah.  It would be a check.  Like we went through

6  last time, if it's the same back, they would transfer it

7  as cash.  You asked me last time; they would transfer it

8  from my account to the business account and they put it

9  in as cash because it's in the same bank.

10    Q.  So you wouldn't actually physically write a

11  check; you would ask the bank to transfer money from one

12  -- from your personal account to one of the business

13  accounts?

14    A.  Yes.  If you do that, then it would show as cash.

15    Q.  Is that what you did, is what I'm asking you?

Page 77

080703.txt

16    A.   Sometimes I might have done, yeah.

17    Q.   And sometimes you might have written a check

18  also?

19    A.   Yes.

20    Q.   Do you remember doing each of those things in

21  connection with loans made to businesses?

22    A.   Yes.

23    Q.   How did you keep track of what loans you made to

24  the businesses?


ESQUIRE DEPOSITION SERVICE

88

1    A.   It shows up in the statement.

2    Q.   It shows up in what statement?

3    A.   In the bank statement.

4    Q.   The bank statement for the business that you lent

5  the money to?

6    A.   No, in the business, it would come in the P and

7  L, in the balance sheet, it would show that it was a

8  loan from me.

9         But if it's a personal account, if it's -- if I

10  transfer a check, it would say it.

11    Q.   What I'm asking is, apart from the, either the

12  check that you wrote or the movement of funds from one

13  bank account to another, would there be any other piece

14  of paper that would show that this was a loan by you to

15  one of the businesses?

16    A.   I'm saying it will show -- if I made a loan to

17  United, it would show in the United books.  When they

18  make the deposit, if it's a loan, it would show that

19  it's a loan from me.

Page 78

080703.txt

20     Q.  But you would have had to tell somebody that
21   there was a loan that was made by you to United, let's
22   say?
23     A.  Yes.
24     Q.  And is that what you did in each case?

ESQUIRE DEPOSITION SERVICE

89

1     A.  Yes.  They had to make an entry.  They can't just
2   write the money came in.  They had to write from there.
3     Q.  who would you tell when you made such a loan?
4     A.  Whoever is working in the office doing entries.
5     Q.  Do you know the name of that person or persons?
6     A.  Khalid.
7     Q.  That's the same Khalid you told us about last
8   time?
9     A.  Yes.
10     Q.  Is that K-H-A-L-I-D?
11     A.  Yes.
12     Q.  And you don't remember that person's last name;
13   right?
14     A.  No.
15     Q.  And who else?
16     A.  Basically, him.
17     Q.  And does he still work for the company?
18     A.  Yes.
19     Q.  If I can summarize what you just said.  Tell me
20   if it's an accurate summary.
21       When you made a loan to one of the companies, you
22   would transfer money either in the form of an

Page 79

080703.txt

23   inter-account transfer or in the form of a check and you

24   would tell Khalid to record it as a loan from you?

ESQUIRE DEPOSITION SERVICE

90

1    A.  Yes.

2    Q.  And it would then show up on the books of United?

3    A.  Yes.

4    Q.  And did you get repaid on those loans?

5    A.  Some of it, yes.

6    Q.  Are some of the loans unpaid still?

7    A.  Yes.

8    Q.  And how much in total did you lend to the family

9    businesses in this matter?

10          MS. BASKIN:   Objection to form.

11   A.  I don't remember the exact amount.

12   Q.  Approximately.

13   A.  I don't know the amounts.  It should show up in

14   the tax returns and the company P and Ls.

15   Q.  Do you have any idea at this point how much is

16   owed to you from those loans?

17   A.  No.

18   Q.  If you were going to find out how much you had

19   advanced and had not been repaid, what would you do?

20   A.  I would look on the company P and Ls.

21   Q.  And you would look at United or any other

22   company?  For United.

23   A.  Right now, I would look at 21st Century.

24   Q.  As the successor to United?

080703.txt

1    A.  Yes.

2    Q.  And you haven't, in fact, looked at the P and Ls

3  of that?

4    A.  No.

5    Q.  Or the balance sheet?

6    A.  No.

7    Q.  On how many occasions do you think you've made

8  such loan advances?

9    A.  Several occasions.  I don't remember exactly how

10  much and how many times.

11    Q.  Over what course of time?

12    A.  Last few years.

13    Q.  Now, there had been times also when you took

14  money out in repayment of those loans.

15        Is that correct?

16    A.  Yes.

17    Q.  And what process did you go through?  Did you

18  tell Khalid?

19    A.  To write a check.  That's what we went through

20  last time when he showed me the check, and I showed you

21  it was part of payment back from the 40,000, the 13 and

22  a half thousand that I took back, and the rest, 27 and a

23  half thousand, is still owed to me and I have not taken

24  it back; and I cannot take it back now because, since

1  the bankruptcy started, I've not taken any money out.

080703.txt

2      Q. So the same process applied to any other loans

3    that you made, that if you were going to be repaid, you

4    would go to Khalid and say, issue a check?

5      A. Yes, I would get a check, yes.

6      Q. When you did that, did you -- that is to say,

7    when you went to Khalid to ask him to write a check to

8    repay you, did he have to get an approval from anybody?

9      A. No.

10     Q. When you did it -- your request to him to write

11   the check to repay, was that something you just said to

12   him or did you write a memo about it?

13     A. I just said it to him.

14     Q. Did he ever say to you that there were no funds

15   to repay you when you were looking to be repaid?

16     A. I wouldn't ask for the check if there were no

17   funds in the account.

18     Q. So you knew already that there would be

19   sufficient funds?

20     A. Yes. The same way I knew when there was no funds

21   I put the money in because there were no funds in the

22   account. That's why I put the money in, to take it out

23   when the funds were there for a temporary loan. It

24   would not become permanent.


ESQUIRE DEPOSITION SERVICE

93


1      Q. Did you ever discuss with Khalid how he should

2    describe the repayment of the loan to you?

3      A. I told him when he -- when I put the money in, it

4    goes in as a loan from me.

5          And when I tell him to write the check, it's
                    Page 82

080703.txt

6    against that loan.  He writes it, loan repayment against

7    the loan.

8        Q.  And he makes that notation on the check?

9        A.  Yes.

10       Q.  Now, when he would make a repayment of the loan

11   to you, it would be in the form of a check on each

12   occasion; right?

13       A.  Yes.

14       Q.  And what would you do with that check?

15       A.  Either deposit it into my account or cash it.

16       Q.  Do you recall ever cashing it for actual -- for

17   cash?

18       A.  Pardon?

19       Q.  Do you recall ever cashing one of those checks

20   for cash?

21       A.  Yes.  If I needed the money, I might have cashed

22   it, yes.

23       Q.  Do you recall the amounts of any of these

24   repayments?  You told me 13,500 dollars, I think, last

1    time with regard to the 40,000.

2        A.  That's what you showed me the check, and I said

3    it was payment, yes.

4        Q.  Do you recall the amounts of any other repayment

5    checks?

6        A.  No.

7        Q.  Did you transfer 362,000 dollars on March 31 of

8    this year from the Commerce Bank into your checking

080703.txt

9   account?

10      A.  I transferred it from the Commerce Bank savings

11  account into another savings account, not into a

12  checking account.

13      Q.  You transferred into your personal savings

14  account?

15      A.  I had a personal savings account in Commerce

16  Bank; and then when the fiasco with Prudential happened,

17  they attached my personal account at Commerce Bank

18  because of the business account was at Commerce Bank, so

19  that's why I was upset with Commerce Bank for taking my

20  -- you remember that -- and that's why I moved my

21  account out of Commerce Bank because they had no right

22  to take my personal account.

23      Q.  So the account at Commerce Bank, was your own?

24      A.  It was my personal savings account.


                    ESQUIRE DEPOSITION SERVICE
                                                        95


1       Q.  And you moved it into what account?

2       A.  Into a savings account into First Union Bank.

3       Q.  How long had you had that 362,000 dollars in your

4   savings account at Commerce Bank?

5       A.  Pardon?

6           (Pertinent portion was read by the court

7   reporter.)

8       A.  Since I had the account at Commerce Bank.

9       Q.  How long is that?

10      A.  I don't know the exact dates.

11      Q.  Is it several years we're talking about?

12      A.  No, not several years.
                    Page 84

080703.txt

13    Q. Can you approximate how long you had that account

14  there?

15    A. I don't know.  Maybe two years.  I don't know the

16  exact amount of time, how long.

17    Q. Where did the 362,000 dollars come from?

18    A. I had the money.

19    Q. Where did you get the money from?  Was that

20  salary for you?

21    A. What?

22    Q. Was that some salary you had?

23    A. No.  I don't remember exactly where.

24    Q. Did you deposit it as a lump sum at some point?

ESQUIRE DEPOSITION SERVICE

96

1    A. Yes.

2    Q. Where did it come from before it was at Commerce

3  Bank?

4    A. I don't remember.

5    Q. As I understood your testimony, you were upset

6  that Commerce Bank had done something with your funds

7  and that's why you moved the account out of there?

8    A. They had seized my account.  That's why I moved

9  it out.

10    Q. Which account did they seize?

11    A. My personal savings account.

12    Q. They had seized the account with the 362,000

13  dollars in it?

14    A. Yes.

15    Q. How were you able to move it then?

080703.txt

16    A.  They released it.

17         MS. BASKIN:  If I may interject, this was a

18    subject of some legal proceeding where some bank --

19    maybe it was Captec -- had a judgment.

20         THE WITNESS:  Prudential.

21         MS. BASKIN:  Prudential, and they froze

22    corporate bank accounts, inappropriately froze Mrs.

23    Bagga's personal account.

24         We had Blank, Rome on the phone, and we had

ESQUIRE DEPOSITION SERVICE

97

1    a lawyer from another firm on the phone who, within 24

2    hours, admitted that it was an improper seizure of her

3    bank accounts and they unfroze her bank account.

4         I don't remember the details, but I remember

5    I was involved in the telephone conversations when this

6    occurred.

7    BY MR. HERMANN:

8    Q.  Is that correct, Mrs. Bagga, as far as you know?

9    A.  Yes.

10   Q.  As you sit here today, what's your best

11   explanation of where that 362 thousand dollars came

12   from?

13   A.  I don't remember the exact details, but part of

14   it was a check that I got from the insurance company.

15   We had a water damage in the house, and the contractors

16   were still working on it.

17        We got paid by the insurance company, but I

18   deposited the check into my savings account, and then I

19   paid them later on when they finished the work.

Page 86

080703.txt

20     Q.  And the insurance company paid you 362 thousand
21  dollars more than you owed the contractor for the work?
22     A.  I wrote the contractors after the check.  The
23  insurance company paid me the check.  The contractors I
24  paid them recently.

ESQUIRE DEPOSITION SERVICE

98

1     Q.  How much did you pay the contractors?
2     A.  100 and some thousand.  I said part of the
3  300,000 came from there.
4     Q.  Where did the rest of it come from?
5     A.  I don't remember that.  You know what I think?
6  Part of it came from the refinancing.
7        I don't know who -- were you there at the
8  refinancing or -- I don't remember.  We refinanced the
9  house, and we got back some money.  I think part of it
10  probably came from there.
11     Q.  But you're not sure?
12     A.  I don't remember.  I think part of it probably
13  came from there.
14     Q.  Do you have an account at MBNA?
15     A.  MBNA?
16     Q.  Yes.
17     A.  It's a credit card.
18     Q.  Did you transfer money to your personal checking
19  account from an MBNA account in April of this year?
20     A.  I transferred from MBNA -- I have a credit card
21  from them, and they had an offer for six months, no
22  interest, and so I took the money.

Page 87

080703.txt

23    Q.  23,000 dollars?

24    A.  Yes.

ESQUIRE DEPOSITION SERVICE

99

1    Q.  Was there a particular use you had for that

2  23,000 dollars at the time?

3    A.  I needed to pay my expenses and this was a no

4  interest loan so I thought I could use it for six

5  months, so I transferred the money, the check into my

6  account.

7    Q.  That hasn't been repaid yet?

8    A.  No.

9    Q.  Who's Johnny Dang, D-A-N-G?

10    A.  He's my landscaper.

11    Q.  You paid him approximately 9,000 dollars in May

12  of 2003?

13    A.  Uh-huh.

14    Q.  Had he done some landscaping work at your house?

15    A.  He put some trees in the back.

16    Q.  Do you have an account at a Philadelphia private

17  bank?

18    A.  It's a trust account for my children.

19    Q.  Is that a Sansom Street account?

20    A.  Pardon?

21    Q.  Is that an account called Sansom, S-A-N-S-O-M,

22  Street?

23    A.  No.

24    Q.  If you made a notation on a check, a 35 hundred

ESQUIRE DEPOSITION SERVICE
Page 88

080703.txt

100

1    dollar check that it was for Sansom Street, does that
2    mean anything to you?
3       A.  3500 dollars?  Yes, it was -- it applied for a
4    loan there, and I think it was a loan processing fee.
5       Q.  Have you ever had any discussions with anybody
6    about moving Arby's restaurant equipment from
7    Pennsylvania to text?
8       A.  No.
9       Q.  Have you ever written any checks to anybody for
10   that purpose?
11      A.  No.
12      Q.  Have you ever had any discussions with anybody
13   about replacing the computers in the Pennsylvania
14   stores, the Pennsylvania Arby stores, with older
15   computers?
16      A.  No.
17      Q.  Have you ever had any role in selling the
18   computers that are used as cash registers in the stores?
19      A.  No.
20      Q.  Have you talked to Ravi Chawla since June 17th,
21   the last time you were asked questions at a deposition
22   by me in this case?
23      A.  Talked to him about what?
24      Q.  About anything.


                    ESQUIRE DEPOSITION SERVICE

                                                        101


1       A.  Yeah, I talked to him.

                        Page 89

080703.txt

2  Q.  How often?

3  A.  I don't know how often.

4  Q.  Several times?

5  A.  Yes.

6  Q.  Have you seen him?

7  A.  Yes.

8  Q.  Have you been out with him socially?

9  A.  Yes.

10  Q.  Just the two of you?

11  A.  Yes.

12  Q.  Do you recall being asked last time about loans

13  from HB Properties to Welcome Group when I asked you

14  some questions about that?

15  A.  Yes.

16  Q.  Did you ask Mr. Chawla, since you gave that

17  testimony, any more details about the terms of those

18  loans?

19  A.  No.

20  Q.  I also asked you questions about loans from Sant

21  Properties to Welcome Group?

22  A.  Yes.

23  Q.  Did you ask Mr. Chawla for any more details about

24  those loans that you couldn't fill in at the time?

ESQUIRE DEPOSITION SERVICE

102

1  A.  No.

2  Q.  Did you ask any questions about the transactions

3  between World Apparel and American Merchandising about

4  the overseas shipment of goods?

5  A.  No.

Page 90

080703.txt

6    Q.  Do you know whether Norm Cahan is the accountant

7   for the Chawlas?

8    A.  Pardon?

9    Q.  Do you know whether Norm Cahan is the accountant

10  for the Chawlas?

11   A.  I don't know.

12   Q.  Did you show Mr. Chawla a copy of your deposition

13  transcript?

14   A.  No.

15   Q.  Do you know whether he read a copy?

16   A.  No.

17   Q.  Are you familiar with the Quickbooks files of the

18  various companies that you and your husband are involved

19  in?

20   A.  I know there are Quickbook files.  I don't know

21  much about that.

22   Q.  Do you play or have you ever played any role in

23  maintaining those files?

24   A.  No.


ESQUIRE DEPOSITION SERVICE

103

1    Q.  Who does?

2    A.  Office does it.

3    Q.  Who in the office does?

4    A.  Khalid.

5    Q.  And -- withdrawn.

6        I asked you last time about some of the various

7   business entities your family has been involved in,

8   companies and partnerships.

Page 91

080703.txt

9         I want to ask you about a couple more.

10    A.  Okay.

11    Q.  See if you know.

12        Did you ever hear of Fast Track Pizza?

13    A.  Yes.

14    Q.  What does that do?

15    A.  It used to be a pizza place.  I don't think it's

16  there anymore.

17    Q.  Where was it?

18    A.  At the 30th Street -- at the train station.

19    Q.  How about Green Castle Restaurants?

20    A.  Yes.

21    Q.  What was that?  Does that still exist?

22    A.  There's an Arby's in Green Castle, so I imagine

23  it's probably that.

24    Q.  How about Mohebac Real Estate, M-O-H-E-B-A-C.  I

ESQUIRE DEPOSITION SERVICE

                                                    104

1   don't know if the I'm pronouncing it correctly.

2     A.  Uh-huh.

3     Q.  What is that?

4     A.  It's a real estate company.

5     Q.  What does it do?

6     A.  I don't know exactly what it does.

7     Q.  Ever hear of a company called Passage to India?

8     A.  Yes.

9     Q.  What does that do?

10    A.  It used to own a restaurant downtown, Passage to

11  India.

12    Q.  Does it exist anymore?

Page 92

080703.txt

13    A.  The restaurant exists, yes.

14    Q.  Does your family have any ownership interest in

15  that at this point?

16    A.  No.

17    Q.  Do you know who owns it?

18    A.  Right now, I don't remember the name of the

19  person.

20    Q.  Did you ever hear of a company called PEPS

21  Incorporated?

22    A.  P-E -- no.  PEPS.  You know, I think it's one of

23  the companies that Paul was trying to do some education

24  projects.

ESQUIRE DEPOSITION SERVICE

105

1        I think it had something to do with that.

2    Q.  What kind of education projects is he doing?

3    A.  He was thinking of doing something.  I think it

4  had something to do with the school project, something.

5    Q.  Is that all you know?

6    A.  Yes.

7    Q.  Did you ever hear of a company called Rapture

8  Trading?

9    A.  Yes.

10    Q.  What does Rapture Trading do?

11    A.  They used to have a store in Philadelphia.

12    Q.  What kind of a store?

13    A.  Clothing store.

14    Q.  Who owned it?

15    A.  I don't know.

Page 93

080703.txt

16    Q.  Did this have anything to do with your clothing

17  business?

18    A.  No.

19    Q.  Was your husband in the clothing business

20  separately from you?

21    A.  American Merchandise.

22    Q.  Was this business somehow related to American

23  Merchandising?

24    A.  I don't think so, no.


ESQUIRE DEPOSITION SERVICE

106

1    Q.  Do you know a company called Best Buy Trading?

2    A.  I heard of the name.

3    Q.  In what connection did you hear that name?

4    A.  I think it might have done some business with

5  American Merchandise or World Apparel.  I don't know.

6    Q.  Do you know what kind of business they did with

7  it?

8    A.  No.

9    Q.  Did your husband own Best Buy Trading?

10    A.  No.

11    Q.  Do you know who did?

12    A.  No.

13    Q.  Did you hear of a company called Classico?

14    A.  Yes.

15    Q.  And what does Classico do or what did it do?

16    A.  Classico, they're in leather business.  My

17  brother owns that.

18    Q.  Your brother who lives in India owns that?

19    A.  No, one who lives in Amster.

Page 94

080703.txt

20     Q.  Did you hear of a company called Rising Sun?

21     A.  No.

22     Q.  How about a company called WAP?

23     A.  That's What About Products.

24     Q.  And RUI?

ESQUIRE DEPOSITION SERVICE

107

1     A.  Resource Utilization, Inc.

2     Q.  What did Resource Utilization do?

3     A.  It was a management company before United.

4     Q.  Do you know who owns RUI?

5     A.  It's not there anymore.

6     Q.  Rising Sun?

7     A.  Who?

8     Q.  Do you know who owns Rising Sun?

9     A.  No.

10    Q.  Do you know who owns Rapture Trading?

11    A.  No.

12    Q.  Do you know a company called Kutztown

13  Advertising?

14    A.  No.

15            MR. KIDD:  Give us about minutes and maybe

16  we can wrap up.

17            (Recess.)

18            THE VIDEOGRAPHER:  We're back on the record.

19  The time is 4:14.

20  BY MR. HERMANN:

21    Q.  Mrs. Bagga, we're going to show you a videotape

22  here and ask you a couple questions about it.  It begins

Page 95

080703.txt
23   with July 20th, 2003, 12:15 pm.

24            MR. TABAS:  Keep watching.


                ESQUIRE DEPOSITION SERVICE

                                                        108


 1            MR. HERMANN:  The tape ended at, I think, 34

 2   minutes after the hour began, I think at 15 minutes; so,

 3   obviously, there was a start and stop there someplace.

 4   BY MR. HERMANN:

 5       Q.  Did you have a chance to observe the videotape?

 6       A.  Now?

 7       Q.  Yes.

 8       A.  Yes.

 9       Q.  Do you recognize the car?

10       A.  Yes.

11       Q.  What car is that?

12       A.  It's the Jeep.

13       Q.  It's your Jeep?

14       A.  Yes.

15       Q.  Do you recognize the driver.

16       A.  Yes.

17       Q.  Who's the driver?

18       A.  Paul Bagga.

19       Q.  Do you recognize the location?

20       A.  No.

21       Q.  Does July 20th, is about -- is 18 days ago.

22       A.  Yes.

23       Q.  As you sit here without anything to refresh your

24   recollection, do you know what he was doing on July


                ESQUIRE DEPOSITION SERVICE
                        Page 96

080703.txt

109

1    20th?

2        A.  I don't know.  I was not here.

3        Q.  Do you know whether equipment that's used in

4    Arby's restaurants is stored in sheds that look like the

5    ones that you just saw in that videotape?

6        A.  I've never seen anything.  I've never seen any of

7    the storage sheds, so I don't know.

8        Q.  Do you know that some Arby's restaurant and

9    office equipment is, in fact, stored in sheds at this

10   time?

11       A.  Yes.

12       Q.  How do you know that?

13       A.  Calls the office to write a check to some storage

14   company, I know there's a storage somewhere.

15       Q.  I want to go back and cover one or two things

16   that we partly addressed before.

17           Did you not have a computer in your office before

18   May of 2003?

19       A.  No, I don't think I had a separate computer, no.

20       Q.  Did you use a computer in the office before May

21   of 2003?

22       A.  No.

23       Q.  When you needed something written in the office

24   before May of 2003, what did you do?

ESQUIRE DEPOSITION SERVICE

110

1        A.  I would just use one of the computers, somebody's

Page 97

080703.txt

2  computer.

3     Q.  Did you use those computers to write letters?

4  Again, I'm speaking of the period before May, 2003.

5     A.  No, I don't think so.

6     Q.  What did you use people's computers for?

7     A.  Check my e-mail or something, check the weather,

8  AOL.

9     Q.  Anything else?

10    A.  No.

11    Q.  Not for any business purposes?

12    A.  No.

13    Q.  Never?

14    A.  I don't remember.

15    Q.  Is your office building on Bethlehem Pike up for

16  sale?

17    A.  No.

18    Q.  Which businesses are located there?

19    A.  All of them.

20    Q.  All of the various Bagga family-related business

21  that I've asked you about?

22    A.  Uh-huh.

23    Q.  If they have an office, it's located there?

24    A.  Yes.


ESQUIRE DEPOSITION SERVICE

111


1     Q.  Does K and P Realty receive money from anybody or

2  any entity?

3     A.  It receives money from Welcome.

4     Q.  And how much money does it receive from Welcome?

5     A.  I don't remember the exact amount.  It pays rent.

Page 98

080703.txt

6   Q.  Welcome Group pays rent to K and P Realty?

7   A.  Um-hum

8   Q.  For what?

9   A.  For the different locations, for the five

10  locations.

11  Q.  And it makes five separate payments or one

12  payment?

13  A.  Five separate payments.

14  Q.  How much a year does K and P Realty get from

15  Welcome Group for rent?

16  A.  I don't remember the exact amount, exact figure.

17  Q.  What does K and P Realty do with the rent money

18  that it gets?

19  A.  It pays the debt service, taxes and other

20  expenses.

21  Q.  After it pays the debt service, taxes and other

22  expenses, is there money left over?

23  A.  Yes, there's some money left over.

24  Q.  And what happens to that money?

ESQUIRE DEPOSITION SERVICE

112

1   A.  It's there.

2   Q.  It's retained in the corporation?

3   A.  It's used for like big expenses for K and P.

4   Q.  My question was, after the expenses of K and P

5   have been fully paid, is there any income left over?

6   A.  Yes.  There's some income left over, some money

7   left over.

8   Q.  And who gets the income from K and P Realty, if

Page 99

080703.txt

9  there's left?  If there's net income there, who gets it?

10    A.  I would get it.

11    Q.  Have you, in fact, gotten any net income from K

12  and P Realty in the last three years?

13    A.  I don't remember.  I know last couple of years

14  there was still money owed to K and P because the money

15  wasn't paid.

16      So, in fact, the company actually owed money to K

17  and P because all the rents were not paid last year.  It

18  shows in the tax returns.

19      (Pertinent portion of the record was read by

20  the court reporter.)

21      THE VIDEOGRAPHER:  Back on the record.

22  4:25.

23  BY MR. HERMANN:

24    Q.  Mrs. Bagga, are you saying that in the last three

ESQUIRE DEPOSITION SERVICE

113

1  year, K and P Realty, in fact, didn't have any net

2  income?

3    A.  I don't think so.

4    Q.  How would you know?

5    A.  I would have to look at the papers and the tax

6  returns.

7    Q.  Is that something you've ever done before?

8    A.  Not really.  From what I remember, there's money

9  owed to K and P.

10    Q.  In a large enough amount so that K and P has no

11  income.

12      Is that what you're saying?  No net income.

Page 100

080703.txt

13    A.  Yes, I think so.

14    Q.  Does K and P file a tax return?

15    A.  I don't remember if it's a separate tax return.

16  I told you, I don't really look at the tax -- or if it's

17  an attachment to the personal tax return.

18        It's filed somewhere somehow.  I don't know

19  exactly how it's done.

20    Q.  Now, I asked a series of questions before about

21  American Merchandising and its transactions with World

22  Apparel.

23        Did American Merchandising do business with any

24  other company besides World Apparel?

ESQUIRE DEPOSITION SERVICE

114

1    A.  It probably did but I don't know.

2    Q.  What makes you think it probably did?

3    A.  It was in business.  They did business with

4  various companies.

5    Q.  Do you know that or are you assuming that?

6    A.  I'm assuming that.

7    Q.  Did it do business with a company called Ten

8  Tigers?

9    A.  I don't remember.  Yes, sounds familiar.

10    Q.  What does that name mean to you, Ten Tigers?

11    A.  It's a familiar name, but I don't know how or

12  what business it was.

13    Q.  Is that a company that was owned by the Chawlas?

14    A.  I don't know who owned the company.

15    Q.  Have you told me everything you know about Ten

Page 101

080703.txt

16    Tigers?

17        A.  Yes.

18        Q.  You recognize the name.  You don't know anything

19    else about it?

20        A.  Uh-huh.

21        Q.  Have you received any loans personally from any

22    of the Chawlas?  You personally, not in the companies

23    but you personally.

24        A.  No.


ESQUIRE DEPOSITION SERVICE

115


1         Q.  Has Paul Bagga received any loans from the

2     Chawlas?

3         A.  I don't know that.

4         Q.  Are you currently getting a paycheck from 21st

5     Century Realty Solutions?

6         A.  Yes, I'm getting a paycheck, yes.

7         Q.  And how much are you being paid by them?

8         A.  It's like 1500 or some dollars every two weeks.

9         Q.  Are you getting a paycheck from any other

10    company?

11        A.  No.

12        Q.  Now, before there was 21st Century Realty

13    Solutions, there was United Management.

14            I'm sorry, 21st Century Restaurants.

15        A.  Yes.

16        Q.  You were getting a check from United Management;

17    right?

18        A.  Yes.

19        Q.  How much were you being paid by United

Page 102

080703.txt

20    Management?

21        A.  About 1500 dollars.

22        Q.  1500 dollars?

23        A.  Every two weeks.

24        Q.  Approximately, 36,000 dollars a year?

ESQUIRE DEPOSITION SERVICE

116

1        A.  Yes.  Something like that.

2        Q.  For how many years in the past were you being

3    paid that amount?

4        A.  Long time.  Few years.

5        Q.  In, let's say, since the year 2000, since the

6    beginning of 2003, were you getting a paycheck from any

7    other company?

8        A.  I don't remember.

9        Q.  Were you getting any distributions of capital

10   from any other company?

11       A.  No.

12       Q.  Were you getting distributions of income from any

13   other company?

14       A.  No, not that I'm aware.

15       Q.  So your only source of income, personally, in

16   2000, 2001 and 2002, was the paychecks you were

17   receiving from United Management?

18       A.  Yes.

19       Q.  Mrs. Bagga, during the year of 2000, did you

20   write checks for American Merchandising?

21       A.  Yes.

22       Q.  So I'm going to represent to you that during the

Page 103

080703.txt
23     year 2000, American Merchandising wrote at least a dozen

24     checks to Ten Tigers in an amount exceeding 6 million

ESQUIRE DEPOSITION SERVICE

117

1     dollars.

2          Do you have any idea what those checks were for?

3     A.   Probably for buying or selling, buying some

4     merchandise.

5     Q.   Before you would write checks totaling 6 million

6     dollars, would you review any paperwork?

7     A.   No.  I signed the checks, I didn't review them.

8     Q.   Who, if anyone, told you to write those checks?

9     A.   Paul.

10     Q.   And is it your testimony, you had no backup

11     whatsoever before writing checks at those amounts?

12     A.   No, I didn't see him.

13     Q.   Now, I'm also going to represent to you that as

14     of the end of 1999, that the balance sheet, the trial

15     balance of American Merchandising, showed that more than

16     1.2 million dollars was due to SJM Trading.

17          Do you know what SJM Trading is?

18     A.   No.

19     Q.   Do you know whether that's owned by the Chawlas?

20     A.   I don't know who owns it.

21     Q.   Did you ever hear the name SJM Trading Company in

22     connection with the equipment that was bought for the

23     Arby's restaurants?

24     A.   No.

080703.txt

118

1    Q.  Did anyone ever ask you to write a check to SJM

2  Trading for the 1.2 million dollars that was due to it?

3    A.  I don't remember that.

4    Q.  Now, I'm also going to represent to you that a

5  year later, on the trial balance for the year 2000, it

6  was the same entry for SJM Trading, except which,

7  instead of being 1.2 million, was a little under 700,000

8  dollars.

9      Did you write checks during the year -- during

10  the year 2000 to SJM Trading to reduce that

11  indebtedness?

12    A.  I don't remember.

13    Q.  Did you ever hear of a company called Mega

14  Management, M-E-G-A?

15    A.  No.

16    Q.  Mrs. Bagga, I'd like not to have to ask you this

17  question but I do.

18      Do you have an intimate relationship with Ravi

19  Chawla?

20      MR. KIDD:  I'm instructing her not to answer

21  that question.

22      MR. HERMANN:  You're not in a position to

23  instruct her not to answer.

24      If you do, we'll seek a ruling from Judge

ESQUIRE DEPOSITION SERVICE

119

1  Reed who's already determined in this case that there

Page 105

080703.txt

2   are no --

3           MR. KIDD:  I'm going to instruct her to

4   invoke her rights under the Fifth Amendment, since Mr.

5   Ravi is under criminal investigation in three different

6   places.

7           So invoke your rights with regard to that

8   question.

9           MR. HERMANN:  You're invoking the Fifth

10  Amendment privilege for this witness on the grounds of

11  someone else's criminal investigation?

12          MR. KIDD:  Invoke the Fifth Amendment.

13          MR. HERMANN:  I'm telling you right now, I'm

14  going to seek sanctions against you if you do that.  If

15  you're going to invoke Fifth Amendment for this witness

16  on the grounds of someone else's incrimination.

17          MR. KIDD:  I think, very well, if they had a

18  romantic relationship, they could be involved in a

19  criminal enterprise together, pretty simple

20  relationship.

21          So she's not going to give you any

22  indication what their relationship is, since he's also

23  the subject of criminal investigation, she may be a

24  party to it.


                    ESQUIRE DEPOSITION SERVICE

                                                        120


1           I believe there's a valid good faith basis

2   invocation of the Fifth Amendment in this case.

3           Invoke the Fifth Amendment.

4           BY MR. HERMANN:  Do I understand, Ms.

5   Mathews, you're not directing her not to answer at this

                    Page 106

080703.txt

6    point?

7            MR. KIDD:  She is not.  I'm directing -- not

8    directing you.  I'm asking you, recommending to you, to

9    invoke your rights.  Do you want to invoke your rights

10   or not?

11           Do you want to talk to me for a moment?

12           THE WITNESS:  Okay.

13           MR. KIDD:  Let's talk.

14           THE VIDEOGRAPHER:  Off the tape.

15           (Recess.)

16           MR. KIDD:  She'll answer the question.

17           THE VIDEOGRAPHER:  Back on the record.

18   4:40.

19           MR. HERMANN:  Do you want to read the

20   question back?

21           THE VIDEOGRAPHER:  Off the tape, 4:40.

22           (Recess.)

23           MR. KIDD:  Back on the record.

24           THE VIDEOGRAPHER:  Back on the record, 4:42.


                    ESQUIRE DEPOSITION SERVICE

                                                    121


1            (Pertinent portion was read by the court

2    reporter.)

3            MR. KIDD:  May I ask you, are you speaking,

4    when you say "intimate," do you mean a sexual

5    relationship?

6            MR. HERMANN:  I mean a sexual, romantic

7    relationship.

8            MR. KIDD:  In that context, you can answer

                        Page 107

080703.txt

9   the question.

10      A.  No.

11      Q.  Have you ever had a sexual relationship with Mr.

12  Chawla?

13      A.  No.

14          MR. KIDD:  Are you almost finished?

15          MR. HERMANN:  I am.

16          MR. KIDD:  Mr. Hermann, we're going to go

17  back over, I believe there's a series of maybe eight or

18  ten questions that were asked where we invoked the Fifth

19  Amendment.

20          We're now going to go over all of those

21  questions and we will answer them for you.  I've asked

22  the young lady to mark those in whatever manner she

23  does, and she will pull them up and we will then go over

24  them.

ESQUIRE DEPOSITION SERVICE

122

1           If you want to have follow-up questions, you

2  can.  But I would like to either rescind our invocation

3  of the Fifth Amendment on all of those questions, and I

4  believe on all questions that were asked today.

5          MR. TABAS:  Before you do that, I would like

6  to take one break to talk to my colleagues for a minute.

7          MR. KIDD:  You're not going to let me

8  rescind the invokation?

9          MR. TABAS:  Yes, you are.  I just need to

10  tell them something before --

11          MR. KIDD:  All right.

12          THE VIDEOGRAPHER:  Off the tape 4:44.

Page 108

080703.txt

13          (Recess.)

14          MR. KIDD:  Back on.

15          THE VIDEOGRAPHER:  Back on the record.

16  4:47.

17          MR. KIDD:  Miss, could you read back he

18  eight or ten questions that I had you mark during the

19  intermission?

20          (The following was read by the court

21  reporter:

22          "Who made the entry in the computer that

23  reflected any information that was produced to us."

24          MR. KIDD:  You can answer the question.


ESQUIRE DEPOSITION SERVICE

                                                    123


1     A.   Are you talking about the entries in my

2  computer?

3          (Pertinent portion of the record is read.)

4     A.  I did.

5          MR. KIDD:  Mr. Hermann, do you want to

6  follow up on each question or wait till the end?

7          MR. HERMANN:   I'd rather follow up on each

8  one as we go along.

9          MR. KIDD:  There's about eight or ten.

10          MR. HERMANN:   I don't think I have any on

11  that one.

12          MR. KIDD:  Next question?

13          (The following was read by the court

14  reporter:

15          "What's your e-mail address?"

080703.txt

16      A.  Kbagga@AOL.com.

17      Q.  Has that always been your e-mail address?

18      A.  Yes.

19              MR. KIDD:  Next question.

20              (The following was read by the court

21      reporter:

22              "Do you make a practice of reading your tax

23      returns before you sign them?

24              MR. KIDD:  Answer the question.


                    ESQUIRE DEPOSITION SERVICE

                                                        124


1       A.  No, not really.

2       Q.  What do you mean not really?

3       A.  I mean, I just sign it.  Paul tells me the tax

4       returns and I just sign it.  I don't read through the

5       whole thing.

6       Q.  Do you read through any of it?

7       A.  Not really.  I just sign it.

8               MR. KIDD:  Is it all right to proceed, Mr.

9       Hermann?

10              MR. HERMANN:  Yes.

11              MR. KIDD:  Next one.

12              (The following was read by the court

13      reporter:

14              "Have you ever had any discussions with

15      either Norm Cahan or any other accountants about your

16      tax returns?"

17              MR. KIDD:  Answer the question.

18      A.  I might have.  I don't remember.  He prepared the

19      tax returns, so --

                        Page 110

080703.txt

20    Q.  Your testimony is that you never spoken to Norm

21  Cahan about the contents of your tax returns?

22    A.  No.

23          MR. KIDD:  Next question.

24          (The following was read by the court


                ESQUIRE DEPOSITION SERVICE

                                                    125


1   reporter:

2           "Have you made any applications for loans in

3   the past two years?"

4           MR. KIDD:  Answer the question.

5    A.  Yes.

6    Q.  Are these applications for bank loans?

7    A.  It was for house refinancing.

8    Q.  That's your personal residence?

9    A.  Yes.

10   Q.  Is that the Washington mutual loan?

11   A.  Yes.

12   Q.  Have you made any other loan applications in the

13  past two years?

14   A.  The office building, 714 Bethlehem Pike.

15   Q.  That's the 244,000 dollar loan on that?

16   A.  Yes.

17   Q.  And what's the Bank there?

18   A.  Sovereign Bank.

19   Q.  In connection with those loan application, did

20  you provide copies of financial statements, personal

21  financial statements?

22   A.  Paul did.

                      Page 111

080703.txt

23    Q.  Did you review either one of those before the
24  loan application was submitted?

ESQUIRE DEPOSITION SERVICE

126

1    A.  No.
2    Q.  Do you continue to maintain copies of those loan
3  applications?
4    A.  No.
5         MR. KIDD:  Next question.
6         (The following was read by the court
7  reporter:
8              "Have you guaranteed the repayment of a loan
9  that somebody else took out in the last couple years?")
10    A.  I don't remember.
11         (The following was read by the court reporter:
12         "Can you tell me the names of all the banks on
13  which you deposited money on behalf of Bagga Enterprises
14  or United Management in the last two years?")
15    A.  Yes, Sovereign Bank, PNC Bank, Commerce Bank,
16  Citizens Bank, First Union Bank.  I think that's about
17  it.
18    Q.  To the best of your recollection, did you make
19  any cash deposits in any of those banks in that period
20  of time?
21    A.  Yeah, I might have.
22    Q.  Well, you might not have also; right?
23    A.  Yes.
24    Q.  Do you remember doing so?

080703.txt

127

1      A.  I told you earlier, sometimes, if one account

2    needs some money, and you deposit a check, you don't get

3    the credit right of it; so you have to take the cash out

4    and put cash in the account so the account is covered.

5      Q.  I'm talking about cash from an outside source.

6         Did you at any time during those two years

7    deposit cash from an outside source into those accounts?

8      A.  I don't remember that.

9           MR. KIDD:  All right, Mr. Hermann, to

10   proceed?

11          MR. HERMANN:  Yes.

12          (The following was read by the court

13   reporter:

14          "Now, another of your functions is writing

15   checks for those businesses?

16          Answer:  Not anymore, no.

17          Question:  Was there a time when that was

18   one of your functions?"

19          MR. KIDD:  Do you understand the question?

20   BY MR. HERMANN:

21     Q.  The question was, was there a time when writing

22   checks was one of your questions?  But I think you

23   already answered that.

24     A.  Yes.


                ESQUIRE DEPOSITION SERVICE

                                                      128

1           (The following was read by the court reporter:
                    Page 113

080703.txt

2        "Can you tell me the names of all of the banks on

3   which you have, on behalf of Bagga Enterprises, United

4   Management or any other of the family-related

5   businesses, written checks in the past two years?

6            MR. KIDD:  Answer the question.

7     A.   I'm sorry.  Did you say entities or the banks?

8            (The following was read by the court reporter:

9        "Can you tell me the names of all of the banks on

10  which you have, on behalf of Bagga Enterprises, United

11  Management or any other of the family-related

12  businesses, written checks in the past two years?")

13    A.   All the banks I just mentioned.

14    Q.   Any others?

15    A.   No, I don't remember any of them.

16    Q.   And those are Sovereign, PNC, Commerce, Citizens

17  and First Union?

18    A.   Yes.

19           (The following was read by the court reporter?

20       "Have you set up any trusts in the last two

21  years?")

22           MR. KIDD:  Answer the question.

23    A.   No.

24           (The following was read by the court reporter:


ESQUIRE DEPOSITION SERVICE

                                                    129


1        "Have you transferred any real or personal

2   property in the last six years?")

3            MR. KIDD:   Answer the question.

4     A.   Yes.

5     Q.   What property was that?
                        Page 114

080703.txt

6      A.  We sold a house.

7      Q.  Apart from the sale of your house, any other

8   transfers?

9      A.  We did the transfer between Jamuna and K and P

10  Real Estate.

11     Q.  What was the nature of that transaction?

12     A.  Jamuna Real Estate was owned 50 percent by me and

13  50 percent by Paul and so was K and P Real Estate.

14         So Paul transferred the K and P 50 percent to me

15  and I transferred 50 percent of Jamuna to Paul.

16     Q.  And what was the purpose of that switch?

17     A.  I don't know.  I thought it was an even switch.

18     Q.  Do you now think otherwise?

19     A.  No.

20     Q.  Was there any other transfers besides those two?

21     A.  No, I don't remember.

22         (The following was read by the court reporter:

23         "Did you ever borrow any money from the Singh

24   Brothers' trust?

ESQUIRE DEPOSITION SERVICE

130

1      A.  I don't remember.

2         (The following was read by the court reporter:

3         "Do you know whether Amar Singh is one of the

4   Singh Brothers in the Singh Brothers' trust?

5      A.  I don't know.

6            THE COURT REPORTER:  I believe that's it.

7            MR. HERMANN:  No further questions.

8            THE VIDEOGRAPHER:  That concludes today's

Page 115

080703.txt

9    deposition.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24


ESQUIRE DEPOSITION SERVICE

131


1           C E R T I F I C A T E

2

3           I, Maureen McCarthy, a Certified

4    Shorthand Reporter and Notary Public of the

5    State of New Jersey, do hereby certify that

6    prior to the commencement of the examination,

7    the witness and/or witnesses were sworn by me

8    to testify to the truth and nothing but the

9    truth.

10           I do further certify that the

11    foregoing is a true and accurate

12    computer-aided transcript of the testimony as

Page 116

080703.txt

13  taken stenographically by and before me at the

14  time, place and on the date hereinbefore set

15  forth.

16          I do further certify that I am

17  neither of counsel nor attorney for any party

18  in this action and that I am not interested in

19  the event nor outcome of this litigation.

20

21          _____

            Certified Shorthand Reporter
22          XI01730
            Notary Public of New Jersey
23          My commission expires 5-08-06

24  Dated:  _____

ESQUIRE DEPOSITION SERVICE

Page 117

2:43 PM
08/07/03
Accrual Basis

# American Merchandise Company, Inc.
## Transactions by Account
### As of December 31, 2000

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Due T / F Ten Tigers** | | | | | | | |
| Check | 2/23/2000 | 5145 | Ten Tigers | | | Sovereign Bank | 376,729.00 |
| Check | 5/25/2000 | WIRE | FUJIWARA INDUSTRIAL CO LTD | VOID | X | Sovereign Bank | 0.00 |
| Check | 5/30/2000 | wire | FUJIWARA INDUSTRIAL CO LTD | | | Sovereign Bank | 300,000.00 |
| Check | 6/2/2000 | WIRE | FUJIWARA INDUSTRIAL CO LTD | | | Sovereign Bank | 630,000.00 |
| Check | 6/7/2000 | 5231 | FUJIWARA INDUSTRIAL CO LTD | | | Sovereign Bank | 700,000.00 |
| Check | 6/8/2000 | | Ten Tigers | | | Sovereign Bank | 350,000.00 |
| Deposit | 6/8/2000 | WIRE | Ten Tigers | | | Sovereign Bank | -50,000.00 |
| Deposit | 6/13/2000 | | Ten Tigers | | | Sovereign Bank | 1,400,000.00 |
| Check | 6/30/2000 | WIRE | Ten Tigers | | | Sovereign Bank | 1,400,000.00 |
| Check | 6/30/2000 | 5254 | Ten Tigers | | | Sovereign Bank | 1,400,000.00 |
| Check | 7/7/2000 | 5262 | Ten Tigers | | | Sovereign Bank | 650,000.00 |
| Check | 7/11/2000 | AUTO | Ten Tigers | | | Sovereign Bank | 200,000.00 |
| Check | 9/21/2000 | 5233 | Sterling International Mercantile Inc | TEN TIGERS | | Sovereign Bank | 70,200.00 |
| Check | 11/2/2000 | 5319 | Ten Tigers | PO # 1101-01 | | Sovereign Bank | 847,412.50 |
| Deposit | 11/7/2000 | | Ten Tigers | CH#204 | | Sovereign Bank | -630,000.00 |
| Deposit | 11/10/2000 | | Ten Tigers | | | Sovereign Bank | -630,000.00 |
| Deposit | 11/27/2000 | WIRE | Ten Tigers | | | Sovereign Bank | 60,350.96 |
| Check | 12/20/2000 | 5901 | Ten Tigers | | | Sovereign Bank | 2,000,000.00 |
| Check | 12/29/2000 | WIRE | Ten Tigers | | | Sovereign Bank | |
| **Total Due T / F Ten Tigers** | | | | | | | 7,674,702.46 |
| **TOTAL** | | | | | | | 7,674,702.46 |

# Khushi Checking Account Summary
8/6/2003

## Account Attributes

| | |
|---|---|
| Account Name | Khushi Checking |
| Description | |
| Financial Institution | Sovereign Bank FSB |
| Account Number | |
| Transaction Download | Not Available |
| Quicken Bill Pay | Activate Quicken Bill Pay |

## Account Status

| | |
|---|---|
| Current Balance | 3,295.85 |
| Last Transaction | 6/10/2003 |
| Last Reconcile | 5/27/2003 |

## Account Balance                                    August 2003



## Expenses                                              August 2003

No data is available for the selected:
- date range
- accounts
- categories
- classes

# Check Register

Khushi Checking
8/6/2003

Page 1

| Date | Num | Transaction | Payment | C R | Deposit | Balance |
|------|-----|-------------|---------|-----|---------|---------|
| 4/10/2003 | | Opening Balance<br>cat:    [Khushi Checking] | | R | 14,981.87 | 14,981.87 |
| 4/10/2003 | 1470 | Contemporary Aquatics<br>cat:    Household<br>memo:    Inv # 1011, | 310.53 | R | | 14,671.34 |
| 4/10/2003 | 1482 | Quality Pool Care<br>cat:    Household<br>memo:    Prepay opening and closing | 1,515.15 | R | | 13,156.19 |
| 4/10/2003 | 1488 | cat:    Education<br>memo:    POOJA | 5,150.00 | R | | 8,006.19 |
| 4/10/2003 | 1489 | cat:    Education<br>memo:    chetan fee | 3,579.00 | R | | 4,427.19 |
| 4/10/2003 | 1490 | Sprint PCS<br>cat:    Utilities, Bus | 113.59 | R | | 4,313.60 |
| 4/10/2003 | 1491 | Surinder Maniktala<br>cat:    Int Paid | 1,500.00 | R | | 2,813.60 |
| 4/10/2003 | 1492 | Direct TV | 82.60 | R | | 2,731.00 |
| 4/10/2003 | 1493 | Neiman Marcus | 200.00 | R | | 2,531.00 |
| 4/10/2003 | 1494 | Dish Network | 126.08 | R | | 2,404.92 |
| 4/11/2003 | | Deposit<br>cat:    Invest Inc<br>memo:    K & P Real Estate | | R | 7,500.00 | 9,904.92 |
| 4/11/2003 | 1496 | Saks Fifth Ave | 8.47 | R | | 9,896.45 |
| 4/11/2003 | 1497 | Bloomingdales | 247.45 | R | | 9,649.00 |
| 4/11/2003 | 1498 | Comcast | 88.47 | R | | 9,560.53 |
| 4/11/2003 | 1499 | Bob's Appliance<br>memo:    Basement Dishwasher | 101.18 | R | | 9,459.35 |
| 4/11/2003 | 1714 | Bancard Services | 300.00 | R | | 9,159.35 |
| 4/11/2003 | 1715 | Chase | 574.01 | R | | 8,585.34 |
| 4/11/2003 | 1716 | Citi Cards | 93.70 | R | | 8,491.64 |
| 4/11/2003 | 1717 | A T & T | 111.61 | R | | 8,380.03 |
| 4/11/2003 | 1718 | PECO | 1,060.89 | R | | 7,319.14 |
| 4/11/2003 | 1720 | BMW<br>cat:    Auto | 977.95 | R | | 6,341.19 |
| 4/11/2003 | 1721 | State Of Delaware<br>cat:    Misc<br>memo:    Paul's Ticket | 50.25 | | | 6,290.94 |
| 4/11/2003 | 1722 | V 3 Global | 106.55 | R | | 6,184.39 |
| 4/16/2003 | | Sovereign Bank<br>cat:    Miscellaneous, Bus<br>memo:    /l/c payment | 20.00 | R | | 6,164.39 |
| 4/18/2003 | 1719 | A T & T WIRELESS<br>memo:    Chetan Cell | 169.62 | R | | 5,994.77 |
| 4/29/2003 | 1723 | American Express | 1,779.32 | R | | 4,215.45 |
| 4/29/2003 | 1724 | BMW<br>cat:    Auto | 550.95 | R | | 3,664.50 |
| 4/29/2003 | 1725 | Verizon | 107.22 | R | | 3,557.28 |
| 4/29/2003 | 1726 | A T & T Universal Card | 2,500.00 | R | | 1,057.28 |

## Check Register

Khushi Checking                                                                            Page 2
8/6/2003

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 4/29/2003 | 1727 | Philadelhia Suburban Water Co | 428.62 | R | | 628.66 |
| 4/29/2003 | 1728 | MBNA | 760.00 | R | | -131.34 |
| 4/29/2003 | 1729 | Comcast | 88.48 | R | | -219.82 |
| 5/2/2003 | DEP | | | R | 6,000.00 | 5,780.18 |
| | | cat:      Other Inc | | | | |
| 5/9/2003 | | **VOID**INT CREDIT | | R | | 5,780.18 |
| 5/10/2003 | | Sovereign Bank | 2,020.50 | R | | 3,759.68 |
| | | cat:      Misc | | | | |
| | | memo:      Office Bldg | | | | |
| 5/10/2003 | | Sovereign Bank | 3,259.04 | R | | 500.64 |
| | | cat:      Misc | | | | |
| | | memo:      Loan Payment | | | | |
| 5/11/2003 | | Interest Earned | | R | 0.76 | 501.40 |
| | | cat:      Interest Inc | | | | |
| 5/12/2003 | DEP | | | | 8,273.00 | 8,774.40 |
| | | cat:      Other Inc | | | | |
| | | memo:      1550.89,158.,2441,1500,2643 | | | | |
| 5/12/2003 | DEP | Irene | | | 2,000.00 | 10,774.40 |
| | | cat:      Other Inc, Bus | | | | |
| | | memo:      Shawl Black | | | | |
| 5/12/2003 | DEP | | | | 18,583.12 | 29,357.52 |
| | | memo:      30,23,50 Delta,16467,95 Coke, 461.28 Ch... | | | | |
| 5/12/2003 | 1730 | Om Bahadur Tulachan | 4,000.00 | | | 25,357.52 |
| | | cat:      Salary | | | | |
| | | memo:      Renuka | | | | |
| 5/12/2003 | 1731 | Johny Dang | 9,120.00 | | | 16,237.52 |
| 5/16/2003 | 1502 | Direct TV | 41.32 | | | 16,196.20 |
| 5/16/2003 | 1733 | Bloomingdales | 58.00 | | | 16,138.20 |
| 5/16/2003 | 1734 | Bancard Services | 500.00 | | | 15,638.20 |
| 5/16/2003 | 1735 | Sprint PCS | 105.05 | | | 15,533.15 |
| | | cat:      Utilities, Bus | | | | |
| 5/16/2003 | 1736 | Citi Cards | 1,112.05 | | | 14,421.10 |
| 5/16/2003 | 1737 | A T & T Universal Card | 2,089.61 | | | 12,331.49 |
| 5/16/2003 | 1738 | A T & T | 78.02 | | | 12,253.47 |
| 5/16/2003 | 1739 | Chase | 276.02 | | | 11,977.45 |
| 5/16/2003 | 1740 | Dish Network | 121.85 | | | 11,855.60 |
| 5/25/2003 | 1481 | Cindy & Michael Proothi | 200.00 | | | 11,655.60 |
| | | cat:      Gifts Given | | | | |
| 5/26/2003 | 1480 | BRANDTRADE | 8,800.00 | | | 2,855.60 |
| 5/30/2003 | DEP | Pal Narula And Brandtrade | | | 14,800.00 | 17,655.60 |
| 5/30/2003 | 1581 | Direct TV | 41.32 | | | 17,614.28 |
| 5/30/2003 | 1584 | Philadelphia Private Bank | 3,500.00 | | | 14,114.28 |
| | | cat:      Misc | | | | |
| | | memo:      Sansom Street | | | | |
| 5/30/2003 | 1586 | Harish Peri | 750.00 | | | 13,364.28 |
| | | cat:      Rent | | | | |
| | | memo:      Chetan | | | | |
| 5/30/2003 | 1587 | Chetan Bagga | 1,000.00 | | | 12,364.28 |
| | | cat:      . Cash | | | | |

## Check Register

Page 3

Khushi Checking
8/6/2003

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 5/30/2003 | 1588 | Contemporary Aquatics<br>cat:     Household<br>memo:   Inv # 1079,1045 | 497.12 | | | 11,867.16 |
| 5/30/2003 | 1589 | MBNA | 900.00 | | | 10,967.16 |
| 5/30/2003 | 1590 | Quality Pool Care<br>cat:     Household<br>memo:   # 6697 | 274.88 | | | 10,692.28 |
| 5/30/2003 | 1591 | Terminix<br>cat:     Household | 90.10 | | | 10,602.18 |
| 5/30/2003 | 1592 | PECO | 849.58 | | | 9,752.60 |
| 5/30/2003 | 1593 | V 3 Global | 74.35 | | | 9,678.25 |
| 5/30/2003 | 1594 | Verizon | 103.45 | | | 9,574.80 |
| 5/30/2003 | 1595 | A  T & T Wireless<br>memo:   Chetan | 149.50 | | | 9,425.30 |
| 5/30/2003 | 1596 | American Express | 761.43 | | | 8,663.87 |
| 5/30/2003 | 1597 | Comcast | 88.48 | | | 8,575.39 |
| 6/1/2003 | | Sovereign Bank<br>cat:     Misc<br>memo:   Loan Payment | 3,259.04 | | | 5,316.35 |
| 6/10/2003 | | Sovereign Bank<br>cat:     Misc<br>memo:   Office | 2,020.50 | | | 3,295.85 |

Check Register

Khushi Savings                                                        Page 1
8/6/2003

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 3/31/2003 | DEP | Khushi<br>memo:   Trf from Commerece | | R | 362,000.00 | 362,000.00 |
| 4/4/2003 | DEP | MBNA<br>memo:   0% financing till jul | | R | 23,000.00 | 385,000.00 |
| 4/8/2003 | DEP | | | R | 9,458.42 | 394,458.42 |
| 4/14/2003 | | Interest Earned<br>cat:   Interest Inc | | R | 202.22 | 394,660.64 |
| 5/12/2003 | DEP | <br>cat:   Misc<br>memo:   3000 Pradeep Tchk, 1500 Superfare | | | 4,500.00 | 399,160.64 |
| 5/12/2003 | DEP | Harish<br>cat:   Misc<br>memo:   bHANGRA oUTFITS | | | 1,000.00 | 400,160.64 |
| 5/12/2003 | | Sovereign Bank<br>memo:   American/United L/c | 100,000.00 | | | 300,160.64 |

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL RECEIVABLE TRUST 2002-A | **SUBPOENA IN A CIVIL CASE** |
| *Plaintiff* | |
| v. | CIVIL ACTION NO: 02-CV-2710; |
| | 02-CV-2711; |
| BAGGA ENTERPRISES, INC.; JAMUNA REAL | 02-CV-2080; |
| ESTATE, LLC; UNITED MANAGEMENT SERVICES, | 02-CV-2086 |
| INC. and WELCOME GROUP, INC. | |
| *Defendants* | |

TO:    Kushvindar K. Bagga a/k/a Kushi Bagga
       611 Creek Lane
       Flowertown, PA 19031

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  See the attached Exhibit "A".

| PLACE | DATE AND TIME |
|---|---|
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | On or before |
| One Penn Center, 19th Floor, 1617 John F. Kennedy Blvd. | August 18, 2003 |
| Philadelphia, PA 19103 | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff | August 11, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER.
Dorothy M. Claeys, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor, 1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 665-3000

451394

## EXHIBIT "A"

Any and all records relating to and including the tax returns for the business of K & P and your personal tax returns from January 1, 2000 to the present; any and all hard drives or disks for your home and/or personal computer from January 1, 2002 to the present; and any and all correspondence written, prepared and/or sent by you from January 1, 2000 to the present.

451394

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | |
|---|---|
| DATE *8/12/03* | PLACE *611 Creek Lane  Flourtown PA 19031* |

SERVED

SERVED ON (PRINT NAME) *Kushi Bagga*

MANNER OF SERVICE *Personal Service*

SERVED BY (PRINT NAME) *Jim McGovern*

TITLE *Process Server*

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  *8/12/03*
DATE

SIGNATURE OF SERVER

*7328 Rowan St  Phila PA 19152*
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A)    A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)    Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A)    On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B)    If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)    DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

451394

## CERTIFICATE OF SERVICE

I, Robert H. Hermann, hereby certify that a true and correct copy of the foregoing Affidavit of Robert Hermann with annexed exhibits was served September 4, 2003 by overnight delivery service through United Parcel Service, with which we have an account, by depositing a true and correct copy of the aforesaid in an overnight wrapper and placed in the designated area before the scheduled pick-up and properly addressed to the last known addresses of the addressees as follows:

Monica Mathews, Esq.
Spector Gadon & Rosen, P.C.
Seven Penn Center
1635 Market Street - 7th Floor
Philadelphia, PA 19103

Victor Lipsky, Esq.
Lipsky & Brandt
1101 Market Street, Suite 2820
Philadelphia, PA 19103

Steven D. Usdin, Esq.
Adelman Lavine Gold & Levin, PC
Two Penn Center Plaza, Suite 1900
Philadelphia, PA 19102-1799

_____
Robert H. Hermann