# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A, | : | Civil Action Nos. 02-2710 |
| *Plaintiff* | : | 02-2711 |
| | : | 02-2080 |
| vs. | : | 02-2086 |
| | : | |
| BAGGA ENTERPRISES, INC., | : | |
| JAMUNA REAL ESTATE, LLC, | : | |
| UNITED MANAGEMENT SERVICES, INC. | : | |
| AND WELCOME GROUP, INC., | : | |
| *Defendants*. | : | |

## Notice of Substitution of Counsel

**TO:  MICHAEL E. KUNZ, Clerk of the United States District Court for the Eastern District of Pennsylvania:**

Please substitute Jon M. Adelstein, Esquire of the law firm of Adelstein and Laustsen in place and instead of Victor Lipsky, Esquire and Lipsky and Brandt, as the counsel of record for the Defendants.

---

Jon M. Adelstein, Esquire        Victor Lipsky, Esquire
Adelstein & Laustsen             Lipsky and Brandt
275 South Main Street            1101 Market St. - Suite 2820
Doylestown, PA 18901             Philadelphia, PA 19107
(215) 230-4250                   (215) 922-6644