IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL RECEIVABLE TRUST 2002-A,<br>*Plaintiff*,<br><br>v.<br><br>Bagga Enterprises, Inc.<br>Jamuna Real Estate, LLC<br>United Management Services, Inc. and<br>Welcome Group, Inc.,<br>*Defendants* | The Honorable Lowell A. Reed, Jr., S.J.<br><br>Civil Action No. 02-2710<br><br>Civil Action No. 02-2711<br><br>Civil Action No. 02-2080<br><br>Civil Action No. 02-2086 |

## ORDER

AND NOW, this _____ day of November 2003, upon consideration of Plaintiff FL Receivable Trust 2002-A's Motion for Preliminary Injunction, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. this Court's Temporary Restraining Order, dated November 13, 2003, is converted into a preliminary injunction; and,

2. Bagga Enterprises, Inc., Jamuna, L.L.C., United Management Services, Inc., their affiliates, Paul Bagga, Kushvinder Bagga, and Gary Gambhir are enjoined from altering, concealing or destroying their computerized business and business-related records, computerized disks, and hard-drives.

BY THE COURT:

_____
Reed, J.

497806

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FL RECEIVABLE TRUST 2002-A,<br>*Plaintiff*,<br><br>v.<br><br>Bagga Enterprises, Inc.<br>Jamuna Real Estate, LLC<br>United Management Services, Inc. and<br>Welcome Group, Inc.,<br>*Defendants* | The Honorable Lowell A. Reed, Jr., S.J.<br><br>Civil Action No. 02-2710<br><br>Civil Action No. 02-2711<br><br>Civil Action No. 02-2080<br><br>Civil Action No. 02-2086 |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff FL Receivable Trust 2002-A, by its attorneys, and pursuant to Federal Rule of Civil Procedure 65(a), respectfully requests this Court enter an order converting its November 13, 2003 temporary restraining order into a preliminary injunction and enjoining Bagga Enterprises, Inc., Jamuna, L.L.C., United Management, Inc., their affiliates, Paul Bagga, Kushvinder Bagga, and Gary Gambhir from altering, concealing or destroying their computerized business and business-related records, computerized disks, and hard-drives. In support thereof, Plaintiff incorporates in full the accompanying Memorandum of Law.

Respectfully submitted,

William J. Leonard
Richard P. Limburg
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center - 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
215-665-3000

*Attorneys for Plaintiff-Intervenor*

494574