## CERTIFICATE OF SERVICE

I, WILLIAM J. LEONARD, hereby certify that I caused to be served Plaintiff FL Receivable's Motion for Preliminary Injunction by hand delivery on the date indicated below to the following counsel:

>Louis I. Lipsky, Esquire
>Lipsky and Brandt
>Suite 2820
>1101 Market Street
>Philadelphia, PA  19107

_____
WILLIAM J. LEONARD

Dated:  November 21, 2003

494729