**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A,  Plaintiff | : : : | |
| v. | : : | CIVIL ACTION NOS: 02-CV-2710  02-CV-2711 |
| BAGGA ENTERPRISES, INC., et al. | : : | 02-CV-2080  02-CV-2086 |
| Defendants | : | |

**<u>WITHDRAWAL OF APPEARANCE</u>**

**TO THE PROTHONOTARY:**

    Kindly withdrawal our appearance on behalf of Plaintiff, FL Receivable Trust 2002-A in the above Civil Action matters.

                          HECKER BROWN SHERRY AND JOHNSON LLP

                          BY:_____
                                  Geoffrey W. Veith
                                  1700 Two Logan Square
                                  18th and Arch Streets
                                  Philadelphia, PA  19103
                                  (215) 665-0400
                                  Attorneys for Plaintiff
                                  FL Receivable Trust 2002-A

Dated:  <u>January 16, 2004</u>

130995-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Geoffrey W. Veith's Withdrawal of Appearance on behalf of Plaintiff FL Receivable Trust 2002-A was served via first class mail, postage prepaid , this 16th day of January, 2004 on the following counsel of record:

Lawrence J. Tabas, Esquire
Richard P. Linburg, Esquire
William J. Leonard, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
1617 JFK Boulevard, 19th floor
Philadelphia, PA 19103-1895

Alan C. Gershenson, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103-6998

Robert Herman, Esquire
Thacher Proffitt & Wood
50 Main Street, 5th floor
White Plains, NY 10606

Jeffrey K. Techentin, Esquire
David F. McCann
Kevin W. Walsh, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Jon Adelstein, Esquire
275 South Main Street, Suite 9
Doylestown, PA 18901

HECKER BROWN SHERRY AND JOHNSON LLP

BY:_____
       Geoffrey W. Veith
       Attorneys for Plaintiff
       FL Receivable Trust 2002-A

130995-1