IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLE TRUST 2002-A | : | CIVIL ACTION |
| | : | NOS.  02-2080 |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC. | : | 02-2711 |
| JAMUNA REAL ESTATE, LLC | : | |
| UNITED MANAGEMENT SERVICES, INC. | : | |
| and WELCOME GROUP, INC. | : | |

**O R D E R**

AND NOW, this 22nd day of March, 2004, upon consideration of plaintiff's motion to consolidate (Document No. 61 in Civil Action No. 02-2080), there being no objection thereto, and having found that the remaining issues in each of these cases have a common basis in fact and law, it is hereby **ORDERED** that the motion is **GRANTED**, and the four cases listed above are consolidated under Civil Action No. 02-2080, for all purposes, pursuant to Federal Rule of Civil Procedure 42(a).

**IT IS FURTHER ORDERED** that hereafter all filings, adjudications, Orders and proceedings shall bear only Civil Action No. 02-2080 and shall be docketed only in that action and shall apply with full force and effect to each and all of the four actions herein consolidated without reference to the consolidated civil action numbers, unless a filing party expressly seeks and is granted permission of the Court to exclude one or more consolidated actions from the relief sought.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed that should a

filing inadvertently contain any of the consolidated civil action numbers other than Civil action No. 02-2080, such filing shall be re-marked by the Clerk and shall be docketed only in Civil Action No. 02-2080.

_____
LOWELL A. REED, JR., S.J.