## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FL RECEIVABLES TRUST 2002-A | : | CIVIL ACTION |
| | : | NOS.  02-2086 |
| v. | : | 02-2710 |
| | : | 02-2711 |
| BAGGA ENTERPRISES, INC., et al. | : | |

## ORDER

AND NOW, this 6th day of July 2004, upon consideration of the motion by the plaintiff, FL Receivables Trust 2002-A, to compel compliance with third party subpoenas (Doc. Nos. **57** in 02-2086, **64** in 02-2710, and **63** in 02-2711) and the motion by the Sant and World Parties for partial reconsideration of the court's order dated May 13, 2004 (Doc. Nos. **58** in 02-2086, **65** in 02-2710, and **64** in 02-2711), which were filed inadvertently and unnecessarily by the parties, it is hereby **ORDERED** that based upon the orders denying identical motions in civil action number 02-2080 (Doc. Nos. 68 & 72 in 02-2080), the current motions are also **DENIED**.

The parties are further directed to re-familiarize themselves with this court's order dated March 22, 2004 (Doc. No. 62 in 02-2080) consolidating the above captioned cases with 02-2080 and ordering the parties to use **only** the 02-2080 civil action number when referring to the four consolidated cases.

This order shall be docketed in each of the above captioned cases: 02-2086, 02-2710, and 02-2711.

_____
LOWELL A. REED, JR., S.J.